KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
 ajweil@kbkfirm.com
Joshua W. Sussman (294695)
 jsussman@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
James B. Monroe (*pro hac vice* application forthcoming)
 james.monroe@finnegan.com
Li Feng (*pro hac vice* application forthcoming)
 li.feng@finnegan.com
Sanya Sukduang (*pro hac vice* application forthcoming)
 sanya.sukduang@finnegan.com
Andrew E. Renison (*pro hac vice* application forthcoming)
 andrew.renison@finnegan.com
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: 202.408.4000
Facsimile: 202.408.4400

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC.,<br><br>Plaintiffs,<br><br>v.<br><br>STASON PHARMACEUTICALS, INC. and SAWAI PHARMACEUTICAL CO., LTD.,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR PATENT INFRINGEMENT** |

315084.1

Case No.

COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Biogen International GmbH and Biogen MA Inc. (collectively, "Biogen" or "Plaintiffs"), by way of Complaint against Defendants Stason Pharmaceuticals, Inc. ("Stason") and Sawai Pharmaceutical Co., Ltd. ("Sawai Pharmaceutical") (collectively, "Sawai" or "Defendants"), allege as follows:

## BASIS FOR JURISDICTION STATEMENT

1.      Biogen received a letter dated May 31, 2017 ("the Notice Letter"), purporting to include a Notice of Certification for ANDA No. 210285 under 21 U.S.C. § 355(j)(2)(B)(ii) and 21 C.F.R. § 314.95(c).  The Notice Letter states:

> Stason Pharmaceuticals, Inc., acting as the U.S. agent for Sawai USA, Inc. (collectively hereinafter "Sawai) is providing …notice that Sawai has submitted … an Abbreviated New Drug Application.

2.      Biogen believes that this suit is properly placed in Delaware because Sawai USA, Inc. is incorporated there.  Biogen is therefore filing concurrently herewith a case in Delaware.  Biogen is filing the present suit in this district merely out of an abundance of caution given the confusing language in the Notice Letter suggesting that Stason participated in the filing of the noted ANDA.

## THE PARTIES

3.      Plaintiff Biogen International GmbH is a Swiss corporation with its principal place of business in Zug, Switzerland at Landis + Gyr-Strasse 3, 6300 Zug, Switzerland.

4.      Plaintiff Biogen MA Inc. is a corporation organized and existing under the laws of the Commonwealth of Massachusetts with its principal place of business at 225 Binney Street, Cambridge, Massachusetts 02142.

5.      Biogen is in the business of developing, manufacturing and marketing innovative therapies for patients living with serious neurological, autoimmune, and rare diseases, including therapies for multiple sclerosis.  Biogen's asserted patents

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1

1

Case No.

COMPLAINT FOR PATENT INFRINGEMENT

cover Tecfidera®, which is marketed and sold in this judicial district and throughout the united states for the treatment of relapsing forms of multiple sclerosis.

6. Upon information and belief, Stason is a corporation organized under the laws of California, having a principal place of business at 11 Morgan, Irvine, CA 92618.

7. Upon information and belief, Stason is a generic pharmaceutical company that develops, manufactures, markets, and distributes generic pharmaceutical products for sale in the State of California and throughout the United States.

8. Upon information and belief, Sawai Pharmaceutical is a corporation organized under the laws of Japan, having a principal place of business in Osaka, Japan.

9. Upon information and belief, Sawai Pharmaceutical is a generic pharmaceutical company that develops, manufactures, markets, and distributes generic pharmaceutical products for sale in the State of California and throughout the United States.

10. A press release by Sawai Pharmaceutical states that "Sawai Pharmaceutical Co., Ltd. … through its subsidiary Sawai USA, Inc. (Headquarters: Delaware, USA), …submitted Abbreviated New Drug Application (ANDA) with Paragraph IV certificate attached for the therapeutic agent 'Dimethyl Fumarate Delayed-Release Capsules, 120 mg and 240 mg." (emphasis added).

11. Upon information and belief, Stason provided the Notice Letter to Biogen, but Sawai Pharmaceutical submitted its ANDA through its Delaware subsidiary Sawai USA, Inc.

12. Upon information and belief, the acts of Stason complained of herein were done with the cooperation, participation, and assistance of, and at the direction of, Sawai Pharmaceutical and Sawai USA, Inc.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1

2

Case No.

COMPLAINT FOR PATENT INFRINGEMENT

## NATURE OF THE ACTION

13.     This is an action for patent infringement of U.S. Patent Nos. 6,509,376 ("the '376 patent"), 7,320,999 ("the '999 patent"), 7,619,001 ("the '001 patent"), 7,803,840 ("the '840 patent"), 8,759,393 ("the '393 patent") and 8,399,514 ("the '514 patent") arising under the patent laws of the United States, Title 35, United States Code, §§ 100 et seq., including 35 U.S.C. § 271.  This action relates to Sawai's filing of Abbreviated New Drug Application ("ANDA") No. 210285 under Section 505(j) of the Federal Food, Drug and Cosmetic Act ("the Act"), 21 U.S.C. § 355(j), seeking U.S. Food and Drug Administration ("FDA") approval to manufacture, use, sell, offer to sell, and import dimethyl fumarate delayed-release capsules prior to the expiration of the asserted patents.

## JURISDICTION AND VENUE

14.     This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

15.     Venue is proper in this Court under 28 U.S.C. § 1391(b) and (c), and § 1400(b) because Stason is incorporated in California and Sawai Pharmaceutical is incorporated in Japan and may be sued in any judicial district in the United States in which the defendant is subject to the court's personal jurisdiction.

16.     This Court has personal jurisdiction over Stason because Stason is incorporated in California.

17.     This Court has personal jurisdiction over Sawai Pharmaceutical under Federal Rule of Civil Procedure 4(k)(2), because, upon information and belief, Sawai Pharmaceutical is organized under the laws of Japan.

18.     Upon information and belief, Stason and Sawai Pharmaceuticals have been, and continue to be, joint and prime actors, together with Sawai USA, Inc., in the drafting, submission, approval and maintenance of ANDA No. 210285.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1

3

Case No.

19. For these reasons and for other reasons that will be presented to the Court if jurisdiction is challenged, the Court has personal jurisdiction over Defendants.

## FIRST CLAIM FOR RELIEF

### (Patent Infringement ('376 Patent))

20. Biogen realleges, and incorporates in full herein, each preceding paragraph.

21. The U.S. Patent and Trademark Office ("PTO") issued the '376 patent on January 21, 2003, entitled "Utilization of Dialkyfumarates." The '376 patent identifies Rajendra Kumar Joshi and Hans-Peter Strebel as inventors of the claimed subject matter. A copy of the '376 patent is attached hereto as Exhibit A.

22. Biogen International GmbH is the owner of the '376 patent by virtue of assignment.

23. The '376 patent expires on October 29, 2019, excluding any pediatric exclusivity or patent term extension.

24. The '376 patent is directed to and claims, inter alia, pharmaceutical preparations and compositions.

25. The '376 patent is listed in Approved Drug Products with Therapeutic Equivalence Evaluations ("the Orange Book") for New Drug Application ("NDA") No. 204063 for dimethyl fumarate delayed-release capsules.

26. The FDA approved NDA No. 204063 on March 27, 2013, for the treatment of relapsing forms of multiple sclerosis.

27. Dimethyl fumarate delayed-release capsules are marketed in the United States under the trademark Tecfidera®.

28. Upon information and belief, Sawai submitted ANDA No. 210285 to the FDA, under Section 505(j) of the Act, 21 U.S.C. § 355(j), seeking approval to manufacture, use, import, offer to sell and sell dimethyl fumarate delayed-release

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1

4

Case No.

COMPLAINT FOR PATENT INFRINGEMENT

capsules containing 120 mg and 240 mg of dimethyl fumarate ("Sawai's generic products") in the United States.

29. The Notice Letter dated May 31, 2017 purported to include a Notice of Certification for ANDA No. 210285 under 21 U.S.C. § 355(j)(2)(B)(ii) and 21 C.F.R. § 314.95(c) as to the '376 patent. The Notice Letter did not allege non-infringement as to at least one claim of the '376 patent.

30. Sawai thus has actual knowledge of the '376 patent.

31. Upon information and belief, Sawai's generic products, if approved and marketed, will infringe, either literally or under the doctrine of equivalents, at least one claim including at least claim 1 of the '376 patent under at least one of 35 U.S.C. § 271(a), (b), and/or (c).

32. Upon information and belief, under 35 U.S.C. § 271(e)(2)(A), Sawai has infringed at least one claim including at least claim 1 of the '376 patent by submitting, or causing to be submitted, to the FDA, ANDA No. 210285 seeking approval to manufacture, use, import, offer to sell or sell Sawai's generic products before the expiration date of the '376 patent. Upon information and belief, the products described in ANDA No. 210285 would infringe, either literally or under the doctrine of equivalents, at least one claim including at least claim 1 of the '376 patent under 35 U.S.C. § 271(e)(2)(A).

33. Upon information and belief, Sawai will manufacture, market, import, use, sell and/or offer to sell Sawai's generic products in the United States in connection with ANDA No. 210285 upon approval.

34. Upon information and belief, Sawai will directly infringe at least one claim including at least claim 1 of the '376 patent when it proceeds to manufacture, market, import, use, sell and/or offer to sell Sawai's generic products in the United States in connection with ANDA No. 210285 upon approval.

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1

5

Case No.

COMPLAINT FOR PATENT INFRINGEMENT

35. Upon information and belief, Sawai's actions relating to Sawai's ANDA No. 210285 complained of herein were done with the cooperation, participation, assistance, and for the benefit of Sawai.

36. If Sawai's marketing and sale of generic dimethyl fumarate delayed-release capsules prior to expiration of the '376 patent and all other relevant activities are not enjoined, Biogen will suffer substantial and irreparable harm for which there is no adequate remedy at law.

## SECOND CLAIM FOR RELIEF

### (Patent Infringement ('999 Patent))

37. Biogen realleges, and incorporates in full herein, each preceding paragraph.

38. The PTO issued the '999 patent on January 22, 2008, entitled "Dimethyl Fumarate for the Treatment of Multiple Sclerosis." The '999 patent identifies Rajendra Kumar Joshi and Hans-Peter Strebel as inventors of the claimed subject matter. A copy of the '999 patent is attached hereto as Exhibit B.

39. Biogen International GmbH is the owner of the '999 patent by virtue of assignment.

40. The '999 patent expires on May 18, 2020, which includes 202 days of Patent Term Adjustment under 35 U.S.C. § 154(b), excluding any pediatric exclusivity or patent term extension.

41. The '999 patent is directed to and claims, inter alia, methods of treating multiple sclerosis.

42. The '999 patent is listed in the Orange Book for NDA No. 204063 for dimethyl fumarate delayed-release capsules.

43. The Notice Letter dated May 31, 2017, purported to include a Notice of Certification for ANDA No. 210285 under 21 U.S.C. § 355(j)(2)(B)(ii) and 21 C.F.R. § 314.95(c) as to the '999 patent. The Notice Letter did not allege non-infringement as to any claim of the '999 patent.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1

Case No.

COMPLAINT FOR PATENT INFRINGEMENT

44. Sawai thus has actual knowledge of the '999 patent.

45. Upon information and belief, Sawai's generic products, if approved and marketed, will infringe, either literally or under the doctrine of equivalents, at least one claim including at least claim 1 of the '999 patent under at least one of 35 U.S.C. § 271(a), (b), and/or (c).

46. Upon information and belief, under 35 U.S.C. § 271(e)(2)(A), Sawai has infringed at least one claim including at least claim 1 of the '999 patent by submitting, or causing to be submitted, to the FDA, ANDA No. 210285 seeking approval to manufacture, use, import, offer to sell or sell Sawai's generic products before the expiration date of the '999 patent. Upon information and belief, the products described in ANDA No. 210285 would infringe, either literally or under the doctrine of equivalents, at least one claim including at least claim 1 of the '999 patent under 35 U.S.C. § 271(e)(2)(A).

47. Upon information and belief, physicians and/or patients will directly infringe at least one claim including at least claim 1 of the '999 patent by the use of Sawai's generic products upon approval.

48. Upon information and belief, upon approval, Sawai will take active steps to encourage the use of Sawai's generic products by physicians and/or patients with the knowledge and intent that Sawai's generic products will be used by physicians and/or patients, in a manner that infringes at least one claim including at least claim 1 of the '999 patent, for the pecuniary benefit of Sawai. Pursuant to 21 C.F.R. § 314.94, Sawai is required to copy the FDA approved Tecfidera® labeling. Upon information and belief, Sawai will thus induce the infringement of at least one claim including at least claim 1 of the '999 patent.

49. Upon information and belief, if the FDA approves ANDA No. 210285, Sawai will sell or offer to sell its generic products specifically labeled for use in practicing at least one claim including at least claim 1 of the '999 patent, wherein Sawai's generic products are a material part of the claimed invention, wherein

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1

7

COMPLAINT FOR PATENT INFRINGEMENT

Case No.

Sawai knows that physicians will prescribe and patients will use Sawai's generic products in accordance with the instructions and/or label provided by Sawai in practicing at least one claim including at least claim 1 of the '999 patent, and wherein dimethyl fumarate delayed-release capsules are not staple articles or commodities of commerce suitable for substantial non-infringing use. Upon information and belief, Sawai will thus contribute to the infringement of at least one claim including at least claim 1 of the '999 patent.

50. Upon information and belief, Sawai's actions relating to Sawai's ANDA No. 210285 complained of herein were done with the cooperation, participation, assistance, and for the benefit of Sawai.

51. If Sawai's marketing and sale of generic dimethyl fumarate delayed-release capsules prior to expiration of the '999 patent and all other relevant activities are not enjoined, Biogen will suffer substantial and irreparable harm for which there is no adequate remedy at law.

## THIRD CLAIM FOR RELIEF

### (Patent Infringement ('001 Patent))

52. Biogen realleges, and incorporates in full herein, each preceding paragraph.

53. The PTO issued the '001 patent on November 17, 2009, entitled "Utilization of Dialkylfumarates." The '001 patent identifies Rajendra Kumar Joshi and Hans-Peter Strebel as inventors of the claimed subject matter. A copy of the '001 patent is attached hereto as Exhibit C.

54. Biogen International GmbH is the owner of the '001 patent by virtue of assignment.

55. The '001 patent expires on April 1, 2018, excluding any pediatric exclusivity or patent term extension.

56. The '001 patent is directed to and claims, inter alia, methods of treating multiple sclerosis.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1

8

Case No.

COMPLAINT FOR PATENT INFRINGEMENT

57. The '001 patent is listed in the Orange Book for NDA No. 204063 for dimethyl fumarate delayed-release capsules.

58. The Notice Letter dated May 31, 2017, purported to include a Notice of Certification for ANDA No. 210285 under 21 U.S.C. § 355(j)(2)(B)(ii) and 21 C.F.R. § 314.95(c) as to the '001 patent. The Notice Letter did not allege non-infringement as to at least one claim of the '001 patent.

59. Sawai thus has actual knowledge of the '001 patent.

60. Upon information and belief, Sawai's generic products, if approved and marketed, will infringe, either literally or under the doctrine of equivalents, at least one claim including at least claim 1 of the '001 patent under at least one of 35 U.S.C. § 271(a), (b), and/or (c).

61. Upon information and belief, under 35 U.S.C. § 271(e)(2)(A), Sawai has infringed at least one claim including at least claim 1 of the '001 patent by submitting, or causing to be submitted, to the FDA, ANDA No. 210285 seeking approval to manufacture, use, import, offer to sell or sell Sawai's generic products before the expiration date of the '001 patent. Upon information and belief, the products described in ANDA No. 210285 would infringe, either literally or under the doctrine of equivalents, at least one claim including at least claim 1 of the '001 patent under 35 U.S.C. § 271(e)(2)(A).

62. Upon information and belief, physicians and/or patients will directly infringe at least one claim including at least claim 1 of the '001 patent by the use of Sawai's generic products upon approval.

63. Upon information and belief, upon approval, Sawai will take active steps to encourage the use of Sawai's generic products by physicians and/or patients with the knowledge and intent that Sawai's generic products will be used by physicians and/or patients, in a manner that infringes at least one claim including at least claim 1 of the '001 patent, for the pecuniary benefit of Sawai. Pursuant to 21 C.F.R. § 314.94, Sawai is required to copy the FDA approved Tecfidera® labeling.

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd. Suite 1725 Los Angeles, CA 90067

315084.1   9   Case No.
COMPLAINT FOR PATENT INFRINGEMENT

Upon information and belief, Sawai will thus induce the infringement of at least one claim including at least claim 1 of the '001 patent.

64. Upon information and belief, if the FDA approves ANDA No. 210285, Sawai will sell or offer to sell its generic products specifically labeled for use in practicing at least one claim including at least claim 1 of the '001 patent, wherein Sawai's generic products are a material part of the claimed invention, wherein Sawai knows that physicians will prescribe and patients will use Sawai's generic products in accordance with the instructions and/or label provided by Sawai in practicing at least one claim including at least claim 1 of the '001 patent, and wherein dimethyl fumarate delayed-release capsules are not staple articles or commodities of commerce suitable for substantial non-infringing use. Upon information and belief, Sawai will thus contribute to the infringement of at least one claim including at least claim 1 of the '001 patent.

65. Upon information and belief, Sawai's actions relating to Sawai's ANDA No. 210285 complained of herein were done with the cooperation, participation, assistance, and for the benefit of Sawai.

66. If Sawai's marketing and sale of generic dimethyl fumarate delayed-release capsules prior to expiration of the '001 patent and all other relevant activities are not enjoined, Biogen will suffer substantial and irreparable harm for which there is no adequate remedy at law.

## FOURTH CLAIM FOR RELIEF

### (Patent Infringement ('840 Patent))

67. Biogen realleges, and incorporates in full herein, each preceding paragraph.

68. The PTO issued the '840 patent on September 28, 2010, entitled "Utilization of Dialkylfumarates." The '840 patent identifies Rajendra Kumar Joshi and Hans-Peter Strebel as inventors of the claimed subject matter. A copy of the '840 patent is attached hereto as Exhibit D.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1

10

Case No.

COMPLAINT FOR PATENT INFRINGEMENT

69.     Biogen International GmbH is the owner of the '840 patent by virtue of assignment.

70.     The '840 patent expires on April 1, 2018, excluding any pediatric exclusivity or patent term extension.

71.     The '840 patent is directed to and claims, inter alia, methods of treating multiple sclerosis.

72.     The '840 patent is listed in the Orange Book for NDA No. 204063 for dimethyl fumarate delayed-release capsules.

73.     The Notice Letter dated May 31, 2017, purported to include a Notice of Certification for ANDA No. 210285 under 21 U.S.C. § 355(j)(2)(B)(ii) and 21 C.F.R. § 314.95(c) as to the '840 patent.  The Notice Letter did not allege non-infringement as to any claim of the '840 patent.

74.     Sawai thus has actual knowledge of the '840 patent.

75.     Upon information and belief, Sawai's generic products, if approved and marketed, will infringe, either literally or under the doctrine of equivalents, at least one claim including at least claim 1 of the '840 patent under at least one of 35 U.S.C. § 271(a), (b), and/or (c).

76.     Upon information and belief, under 35 U.S.C. § 271(e)(2)(A), Sawai has infringed at least one claim including at least claim 1 of the '840 patent by submitting, or causing to be submitted, to the FDA, ANDA No. 210285 seeking approval to manufacture, use, import, offer to sell or sell Sawai's generic products before the expiration date of the '840 patent.  Upon information and belief, the products described in ANDA No. 210285 would infringe, either literally or under the doctrine of equivalents, at least one claim including at least claim 1 of the '840 patent under 35 U.S.C. § 271(e)(2)(A).

77.     Upon information and belief, physicians and/or patients will directly infringe at least one claim including at least claim 1 of the '840 patent by the use of Sawai's generic products upon approval.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1

Case No.

COMPLAINT FOR PATENT INFRINGEMENT

78.    Upon information and belief, upon approval, Sawai will take active steps to encourage the use of Sawai's generic products by physicians and/or patients with the knowledge and intent that Sawai's generic products will be used by physicians and/or patients, in a manner that infringes at least one claim including at least claim 1 of the '840 patent, for the pecuniary benefit of Sawai.  Pursuant to 21 C.F.R. § 314.94, Sawai is required to copy the FDA approved Tecfidera® labeling.  Upon information and belief, Sawai will thus induce the infringement of at least one claim including at least claim 1 of the '840 patent.

79.    Upon information and belief, if the FDA approves ANDA No. 210285, Sawai will sell or offer to sell its generic products specifically labeled for use in practicing at least one claim including at least claim 1 of the '840 patent, wherein Sawai's generic products are a material part of the claimed invention, wherein Sawai knows that physicians will prescribe and patients will use Sawai's generic products in accordance with the instructions and/or label provided by Sawai in practicing at least one claim including at least claim 1 of the '840 patent, and wherein dimethyl fumarate delayed-release capsules are not staple articles or commodities of commerce suitable for substantial non-infringing use.  Upon information and belief, Sawai will thus contribute to the infringement of at least one claim including at least claim 1 of the '840 patent.

80.    Upon information and belief, Sawai's actions relating to Sawai's ANDA No. 210285 complained of herein were done with the cooperation, participation, assistance, and for the benefit of Sawai.

81.    If Sawai's marketing and sale of generic dimethyl fumarate delayed-release capsules prior to expiration of the '840 patent and all other relevant activities are not enjoined, Biogen will suffer substantial and irreparable harm for which there is no adequate remedy at law.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1                                12                              Case No.
                    COMPLAINT FOR PATENT INFRINGEMENT

## FIFTH CLAIM FOR RELIEF

### (Patent Infringement ('393 Patent))

82. Biogen realleges, and incorporates in full herein, each preceding paragraph.

83. The PTO issued the '393 patent on June 24, 2014, entitled "Utilization of Dialkylfumarates." The '393 patent identifies Rajendra Kumar Joshi and Hans-Peter Strebel as inventors of the claimed subject matter. A copy of the '393 patent is attached hereto as Exhibit E.

84. Biogen International GmbH is the owner of the '393 patent by virtue of assignment.

85. The '393 patent expires on October 29, 2019, excluding any pediatric exclusivity.

86. The '393 patent is directed to and claims, inter alia, pharmaceutical preparations.

87. The '393 patent is listed in the Orange Book for NDA No. 204063 for dimethyl fumarate delayed-release capsules.

88. The Notice Letter dated May 31, 2017, purported to include a Notice of Certification for ANDA No. 210285 under 21 U.S.C. § 355(j)(2)(B)(ii) and 21 C.F.R. § 314.95(c) as to the '393 patent. The Notice Letter did not allege non-infringement as to any claim of the '393 patent.

89. Sawai thus has actual knowledge of the '393 patent.

90. Upon information and belief, Sawai's generic products, if approved and marketed, will infringe, either literally or under the doctrine of equivalents, at least one claim including at least claim 1 of the '393 patent under at least one of 35 U.S.C. § 271(a), (b), and/or (c).

91. Upon information and belief, under 35 U.S.C. § 271(e)(2)(A), Sawai has infringed at least one claim including at least claim 1 of the '393 patent by submitting, or causing to be submitted, to the FDA, ANDA No. 210285 seeking

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1

13

Case No.

COMPLAINT FOR PATENT INFRINGEMENT

approval to manufacture, use, import, offer to sell or sell Sawai's generic products before the expiration date of the '393 patent. Upon information and belief, the products described in ANDA No. 210285 would infringe, either literally or under the doctrine of equivalents, at least one claim including at least claim 1 of the '393 patent under 35 U.S.C. § 271(e)(2)(A).

92. Upon information and belief, Sawai will directly infringe at least one claim including at least claim 1 of the '393 patent when it proceeds to manufacture, market, import, use, sell and/or offer to sell Sawai's generic products in the United States in connection with ANDA No. 210285 upon approval.

93. Upon information and belief, Sawai's actions relating to Sawai's ANDA No. 210285 complained of herein were done with the cooperation, participation, assistance, and for the benefit of Sawai.

94. If Sawai's marketing and sale of generic dimethyl fumarate delayed-release capsules prior to expiration of the '393 patent and all other relevant activities are not enjoined, Biogen will suffer substantial and irreparable harm for which there is no adequate remedy at law.

## SIXTH CLAIM FOR RELIEF

### (Patent Infringement ('514 Patent))

95. Biogen realleges, and incorporates in full herein, each preceding paragraph.

96. The PTO issued the '514 patent on March 19, 2013, entitled "Treatment for Multiple Sclerosis." The '514 patent identifies Matvey E. Lukashev and Gilmore O'Neill as inventors of the claimed subject matter. A copy of the '514 patent is attached hereto as Exhibit F.

97. Biogen MA Inc. is the owner of the '514 patent by virtue of assignment.

98. The '514 patent expires on February 7, 2028, excluding any pediatric exclusivity.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1

14

Case No.

COMPLAINT FOR PATENT INFRINGEMENT

99. The '514 patent is directed to and claims, inter alia, methods of treating multiple sclerosis.

100. The '514 patent is listed in the Orange Book for NDA No. 204063 for dimethyl fumarate delayed-release capsules.

101. The Notice Letter dated May 31, 2017, purported to include a Notice of Certification for ANDA No. 210285 under 21 U.S.C. § 355(j)(2)(B)(ii) and 21 C.F.R. § 314.95(c) as to the '514 patent. The Notice Letter did not allege non-infringement as to at least one claim of the '514 patent.

102. Sawai thus has actual knowledge of the '514 patent.

103. Upon information and belief, Sawai's generic products, if approved and marketed, will infringe, either literally or under the doctrine of equivalents, at least one claim including at least claim 1 of the '514 patent under at least one of 35 U.S.C. § 271(a), (b), and/or (c).

104. Upon information and belief, under 35 U.S.C. § 271(e)(2)(A), Sawai has infringed at least one claim including at least claim 1 of the '514 patent by submitting, or causing to be submitted, to the FDA, ANDA No. 210285 seeking approval to manufacture, use, import, offer to sell or sell Sawai's generic products before the expiration date of the '514 patent. Upon information and belief, the products described in ANDA No. 210285 would infringe, either literally or under the doctrine of equivalents, at least one claim including at least claim 1 of the '514 patent under 35 U.S.C. § 271(e)(2)(A).

105. Upon information and belief, physicians and/or patients will directly infringe at least one claim including at least claim 1 the '514 patent by the use of Sawai's generic products upon approval.

106. Upon information and belief, upon approval, Sawai will take active steps to encourage the use of Sawai's generic products by physicians and/or patients with the knowledge and intent that Sawai's generic products will be used by physicians and/or patients, in a manner that infringes at least one claim including at

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1

Case No.

COMPLAINT FOR PATENT INFRINGEMENT

least claim 1 of the '514 patent, for the pecuniary benefit of Sawai. Pursuant to 21 C.F.R. § 314.94, Sawai is required to copy the FDA approved Tecfidera® labeling. Upon information and belief, Sawai will thus induce the infringement of at least one claim including at least claim 1 of the '514 patent.

107. Upon information and belief, if the FDA approves ANDA No. 210285, Sawai will sell or offer to sell its generic products specifically labeled for use in practicing at least one claim including at least claim 1 of the '514 patent, wherein Sawai's generic products are a material part of the claimed invention, wherein Sawai knows that physicians will prescribe and patients will use Sawai's generic products in accordance with the instructions and/or label provided by Sawai in practicing at least one claim including at least claim 1 of the '514 patent, and wherein dimethyl fumarate delayed-release capsules are not staple articles or commodities of commerce suitable for substantial non-infringing use. Upon information and belief, Sawai will thus contribute to the infringement of at least one claim including at least claim 1 of the '514 patent.

108. Upon information and belief, Sawai's actions relating to Sawai's ANDA No. 210285 complained of herein were done with the cooperation, participation, assistance, and for the benefit of Sawai.

109. If Sawai's marketing and sale of generic dimethyl fumarate delayed-release capsules prior to expiration of the '514 patent and all other relevant activities are not enjoined, Biogen will suffer substantial and irreparable harm for which there is no adequate remedy at law.

## **PRAYER FOR RELIEF**

WHEREFORE, Biogen respectfully prays that the Court enter judgment in its favor and against Defendants Sawai Pharmaceutical and Sawai USA on the patent infringement claims set forth above and respectfully requests that this Court:

A. enter judgment under 35 U.S.C. § 271(e)(2)(A) that Sawai has infringed at least one claim including at least claim 1 of the '376 patent through

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1

16

Case No.

COMPLAINT FOR PATENT INFRINGEMENT

Sawai's submission of ANDA No. 210285 to the FDA to obtain approval to manufacture, use, import, offer to sell and sell Sawai's generic products in the United States before the expiration of the '376 patent;

B.  enter judgment under 35 U.S.C. § 271(a) that Sawai's commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States of Sawai's generic products prior to the expiration of the '376 patent constitutes infringement of one or more claims of said patent under 35 U.S.C. § 271(a);

C.  order that the effective date of any approval by the FDA of Sawai's generic products be a date that is not earlier than the expiration date of the '376 patent, or such later date as the Court may determine;

D.  enjoin Sawai, and all persons acting in concert with Sawai, from the manufacture, use, import, offer for sale and sale of Sawai's generic products until the expiration of the '376 patent, or such later date as the Court may determine;

E.  enjoin Sawai, and all persons acting in concert with Sawai, from seeking, obtaining or maintaining approval of Sawai's ANDA No. 210285 until the expiration of the '376 patent, or such later date as the Court may determine;

F.  enter judgment under 35 U.S.C. § 271(e)(2)(A) that Sawai has infringed at least one claim including at least claim 1 of the '999 patent through Sawai's submission of ANDA No. 210285 to the FDA to obtain approval to manufacture, use, import, offer to sell and sell Sawai's generic products in the United States before the expiration of the '999 patent;

G.  enter judgment under 35 U.S.C. § 271(b) and/or (c) that Sawai's commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States of Sawai's generic products

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1

17

Case No.

COMPLAINT FOR PATENT INFRINGEMENT

prior to the expiration of the '999 patent constitutes infringement of one or more claims of said patent under 35 U.S.C. § 271(b) and/or (c);

H. order that the effective date of any approval by the FDA of Sawai's generic products be a date that is not earlier than the expiration date of the '999 patent, or such later date as the Court may determine;

I. enjoin Sawai, and all persons acting in concert with Sawai, from the manufacture, use, import, offer for sale and sale of Sawai's generic products until the expiration of the '999 patent, or such later date as the Court may determine;

J. enjoin Sawai, and all persons acting in concert with Sawai, from seeking, obtaining or maintaining approval of Sawai's ANDA No. 210285 until the expiration of the '999 patent, or such later date as the Court may determine;

K. enter judgment under 35 U.S.C. § 271(e)(2)(A) that Sawai has infringed at least one claim including at least claim 1 of the '001 patent through Sawai's submission of ANDA No. 210285 to the FDA to obtain approval to manufacture, use, import, offer to sell and sell Sawai's generic products in the United States before the expiration of the '001 patent;

L. enter judgment under 35 U.S.C. § 271(b) and/or (c) that Sawai's commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States of Sawai's generic products prior to the expiration of the '001 patent constitutes infringement of one or more claims of said patent under 35 U.S.C. § 271(b) and/or (c);

M. order that the effective date of any approval by the FDA of Sawai's generic products be a date that is not earlier than the expiration date of the '001 patent, or such later date as the Court may determine;

N. enjoin Sawai, and all persons acting in concert with Sawai, from the manufacture, use, import, offer for sale and sale of Sawai's generic

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1

18

Case No.

COMPLAINT FOR PATENT INFRINGEMENT

products until the expiration of the '001 patent, or such later date as the Court may determine;

O.  enjoin Sawai, and all persons acting in concert with Sawai, from seeking, obtaining or maintaining approval of Sawai's ANDA No. 210285 until the expiration of the '001 patent, or such later date as the Court may determine;

P.  enter judgment under 35 U.S.C. § 271(e)(2)(A) that Sawai has infringed at least one claim including at least claim 1 of the '840 patent through Sawai's submission of ANDA No. 210285 to the FDA to obtain approval to manufacture, use, import, offer to sell and sell Sawai's generic products in the United States before the expiration of the '840 patent;

Q.  enter judgment under 35 U.S.C. § 271(b) and/or (c) that Sawai's commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States of Sawai's generic products prior to the expiration of the '840 patent constitutes infringement of one or more claims of said patent under 35 U.S.C. § 271(b) and/or (c);

R.  order that the effective date of any approval by the FDA of Sawai's generic products be a date that is not earlier than the expiration date of the '840 patent, or such later date as the Court may determine;

S.  enjoin Sawai, and all persons acting in concert with Sawai, from the manufacture, use, import, offer for sale and sale of Sawai's generic products until the expiration of the '840 patent, or such later date as the Court may determine;

T.  enjoin Sawai, and all persons acting in concert with Sawai, from seeking, obtaining or maintaining approval of Sawai's ANDA No. 210285 until the expiration of the '840 patent, or such later date as the Court may determine;

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1

19

COMPLAINT FOR PATENT INFRINGEMENT

Case No.

U.  enter judgment under 35 U.S.C. § 271(e)(2)(A) that Sawai has infringed at least one claim including at least claim 1 of the '393 patent through Sawai's submission of ANDA No. 210285 to the FDA to obtain approval to manufacture, use, import, offer to sell and sell Sawai's generic products in the United States before the expiration of the '393 patent;

V.  enter judgment under 35 U.S.C. § 271(a) that Sawai's commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States of Sawai's generic products prior to the expiration of the '393 patent constitutes infringement of one or more claims of said patent under 35 U.S.C. § 271(a);

W.  order that the effective date of any approval by the FDA of Sawai's generic products be a date that is not earlier than the expiration date of the '393 patent, or such later date as the Court may determine;

X.  enjoin Sawai, and all persons acting in concert with Sawai, from the manufacture, use, import, offer for sale and sale of Sawai's generic products until the expiration of the '393 patent, or such later date as the Court may determine;

Y.  enjoin Sawai, and all persons acting in concert with Sawai, from seeking, obtaining or maintaining approval of Sawai's ANDA No. 210285 until the expiration of the '393 patent, or such later date as the Court may determine;

Z.  enter judgment under 35 U.S.C. § 271(e)(2)(A) that Sawai has infringed at least one claim including at least claim 1 of the '514 patent through Sawai's submission of ANDA No. 210285 to the FDA to obtain approval to manufacture, use, import, offer to sell and sell Sawai's generic products in the United States before the expiration of the '514 patent;

AA. enter judgment under 35 U.S.C. § 271(b) and/or (c) that Sawai's commercial manufacture, use, offer for sale, or sale within the United

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

States, or importation into the United States of Sawai's generic products prior to the expiration of the '514 patent constitutes infringement of one or more claims of said patent under 35 U.S.C. § 271(b) and/or (c);

BB.  order that the effective date of any approval by the FDA of Sawai's generic products be a date that is not earlier than the expiration date of the '514 patent, or such later date as the Court may determine;

CC.  enjoin Sawai, and all persons acting in concert with Sawai, from the manufacture, use, import, offer for sale and sale of Sawai's generic products until the expiration of the '514 patent, or such later date as the Court may determine;

DD.  enjoin Sawai and all persons acting in concert with Sawai, from seeking, obtaining or maintaining approval of Sawai's ANDA No. 210285 until the expiration of the '514 patent, or such later date as the Court may determine;

EE.  declare this to be an exceptional case under 35 U.S.C. §§ 285 and 271(e)(4) and award Biogen costs, expenses and disbursements in this action, including reasonable attorney fees; and

FF.  award such further and other relief as this Court deems proper and just.

**Kendall Brill & Kelly LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1

21

Case No.

COMPLAINT FOR PATENT INFRINGEMENT

DATED:  June 30, 2017                    KENDALL BRILL & KELLY LLP


By:      /s/ Alan Jay Weil
         Alan Jay Weil
         Joshua W. Sussman

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
         James B. Monroe
         Li Feng
         Sanya Sukduang
         Andrew E. Renison
         *(pro hac vice applications forthcoming)*

         *Attorneys for Plaintiffs*

**Kendall Brill
& Kelly LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

315084.1                                    22                                    Case No.
                              COMPLAINT FOR PATENT INFRINGEMENT

# EXHIBIT A



US006509376B1

## (12) United States Patent
Joshi et al.

(10) Patent No.: **US 6,509,376 B1**
(45) Date of Patent: **Jan. 21, 2003**

(54) **UTILIZATION OF DIALKYFUMARATES**

(75) Inventors: **Rajendra Kumar Joshi**, Zürich (CH); **Hans-Peter Strebel**, Muri (CH)

(73) Assignee: **Fumapharm AG**, Muri (CH)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/831,620**

(22) PCT Filed: **Oct. 29, 1999**

(86) PCT No.: **PCT/EP99/08215**

§ 371 (c)(1),
(2), (4) Date: **May 10, 2001**

(87) PCT Pub. No.: **WO00/30622**

PCT Pub. Date: **Jun. 2, 2000**

(30) **Foreign Application Priority Data**

Nov. 19, 1998   (DE) ......................................... 198 53 487

(51) **Int. Cl.**[7] ............................................. **A61K 31/225**

(52) **U.S. Cl.** ....................................... **514/547**; 514/960

(58) **Field of Search** ................................. 514/547, 960

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,515,974 A | 5/1985 | Zecher et al. | |
| 4,746,668 A | 5/1988 | Sato et al. | |
| 4,851,439 A * | 7/1989 | Speiser et al. | 514/547 |
| 4,959,389 A | 9/1990 | Speiser et al. | 514/494 |
| 5,149,695 A * | 9/1992 | Speiser et al. | 514/75 |
| 5,214,196 A | 5/1993 | Blank | |
| 5,242,905 A * | 9/1993 | Blank | 514/19 |
| 5,359,128 A | 10/1994 | Blank | |
| 5,424,332 A | 6/1995 | Speiser et al. | 514/547 |
| 5,451,667 A | 9/1995 | Speiser et al. | 536/41 |
| 5,538,968 A | 7/1996 | Chiesi et al. | |
| 5,548,059 A | 8/1996 | Bayley et al. | |
| 5,972,363 A | 10/1999 | Clikeman et al. | |
| 6,277,882 B1 * | 8/2001 | Joshi et al. | 514/547 |
| 6,355,676 B1 | 3/2002 | Joshi et al. | |
| 6,359,003 B1 | 3/2002 | Joshi et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2248955 | 5/1997 |
| DE | 25 30 372 A1 | 1/1977 |
| DE | 26 21 214 A1 | 11/1977 |
| DE | 38 34794 A1 | 4/1990 |
| EP | 0188749 | 7/1986 |
| EP | 0312697 | 4/1989 |
| WO | WO 95/25102 | 9/1995 |
| WO | WO 96/27369 | 9/1996 |
| WO | WO 98/04290 | 2/1998 |
| WO | WO 98/27970 | 7/1998 |
| WO | WO 98/52549 | 11/1998 |
| WO | WO 99/21565 | 5/1999 |

OTHER PUBLICATIONS

Altmeyer, P. et al., "Systemische Therapie der Psoriasis", T & E Dermatologie Jg., 1997, vol. 27, ppg. 380–382, 384—not translated.

Gasser, et al., "Host Vs Graft and Graft Vs Host Reactions After Allogeneic Heterotopic Small Bowel Transplantation in the Rat", Transplantation Proceedings, vol. 24, No. 3, Jun., 1992, ppg.

Nathens, et al., "The Glutathione Depleting Agent Diethyl-maleate Prolongs Renal Allograft Survival", Journal of Surgical Research, vol. 77, 1998, ppg 75–79.

Nibbering, P.H. et al., "Intracellular Signalling by Binding Sites for the Antipsoratic Agent Monomethylfumarate on Human Granulocytes", British J. Dermatol., 1997, vol. 137, ppg. 65–75.

Nibbering, Peter H., "Effects of Monomethylfumarate on Human Granulocytes", Journal of Investigative Dermatology, 1993, vol. 101, ppg. 37–42.

Sebök, Bela et al., "Antiproliferative and Cytotoxic profiles of Antipsoriatic Fumaric Acid Derivatives in Keratinocyte Cultures", European Journal of Pharm., Environ. Toxicol. Pharmacol.

Schwinghammer et al., "Pharmacologic prophylaxis of acute graft–versus–host disease after allogeneic marrow transplantation", Therapy Reviews, Clinical Pharmacy, vol. 12, Oct. 1993, ppg 736–761.

Medline Abstract of Bayard et al., "Peroral long–term treatment of psoriasis using fumaric acid derivatives", Hautarzt, May 1987, 38(5), ppg 279–85.

Hunziker T. et al.; "Is Psoriasis an Autoimmune Disease", Excerpt from "Therapeutische Umschau", Determatological Clinic of the University of Berne; 1993, vol. 50; 2nd edition; pp. 110–113. (Translated version 5 pages).

M. Bacharach–Buhles et al., "Fumaric Acid Esters (FAEs) Suppress CD 15– and ODP 4–positive Cells in Psoriasis", Acta Derm Venerol (Stockh); 1994; Suppl. 186: 79–82.

H. M. Ockenfels, et al., "The antipsoriatic agent dimethylfumarate immunomodulates T–cell cytokine secretion and inhibits cytokines of the psoriatic cytokine network", British Journal of Dermatology, 1998, vol. 139, 390–395.

"Merck Manual", 1987, Merck XP–002141006, p. 327, paragraph 2—paragraph 6.

Immunodulation durch Fumaderm, Das richtungsweisende Konzept, Charité–Berlin, Hautklinik, Symposium, Nov. 1.–3, 1996, 28 pages, 4 page english translation of pp. 23–24.

* cited by examiner

*Primary Examiner*—Kevin E. Weddington
(74) *Attorney, Agent, or Firm*—Sieberth & Patty, L.L.C.

(57) **ABSTRACT**

The present invention relates to the use of certain dialkyl fumarates for the preparation of pharmaceutical preparations for use in transplantation medicine or for the therapy of autoimmune diseases and said compositions in the form of micro-tablets or pellets. For this purpose, the dialkyl fumarates may also be used in combination with conventional preparations used in transplantation medicine and immuno-suppressive agents, especially cyclosporines.

**16 Claims, No Drawings**

**EXHIBIT A**
**Page 23**

US 6,509,376 B1

**1**

### UTILIZATION OF DIALKYFUMARATES

#### REFERENCE TO RELATED APPLICATIONS

This application is a 371 continuation of PCT Application PCT/EP99/08215, filed Oct. 29, 1999, the text of which is not in English, which PCT Application claims priority on German Application No. 198 53 487.6 filed Nov. 19, 1998, the text of which is not in English.

#### DESCRIPTION

The present invention relates to the use of dialkyl fumarates for preparing pharmaceutical preparations for use in transplantation medicine or the therapy of autoimmune diseases and pharmaceutical preparations in the form of micro-tablets or micro-pellets containing dialkyl fumarates.

On the one hand, therefore, it relates especially to the use of dialkyl fumarates for preparing pharmaceutical preparations for the treatment, reduction or suppression of rejection reactions of the transplant by the recipient, i.e. host-versus-graft reactions, or rejection of the recipient by the transplant, i.e. graft-versus-host reactions. On the other hand, it relates to the use of dialkyl fumarates for preparing pharmaceutical preparations for treating autoimmune diseases such as polyarthritis, multiple sclerosis, juvenile-onset diabetes, Hashimoto's thyroiditis, Grave's disease, systemic Lupus erythematodes (SLE), Sjogren's syndrome, pernicious anaemia and chronic active (=lupoid) hepatitis.

Both graft rejection and autoimmune diseases are based on medically undesirable reactions or dysregulation of the immune system. Cytokins such as interleukins or tumour necrose factor α (TNF-α) are substantial mediators influencing the immune system. In general, both are treated by the administration of immunosuppressive agents such as cyclosporine.

In the overall result, autoimmune diseases may be defined as the failure of the tolerance of endogenic substances or antigens. As a rule, this tolerance can be maintained only if the antigens keep coming into contact with immunological cells. When this tolerance is lost, autoantibodies are formed, i.e. a humoral immunoresponse against endogenic tissue. The exact nature of the involvement of TNF-α is not known.

Transplantations are tissue or organ transplantations, i.e. the transfer of tissues such as cornea, skin, bones (bone chips), vessels or fasciae, of organs such as kidney, heart, liver, lung, pancreas or intestines, or of individual cells such as islet cells, α-cells and liver cells, the kidney having the greatest significance as a transplanted organ.

According to the degree of relationship between the donor and the recipient we differentiate between auto-transplantation (transfer to another part of the body of the same individual), iso-transplantation (transfer to another, genetically identical individual) and allogenic transplantation (transfer to another individual of the same species). Depending on the site of origin and transplantation, we further differentiate between homotopic transplantation (transfer to the same site) and heterotopic transplantation (transfer to a different site). The above-mentioned transplantations play an important role in modern medicine.

A major problem in transplantation medicine is graft rejection after transplantation of the tissue, organ or cell by immunological defence reactions of the recipient. Such a graft rejection is also called host-versus-graft reaction. The immunological defence reaction of the organism against the heteroprotein often results in rejection or dissolution of the grafts. In host-versus-graft reactions, different stages may be

**2**

distinguished. Depending on the degree of difference between the recipient and the donor, this reaction takes place at different speeds so that we speak of an acute, subacute or chronic reaction. The acute rejection process is accompanied by the irreversible loss of the transplant (necrotisation) as a result of arteriitis or arteriolitis within 48 hours and cannot be influenced by the administration of drugs. The sub-acute rejection reaction becomes manifest as a rejection crisis from day 12 to month 4 with reversible functional disorders as a result of a transplant vasculopathy. Finally, the loss of function of the transplant as a result of vascular changes such as obliterating arteriopathy, which proceeds over weeks or years and can practically not be influenced by drugs, is termed a chronic rejection reaction.

Vice-versa, rejection reactions of the transplant against the recipient, the so-called graft-versus-host reactions, may occur when immunocompetent tissues are transplanted, i.e. primarily in bone marrow transplantation. Again, the severity of the reaction is graded, and substantially similar complications result as in host-versus-graft-reactions, namely arteriopathies and necroses.

To avoid such rejection reactions, i.e. the host-versus-graft reaction and the graft-versus-host reaction, transplantation medicine essentially makes use of immunosuppression, i.e. a weakening of the normal immunoresponse. For this purpose, anti-lymphocyte sera are often used in combination with corticosteroids and so-called antimetabolites, e.g. purine analogues such as 6-mercaptopurine and thioguanine which affect the nucleic acid and protein synthesis and thus prevent cell division and proliferation. This leads to suppression or the production of antibodies and the cellular immune response. The immunosuppressive agents used for therapy are substances which suppress or weaken the immunoreaction in the body either specifically or non-specifically. Non-specific immunosuppressive agents are cytostatic agents such as, for example, alkylating agents or antimetabolites.

In addition, active ingredients are known which cause at least partial specific immunosuppression, such as corticosteroids, antisera, antibodies FK-506, tacrolimus, mycophenolatemofetil and primarily cyclosporines such as cyclosporine A. As a result of using modern immunosuppressive agents, the most important representatives of which are the cyclosporines, especially cyclosporine A, it was possible to improve the results of transplantation considerably over the last few years. At present, the survival rate after one year is about 60% for liver transplantations, about 80% for heart transplantations and over 90% for kidney transplantations.

Autoimmune diseases where the endogenic immune system attacks endogenic organs, tissues and cells are comparable to graft-versus-host reactions. These are also medically undesirable reactions of the immune system which may be treated with immunosuppressive agents, too.

The danger in using immunosuppressive agents lies in weakening the body's defence against infectious diseases and the increased risk of malignant diseases. Therefore, it is the object of the invention to provide a pharmaceutical preparation to be employed in transplantation medicine which may be used to treat, especially to suppress, weaken and/or alleviate host-versus-graft reactions and graft-versus-host reactions, but does not have the above disadvantage.

It is another object of the invention to provide a pharmaceutical preparation which may be employed for treating autoimmune diseases, particularly polyarthritis, multiple sclerosis, juvenile-onset diabetes, Hashimoto's thyroiditis,

**EXHIBIT A**
**Page 24**

US 6,509,376 B1

**3**

Grave's disease, systemic Lupus erythematodes (SLE), Sjogren's syndrome, pernicious anaemia and chronic active (=lupoid) hepatitis, without the disadvantages of immuno-suppression.

The object of the invention is achieved by using certain dialkyl fumarates for preparing pharmaceutical preparations for use in transplantation medicine and for the therapy of autoimmune diseases and pharmaceutical preparations in the form of micro-tablets and micro-pellets containing these dialkyl fumarates. The individual subject matters of the invention are characterised in detail in the claims. The preparations according to the invention do not contain any free fumaric acids per se.

It is known that pharmaceutical preparations which, upon biological degradation after administration, enter into the citric acid cycle or are part thereof gain increasing thera-peutic significance—especially when given in high dosages—since they can alleviate or heal diseases caused cryptogenetically.

Fumaric acid, for example, inhibits the growth of the Ehrlich ascites tumour in mice, reduces the toxic effects of mitomycin C and aflatoxin and displays anti-psoriatic and anti-microbial activity. When administered parenterally, transdermally and especially perorally, high dosages of fumaric acid or its derivatives known so far such as dihy-droxyl fumaric acid, fumaramide and fumaronitrile have such unacceptly severe side effects and high toxicity that, in most cases, such a therapy had to be abandoned in the past.

Surprisingly, investigations carried out by the applicant have shown that methyl hydrogen fumarate, a metabolite of the dimethyl fumarate, initially increases the endotoxin-stimulated TNF-$\alpha$ secretion in human mono-nuclear cells of periphere blood (periphere blood mono-nuclear cells= PBMC cells) and in isolated monocytes. In addition, the applicant was able to show that fumaric acid has an effect on in vitro and in vivo haemag-glutination which is comparable to that of cyclosporine.

Surprisingly, it has now been found that dialkyl fumarates are advantageous for preparing pharmaceutical composi-tions for use in transplantation medicine and for the therapy of autoimmune diseases. This is because compositions con-taining such dialkyl fumarates surprisingly permit a positive modulation of the immune system in host-versus-graft reactions, graft-versus-host reactions and other autoimmune diseases.

European Patent Application 0 188 749 already describes fumaric acid derivatives and pharmaceutical compositions containing the same for the treatment of psoriasis. Pharma-ceutical compositions for the treatment of psoriasis contain-ing a mixture of fumaric acid and other fumaric acid derivatives are known from DE-A-25 30 372. The content of free fumaric acid is obligatory for these medicaments.

DE-A-26 21 214 describes medicaments containing the fumaric acid monoethyl ester and its mineral salts as active ingredient for the treatment of psoriasis. The publication "Hautarzt (Dermatologist) (1987) 279–285" discusses the use of fumaric acid monoethyl ester salts. Pharmaceutical preparations containing a mixture of fumaric acid monoalkyl ester salts and a fumaric acid diester for the treatment of psoriasis, psoriatic arthritis, neurodermatitis and enteritis regionalis Crohn are known from EP 0 312 697 B1.

Specifically, the object of the invention is achieved by the use of one or more dialkyl fumarates of the formula

**4**



wherein $R_1$ and $R_2$, which may be the same or different, independently represent a linear, branched or cyclic, satu-rated or unsaturated $C_{1-20}$ alkyl radical which may be optionally substituted with halogen (Cl, F, I, Br), hydroxy, $C_{1-4}$ alkoxy, nitro or cyano for preparing a pharmaceutical preparation for use in transplantation medicine or for the therapy of autoimmune diseases.

The $C_{1-20}$ alkyl radicals, preferably $C_{1-8}$ alkyl radicals, most preferably $C_{1-5}$ alkyl radicals are, for example, methyl, ethyl, n-propyl, isopropyl, n-butyl, sec-butyl, t-butyl, pentyl, cyclopentyl, 2-ethyl hexyl, hexyl, cyclohexyl, heptyl, cycloheptyl, octyl, vinyl, allyl, 2-hydroxy ethyl, 2 or 3-hydroxy propyl, 2-methoxy ethyl, methoxy methyl or 2- or 3-methoxy propyl. Preferably at least one of the radicals $R_1$ or $R_2$ is $C_{1-5}$ alkyl, especially methyl or ethyl. More preferably, $R_1$ and $R_2$ are the same or different $C_{1-5}$ alkyl radicals such as methyl, ethyl, n-propyl or t-butyl, methyl and ethyl being especially preferred. Most preferably, $R_1$ and $R_2$ are identical and are methyl or ethyl. Especially preferred are the dimethyl fumarate, methyl ethyl fumarate and diethyl fumarate.

The dialkyl fumarates to be used according to the inven-tion are prepared by processes known in the art (see, for example, EP 0 312 697).

Preferably, the active ingredients are used for preparing oral preparations in the form of tablets, micro-tablets, pellets or granulates, optionally in capsules or sachets. Preparations in the form of micro-tablets or pellets, optionally filled in capsules or sachets are preferred and are also a subject matter of the invention. The oral preparations may be provided with an enteric coating. Capsules may be soft or hard gelatine capsules.

The dialkyl fumarates used according to the invention may be used alone or as a mixture of several compounds, optionally in combination with the customary carriers and excipients. The amounts to be used are selected in such a manner that the preparations obtained contain the active ingredient in an amount corresponding to 10 to 300 mg of fumaric acid.

Preferred preparations according to the invention contain a total amount of 10 to 300 mg of dimethyl fumarate and/or diethyl fumarate.

According to a preferred embodiment, the size or the mean diameter, respectively, of the pellets or micro-tablets is in the range from 300 to 2,000 $\mu$m, especially in the range of 500 or 1,000 $\mu$m.

In addition to graft-versus-host reactions (see above), the following autoimmune diseases to be treated may be named: polyarthritis, multiple sclerosis, graft-versus-host reactions, juvenile-onset diabetes, Hashimoto's thyroiditis, Grave's disease, systemic Lupus erythematodes (SLE), Sjogren's syndrome, pernicious anaemia and chronic active (lupoid) hepatitis. Autoimmune diseases in a wider meaning also comprise psoriasis, psoriatic arthritis, neurodermatitis and enteritis regionalis Crohn.

In addition to the preparations for peroral administration in the form of micro-pellets, micro-tablets, capsules (such as soft and hard gelatine capsules), granulates and tablets cited above, suitable pharmaceutical preparations are preparations for cutaneous and transdermal administration in the form of ointments, plasters, lotions or shower preparations and for

US 6,509,376 B1

**5**

parenteral administration in the form of aqueous micro-dispersions, oil-in-water emulsions or oily solutions for rectal administration of suppositories or micro-enemas. Pharmaceutical preparations in the form of micro-tablets or micro-pellets are preferred for the therapy of all autoimmune diseases mentioned above, including psoriasis, psoriatic arthritis, neurodermatitis and enteritis regionalis Crohn and are also a subject matter of the invention.

According to the invention, a therapy with dialkyl fumarates may also be carried out in combination with one or more preparations of the triple drug therapy customarily used in organ transplantations or with cyclosporine A alone. For this purpose, the preparations administered may contain a combination of the active ingredients in the known dosages or amounts, respectively. Likewise, the combination therapy may consist of parallel administration of separate preparation same or different routes. Optionally, the dosage of the active ingredient contained in addition to the dose of the fumaric acid derivative administered in accordance with the invention may be reduced advantageously.

Another embodiment of the use according to the invention is to alternate the drug therapy with immunosuporessive agents such as cyclosporine in sequence with an application of the above-mentioned dialkyl fumarate. This means that an application of fumaric acid derivatives as defined above over one or more weeks may follow a cyclosporine therapy of one or more weeks. This permits reduction of the Cyclosporine A dosage resulting in a considerable decrease of the rate of side effects in long-term therapy.

By administration of the dialkyl fumarates in the form of micro-tablets, which is preferred, gastrointestinal irritations and side effects, which are reduced already when conventional tablets are administered but is still observed, may be further reduced vis-à-vis fumaric acid derivatives and salts.

It is presumed that, upon administration of conventional tablets, the ingredients of the tablet are released in the intestine in a concentration which is too high, causing local irritation of the intestinal mucous membrane. This local irritation results in a short-term release of very high TNF-α concentrations which may be responsible for the gastrointestinal side effects. In case of application of enteric-coated micro-tablets in capsules, on the other hand, very low local concentrations of the active ingredients in the intestinal epithelial cells are achieved. The micro-tablets are incrementally released by the stomach and passed into the small intestine by peristaltic movements so that distribution of the active ingredients is improved.

This means that enteric-coated micro-tablets in the same dosage are distributed already in the stomach and passed to the intestine in portions, where the active ingredients are released in smaller dosages. This avoids local irritation of the intestinal epithelial cells and the release of TNF-α. It is assumed that this results in the improved tolerance of micro-tablets in the gastrointestinal tract vis-à-vis conventional tablets.

In addition, resorption is improved, because the dialkyl fumarates to be used according to the invention are not the active ingredient per se, but a so-called pro-drug, which must be converted into the active ingredient in the body.

In order to illustrate the use according to the invention, different examples for preparing preferred drugs are given below.

### PRODUCTION EXAMPLES

In principle, the oral preparations according to the invention in the form of tablets or micro-tablets may be prepared by classical tabletting processes. Instead of such classical

**6**

tabletting processes, other methods for the preparation of tablets may be used, such as direct tabletting and processes for preparing solid dispersions in according with the melt method and the spray drying method.

The tablets may be provided with an enteric coating. The enteric coating may be applied in a classical coating pan or sprayed on or applied in a fluidised bed apparatus. The tablet may also be provided with a film coat.

### EXAMPLE 1

Preparation of Enteric-coated Micro-tablets in Capsules Containing 120.0 mg of Dimethyl Fumarate, which Corresponds to 96 mg of Fumaric Acid

Taking the necessary precautions (breathing mask, gloves, protective clothing, etc.), 12.000 kg of dimethyl fumarate are crushed, mixed and homogenised by means of a sieve 800. Then an excipient mixture with the following composition is prepared: 17.50 kg of starch derivative (STA-RX® 1500), 0.30 kg of micro-crystalline cellulose (Avicel® PH 101), 0.75 kg of PVP (Kollidon® 120), 4.00 kg of Primogel®, 0.25 kg of colloidal silicic acid (Aerosil®). The active ingredient is added to the entire powder mixture, mixed, homogenised by means of a sieve 200, processed in the usual manner with a 2% aqueous solution of polyvidon pyrrolidone (Kollidon® K25) to obtain a binder granulate and then mixed in the dry state with the outer phase. Said outer phase consists of 0.50 kg of Mg stearate and 1.50 kg of talcum.

Then the powder mixture is compressed in the usual manner to obtain convex tablets having a gross weight of 10.0 mg and a diameter of 2.0 mm.

One example to achieve resistance to gastric acid is to dissolve a solution of 2.250 kg of hydroxy propyl methyl cellulose phthalate (HPMCP, Pharmacoat® HP 50) in portions in a mixture of the following solvents: 13.00 l of acetone, 13.50 l of ethanol (94 wt.-%, denatured with 2% of ketone) and 1.50 l of demineralised water. As a plasticiser, castor oil (0.240 kg) is added to the finished solution and applied in portions onto the tablet cores in the customary manner.

After drying is completed, a suspension of the following composition is applied as a film coat in the same apparatus: 0.340 kg of talcum, 0.400 kg of titanium(VI) oxide Cronus RN 56, 0.324 kg of coloured lacquer L-Rotlack 86837, 4.800 kg of Eudragit E 12.5% and 0.120 kg of polyethylene glycol 6000, pH 11 XI in a solvent mixture of the following composition: 8.170 kg of 2-propanol, 0.200 kg of demineralised water and 0.600 kg of glycerine triacetate (Triacetin).

After that the enteric-coated micro-tablets are filled into hard gelatine capsules having a net weight of 400 mg and sealed.

### EXAMPLE 2

Preparation of Enteric-coated Micro-tablets in Capsules Containing 120.0 mg of Dimethyl Fumarate, which Corresponds to 96 mg of Fumaric Acid

12.000 kg of dimethyl fumarate are crushed and homogenised as above. Then an excipient mixture composed as follows is prepared: 23.20 kg of microcrystalline cellulose (Avicelo® PH 200), 3.00 kg of Croscarmellose sodium (AC-Di-SOL-SD-711), 2.50 kg of talcum, 0.10 kg of anhydrous silica (Aerosil® 200) and 1.00 kg of Mg stearate. The active ingredient is then added to the entire powder mixture and mixed homogenously. By means of direct tabletting, the powder mixture is then pressed into convex tablets having a gross weight of 10.0 mg and a diameter of 2.00 mm.

**EXHIBIT A**
**Page 26**

US 6,509,376 B1

**7**

After that, a solution of 0.94 Eudragit® L in isopropanol is prepared which also contains 0.07 kg of dibutyl phthalate. This solution is sprayed onto the tablet cores. After that, a dispersion of 17.32 kg of Eudragit® L D-55 and a mixture of 2.80 kg of micro-talcum, 2.00 kg of Macrogol 6000 and 0.07 kg of dimeticon in water is prepared and sprayed onto the cores.

Next, the enteric-coated micro-tablets are filled into hard gelatine capsules having a net weight of 650 mg and sealed.

### EXAMPLE 3

Preparation of Micro-pellets in Capsules Containing 50.0 mg of Dimethyl Fumarate, which Corresponds to 40 mg of Fumaric Acid

5.000 kg of dimethyl fumarate are crushed and homogenised as above. In addition, 2 l of a 20% (m/v) polyvinyl pyrrolidone solution (Kollidon K-30) in ethanol are prepared. 7.250 kg of nonpareilles pellets in a coating pan are sprayed with part of the Kollidon K-30 solution until slightly humid. Then the active ingredient is added in portions until the pellets are dry. This procedure of humidification/drying is continued until all of the active ingredient mixture has been added. Then the pellets are moved around until completely dry.

After that, the pellets are filled into hard gelatine capsules (126.5 mg pellets/capsule).

### EXAMPLE 4

Preparation of Enteric-coated Capsules Containing 110.0 mg of Dimethyl Fumarate, which Corresponds to 88 mg of Fumaric Acid

11.000 kg of dimethyl fumarate are intensely mixed in a mixture consisting of 14.00 kg of starch, 5.65 kg of lactose, 2.00 kg of microcrystalline cellulose (Avicel®), 1.00 kg of polyvinyl pyrrolidone (Kollidon® 25) and 2.443 kg of Primogel® and, taking the necessary precautions (breathing mask, gloves, protective clothing), homogenised by means of a sieve 800.

Using a 2% aqueous solution of polyvinyl pyrrolidone (Kollidon® K25), the entire powder mixture is processed into a binder granulate in the customary manner and mixed with the outer phase when dry. Said outer phase consists of 0.350 kg of colloidal silicic acid (Aerosil®), 0.500 kg of Mg stearate and 1.500 kg of talcum. The homogenous mixture is filled into suitable capsules in portions of 400 mg which are then provided with an enteric coating consisting of hydroxy propyl methyl cellulose stearate and castor oil as plasticiser in the customary manner. Instead of using hard gelatine capsules, the product may also be filled into suitable enteric-coated capsules consisting of a mixture of cellulose acetate phthalate (CAP) and hydroxy propyl methyl cellulose phthalate (HPMCP).

In comparison with substances of the prior art such as cyclosporine, which may cause massive kidney disorders or diseases of the lymphoproliferative system, a therapy with fumaric acid derivatives according to the invention for the indications listed above rarely results in serious side effects.

Among other things, the immunosuppressive effect of cyclosporine is caused by the inhibition of Th-1 cell formation. As in vitro experiments of the applicant have shown, fumarates cause a shift of the cytokine pattern of the Th1 type to the cytokine pattern of the Th2 type.

Especially in view of the long-term therapy and prevention which is always necessary in graft-versus-host reactions and host-versus-graft reactions or other immune diseases such as multiple sclerosis, the unexpected effect of the use according to the invention is of the greatest interest. In a combination therapy of cyclosporine with the fumaric acid

**8**

derivatives, the toxic side effects of the former compounds may be unexpectedly reduces to a substantial degree. In addition, the use according to the invention is also significant in the substitution of the corticosteroid therapy of autoimmune diseases which is known to be accompanied by severe side effects.

What is claimed is:

1. Pharmaceutical preparation in the form of microtablets or micropellets comprising one or more dialkyl fumarates of the formula

$$
\begin{array}{c}
\underset{R_2-OOC}{\overset{H}{\underset{}{\diagup}}}\ C=C\ \underset{H}{\overset{COO-R_1}{\diagup}}
\end{array}
$$

wherein $R_1$ and $R_2$, which may be the same or different, independently represent a linear, branched or cyclic, saturated or unsaturated $C_{1-20}$ alkyl radical which may be optionally substituted with halogen (Cl, F, I, Br), hydroxy, $C_{1-4}$ alkoxy, nitro or cyano, and optionally suitable carriers and excipients for use in transplantation medicine or for the therapy of autoimmune diseases such as polyarthritis, multiple sclerosis, juvenile-onset diabetes, Hashimoto's thyroiditis, Grave's disease, systemic Lupus erythematodes (SLE), Sjogren's syndrome, pernicious anaemia, chronic active (lupoid) hepatitis, psoriasis, psoriatic arthritis, neurodermatitis and enteritis regionalis Crohn.

2. A preparation according to claim 1 comprising dimethyl fumarate, diethyl fumarate or methylethyl fumarate.

3. A preparation according to claim 1 or 2 comprising an amount of the active ingredient corresponding to 10 to 300 mg of fumaric acid.

4. A preparation according to claim 1 wherein the one or more dialkylfumarates is diethylfumarate.

5. A preparation according to claim 1 wherein the one or more dialkylfumarates is dimethylfumarate.

6. A preparation according to claims 4 or 5 wherein the amount of dialkylfumarate in said preparation corresponds to 10 to 300 mg of fumaric acid.

7. A preparation according to any of claims 1, 2, 4 or 5 wherein the preparation is formulated into an oral preparation in which the microtablets or micropellets are in capsules or sachets.

8. A preparation according to any of claims 1, 2, 4 or 5 wherein the preparation is formulated into an oral preparation in which the microtablets or micropellets are in soft or hard gelatine capsules.

9. A preparation according to any of claims 1, 2, 4 or 5 wherein the microtablets or micropellets are provided with an enteric coating.

10. A preparation according to claim 1 wherein the preparation is formulated into an oral preparation in which the microtablets or micropellets are in capsules or sachets and wherein the amount of dialkylfumarate in said preparation corresponds to 10 to 300 mg of fumaric acid.

11. A preparation according to claim 1 wherein the preparation is formulated into an oral preparation in which the microtablets or micropellets are in soft or hard gelatine capsules and wherein the amount of dialkylfumarate in said preparation corresponds to 10 to 300 mg of fumaric acid.

12. A preparation according to claim 1 wherein the microtablets or micropellets are provided with an enteric coating and wherein the amount of dialkylfumarate in said preparation corresponds to 10 to 300 mg of fumaric acid.

13. A pharmaceutical composition in which the active ingredient consists of one or more dialkyl fumarates, said composition being in the form of microtablets or micropellets wherein the size or mean diameter, respectively of said

US 6,509,376 B1

9

microtablets or micropellets is 5,000 microns or less exclusive of any optional coating applied to said microtablets or micropellets.

14. The composition of claim 13 wherein said size or mean diameter is 2,000 microns or less.

15. The composition of claim 13 wherein said one or more dialkyl fumarates are of the formula

10

wherein $R_1$ and $R_2$, which may be the same or different, independently represent a linear, branched or cyclic, saturated or unsaturated $C_{1-20}$ alkyl radical which may be optionally substituted with halogen (Cl, F, I, Br), hydroxy, $C_{1-4}$ alkoxy, nitro or cyano.

16. The composition of claim 13 wherein said one or more dialkyl fumarates is dimethyl fumarate, or diethyl fumarate, or methylethyl fumarate, and wherein the amount thereof corresponds to 10 to 300 mg fumaric acid.

* * * * *

# EXHIBIT B



US007320999B2

(12) **United States Patent**
Joshi et al.

(10) Patent No.: **US 7,320,999 B2**
(45) **Date of Patent:** **Jan. 22, 2008**

(54) **DIMETHYL FUMARATE FOR THE TREATMENT OF MULTIPLE SCLEROSIS**

(75) Inventors: **Rajendra Kumar Joshi**, Zürich (CH); **Hans-Peter Strebel**, Muri (CH)

(73) Assignee: **Fumapharm AG**, Luzern (CH)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 202 days.

(21) Appl. No.: **10/197,077**

(22) Filed: **Jul. 17, 2002**

(65) **Prior Publication Data**

US 2003/0018072 A1    Jan. 23, 2003

**Related U.S. Application Data**

(62) Division of application No. 09/831,620, filed as application No. PCT/EP99/08215 on Oct. 29, 1999, now Pat. No. 6,509,376.

(30) **Foreign Application Priority Data**

Nov. 19, 1998    (DE) ................................ 198 53 487

(51) **Int. Cl.**
*A61K 31/22*    (2006.01)

(52) **U.S. Cl.** ..................................................... **514/549**

(58) **Field of Classification Search** ..................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,832,287 A | 8/1974 | Gale et al. |
| 4,515,974 A | 5/1985 | Zecher et al. |
| 4,746,668 A | 5/1988 | Sato et al. |
| 4,851,439 A | 7/1989 | Speiser et al. |
| 4,959,389 A | 9/1990 | Speiser et al. |
| 5,149,695 A | 9/1992 | Speiser et al. |
| 5,214,196 A | 5/1993 | Blank |
| 5,242,905 A | 9/1993 | Blank |
| 5,359,128 A | 10/1994 | Blank |
| 5,424,332 A | 6/1995 | Speiser et al. |
| 5,451,667 A | 9/1995 | Speiser et al. |
| 5,538,968 A | 7/1996 | Chiesi et al. |
| 5,548,059 A | 8/1996 | Bayley et al. |
| 5,589,504 A | 12/1996 | Dannenberg et al. |
| 5,972,363 A | 10/1999 | Clikeman et al. |
| 6,277,882 B1 | 8/2001 | Joshi et al. |
| 6,355,676 B1 | 3/2002 | Joshi et al. |
| 6,359,003 B1 | 3/2002 | Joshi et al. |
| 6,436,992 B1 | 8/2002 | Joshi et al. |
| 6,509,376 B1 | 1/2003 | Joshi et al. |
| 2003/0013761 A1 | 1/2003 | Joshi et al. |
| 2006/0069161 A1 | 3/2006 | Lee et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2248955 | 8/2001 |
| CN | 1125141 | 6/1996 |
| DE | 25 30 372 A1 | 1/1977 |
| DE | 26 21 214 A1 | 11/1977 |
| DE | 35 31 597 | 3/1987 |
| DE | 38 34794 A1 | 4/1990 |
| DE | 3834794 A1 | 4/1990 |
| EP | 0 188 749 A2 | 7/1986 |
| EP | 0 312 697 | 4/1989 |
| EP | 0 312 697 A2 | 4/1989 |
| EP | 0 518 388 | 12/1992 |
| EP | 0 793 966 | 9/1997 |
| GB | 1 216 699 | 12/1970 |
| GB | 1 422 726 | 1/1976 |
| GB | 2 291 422 | 1/1996 |
| WO | WO 89/01930 A1 | 3/1989 |
| WO | WO 94/28883 | 12/1994 |
| WO | WO 95/25102 | 9/1995 |
| WO | WO 96/01122 | 1/1996 |
| WO | WO 96/02244 | 2/1996 |
| WO | WO 96/27369 | 9/1996 |
| WO | WO 97/48400 | 12/1997 |
| WO | WO 98/04290 | 2/1998 |
| WO | WO 98/27970 | 7/1998 |
| WO | WO 98/52549 | 11/1998 |
| WO | WO 99/21565 | 5/1999 |
| WO | WO 01/59072 | 8/2001 |
| WO | WO 02/02190 | 1/2002 |
| WO | WO 03/032969 | 4/2003 |
| WO | WO 2004/096216 | 11/2004 |
| WO | WO 2005/027899 | 3/2005 |
| WO | WO 2005/044272 | 5/2005 |
| WO | WO 2006/037342 | 4/2006 |
| WO | WO 2006/050730 | 5/2006 |

(Continued)

OTHER PUBLICATIONS

Anderson, A. et al., Contact Dermatitis, 16:55-78, 1987.
deJong et al., European Journal of Immunology, 26:2067-2074, 1996.
Dücker, P. et al., H+Z Zeitschrift fur Haut., 65:734-736, 1989.
Fliegner, L. et al., Hautarzt, 43:554-560, 1992.
Ghoreschi et al., Arch. Dermatol. Res., 296:P110, 2005.
Ghoreschi et al., Arch. Dermatol. Res., 294:28, 2002.
Ghoreschi et al., Current Drug Targets: Inflammation and Allergy 3:193-198, 2004.

(Continued)

*Primary Examiner*—Raymond J. Henley, III
(74) *Attorney, Agent, or Firm*—Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.

(57)    **ABSTRACT**

The present invention relates to the use of certain dialkyl fumarates for the preparation of pharmaceutical preparations for use in transplantation medicine or for the therapy of autoimmune diseases and said compositions in the form of micro-tablets or pellets. For this purpose, the dialkyl fumarates may also be used in combination with conventional preparations used in transplantation medicine and immuno-suppressive agents, especially cyclosporines.

**18 Claims, No Drawings**

**US 7,320,999 B2**

Page 2

FOREIGN PATENT DOCUMENTS

W●      W● 2006/055871          5/2006

OTHER PUBLICATIONS

Hunziker et al., "Is Psoriasis an Autoimmune Disease?", excerpt from "Therapeutische Umschau", Derm. Clinic of Univ. Berne, 50:110-113, 1993, translated version 5 pages.

International Search Report for PCT/EP99/08215 dated Jun. 26, 2000.

Kiehl, R et al., Acta Derm. Venerol., 72:253-255, 1992.

Kolbach, D. et al., J. Am. Acad. Derm., 27:769-771, 1992.

Lahti, A. et al., Contact Dermatitis, 12:139-140, 1985.

Merck Index, 10th Ed., 1983 Abs. 2748.

Nieboer, C. et al., J. Am. Acad. Derm., 20:601-608, 1989.

Peeters et al., Br. J. Rheumatol., 317:502-504, 1992.

Peeters et al., Ned. Tijdschr. Geneeskd., 136:2428-2431, 1992.

Sadjak, A. et al., Deutsch Med. Wochenschr., 116:478, 1991.

Schilling et al., Clinical and Experimental Immunology, 145:101-107, 2006.

Schilling et al., Aktuelle Rheumatologie, 24(6):174-179, 1999.

Schimrigk et al., European J. of Neurology: The ●fficial Journal of the European Federation of Neurological Societies, 13:604-610, 2006.

Sebok, B. et al., Skin Pharm., 9:99-103, 1996.

Thio, H. et al., Br. J. Dermatol., 131:865-861, 1994.

English Language Derwent Abstract for CN 1125141, date unavailable.

English Language Derwent Abstract for DE 35 31 597, date unavailable.

Altmeyer, P. et al., "Systemische Therapie der Psoriasis", T & E Dermatologie Jg., 1997, vol. 27, pp. 380-382, 384—not translated.

M. Bacharach-Buhles et al., "Fumaric Acid Esters (FAEs) Suppress CD 15- and ●DP 4-positive Cells in Psoriasis", Acta Derm Venerol (Stockh); 1994; Suppl. 186: 79-82.

H. M. ●ckenfels, et al., "The antipsoriatic agent dimethylfumarate immunomodulates T-cell cytokine secretion and inhibits cytokines of the psoriatic cytokine network", British Journal of Dermatology, 1998, vol. 139, 390-395.

Gasser, et al., "Host Vs Graft and Graft Vs Host Reactions After Allogenic Heterotopic Small Bowel Transplantation in the Rat", Transplantation Proceedings, vol. 24, No. 3, Jun. 1992, pp. 1128-1129.

Hunziker T. et al.; "Is Psoriasis an Autoimmune Disease", Excerpt from "Therapeutische Umschau", Determatological Clinic of the University of Berne; 1993, vol. 50; 2nd edition; pp. 110-113. (Translated version 5 pages.)

Nathens, et al., "The Glutathione Depleting Agent Diethylmaleate Prolongs Renal Allograft Survival", Journal of Surgical Research, vol. 77, 1998, pp. 75-79.

Nibbering, P.H. et al., "Intracellular Signalling by Binding Sites for the Antipsoratic Agent Monomethylfumarate on Human Granulocytes", British J. Dermatol., 1997, vol. 137, pp. 65-75.

Nibbering, Peter H., "Effects of Monomethylfumarate on Human Granulocytes", Journal of Investigative Dermatology, 1993, vol. 101, pp. 37-42.

Sebök, Bela et al., "Antiproliferative and Cytotoxic profiles of Antipsoriatic Fumaric Acid Derivatives in Keratinocyte Cultures", European Journal of Pharm., Environ. Toxicol. Pharmacol. Sect., 1994, vol. 270, pp. 79-87.

Schwinghammer et al., "Pharmacologic prophylaxis of acute graft-versus-host disease after allogeneic marrow transplantation", Therapy Reviews, Clinical Pharmacy, vol. 12, ●ct. 1993, pp. 736-761.

Medline Abstract of Bayard et al., "Peroral long-term treatment of psoriasis using fumaric acid derivatives", Hautarzt, May 1987, 38(5), pp. 279-85.

"Merck Manual", 1987, Merck XP-002141006, p. 327, paragraph 2-paragraph 6.

Immunmodulation durch Fumaderm, Das richtungsweisende Konzept, Charité-Berlin, Hautklinik, Symposium, 1.-3. Nov. 1996, 28 pages, 4 page english translation of pp. 23-24.

Amamoto, Toshiro, et al., "Effect of E-64, Thiol Protease Inhibitor on the Secondary Anti-SRBC Response In Vitro", Microbiol. Immunol., vol. 28(1), 1984, pp. 85-97.

Barrett, Alan J., et al., "L-trans-Epoxysuccinyl-leucylamido(4-guanidino)butane (E-64) and its analogues as inhibitors of cysteine proteinases including cathepsins B, H and L", Biochem. J., 1982, vol. 201, pp. 189-198.

Bellier, Bruno, et al., "Replacement of Glycine with Dicarbonyl and Related Moieties in Analogues of the C-Terminal Pentapeptide of Cholecystokinin: CCK$_2$Agonists Displaying a Novel Binding Mode", J. Med. Chem., vol. 43, 2000, pp. 3614-3623.

Birch, A.J., et al., "Metabolites of *Aspergillus indicus*: The Structure and Some Aspects of the Biosynthesis of Dihydrocanadensolide", Aust. J. Chem., 1968, vol. 21, pp. 2775-2784.

Choo, Hea-Young, et al., "Design and Synthesis of ●,β-unsaturated Carbonyl Compounds as Potential ACE Inhibitors", Short Communication, Eur. J. Med. Chem., vol. 35, 2000, pp. 643-648.

Dethlefsen, L.A., "Toxic Effects of Acute Glutathione Depletion by Buthionine Sulfoximine and Dimethylfumarate on Murine Mammary Carcinoma Cells", Radiation Research, vol. 114, 1988, pp. 215-224.

Galpin, I.J., et al., "The Synthesis of an Insulin Active Site Analogue", Tetrahedron, vol. 39, No. 1, 1983, pp. 149-158.

Gerhard, Ute, et al., "The Free Energy Change of restricting A Bond Rotation in the Binding of Peptide Analogues to Vancomycin Group Antibiotics", Bioorganic & Medicinal Chemistry Letters, vol. 3, No. 5, 1993, pp. 803-808.

Gordon, G.B., et al., "Induction of NAD(P)H:quinone reductase in human peripheral blood lymphocytes", Carcinogenesis, vol. 12 (12), 1991, pp. 2393-2396.

Griehl, C., et al., "●-Aspartyl Peptides by Addition of Amines to N-Maleylamino Acid Derivatives", Chemistry of Peptides and Proteins, 1993, 5/6(pt. A), pp. 99-103.

Hildebrandt, H., "Pschyrembel Klinisches Woerterbuch Ed. 258", 1998, Walter de Gruyter, New York, XP 002234302, p. 182, col. 1, paragraph 2 and p. 1469, col. 1, paragraphy 16-col. 2, paragraphy 1. Not translated.

Hohenegger, M., et al., "Nephrotoxicity of Fumaric Acid Monoethylester (FA ME)", Advances in Experimental Medicine and Biology, US 1989, vol. 252, pp. 265-272.

Holroyd, S.E., et al., "Rational Design and Binding of Modified Cell-Wall Peptides to Vancomycin-Group Antibiotics: Factorising Free Energy Contributions to Binding", Tetrahedron, vol. 49, No. 41, 1993, pp. 9171-9182.

Kamiyama, T., et al., "Ro 09-1679, A Novel Thrombin Inhibitor", The Journal of Antibiotics, vol. 45, No. 3, Mar. 1992, pp. 424-427.

Krstenansky, J.L., et al., "Development of MDL 28,050, a Small Stable Antithrombin Agent Based on a Functional Domain of the Leech Protein, Hirudin", Thrombosis and Haemostasis, vol. 63, No. 2, 1990, Stuttgart, De.

Kuroda, K., et al., "Fumaric Acid Enhances DNA Synthesis of Rat Hepatocytes by Counter taking the Toxicities of Mitomycin C and Aflatoxin B$_1$", Jpn. J. Cancer Res. (Gann), Aug. 1986, vol. 77, pp. 750-758.

Kuroda, K., et al., "Inhibitory Effect of Capsella-bursa-pastoris extract on Growth of Ehrlich Solid Tumor in Mice", Cancer Research, vol. 36, 1976, Abstract only.

Langlois, M., et al., "Synthesis of symmetrical pseudopeptides as potential inhibitors of the human immunodeficiency virus-1 protease", Eur. J. Med. Chem., vol. 29, 1994, pp. 639-647.

Lehnert, S., et al., "Radiation Response of Drug-Resistant Variants of a Human Breast Cancer Cell Line: The Effect of Glutathione Depletion", Radiation Research, vol. 124, 1990, pp. 208-215.

Miller, A.C., et al., "Posttranscriptional Down-Regulation of ras ●ncogene Expression by Inhibitors of Cellular Glutathione", Molecular and Cellular Biology, Jul. 1993, vol. 13, No. 7, pp. 4416-4422.

Mrowietz, U., "Nephrotoxisch Wirkung durch Fumarsaure", Hautarzt, 2000-51:615, Springer-Verlag 2000, pp. 615. Not translated.

●dom, R.Y., et al., "Cancer Chemoprotective Agents Inhibition of Human HT29 Colon Carcinoma Cell Proliferation is Reversed by

US 7,320,999 B2

Page 3

N-Acetyl Cysteine", Proceedings of the American Assoc. for Cancer Research Annual, No. 41, Mar. 2000, pp. 342, XP008017517.

●ndrus, V., et al., "A Simple Synthesis of Some analogues of Natural Antibiotics", Preliminary Communication, Chem. Papers, 51(3), 1997, pp. 164-166.

●rta, T., et al., "Glutathione manipulation and the radiosensitivity of human tumour and fibroblast cell lines", Int. J. Radiat. Biol., 1995, vol. 68, No. 4, pp. 413-419.

Pearl, J.M., et al., "Fumarate-enriched blood cardioplegia results in complete functional recovery of immature myocardium", Annals of Thoracic Surgery, vol. 57, No. 6, 1994, Abstract only, 1 page.

Peeters, A.J., et al., "Fumaric Acid Therapy for Psoriatic Arthritis. A Randomized, Double-blind, Placebo-controlled Study", British Journal of Rheumatology, vol XXXI, No. 7, Jul. 1992, pp. 502-504.

Pereira, M.A., et al., "Use of azoxymethane-induced foci of aberrant crypts in rat colon to identify potential cancer chemopreventive agents", Carcinogenesis, vol. 15, No. 5, 1994, pp. 1049-1054.

Portoghese, P.S., et al., "Synthesis and Biological Activity of Analogues of β-Chlornaltrexamine and β-Funaltrexamine at ●pioid Receptors", J. of Medicinal Chem., vol. 29, No. 10, 1986, pp. 1861-1864.

Prochaska, H.J., et al., "Elevation of Glutathione Levels by Phase II Enzyme Inducers: Lack of Inhibition of Human Immunodeficiency Virus Type 1 Replication in Chronically Infected Monocytoid Cells", Molecular Pharmacology, vol. 45, No. 5, 1994, pp. 916-921.

Prochaska, H.J., et al., "●ltipraz, an inhibitor of human immunodeficiency virus type 1 replication", Proc. Natl. Acad. Sci., USA, vol. 90, May 1993, pp. 3953-3957.

Rao, C.V., et al., "Chemoprevention of Azoxymethane-Induced Colon Cancer by Ascorbylpalmitate, Carbenoxolone, Dimethylfumarate and p-Methoxyphenol in Male F344 Rats", Anticancer Research, vol. 15, 1995, pp. 1199-1204.

Rao, K.S., et al., "Antihepatotoxic activity of monomethyl fumarate isolated from Fumaria indica", Journal of Ethnopharmacology, vol. 60, 1998, pp. 207-213.

Roodnat, J.I., et al., "Akute Niereninsuffizienz bei der Behandlung der Psoriasis mit Fumarsäure-Estern", Schweiz. Med., Wschr., vol. 119, nr 2, 1989, pp. 826-830. Not translated.

Rossi, Domenico, et al., "Approach to the Use of Benzylpenicillinacylase for Configurational Correlations of Amino Compounds. 2. Hydrolysis of N-(p-Aminophenylacetyl) Derivatives of Some Chiral Primary Amines", J. ●rg. Chem., vol. 44, No. 13, 1979, pp. 2222-2225.

Schirmeister, Tanja, "Aziridine-2,3-dicarboxylic Acid Derivatives as Inhibitors or Papain", Arch. Pharm. Pharm. Med. Chem., 329, 1996, pp. 239-244.

Schmidt, K.N, et al., "Anti-psoriatic drug anthralin activates transcription factor NF-kappa-B in murine keratinocytes", Journal of Immunology, vol. 156, 1996, Abstract ●nly.

Spencer, S.R., et al., "Induction of Glutathione Transferases and NAD(P)H:Quinone Reductase by Fumaric Acid Derivatives in Rodent Cells and Tissues", Cancer Research, vol. 50, 1990, pp. 7871-7875.

Steele, V.E., et al., "Preclinical Efficacy Evaluation of Potential Chemopreventive Agents in Animal Carcinogenesis Models: Methods and Results From the NCI Chemoprevention Drug Development Program", J. of Cellular Biochemistry, Supplement 20, 1994, pp. 32-54.

Su, Jean Y.C., et al., "Reduction of $H_2O_2$-evoked, intracellular calcium increases in the rat N18-RE-105 neuronal cell line by pretreatment with an electrophilic antioxidant inducer", Neuroscience Letters, 273, 1999, pp. 109-112.

Subasinghe, Nalin et al., "Synthesis of Acyclic and Dehydroaspartic Acid Analogues of Ac-Asp-Glu-●H and Their Inhibition of Rat Brain N-Acetylated α-linked Acidic Dipeptidase (NAALA Dipeptidase)", Journal of Medicinal Chemistry, vol. 33, No. 10., 1990, pp. 2734-2744.

Vandermeeren, M., et al., "Dimethylfumarate is an Inhibitor of Cytokine-Induced Nuclear Translocation of NF-kB1, But not ReIA in Normal Human Dermal Fibroblast Cells", The Journal of Investigative Dermatology, vol. 116, No. 1, Jan. 2001, pp. 124-130.

Vandermeeren, M., et al., "Dimethylfumarate is an Inhibitor of Cytokine-Induced E-Selection, VCAM-1, and ICAM-1 Expression in Human Endothelial Cells", Biochemical and Biophysical Research Communications, vol. 234, 1997, pp. 19-23.

Wang, X., et al., "Enhanced cytotoxicity of mitomycin C in human tumour cells with inducers of DT-diaphorase", British Journal of Cancer, vol. 80(8), 1999, pp. 1223-1230.

Weinmann, I., et al., "Influence of Fumaric Acid Derivatives on T Lymphocytes in the Murine Model of HSV-I Keratitis", I●VS, vol. 41, No. 4, Mar. 15, 2000, XP008017516, pp. S146.

English Language Translation of PCT International Preliminary Examination Report for PCT/EP99/08215, completed Feb. 27, 2001.

**EXHIBIT B**
**Page 31**

US 7,320,999 B2

**1**

### DIMETHYL FUMARATE FOR THE TREATMENT OF MULTIPLE SCLEROSIS

REFERENCE TO RELATED APPLICATIONS

This is a Division of commonly-owned application Ser. No. 09/831,620, filed May 10, 2001, now U.S. Pat. No. 6,509,376, which is a 371 continuation of PCT Application PCT/EP99/08215, filed Oct. 29, 1999, the text of which is not in English, which PCT Application claims priority on German Application No. 198 53 487.6, filed Nov. 19, 1998, the text of which is not in English.

DESCRIPTION

The present invention relates to the use of dialkyl fumarates for preparing pharmaceutical preparations for use in transplantation medicine or the therapy of autoimmune diseases and pharmaceutical preparations in the form of micro-tablets or micro-pellets containing dialkyl fumarates. On the one hand, therefore, it relates especially to the use of dialkyl fumarates for preparing pharmaceutical preparations for the treatment, reduction or suppression of rejection reactions of the transplant by the recipient, i.e. host-versus graft reactions, or rejection of the recipient by the transplant, i.e. graft-versus-host reactions. On the other hand, it relates to the use of dialkyl fumarates for preparing pharmaceutical preparations for treating autoimmune diseases such as polyarthritis, multiple sclerosis, juvenile-onset diabetes, Hashimoto's thyroiditis, Grave's disease, systemic Lupus erythematodes (SLE), Sjogren's syndrome, pernicious anaemia and chronic active (=lupoid) hepatitis.

Both graft rejection and autoimmune diseases are based on medically undesirable reactions or dysregulation of the immune system. Cytokins such as interleukins or tumour necrose factor a (TNF-α) are substantial mediators influencing the immune system. In general, both are treated by the administration of immunosuppressive agents such as cyclosporine.

In the overall result, autoimmune diseases may be defined as the failure of the tolerance of endogenic substances or antigens. As a rule, this tolerance can be maintained only if the antigens keep coming into contact with immunological cells. When this tolerance is lost, autoantibodies are formed, i.e. a humoral immunoresponse against endogenic tissue. The exact nature of the involvement of TNF-α is not known.

Transplantations are tissue or organ transplantations, i.e. the transfer of tissues such as cornea, skin, bones (bone chips), vessels or fasciae, of organs such as kidney, heart, liver, lung, pancreas or intestines, or of individual cells such as islet cells, α-cells and liver cells, the kidney having the greatest significance as a transplanted organ.

According to the degree of relationship between the donor and the recipient we differentiate between autotransplantation (transfer to another part of the body of the same individual), iso-transplantation (transfer to another, genetically identical individual) and allogenic transplantation (transfer to another individual of the same species). Depending on the site of origin and transplantation, we further differentiate between homotopic transplantation (transfer to the same site) and heterotopic transplantation (transfer to a different site). The above-mentioned transplantations play an important role in modern medicine.

A major problem in transplantation medicine is graft rejection after transplantation of the tissue, organ or cell by immunological defense reactions of the recipient. Such a graft rejection is also called host-versus-graft reaction. The

**2**

immunological defense reaction of the organism against the heteroprotein often results in rejection or dissolution of the grafts. In host-verses-graft reactions, different stages may be distinguished. Depending on the degree of difference between the recipient and the donor, this reaction takes place at different speeds so that we speak of an acute, sub-acute or chronic reaction. The acute rejection process is accompanied by the irreversible loss of the transplant (necrotisation) as a result of arteriitis or arteriolitis within 48 hours and cannot be influenced by the administration of drugs. The sub-acute rejection reaction becomes manifest as a rejection crisis from day 12 to month 4 with reversible functional disorders as a result of a transplant vasculopathy. Finally, the loss of function of the transplant as a result of vascular changes such as obliterating arteriopathy, which proceeds over weeks or years and can practically not be influenced by drugs, is termed a chronic rejection reaction.

Vice-versa, rejection reactions of the transplant against the recipient, the so-called graft-versus-host reactions, may occur when immunocompetent tissues are transplanted, i.e. primarily in bone marrow transplantation. Again, the severity of the reaction is graded, and substantially similar complications result as in host-versus-graft-reactions, namely arteriopathies and necroses.

To avoid such rejection reactions, i.e. the host-versus-graft reaction and the graft-versus-host reaction, transplantation medicine essentially makes use of immunosuppression, i.e. a weakening of the normal immunoresponse. For this purpose, anti-lymphocyte sera are often used in combination with corticosteroids and so-called anti-metabolites, e.g. purine analogues such as 6-mercaptopurine and thioguanine which affect the nucleic acid and protein synthesis and thus prevent cell division and proliferation. This leads to suppression of the production of antibodies and the cellular immune response. The immunosuppressive agents used for therapy are substances which suppress or weaken the immunoreaction in the body either specifically or non-specifically. Non-specific immunosuppressive agents are cytostatic agents such as, for example, alkylating agents or antimetabolites.

In addition, active ingredients are known which cause at least partial specific immunosuppression, such as corticosteroids, antisera, antibodies FK-506, tacrolimus, mycophenolatemofetil and primarily cyclosporines such as cyclosporine A. As a result of using modern immunosuppressive agents, the most important representatives of which are the cyclosporines, especially cyclosporine A, it was possible to improve the results of transplantation considerably over the last few years. At present, the survival rate after one year is about 60% for liver transplantations, about 80% for heart transplantations and over 90% for kidney transplantations.

Autoimmune diseases where the endogenic immune system attacks endogenic organs, tissues and cells are comparable to graft-versus-host reactions. These are also medically undesirable reactions of the immune system which may be treated with immunosuppressive agents, too.

The danger in using immunosuppressive agents lies in weakening the body's defense against infectious diseases and the increased risk of malignant diseases. Therefore, it is the object of the invention to provide a pharmaceutical preparation to be employed in transplantation medicine which may be used to treat, especially to suppress weaken and/or alleviate host-versus-graft reactions and graft-versus-host reactions, but does not have the above disadvantage.

It is another object of the invention to provide a pharmaceutical preparation which may be employed for treating autoimmune diseases, particularly polyarthritis, multiple

**EXHIBIT B**
**Page 32**

US 7,320,999 B2

**3**

sclerosis, juvenile-onset diabetes, Hashimoto's thyroiditis, Grave's disease, systemic Lupus erythematodes (SLE), Sjogren's syndrome, pernicious anaemia and chronic active (=lupoid) hepatitis, without the disadvantages of immuno-suppression.

The object of the invention is achieved by using certain dialkyl fumarates for preparing pharmaceutical preparations for use in transplantation medicine and for the therapy of autoimmune diseases and pharmaceutical preparations in the form of micro-tablets and micro-pellets containing these dialkyl fumarates. The individual subject matters of the invention are characterized in detail in the claims. The preparations according to the invention do not contain any free fumaric acids per se.

It is known that pharmaceutical preparations which, upon biological degradation after administration, enter into the citric acid cycle or are part thereof gain increasing therapeutic significance—especially when given in high dosages—since they can alleviate or heal diseases caused cryptogenetically.

Fumaric acid, for example, inhibits the growth of the Ehrlich ascites tumour in mice, reduces the toxic effects of mitomycin C and aflatoxin and displays antipsoriatic and anti-microbial activity. When administered parenterally, transdermally and especially perorally, high dosages of fumaric acid or its derivatives known so far such as dihydroxyl fumaric acid, fumaramide and fumaronitrile have such unacceptably severe side effects and high toxicity that, in most cases, such a therapy had to be abandoned in the past.

Surprisingly, investigations carried out by the applicant have shown that methyl hydrogen fumarate, a metabolite of the dimethyl fumarate, initially increases the endotoxin-stimulated TNF-α secretion in human mononuclear cells of periphere blood (periphere blood mononuclear cells=PBMC cells) and in isolated monocytes. In addition, the applicant was able to show that fumaric acid has an effect on in vitro and in vivo haemagglutination which is comparable to that of cyclosporine.

Surprisingly, it has now been found that dialkyl fumarates are advantageous for preparing pharmaceutical compositions for use in transplantation medicine and for the therapy of autoimmune diseases. This is because compositions containing such dialkyl fumarates surprisingly permit a positive modulation of the immune system in host-versus-graft reactions, graft-versus-host reactions and other autoimmune diseases.

European Patent Application 0188 749 already describes fumaric acid derivatives and pharmaceutical compositions containing the same for the treatment of psoriasis. Pharmaceutical compositions for the treatment of psoriasis containing a mixture of fumaric acid and other fumaric acid derivatives are known from DE-A-25 30 372. The content of free fumaric acid is obligatory for these medicaments.

DE-A-26 21 214 describes medicaments containing the fumaric acid monoethyl ester and its mineral salts as active ingredient for the treatment of psoriasis. The publication "Hautarzt (*Dermatologist*) (1987) 279-285" discusses the use of fumaric acid monoethyl ester salts. Pharmaceutical preparations containing a mixture of fumaric acid monoalkyl ester salts and a fumaric acid diester for the treatment of psoriasis, psoriatic arthritis, neurodermatitis and enteritis regionalis Crohn are known from EP 0 312 697 B1.

Specifically, the object of the invention is achieved by the use of one or more dialkyl fumarates of the formula

**4**

wherein $R_1$ and $R_2$, which may be the same or different, independently represent a linear, branched or cyclic, saturated or unsaturated $C_{1-20}$ alkyl radical which may be optionally substituted with halogen (Cl, F, I, Br), hydroxy, $C_{1-4}$ alkoxy, nitro or cyano for preparing a pharmaceutical preparation for use in transplantation medicine or for the therapy of autoimmune diseases.

The $C_{1-20}$ alkyl radicals, preferably $C_{1-8}$ alkyl radicals, most preferably $C_{1-5}$ alkyl radicals are, for example, methyl, ethyl, n-propyl, isopropyl, n-butyl, sec-butyl, t-butyl, pentyl, cyclopentyl, 2-ethyl hexyl, hexyl, cyclohexyl, heptyl, cycloheptyl, octyl, vinyl, allyl, 2-hydroxyethyl, 2 or 3-hydroxy propyl, 2-methoxy ethyl, methoxy methyl or 2- or 3-methoxy propyl. Preferably at least one of the radicals $R_1$ or $R_2$ is $C_{1-5}$ alkyl, especially methyl or ethyl. More preferably, $R_1$ and $R_2$ are the same or different $C_{1-5}$ alkyl radicals such as methyl, ethyl, n-propyl or t-butyl, methyl and ethyl being especially preferred. Most preferably, $R_1$ and $R_2$ are identical and are methyl or ethyl. Especially preferred are the dimethyl fumarate, methyl ethyl fumarate and diethyl fumarate.

The dialkyl fumarates to be used according to the invention are prepared by processes known in the art (see, for example, EP 0 312 697).

Preferably, the active ingredients are used for preparing oral preparations in the form of tablets, micro-tablets, pellets or granulates, optionally in capsules or sachets. Preparations in the form of micro-tablets or pellets, optionally filled in capsules or sachets are preferred and are also a subject matter of the invention. The oral preparations may be provided with an enteric coating. Capsules may be soft or hard gelatine capsules.

The dialkyl fumarates used according to the invention may be used alone or as a mixture of several compounds, optionally in combination with the customary carriers and excipients. The amounts to be used are selected in such a manner that the preparations obtained contain the active ingredient in an amount corresponding to 10 to 300 mg of fumaric acid.

Preferred preparations according to the invention contain a total amount of 10 to 300 mg of dimethyl fumarate and/or diethyl fumarate.

According to a preferred embodiment, the size or the mean diameter, respectively, of the pellets or micro-tablets is in the range from 300 to 2,000 μm, especially in the range of 500 or 1,000 μm.

In addition to graft-versus-host reactions (see above), the following autoimmune diseases to be treated may be named: polyarthritis, multiple sclerosis, graft-versus-host reactions, juvenile-onset diabetes, Hashimoto's thyroiditis, Grave's disease, systemic Lupus erythematodes (SLE), Sjogren's syndrome, pernicious anaemia and chronic active (lupoid) hepatitis. Autoimmune diseases in a wider meaning also comprise psoriasis, psoriatic arthritis, neurodermatitis and enteritis regionalis Crohn.

In addition to the preparations for peroral administration in the form of micro-pellets, micro-tablets, capsules (such as soft and hard gelatine capsules), granulates and tablets cited above, suitable pharmaceutical preparations are preparations for cutaneous and transdermal administration in the form of ointments, plasters, lotions or shower preparations and for parenteral administration in the form of aqueous micro-

**EXHIBIT B**
**Page 33**

US 7,320,999 B2

**5**

dispersions, oil-in-water emulsions or oily solutions for rectal administration of suppositories or micro-enemas. Pharmaceutical preparations in the form of micro-tablets or micro-pellets are preferred for the therapy of all autoimmune diseases mentioned above, including psoriasis, psoriatic arthritis, neurodermatitis and enteritis regionalis Crohn and are also a subject matter of the invention.

According to the invention, a therapy with dialkyl fumarates may also be carried out in combination with one or more preparations of the triple drug therapy customarily used in organ transplantations or with cyclosporine A alone. For this purpose, the preparations administered may contain a combination of the active ingredients in the known dosages or amounts, respectively. Likewise, the combination therapy may consist of the parallel administration of separate preparations, by the same or different routes. Optionally, the dosage of the active ingredient contained in addition to the dose of the fumaric acid derivative administered in accordance with the invention may be reduced advantageously.

Another embodiment of the use according to the invention is to alternate the drug therapy with immunosuppressive agents such as cyclosporine in sequence with an application of the above-mentioned dialkyl fumarate. This means that an application of fumaric acid derivatives as defined above over one or more weeks may follow a cyclosporine therapy of one or more weeks. This permits reduction of the Cyclosporine A dosage resulting in a considerable decrease of the rate of side effects in long-term therapy.

By administration of the dialkyl fumarates in the form of micro-tablets, which is preferred, gastrointestinal irritations and side effects, which are reduced already when conventional tablets are administered but is still observed, may be further reduced vis-a-vis fumaric acid derivatives and salts.

It is presumed that, upon administration of conventional tablets, the ingredients of the tablet are released in the intestine in a concentration which is too high, causing local irritation of the intestinal mucous membrane. This local irritation results in a short-term release of very high TNF-α concentrations which may be responsible for the gastrointestinal side effects. In case of application of enteric-coated micro-tablets in capsules, on the other hand, very low local concentrations of the active ingredients in the intestinal epithelial cells are achieved. The micro-tablets are incrementally released by the stomach and passed into the small intestine by peristaltic movements so that distribution of the active ingredients is improved.

This means that enteric-coated micro-tablets in the same dosage are distributed already in the stomach and passed to the intestine in portions, where the active ingredients are released in smaller dosages. This avoids local irritation of the intestinal epithelial cells and the release of TNF-α. It is assumed that this results in the improved tolerance of micro-tablets in the gastrointestinal tract vis-a-vis conventional tablets.

In addition, resorption is improved, because the dialkyl fumarates to be used according to the invention are not the active ingredient per se, but a so-called prodrug, which must be converted into the active ingredient in the body.

In order to illustrate the use according to the invention, different examples for preparing preferred drugs are given below.

### PRODUCTION EXAMPLES

In principle, the oral preparations according to the invention in the form of tablets or micro-tablets may be prepared by classical tabletting processes. Instead of such classical tabletting processes, other methods for the preparation of tablets may be used, such as direct tabletting and processes

**6**

for preparing solid dispersions in according with the melt method and the spray drying method.

The tablets may be provided with an enteric coating. The enteric coating may be applied in a classical coating pan or sprayed on or applied in a fluidised bed apparatus. The tablet may also be provided with a film coat.

### Example 1

Preparation of Enteric-coated Micro-tablets in Capsules Containing 120.0 mg of Dimethyl Fumarate, which Corresponds to 96 mg of Fumaric Acid

Taking the necessary precautions (breathing mask, gloves, protective clothing, etc.), 12.000 kg of dimethyl fumarate are crushed, mixed and homogenized by means of a sieve 800. Then an excipient mixture with the following composition is prepared: 17.50 kg of starch derivative (STA-RX® 1500), 0.30 kg of microcrystalline cellulose (Avicel® PH 101), 0.75 kg of PVP (Kollidon® 120), 4.00 kg of Primogel®, 0.25 kg of colloidal silicic acid (Aerosil®). The active ingredient is added to the entire powder mixture, mixed, homogenized by means of a sieve 200, processed in the usual manner with a 2% aqueous solution of polyvidon pyrrolidone (Kollidon® K25) to obtain a binder granulate and then mixed in the dry state with the outer phase. Said outer phase consists of 0.50 kg of Mg stearate and 1.50 kg of talcum.

Then the powder mixture is compressed in the usual manner to obtain convex tablets having a gross weight of 10.0 mg and a diameter of 2.0 mm.

One example to achieve resistance to gastric acid is to dissolve a solution of 2.250 kg of hydroxy propyl methyl cellulose phthalate (HPMCP, Pharmacoat® HP 50) in portions in a mixture of the following solvents: 13.00 l of acetone, 13.50 l of ethanol (94 wt.-%, denatured with 2% of ketone) and 1.50 l of demineralised water. As a plasticiser, castor oil (0.240 kg) is added to the finished solution and applied in portions onto the tablet cores in the customary manner.

After drying is completed, a suspension of the following composition is applied as a film coat in the same apparatus: 0.340 kg of talcum, 0.400 kg of titanium(VI) oxide Cronus RN 56, 0.324 kg of coloured lacquer L-Rot-lack 86837, 4.800 kg of Eudragit E 12.5% and 0.120 kg of polyethylene glycol 6000, pH 11 XI in a solvent mixture of the following composition: 8.170 kg of 2-propanol, 0.200 kg of demineralised water and 0.600 kg of glycerine triacetate (Triacetin).

After that the enteric-coated micro-tablets are filled into hard gelatine capsules having a net weight of 400 mg and sealed.

### Example 2

Preparation of Enteric-coated Micro-tablets in Capsules Containing 120.0 mg of Dimethyl Fumarate, which Corresponds to 96 mg Offumaric Acid

12.000 kg of dimethyl fumarate are crushed and homogenized as above. Then an excipient mixture composed as follows is prepared: 23.20 kg of microcrystalline cellulose (Avicel® PH 200), 3.00 kg of Croscarmellose sodium (AC-Di-SOL-SD-711), 2.50 kg of talcum, 0.10 kg of anhydrous silica (Aerosil®200) and 1.00 kg of Mg stearate. The active ingredient is then added to the entire powder mixture and mixed homogenously. By means of direct tabletting, the

**EXHIBIT B**
**Page 34**

US 7,320,999 B2

**7**

powder mixture is then pressed into convex tablets having a gross weight of 10.0 mg and a diameter of 2.00 mm.

After that, a solution of 0.94 Eudragit® L in isopropanol is prepared which also contains 0.07 kg of dibutyl phthalate. This solution is sprayed onto the tablet cores. After that, a dispersion of 17.32 kg of Eudragit® L D-55 and a mixture of 2.80 kg of microtalcum, 2.00 kg of Macrogol 6000 and 0.07 kg of dimeticon in water is prepared and sprayed onto the cores.

Next, the enteric-coated micro-tablets are filled into hard gelatine capsules having a net weight of 650 mg and sealed.

Example 3

Preparation of Micro-pellets in Capsules Containing 50.0 mg of Dimethyl Fumarate, which Corresponds to 40 mg of Fumaric Acid

5.000 kg of dimethyl fumarate are crushed and homogenized as above. In addition, 2 1 of a 20% (m/v) polyvinyl pyrrolidone solution (Kollidon K-30) in ethanol are prepared. 7.250 kg of nonpareilles pellets in a coating pan are sprayed with part of the Kollidon K-30 solution until slightly humid. Then the active ingredient is added in portions until the pellets are dry. This procedure of humidification/drying is continued until all of the active ingredient mixture has been added. Then the pellets are moved around until completely dry.

After that, the pellets are filled into hard gelatine capsules (126.5 mg pellets/capsule).

Example 4

Preparation of Enteric-coated Capsules Containing 110.0 mg of Dimethylfumarate, which Corresponds to 88 mg of Fumaric Acid

11.000 kg of dimethyl fumarate are intensely mixed in a mixture consisting of 14.00 kg of starch, 5.65 kg of lactose, 2.00 kg of microcrystalline cellulose (Avicel®), 1.00 kg of polyvinyl pyrrolidone (Kollidon®25) and 2.443 kg of Primogel® and, taking the necessary precautions (breathing mask, gloves, protective clothing), homogenized by means of a sieve 800.

Using a 2% aqueous solution of polyvinyl pyrrolidone (Kollidon® K25), the entire powder mixture is processed into a binder granulate in the customary manner and mixed with the outer phase when dry. Said outer phase consists of 0.350 kg of colloidal silicic acid (Aerosil®), 0.500 kg of Mg stearate and 1.500 kg of talcum. The homogenous mixture is filled into suitable capsules in portions of 400 mg which are then provided with an enteric coating consisting of hydroxy propyl methyl cellulose stearate and castor oil as plasticiser in the customary manner. Instead of using hard gelatine capsules, the product may also be filled into suitable enteric-coated capsules consisting of a mixture of cellulose acetate phthalate (CAP) and hydroxy propyl methyl cellulose phthalate (HPMCP).

In comparison with substances of the prior art such as cyclosporine, which may cause massive kidney disorders or diseases of the lymphoproliferative system, a therapy with fumaric acid derivatives according to the invention for the indications listed above rarely results in serious side effects.

Among other things, the immunosuppressive effect of cyclosporine is caused by the inhibition of Th-1 cell formation. As in vitro experiments of the applicant have shown, fumarates cause a shift of the cytokine pattern of the Th1 type to the cytokine pattern of the Th2 type.

**8**

Especially in view of the long-term therapy and prevention which is always necessary in graft-versus-host reactions and host-versus-graft reactions or other autoimmune diseases such as multiple sclerosis, the unexpected effect of the use according to the invention is of the greatest interest. In a combination therapy of cyclosporine with the fumaric acid derivatives, the toxic side effects of the former compounds may be unexpectedly reduced to a substantial degree. In addition, the use according to the invention is also significant in the substitution of the corticosteroid therapy of autoimmune diseases which is known to be accompanied by severe side effects.

That which is claimed is:

1. A method of treating multiple sclerosis comprising treating a patient in need of treatment for multiple sclerosis with an amount of a pharmaceutical preparation effective for treating said multiple sclerosis, wherein the only active ingredient for the treatment of multiple sclerosis present in said pharmaceutical preparation is dimethyl fumarate.

2. The method of claim **1**, wherein 10 to 300 mg of dimethyl fumarate is present in said pharmaceutical preparation.

3. The method of claim **2**, wherein said pharmaceutical preparation is provided in one or more capsules.

4. The method of claim **1**, wherein at least 50 mg of dimethyl fumarate is present in said pharmaceutical preparation.

5. The method of claim **4**, wherein at least 110 mg of dimethyl fumarate is present in said pharmaceutical preparation.

6. The method of claim **5**, wherein at least 120 mg of dimethyl fumarate is present in said pharmaceutical preparation.

7. The method of claim **1**, wherein 50 mg of dimethyl fumarate is present in said pharmaceutical preparation.

8. The method of claim **1**, wherein 110 mg of dimethyl fumarate is present in said pharmaceutical preparation.

9. The method of claim **1**, wherein 120 mg of dimethyl fumarate is present in said pharmaceutical preparation.

10. The method of claim **1**, wherein the pharmaceutical preparation is formulated for oral administration.

11. The method of claim **1**, wherein the pharmaceutical preparation is formulated as a solid dosage form.

12. The method of claim **1**, wherein the pharmaceutical preparation is in the form of microtablets.

13. The method of claim **12**, wherein the microtablets are enteric-coated.

14. The method of claim **13**, wherein the microtablets have a mean diameter in the range of 0.3 mm to 2.0 mm, exclusive of any coating on the microtablets.

15. The method of claim **14**, wherein the microtablets have a mean diameter of 2.0 mm, exclusive of any coating on the microtablets.

16. The method of claim **1**, wherein the pharmaceutical preparation is in the form of a capsule containing 120 mg of dimethyl fumarate in the form of enteric-coated microtablets having a mean diameter in the range of 0.3 mm to 2.0 mm, exclusive of any coating on the microtablets.

17. The method of claim **1**, wherein the pharmaceutical preparation comprises one or more carriers.

18. The method of claim **1**, wherein the pharmaceutical preparation comprises one or more excipients.

\* \* \* \* \*

# EXHIBIT C



US007619001B2

(12) **United States Patent**
Joshi et al.

(10) Patent No.: **US 7,619,001 B2**
(45) Date of Patent: **\*Nov. 17, 2009**

(54) **UTILIZATION OF DIALKYLFUMARATES**

(75) Inventors: **Rajendra Kumar Joshi**, Zürich (CH); **Hans-Peter Strebel**, Muri (CH)

(73) Assignee: **Biogen IDEC International GmbH**, Zug (CH)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/765,578**

(22) Filed: **Jun. 20, 2007**

(65) **Prior Publication Data**

US 2007/0248663 A1 Oct. 25, 2007

**Related U.S. Application Data**

(60) Continuation of application No. 10/197,077, filed on Jul. 17, 2002, which is a division of application No. 09/831,620, filed as application No. PCT/EP99/08215 on Oct. 29, 1999, now Pat. No. 6,509,376.

(30) **Foreign Application Priority Data**

Nov. 19, 1998 (DE) ............................... 198 53 487

(51) **Int. Cl.**
*A61K 31/225* (2006.01)
(52) **U.S. Cl.** ........................ **514/547**; 514/903; 514/960
(58) **Field of Classification Search** ................. 514/547, 514/903, 960
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,832,287 A | 8/1974 | Gale et al. | |
| 4,515,974 A | 5/1985 | Zecher et al. | |
| 4,746,668 A | 5/1988 | Sato et al. | |
| 4,851,439 A | 7/1989 | Speiser et al. | |
| 4,959,389 A | 9/1990 | Speiser et al. | |
| 5,149,695 A | 9/1992 | Speiser et al. | |
| 5,214,196 A | 5/1993 | Blank | |
| 5,242,905 A | 9/1993 | Blank | |
| 5,359,128 A | 10/1994 | Blank | |
| 5,424,332 A | 6/1995 | Speiser et al. | |
| 5,451,667 A | 9/1995 | Speiser et al. | |
| 5,538,968 A | 7/1996 | Chiesi et al. | |
| 5,548,059 A | 8/1996 | Bayley et al. | |
| 5,589,504 A | 12/1996 | Dannenburg et al. | |
| 5,972,363 A | 10/1999 | Clikeman et al. | |
| 6,277,882 B1 * | 8/2001 | Joshi et al. | 514/547 |
| 6,355,676 B1 * | 3/2002 | Joshi et al. | 514/494 |
| 6,359,003 B1 | 3/2002 | Joshi et al. | |
| 6,436,992 B1 * | 8/2002 | Joshi et al. | 514/547 |
| 6,509,376 B1 * | 1/2003 | Joshi et al. | 514/547 |
| 2003/0013761 A1 | 1/2003 | Joshi et al. | |
| 2004/0054001 A1 | 3/2004 | Joshi et al. | |
| 2006/0069161 A1 | 3/2006 | Lee et al. | |
| 2007/0248662 A1 | 10/2007 | Joshi et al. | |

2008/0233185 A1 9/2008 Joshi et al.

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2248955 | 8/2001 |
| CN | 1125141 | 6/1996 |
| DE | 25 30 372 A1 | 1/1977 |
| DE | 26 21 214 A1 | 11/1977 |
| DE | 35 31 597 | 3/1987 |
| DE | 38 34 794 A1 | 4/1990 |
| DE | 19721099 A1 * | 11/1998 |
| EP | 0 188 749 A2 | 7/1986 |
| EP | 0 312697 | 4/1989 |
| EP | 0 518388 | 12/1992 |
| EP | 0 793966 | 9/1997 |
| GB | 1 216699 | 12/1970 |
| GB | 1 422726 | 1/1976 |
| GB | 2 291422 | 1/1996 |
| WO | WO 89/01930 A1 | 3/1989 |
| WO | WO 94/28883 | 12/1994 |
| WO | WO 95/25102 | 9/1995 |
| WO | WO 96/01122 | 1/1996 |
| WO | WO 96/02244 | 2/1996 |
| WO | WO 96/27369 | 9/1996 |
| WO | WO 97/48400 | 12/1997 |
| WO | WO 98/04290 | 2/1998 |
| WO | WO 98/27970 | 7/1998 |
| WO | WO 98/52549 | 11/1998 |
| WO | WO 99/21565 | 5/1999 |
| WO | WO 01/59072 | 8/2001 |
| WO | WO 02/02190 | 1/2002 |
| WO | WO 03/032969 | 4/2003 |
| WO | WO 2004/096216 | 11/2004 |
| WO | WO 2005/027899 | 3/2005 |
| WO | WO 2005/044272 | 5/2005 |
| WO | WO 2006/037342 | 4/2006 |
| WO | WO 2006/050730 | 5/2006 |
| WO | WO 2006/055871 | 5/2006 |

OTHER PUBLICATIONS

Andersson et al., "Cytokine profile in interferon-β treated multiple sclerosis patients: reduction of interleukin-10 mRNA expressing cells in peripheral blood," Eur. J. Neurol. 4: 567-571, 1997.

(Continued)

*Primary Examiner*—Kevin Weddington
(74) *Attorney, Agent, or Firm*—Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.

(57) **ABSTRACT**

The present invention relates to the use of certain dialkyl fumarates for the preparation of pharmaceutical preparations for use in transplantation medicine or for the therapy of autoimmune diseases and said compositions in the form of micro-tablets or pellets. For this purpose, the dialkyl fumarates may also be used in combination with conventional preparations used in transplantation medicine and immuno-suppressive agents, especially cyclosporines.

**24 Claims, No Drawings**

**EXHIBIT C**
**Page 36**

**US 7,619,001 B2**

Page 2

### OTHER PUBLICATIONS

Becanovic et al., "Paradoxical effects or arthritis-regulating chromosome 4 regions on myelin oligodendrocyte glycoprotein-induced encephalomyelitis in congenic rats," Eur. J. lmmunol. 33: 1907-1916, 2003.

Correale et al., "Sulfasalazine aggravates experimental autoimmune encephalomyelitis and causes an increase in the number of autoreactive T cells," J. Neuroimmunol. 34:109-120, 1991.

Dahlman et al., "Quantitative trait loci disposing for both experimental arthritis and encephalomyelitis in the DA rat; impact on severity of myelin oligodendrocyte glycoprotein-induced experimental autoimmune encephalomyelitis and antibody isotype pattern," Eur. J. Immunol. 28:2188-2196, 1998.

De Graaf et al., "MHC Class 11 Isotype- and Allele-Specific Attenuation of Experimental Autoimmune Encephalomyelitis," J. Immunol., 173: 2792-2802, 2004.

Di Marco et al., "Curative effects of recombinant human Interleukin-6 in DA rats with protracted relapsing experimental allergic encephalomyelitis," J. Neuroimmunol. 116: 168-177, 2001.

Djerbi et al., "Expression of the Long Form of Human FLIP by Retroviral Gene Transfer of Hemopoietic Stem Cells Exacerbates Experimental Autoimmune Encephalomyelitis," J. Immunol. 170: 2064-2073, 2003.

Gielen et al., "Expression of T cell immunoglobulin- and mucin-domain-containing molecules-1 and -3 (TIM-1 and -3) in the rat nervous and immune systems," J. Neuroimmunol., 164: 93-104, 2005.

Guggenmos et al., "Antibody Cross-Reactivity between Myelin ●ligodendrocyte Glycoprotein and the Milk Protein Butyrophilin in Multiple Sclerosis," J. Immunol. 172: 661-668, 2004.

Issazadeh et al., "Cytokine production in the central nervous system of Lewis rats with experimental autoimmune encephalomyelitis: dynamics of mRNA expression for interleukin-1●, interleukin-12, cytolysin, tumor necrosis factor ● and tumor necrosis factor β," J. Neuroimmunol. 61: 205-212, 1995.

Issazadeh et al., "Interferon γ, Interleukin 4 and Transforming Growth Factor β in Experimental Autoimmune Encephalomyelitis in Lewis Rats: Dynamics of Cellular mRNA Expression in the Central Nervous System and Lymphoid Cells," J. Neurosci. Res. 40: 579-590, 1995.

Issazadeh et al., "Cytokines in relapsing experimental autoimmune encephalomyelitis in DA rats: persistent mRNA expression of proinflammatory cytokines and absent expression of interleukin-1● and transforming growth factor-β," J. Neuroimmunol. 69: 103-115, 1996.

Issazadeh et al., "Major histocompatibility complex-controlled protective influences on experimental autoimmune encephalomyelitis are peptide specific," Eur. J. lmmunol. 27: 1584-1587, 1997.

Khademi et al., "Reduction of both pro- and anti-inflammatory cytokines after 6 months of interferon beta-1a treatment of multiple sclerosis," J. Neuroimmunol. 103:202-210, 2000.

Khademi et al., "T Cell lg- and Mucin-Domain-Containing Molecule-3 (TIM-3) and TIM-1 Molecules Are Differentially Expressed on Human Th1 and Th2 Cells and in Cerebrospinal Fluid-Derived Mononuclear Cells in Multiple Sclerosis," J. Immunol. 172: 7169-7176, 2004.

Khademi et al., "Induction of systemic TNF● Expression in Natalizumab-treated multiple sclerosis," Eur. J. Neurol., 15: 309-12, 2008.

Kjellén et al., "Genetic influence on disease course and cytokine response in relapsing experimental allergic encephalomyelitis," Int. Immunol. 10: 333-340, 1998.

Krakauer et al., "Dynamic T-lymphocyte Chemokine Receptor Expression Induced by Interferon-beta Therapy in Multiple Sclerosis," Scand. J. Immunol. 64: 155-163, 2006.

Link et al., "Virus-reactive and autoreactive T cells are accumulated in cerebrospinal fluid in multiple sclerosis," J. Neuroimmunol. 38: 63-73, 1992.

Link et al., "●rgan-specific Autoantigens Induce Transforming Growth Factor-β mRNA Expression in Mononuclear Cells in Multiple Sclerosis and Myasthenia Gravis," Annals Neurol. 35: 197-203, 1994.

Link et al., "●rgan-specific autoantigens induce interferon-γ and interleukin-4 mRNA expression in mononuclear cells in multiple sclerosis and myasthenia gravis," Neurology 44: 728-734, 1994.

Link et al., "●ptic neuritis is associated with myelin basic protein and proteolipid protein reactive cells producing interferon-γ, interleukin-4 and transforming growth factor-β," J. Neuroimmunol. 49:9-18, 1994.

Link et al., "Increased Transforming Growth Factor-β, Interleukin-4, and Interferon-γ in Multiple Sclerosis," Ann. Neurol. 36: 379-386, 1994.

Lobell et al., "Vaccination with DNA Encoding an Immunodominant Myelin Basic Protein Peptide Targeted to Fc of Immunoglobulin G Suppresses Experimental Autoimmune Encephalomyelitis," J. Exp. Med. 187: 1543-1548, 1998.

Lobell et al., "Presence of CpG DNA and the Local Cytokine Milieu Determine the Efficacy of Suppressive DNA Vaccination in Experimental Autoimmune Encephalomyelitis," J. Immunol. 163: 4754-4762, 1999.

Lobell et al., "Suppressive DNA Vaccination in Myelin ●ligodendrocyte Glycoprotein Peptide-Induced Experimental Autoimmune Encephalomyelitis Involves a T1-Biased Immune Response," J. Immunol. 170: 1806-1813, 2003.

Lorentzen et al., "Protracted, relapsing and demyelinating experimental autoimmune encephalomyelitis in DA rats immunized with syngeneic spinal cord and incomplete Freund's adjuvant," J. Neuroimmunol. 63: 193-205, 1995.

Lorentzen et al., "Genetic analysis of inflammation, cytokine mRNA expression and disease course of relapsing experimental autoimmune encephalomyelitis in DA rats," J. Neuroimmunol. 80: 31-37, 1997.

Matusevicius et al., "Autoantigen-induced IL-13 mRNA expression is increased in blood mononuclear cells in myasthenia gravis and multiple sclerosis," Eur. J. Neurol. 4: 468-475, 1997.

Muhallab et al., "Intra-CNS activation by antigen-specific T lymphocytes in experimental autoimmune encephalomyelitis," J Neuroimmunol. 113: 202-211, 2001.

Mustafa et al., "T cell immunity and interferon-γ secretion during experimental allergic encephalomyelitis in Lewis rats," J. Neuroimmunol. 31: 165-177, 1991.

Mustafa et al., "Immunopharmacologic Modulation of Experimental Allergic Encephomyelitis: Low-Dose Cyclosporin-A Treatment Causes Disease Relapse and Increased Systemic T and B Cell-Mediated Myelin- Directed Autoimmunity," Scand. J. lmmunol. 38: 499-507, 1993.

Mustafa et al., "The major histocompatibility complex influences myelin basic protein 63-88-induced T cell cytokine profile and experimental autoimmune encephalomyelitis," Eur. J. lmmunol. 23: 3089-3095, 1993.

Mustafa et al., "Protective Influences on Experimental Autoimmune Encephalomyelitis by MHC Class I and Class II Alleles," J. Immunol. 153: 3337-3344, 1994.

Navikas et al., "Increased mRNA Expression of IL-10 in Mononuclear Cells in Multiple Sclerosis and ●ptic Neuritis," Scand. J. Immunol. 41: 171-178, 1995.

Navikas et al., "Augmented expression of tumour necrosis factor-● and lymphotoxin in mononuclear cells in multiple sclerosis and optic neuritis," Brain 119: 213-223, 1996.

●lsson et al., "Autoreactive T Lymphocytes in Multiple Sclerosis Determined by Antigen-induced Secretion of Interferon-γ," J. Clin. Invest. 86: 981-985, 1990.

●lsson et al., "Increased numbers of T cells recognizing multiple myelin basic protein epitopes in multiple sclerosis," Eur. J. Immunol. 22: 1083-1087, 1992.

●lsson, "Cytokines in neuroinflammatory disease: role of myelin autoreactive T cell production of interferon-gamma," J. Neuroimmunol. 40: 211-218, 1992.

●lsson, "Cerebrospinal Fluid," Ann. Neurol. 36: S100-S102, 1994.

●lsson, "Role of cytokines in multiple sclerosis and experimental autoimmune encephalomyelitis," Eur. J. Neurol. 1: 7-19, 1994.

●lsson, "Critical Influences of the Cytokine ●rchestration on the ●utcome of Myelin Antigen Specific T Cell Autoimmunity in Experimental Autoimmune Encephalomyelitis and Multiple Sclerosis," Immunological Reviews 144: 245-268, 1995.

**EXHIBIT C**
**Page 37**

US 7,619,001 B2

Page 3

●lsson, "Chapter 6: Cytokines in Multiple Sclerosis and Its Experimental Models," from *Neuroscience Intelligence Unit 5: T-Cell Autoimmunity and Multiple Sclerosis*, Ed. M. Londei, R.G. Landes Company, Austin, TX, 1999, pp. 91-112.

●lsson, "15: Future prospects of cytokines in the pathogenesis and management of multiple sclerosis," vol. 2 edited by Aksel Siva, Jürg Kesserlring and Alan J. Thompson, Martin Dunitz Publishers Ltd, London, UK, 1999, pp. 139-150.

●lsson et al., "Chapter 22: MHC and Non-MHC Genetics of Experimental Autoimmune Encephalomyelitis," from *From Basic Immunology to Immune-Mediated Demyelination*, Eds G. Martino and L. Adorini, Springer-Verlag, Milan, Italy, 1999, pp. 246-264.

●lsson et al., "Genetics of rat neuroinflammation," J Neuroimmunol. 107: 191-200, 2000.

●lsson et al., "Depletion of Vβ5.2/5.3 T cells with a humanized antibody in patients with multiple sclerosis," Eur. J. Neurol. 9: 153-164, 2002.

●lsson et al., "Harm or heal—divergent effects of autoimmune neuroinflammation?," Trends in Immunol. 24: 5-6, 2003.

Robinson et al., "Protein microarrays guide tolerizing DNA vaccine treatment of autoimmune encephalomyelitis," Nat. Biotech., 21: 1033-1039, 2003.

Ruuls et al., "The Length of Treatment Determines Whether IFN-β Prevents or Aggravates Experimental Autoimmune Encephalomyelitis in Lewis Rats," J. Immunol. 157: 5721-5731, 1996.

Söderström et al., "T Cells Recognizing Multiple Peptides of Myelin Basic Protein are Found in Blood and Enriched in Cerebrospinal fluid in ●ptic Neuritis and Multiple Sclerosis," Scand. J. Immunol. 37: 355-368, 1993.

Sun et al., "Treatment of experimental autoimmune encephalomyelitis by feeding myelin basic protein conjugated to cholera toxin B subunit," Proc. Natl. Acad. Sci. USA 93: 7196-7201, 1996.

Wallström et al., "Memantine abrogates neurological deficits, but not CNS inflammation, in Lewis rat experimental autoimmune encephalomyelitis," J. Neurol. Sci. 137: 89-96, 1996.

Wallström et al., "Increased reactivity to myelin oligodendrocyte glycoprotein peptides and epitope mapping in HLA DR2(15)+ multiple sclerosis," Eur. J. Immunol. 28: 3329-3335, 1998.

Wang et al., "Myelin antigen reactive T cells in cerebrovascular diseases," Clin. Exp. Immunol. 88: 157-162, 1992.

Weissert et al., Protective DNA vaccination against organ-specific autoimmunity is highly specific and discriminates between single amino acid substitutions in the peptide autoantigen. PNAS 97: 1689-1694, 2000.

Balashov et al., "Defective regulation of IFNγ and IL-12 by endogenous IL-10 in progressive MS," Neurology 55: 192-198, 2000.

Bettelli and Nicholson, "The Role of Cytokines in Experimental Autoimmune Encephalomyelitis," Archivum Immunologiae et Therapiae Experimentalis 48: 389-398, 2000.

Brown and Kraft, "Multiple Sclerosis: A Paradigm Shift," Phys. Med. Rehabil. Clin. N. Am. 16: xvii-xx, 2005.

Cannella et al., "IL-10 Fails to Abrogate Experimental Autoimmune Encephalomyelitis," J. Neuroscience Research 45: 735-746, 1996.

Dal Canto et al., "Local Delivery of TNF by Retrovirus-Transduced T Lymphocytes Exacerbates Experimental Autoimmune Encephalomyelitis," Clinical Immunol. 90: 10-14, 1999.

Robinson Jr of Darby & Darby, Letter dated Dec. 11, 2007, to Susan H. Alexander, Esq., General Counsel, Biogen Idec.

Del Prete, G., "The Concept of Type-1 and Type-2 Helper T Cells and Their Cytokines in Humans," Intern. Rev. Immunol. 16: 427-455, 1998.

Di Rosa et al., "Lack of Th2 cytokine increase during spontaneous remission of experimental allergic encephalomyelitis," Eur. J. Immunol. 28: 3893-3903, 1998.

Ferber et al., "Mice with a Disrupted IFN-γ Gene Are Susceptible to the Induction of Experimental Autoimmune Encephalomyelitis (EAE)," J. Immunol. 156: 5-7, 1996.

Ferrante et al., "Cytokine Production and Surface Marker Expression in Acute and Stable Multiple Sclerosis: Altered IL-12 Production and Augmented Signaling Lymphocytic Activation Molecule (SLAM)-Expressing Lymphocytes in Acute Multiple Sclerosis," J. Immunol. 160: 1514-1521, 1998.

Furlan et al., "Interferon-β treatment in multiple sclerosis patients decreases the number of circulating T cells producing interferon-γ and interleukin-4," J. Neuroimmunol. 111: 86-92, 2000.

Galli et al., "Macrophage-derived chemokine production by activated human T cells in vitro and in vivo: preferential association with the production of type 2 cytokines," Eur. J. Immunol. 30: 204-210, 2000.

Genain et al., "Late Complications of Immune Deviation Therapy in a Nonhuman Primate," Science 274: 2054-2057, 1996.

Gijbels et al., "Administration of Neutralizing Antibodies to Interleukin-6 (IL-6) Reduces Experimental Autoimmune Encephalomyelitis and Is Associated with Elevated Levels of IL-6 Bioactivity in Central Nervous System and Circulation," Molecular Medicine 1: 795-805, 1995.

Giovannoni and Miller, "Multiple sclerosis and its treatment," J. R. Coll. Physicians Lond. 33: 315-322, 1999.

Hemmer et al., "Cytokine Phenotype of Human Autoreactive T Cell Clones Specific for the Immunodominant Myelin Basic Protein Peptide (83-99)," J. Neuroscience Res. 45: 852-862, 1996.

Hintzen and Polman, "Th-cell modulation in multiple sclerosis," Immunol. Today 18: 507-508, 1997.

Hultgren et al., "Genetic Absence of γ-Interferon Delays but Does Not Prevent Diabetes in N●D Mice," Diabetes 45: 812-817, 1996.

Krakowski et al., "Interferon-γ confers resistance to experimental allergic encephalomyelitis," Eur. J. Immunol. 16: 1641-1646, 1996.

Lafaille et al., "Myelin Basic Protein-specific T Helper 2 (Th2) Cells Cause Experimental Autoimmune Encephalomyelitis in Immunodeficient Hosts Rather than Protect Them from the Disease," J. Exp. Med. 186: 307-312, 1997.

Lafaille, J., "The Role of Helper T Cell Subsets in Autoimmune Diseases," Cytokine & Growth Factor Review, 9: 139-151, 1998.

Laman et al., "Balancing the Th1/Th2 concept in multiple sclerosis," Immunol. Today 19: 489-490, 1998.

The Lenercept Multiple Sclerosis Study Group and the University of British Columbia MS/MRI Analysis Group, "TNF neutralization in MS: Results of a randomized, placebo-controlled multicenter study," Neurol. 53: 457-465, 1999.

Liedtke et al., "Effective Treatment of Models of Multiple Sclerosis by Matrix Metalloproteinase Inhibitors," Ann. Neurol. 44: 35-46, 1998.

Link, H., "The cytokine storm in multiple sclerosis," Mult. Scler. 4: 12-15, 1998.

Lopez et al., "Interferon γ, IL2, IL4, IL1● and TNFα Secretions in Multiple Sclerosis Patients Treated with an Anti-CD4 Monoclonal Antibody," Autoimmunity 29: 87-92, 1999.

Lyons et al., "Pathogenesis of acute passive murine encephalomyelitis II. Th1 phenotype of the inducing population is not sufficient to cause disease," J. Neuroimmunol. 93: 26-36, 1999.

Määtä et al., "Neutrophils secreting tumor necrosis factor alpha infiltrate the central nervous system of BALB/c mice with experimental autoimmune encephalomyelitis," J. Neuroimmunol. 90: 162-175, 1998.

Martin et al., "T helper cell differentiation in multiple sclerosis and autoimmunity," Immunol. Today 19: 495-498, 1998.

Mattner et al., "Inhibition of Th1 development and treatment of chronic-relapsing experimental allergic encephalomyelitis by a non-hypercalcemic analogue of 1,25-dihydroxyvitamin D$_3$," Eur. J. Immunol. 30: 498-508, 2000.

●'Garra et al., "CD4+ T-cell subsets in autoimmunity," Current ●pinion in Immunol. 9: 872-883, 1997.

●lsson, T., "Cytokine-producing cells in experimental autoimmune encephalomyelitis and multiple sclerosis," Neurology 45: S11-S15, 1995.

Panitch et al., "Exacerbations of Multiple Sclerosis in Patients Treated With Gamma Interferon," The Lancet 1:893-895, 1987.

Perrella et al., "Interleukin-10 and IFN-α in multiple sclerosis : is there a balance ?," J. Neurovirol. 3 (Supp1): P17, 1997.

Pette et al., "Differential effects of phosphodiesterase type 4-specific inhibition on human autoreactive myelin-specific T cell clones," J. of Neuroimmunol. 98: 147-156, 1999.

**EXHIBIT C**
**Page 38**

US 7,619,001 B2

Page 4

Ristori et al., "T cell response to myelin basic protein before and after treatment with interferon beta in multiple sclerosis," J. Neuroimmunol. 99: 91-96, 1999.

Rohowky-Kochan et al., "Impaired interleukin-12 production in multiple sclerosis patients," Mult. Scler. 4: 327-334, 1999.

Rohowky-Kochan et al., Cytokine secretion profile of myelin basic protein-specific T cells in multiple sclerosis, Mult. Scler. 6: 69-77, 2000.

Romagnani S., "The Th1/Th2 paradigm," Immunol. Today 18: 263-266, 1997.

Rook et al., "Bacterial vaccines for the treatment of multiple sclerosis and other autoimmune diseases," Immunol. Today 21: 503-508, 2000.

Samoilova et al., "Experimental Autoimmune Encephalomyelitis in Intercellular Adhesion Molecule-1-Deficient Mice," Cell. Immunol. 190: 83-89, 1998.

Singh et al., "The Paradigm of Th1 and Th2 Cytokines, It's Relevance to Autoimmunity and Allergy," Immunol. Res. 20: 147-161, 1999.

Sinigaglia et al., "Type I interferons and the Th1/Th2 paradigm," Developmental and Comparative Immunol. 23: 657-663, 1999.

Smeltz et al., "Concordance and Contradiction Concerning Cytokines and Chemokines in Experimental Demyelinating Disease," J. Neuroscience Res. 51: 147-153 1998.

Zhu et al., "Cytokine production and the pathogenesis of experimental autoimmune neuritis and Guillain-Barré syndrome," J. Neuroimmunol. 84: 40-52, 1998.

Zipp, F., "No Evidence for Generation of Th-2-like MBP-Specific T-Cell Lines by Blockade of the Costimulatory Molecule B7-1," Scand. J. Immunol. 52: 510-514, 2000.

Anderson et al., Contact Dermatitis, 16:55-78, 1987.

Dejong et al., European Journal of Immunology, 26:2067-2074, 1996.

Dücker et al., H+Z Zeitschrift fur Haut., 65:734-736, 1989.

Fliegner et al., Hautarzt, 43:554-560, 1992.

Ghoreschi et al., Arch. Dermatol. Res., 296:P110, 2005.

Ghoreschi et al., Arch. Dermatol. Res., 294:28, 2002.

Ghoreschi et al., Current Drug Targets: Inflammation and Allergy 3:193-198, 2004.

Hunziker et al., "Is Psoriasis an Autoimmune Disease?", excerpt from "Therapeutische Umschau", Derm. Clinic of Univ. Berne, 50:110-113, 1993.

International Search Report for PCT/EP99/08215 dated Jun. 26, 2000.

Kiehl et al., Acta Derm. Venerol., 72:253-255, 1992.

Kolbach et al., J. Am. Acad. Derm., 27:769-771, 1992.

Lahti et al., Contact Dermatitis, 12:139-140, 1985.

Merck Index, 10th Ed., 1983 Abs. 2748.

Nieboer et al., J. Am. Acad. Derm., 20:601-608, 1989.

Peeters et al., Ned. Tijdschr. Geneeskd., 136:2428-2431, 1992.

Sadjak et al., Deutsch Med. Wochenschr., 116:478, 1991.

Schilling et al., Clinical and Experimental Immunology, 145:101-107, 2006.

Schilling et al., Aktuelle Rheumatologie, 24(6):174-179, 1999.

Schimrigk et al., European J. of Neurology: The ●fficial Journal of the European Federation of Neurological Societies, 13:604-610, 2006.

Sebok et al., Skin Pharm., 9:99-103, 1996.

Thio et al., Br. J. Dermatol., 131:865-861, 1994.

English Language Derwent Abstract for CN 1125141, date unavailable.

English Language Derwent Abstract for DE 35 31 597, date unavailable.

Altmeyer et al., "Systemische Therapie der Psoriasis", T & E Dermatologie Jg., 1997, vol. 27, pp. 380-382, 384—not translated.

Bacharach-Buhles et al., "Fumaric Acid Esters (FAEs) Suppress CD 15- and ●DP 4-positive Cells in Psoriasis", Acta Derm Venerol (Stockh); 1994; Suppl. 186: 79-82.

●ckenfels et al., "The antipsoriatic agent dimethylfumarate immunomodulates T-cell cytokine secretion and inhibits cytokines of the psoriatic cytokine network," Brit. J. Dermatol. 139: 390-395, 1998.

Gasser et al., "Host Vs Graft and Graft Vs Host Reactions After Allogenic Heterotopic Small Bowel Transplantation in the Rat", Transplantation Proceedings, vol. 24, No. 3, Jun. 1992, pp. 1128-1129.

Nathens et al., "The Glutathione Depleting Agent Diethylmaleate Prolongs Renal Allograft Survival", Journal of Surgical Research, vol. 77, 1998, pp. 75-79.

Nibbering et al., "Intracellular Signalling by Binding Sites for the Antipsoriatic Agent Monomethylfumarate on Human Granulocytes", British J. Dermatol., 1997, vol. 137, pp. 65-75.

Nibbering, PH, "Effects of Monomethylfumarate o n Human Granulocytes", Journal of Investigative Dermatology, 1993, vol. 101, pp. 37-42.

Sebok et al., "Antiproliferative and Cytotoxic profiles of Antipsoriatic Fumaric Acid Derivatives i n Keratinocyte Cultures," European Journal of Pharm., Environ. Toxicol. Pharmacol. Sect., 1994, vol. 270, pp. 79-87.

Schwinghammer et al., "Pharmacologic prophylaxis of acute graft-versus-host disease after allogeneic marrow transplantation", Therapy Reviews, Clinical Pharmacy, vol. 12, ●ct. 1993, pp. 736-761.

Medline Abstract of Bayard et al., "Peroral long-term treatment of psoriasis using fumaric acid derivatives", Hautarzt, May 1987, 38(5), pp. 279-285.

"Merck Manual", 1987, Merck XP-002141006, p. 327, paragraph 2-paragraph 6.

Immunmodulation durch Fumaderm, Das richtungsweisende Konzept, Charite-Berlin, Hautklinik, Symposium, Nov. 1-3, 1996, 28 pages.

Amamoto et al., "Effect of E-64, Thiol Protease Inhibitor on the Secondary Anti-SRBC Response In Vitro", Microbiol. Immunol., vol. 28(1), 1984, pp. 85-97.

Barrett    et    al.,    "L-trans-Epoxysuccinyl-leucylamido(4-guanidino)butane (E-64) and its analogues as inhibitors of cysteine proteinases including cathepsins B, H and L", Biochem. J., 1982, vol. 201, pp. 189-198.

Bellier et al., "Replacement of Glycine with Dicarbonyl and Related Moieties in Analogues of the C-Terminal Pentapeptide of Cholecystokinin: $CCK_2$ Agonists Displaying a Novel Binding Mode", J. Med. Chem., vol. 43, 2000, pp. 3614-3623.

Birch et al., "Metabolites of *Aspergillus indicus*: The Structure and Some Aspects of the Biosynthesis of Dihydrocanadensolide", Aust. J. Chem., 1968, vol. 21, pp. 2775-2784.

Choo et al., "Design and Synthesis of $\alpha,\beta$-unsaturated Carbonyl Compounds as Potential ACE Inhibitors", Short Communication, Eur. J. Med. Chem., vol. 35, 2000, pp. 643-648.

Dethlefsen, L.A., "Toxic Effects of Acute Glutathione Depletion by Buthionine Sulfoximine and Dimethylfumarate on Murine Mammary Carcinoma Cells", Radiation Research, vol. 114, 1988, pp. 215-224.

Galpin et al., "The Synthesis of an Insulin Active Site Analogue", Tetrahedron, vol. 39, No. 1, 1983, pp. 149-158.

Gerhard et al., "The Free Energy Change of restricting A Bond Rotation in the Binding of Peptide Analogues to Vancomycin Group Antibiotics", Bioorganic & Medicinal Chemistry Letters, vol. 3, No. 5, 1993, pp. 803-808.

Gordon et al., "Induction of NAD(P)H:quinone reductase in human peripheral blood lymphocytes", Carcinogenesis, vol. 12 (12), 1991, pp. 2393-2396.

Griehl et al., "$\alpha$-Aspartyl Peptides by Addition of Amines to N-Maleylamino Acid Derivatives", Chemistry of Peptides and Proteins, 1993, 5/6(pt. A), pp. 99-103.

Hildebrandt, H., "Pschyrembel Klinisches Woerterbuch Ed. 258", 1998, Walter de Gruyter, New York, XP 002234302, p. 182, col. 1, paragraph 2 and p. 1469, col. 1, paragraphy 16-col. 2, paragraphy 1. Not translated.

Hohenneger et al., "Nephrotoxicity of Fumaric Acid Monoethylester (FA ME)", Advances in Experimental Medicine and Biology, US 1989, vol. 252, pp. 265-272.

Holroyd et al., "Rational Design and Binding of Modified Cell-Wall Peptides to Vancomycin-Group Antibiotics: Factorising Free Energy Contributions to Binding", Tetrahedron, vol. 49, No. 41, 1993, pp. 9171-9182.

**EXHIBIT C**
**Page 39**

**US 7,619,001 B2**

Page 5

Kamiyama et al., "Ro 09-1679, A Novel Thrombin Inhibitor", The Journal of Antibiotics, vol. 45, No. 3, Mar. 1992, pp. 424-427.

Krstenansky et al., "Development of MDL 28,050, a Small Stable Antithrombin Agent Based on a Functional Domain of the Leech Protein, Hirudin", Thrombosis and Haemostasis, vol. 63, No. 2, 1990, Stuttgart, De.

Kuroda et al., "Fumaric Acid Enhances DNA Synthesis of Rat Hepatocytes by Counter Acting the Toxicities of Mitomycin C and Aflatoxin B$_1$", Jpn. J. Cancer Res. (Gann), Aug. 1986, vol. 77, pp. 750-758.

Kuroda et al., "Inhibitory Effect of Capsella-bursa-pastoris extract on Growth of Ehrlich Solid Tumor in Mice", Cancer Research, vol. 36, 1976.

Langlois et al., "Synthesis of symmetrical pseudopeptides as potential inhibitors of the human immunodeficiency virus-1 protease", Eur. J. Med. Chem., vol. 29, 1994, pp. 639-647.

Lehnert et al., "Radiation Response of Drug-Resistant Variants of a Human Breast Cancer Cell Line: The Effect of Glutathione Depletion", Radiation Research, vol. 124, 1990, pp. 208-215.

Miller et al., "Posttranscriptional Down-Regulation of ras ●ncogene Expression by Inhibitors of Cellular Glutathione", Molecular and Cellular Biology, Jul. 1993, vol. 13, No. 7, pp. 4416-4422.

Mrowietz, U., "Nephrotoxische Wirkung durch Fumarsaure", Hautarzt, 2000-51:615, Springer-Verlag 2000, pp. 615. Not translated.

●dom et al., "Cancer Chemoprotective Agents Inhibition of Human HT29 Colon Carcinoma Cell Proliferation is Reversed by N-Acetyl Cysteine", Proceedings of the American Assoc. for Cancer Research Annual, No. 41, Mar. 2000, pp. 342, XP008017517.

●ndrus et al., "A Simple Synthesis of Some analogues of Natural Antibiotics", Preliminary Communication, Chem. Papers, 51(3), 1997, pp. 164-166.

●rta et al., "Glutathione manipulation and the radiosensitivity of human tumour and fibroblast cell lines", Int. J. Radiat. Biol., 1995, vol. 68, No. 4, pp. 413-419.

Pearl et al., "Fumarate-enriched blood cardioplegia results in complete functional recovery of immature myocardium", Annals of Thoracic Surgery, vol. 57, No. 6, 1994.

Peeters et al., "Fumaric Acid Therapy for Psoriatic Arthritis. A Randomized, Double-blind, Placebo-controlled Study", British Journal of Rheumatology, vol. XXXI, No. 7, Jul. 1992, pp. 502-504.

Pereira et al., "Use of azoxymethane-induced foci of aberrant crypts in rat colon to identify potential cancer chemopreventive agents", Carcinogenesis, vol. 15, No. 5, 1994, pp. 1049-1054.

Portoghese et al., "Synthesis and Biological Activity of Analogues of β-Chlornaltrexamine and β-Funaltrexamine at ●pioid Receptors", J. of Medicinal Chem., vol. 29, No. 10, 1986, pp. 1861-1864.

Prochaska et al., "Elevation of Glutathione Levels by Phase II Enzyme Inducers: Lack of Inhibition of Human Immunodeficiency Virus Type 1 Replication in Chronically Infected Monocytoid Cells", Molecular Pharmacology, vol. 45, No. 5, 1994, pp. 916-921.

Prochaska et al., "●ltipraz, an inhibitor of human immunodeficiency virus type 1 replication", Proc. Natl. Acad. Sci., USA, vol. 90, May 1993, pp. 3953-3957.

Rao et al., "Chemoprevention of Azoxymethane-Induced Colon Cancer by Ascorbylpalmitate, Carbenoxolone, Dimethylfumarate and p-Methoxyphenol in Male F344 Rats", Anticancer Research, vol. 15, 1995, pp. 1199-1204.

Rao et al., "Antihepatotoxic activity of monomethyl fumarate isolated from Fumaria indica," J. of Ethnopharm. 60: 207-213, 1998.

Roodnat et al., "Akute Niereninsuffizienz bei der Behandlung der Psoriasis mit Fumarsaure-Estern", Schweiz. Med., Wschr., vol. 119, nr 2, 1989, pp. 826-830. Not translated.

Rossi et al., "Approach to the Use of Benzylpenicillinacylase for Configurational Correlations of Amino Compounds. 2. Hydrolysis of N-(p-Aminophenylacetyl) Derivatives of Some Chiral Primary Amines", J. ●rg. Chem., vol. 44, No. 13, 1979, pp. 2222-2225.

Schirmeister, T, "Aziridine-2,3-dicarboxylic Acid Derivatives as Inhibitors or Papain", Arch. Pharm. Pharm. Med. Chem., 329, 1996, pp. 239-244.

Schmidt et al., "Anti-psoriatic drug anthralin activates transcription factor NF-kappa-B in murine keratinocytes", Journal of Immunology, vol. 156, 1996.

Spencer et al., "Induction of Glutathione Transferases and NAD(P)H:Quinone Reductase by Fumaric Acid Derivatives in Rodent Cells and Tissues", Cancer Research, vol. 50, 1990, pp. 7871-7875.

Steele et al., "Preclinical Efficacy Evaluation of Potential Chemopreventive Agents in Animal Carcinogenesis Models: Methods and Results From the NCI Chemoprevention Drug Development Program", J. of Cellular Biochemistry, Supplement 20, 1994, pp. 32-54.

Su et al., "Reduction of $H_2O_2$-evoked, intracellular calcium increases in the rat N18-RE-105 neuronal cell line by pretreatment with an electrophilic antioxidant inducer", Neuroscience Letters, 273, 1999, pp. 109-112.

Subasinghe et al., "Synthesis of Acyclic and Dehydroaspartic Acid Analogues of Ac-Asp-Glu-●H and Their Inhibition of Rat Brain N-Acetylated ●-linked Acidic Dipeptidase (NAALA Dipeptidase)", Journal of Medicinal Chemistry, vol. 33, No. 10., 1990, pp. 2734-2744.

Vandermeeren et al., "Dimethylfumarate is an Inhibitor of Cytokine-Induced Nuclear Translocation of NF-κB1, But not RelA in Normal Human Dermal Fibroblast Cells", The Journal of Investigative Dermatology, vol. 116, No. 1, Jan. 2001, pp. 124-130.

Vandermeeren et al., "Dimethylfumarate is an Inhibitor of Cytokine-Induced E-Selection, VCAM-1, and ICAM-1 Expression in Human Endothelial Cells", Biochemical and Biophysical Research Communications, vol. 234, 1997, pp. 19-23.

Wang et al., "Enhanced cytotoxicity of mitomycin C in human tumour cells with inducers of DT-diaphorase", British Journal of Cancer, vol. 80(8), 1999, pp. 1223-1230.

Weinmann et al., "Influence of Fumaric Acid Derivatives on T Lymphocytes in the Murine Model of HSV-I Keratitis", I●VS, vol. 41, No. 4, Mar. 15, 2000, XP008017516, pp. S146.

English Language Translation of PCT International Preliminary Examination Report for PCT/EP99/08215, completed Feb. 27, 2001.

Preliminary Amendment filed Jun. 20, 2007, in U.S. Appl. No. 11/765,563, filed Jun. 20, 2007.

Supplemental Preliminary Amendment filed ●ct. 19, 2007, in U.S. Appl. No. 11/765,563, filed Jun. 20, 2007.

●ffice Action mailed Dec. 3, 2007, in U.S. Appl. No. 11/765,563, filed Jun. 20, 2007.

●ffice Action mailed Mar. 22, 2004, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Response filed Aug. 6, 2004, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Notice of Noncompliant Amendment mailed Aug. 19, 2004, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Response filed Aug. 25, 2004, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Supplemental Amendment filed Nov. 22, 2004, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Notice of Noncompliant Amendment mailed Dec. 16, 2004, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Response to Notice of Noncompliant Amendment filed Jan. 5, 2005, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

●ffice Action mailed Nov. 28, 2005, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Response filed Feb. 24, 2006, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Notice of Noncompliant Amendment mailed Mar. 1, 2006, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Response to Notice of Noncompliant Amendment (37 CFR 1.121) filed Mar. 10, 2006, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

●ffice Action mailed Jun. 21, 2006, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Response to Restriction Requirement dated Jun. 21, 2006, filed Aug. 21, 2006, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Amendment filed Mar. 2, 2007, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

●ffice Action mailed May 15, 2007, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Interview Summary for interview held Aug. 7, 2007, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

**EXHIBIT C**
**Page 40**

**US 7,619,001 B2**

Page 6

Amendment and Response under 37 C.F.R. § 1.111 filed Aug. 15, 2007, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Notice of Allowance mailed Aug. 28, 2007, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Preliminary Amendment filed May 10, 2001, in U.S. Appl. No. 09/831,620 (now U.S. Patent 6,509,376).

●ffice Action mailed Dec. 7, 2001, in U.S. Appl. No. 09/831,620 (now U.S. Patent 6,509,376).

Response filed Dec. 31, 2001, in U.S. Appl. No. 09/831,620 (now U.S. Patent 6,509,376).

●ffice Action mailed Mar. 4, 2002, in U.S. Appl. No. 09/831,620 (now U.S. Patent 6,509,376).

Response filed May 20, 2002, in U.S. Appl. No. 09/831,620 (now U.S. Patent 6,509,376).

Notice of Allowance mailed Aug. 30, 2002, in U.S. Appl. No. 09/831,620 (now U.S. Patent 6,509,376).

Beljaards, "Ki-I-positive cutaneous lymphoreticular proliferations" British Journal of Dermatology (1990) 123: pp. 533-535.

de Haan, "The Risk of Sensibilization and Contact Urticaria upon Topical Application of Fumaric Acid Derivatives", Dermatology (1994) 188: pp. 126-130.

Nieboer et al., "Fumaric Acid Therapy in Psoriasis: A Double Blind Comparison between Fumaric Acid Compound Therapy and Monotherapy with Dimethylfumaric Acid Ester," Dermatologica (1990) 181: pp. 33-37.

Nieboer et al., "Treatment of Psoriasis with Fumaric Acid Derivatives", 239th N.S.D.V. Meeting, Br.J.Dermatol. (117, No. 6,791-92, 1987).

Ros, et al., "Therapie bij psoriasis" Pharmaceutisch Weekblad (1991): 126 (13): 309-319.

van Loenen, et al., "Fumaarzuurtherapie: van fictie tot werkelijkheid?" Pharmaceutisch Weekblad (1989) 124: pp. 894-900.

Final ●ffice Action mailed Sep. 09, 2008, in U.S. Appl. No. 11/765,563, filed Jun. 20, 2007.

Response filed Jun. 03, 2008, in U.S. Appl. No. 11/765,563, filed Jun. 20, 2007.

* cited by examiner

**EXHIBIT C**
**Page 41**

US 7,619,001 B2

## UTILIZATION OF DIALKYLFUMARATES

### REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 10/197,077, filed Jul. 17, 2002, which is a Division of commonly-owned application Ser. No. 09/831,620, filed May 10, 2001 now U.S. Pat. No. 6,509,376, which is a 371 continuation of PCT Application PCT/EP99/08215, filed Oct. 29, 1999, the text of which is not in English, which PCT Application claims priority on German Application No. 198 53 487.6, filed Nov. 19, 1998, the text of which is not in English, all of which are incorporated herein by reference.

### DESCRIPTION

The present invention relates to the use of dialkyl fumarates for preparing pharmaceutical preparations for use in transplantation medicine or the therapy of autoimmune diseases and pharmaceutical preparations in the form of micro-tablets or micro-pellets containing dialkyl fumarates.

On the one hand, therefore, it relates especially to the use of dialkyl fumarates for preparing pharmaceutical preparations for the treatment, reduction or suppression of rejection reactions of the transplant by the recipient, i.e. host-versus graft reactions, or rejection of the recipient by the transplant, i.e. graft-versus-host reactions. On the other hand, it relates to the use of dialkyl fumarates for preparing pharmaceutical preparations for treating autoimmune diseases such as polyarthritis, multiple sclerosis, juvenile-onset diabetes, Hashimoto's thyroiditis, Grave's disease, systemic Lupus erythematodes (SLE), Sjogren's syndrome, pernicious anaemia and chronic active (=lupoid) hepatitis.

Both graft rejection and autoimmune diseases are based on medically undesirable reactions or dysregulation of the immune system. Cytokins such as interleukins or tumour necrose factor $\alpha$ (TNF-$\alpha$) are substantial mediators influencing the immune system. In general, both are treated by the administration of immunosuppressive agents such as cyclosporine.

In the overall result, autoimmune diseases may be defined as the failure of the tolerance of endogenic substances or antigens. As a rule, this tolerance can be maintained only if the antigens keep coming into contact with immunological cells. When this tolerance is lost, autoantibodies are formed, i.e. a humoral immunoresponse against endogenic tissue. The exact nature of the involvement of TNF-$\alpha$ is not known.

Transplantations are tissue or organ transplantations, i.e. the transfer of tissues such as cornea, skin, bones (bone chips), vessels or fasciae, of organs such as kidney, heart, liver, lung, pancreas or intestines, or of individual cells such as islet cells, $\alpha$-cells and liver cells, the kidney having the greatest significance as a transplanted organ.

According to the degree of relationship between the donor and the recipient we differentiate between autotransplantation (transfer to another part of the body of the same individual), iso-transplantation (transfer to another, genetically identical individual) and allogenic transplantation (transfer to another individual of the same species). Depending on the site of origin and transplantation, we further differentiate between homotopic transplantation (transfer to the same site) and heterotopic transplantation (transfer to a different site). The above-mentioned transplantations play an important role in modern medicine.

A major problem in transplantation medicine is graft rejection after transplantation of the tissue, organ or cell by immunological defense reactions of the recipient. Such a graft rejection is also called host-versus-graft reaction. The immunological defense reaction of the organism against the hetero-protein often results in rejection or dissolution of the grafts. In host-verses-graft reactions, different stages may be distinguished. Depending on the degree of difference between the recipient and the donor, this reaction takes place at different speeds so that we speak of an acute, sub-acute or chronic reaction. The acute rejection process is accompanied by the irreversible loss of the transplant (necrotisation) as a result of arteriitis or arteriolitis within 48 hours and cannot be influenced by the administration of drugs. The sub-acute rejection reaction becomes manifest as a rejection crisis from day 12 to month 4 with reversible functional disorders as a result of a transplant vasculopathy. Finally, the loss of function of the transplant as a result of vascular changes such as obliterating arteriopathy, which proceeds over weeks or years and can practically not be influenced by drugs, is termed a chronic rejection reaction.

Vice-versa, rejection reactions of the transplant against the recipient, the so-called graft-versus-host reactions, may occur when immunocompetent tissues are transplanted, i.e. primarily in bone marrow transplantation. Again, the severity of the reaction is graded, and substantially similar complications result as in host-versus-graft-reactions, namely arteriopathies and necroses.

To avoid such rejection reactions, i.e. the host-versus-graft reaction and the graft-versus-host reaction, transplantation medicine essentially makes use of immunosuppression, i.e. a weakening of the normal immunoresponse. For this purpose, anti-lymphocyte sera are often used in combination with corticosteroids and so-called anti-metabolites, e.g. purine analogues such as 6-mercaptopurine and thioguanine which affect the nucleic acid and protein synthesis and thus prevent cell division and proliferation. This leads to suppression of the production of antibodies and the cellular immune response. The immunosuppressive agents used for therapy are substances which suppress or weaken the immunoreaction in the body either specifically or non-specifically. Non-specific immunosuppressive agents are cytostatic agents such as, for example, alkylating agents or antimetabolites.

In addition, active ingredients are known which cause at least partial specific immunosuppression, such as corticosteroids, antisera, antibodies FK-506, tacrolimus, mycophenolatemofetil and primarily cyclosporines such as cyclosporine A. As a result of using modern immunosuppressive agents, the most important representatives of which are the cyclosporines, especially cyclosporine A, it was possible to improve the results of transplantation considerably over the last few years. At present, the survival rate after one year is about 60% for liver transplantations, about 80% for heart transplantations and over 90% for kidney transplantations.

Autoimmune diseases where the endogenic immune system attacks endogenic organs, tissues and cells are comparable to graft-versus-host reactions. These are also medically undesirable reactions of the immune system which may be treated with immunosuppressive agents, too.

The danger in using immunosuppressive agents lies in weakening the body's defense against infectious diseases and the increased risk of malignant diseases. Therefore, it is the object of the invention to provide a pharmaceutical preparation to be employed in transplantation medicine which may be used to treat, especially to suppress, weaken and/or alleviate host-versus-graft reactions and graft-versus-host reactions, but does not have the above disadvantage.

It is another object of the invention to provide a pharmaceutical preparation which may be employed for treating autoimmune diseases, particularly polyarthritis, multiple

EXHIBIT C
Page 42

US 7,619,001 B2

**3**

sclerosis, juvenile-onset diabetes, Hashimoto's thyroiditis, Grave's disease, systemic Lupus erythematodes (SLE), Sjogren's syndrome, pernicious anaemia and chronic active (=lupoid) hepatitis, without the disadvantages of immunosuppression.

The object of the invention is achieved by using certain dialkyl fumarates for preparing pharmaceutical preparations for use in transplantation medicine and for the therapy of autoimmune diseases and pharmaceutical preparations in the form of micro-tablets and micro-pellets containing these dialkyl fumarates. The individual subject matters of the invention are characterized in detail in the claims. The preparations according to the invention do not contain any free fumaric acids per se.

It is known that pharmaceutical preparations which, upon biological degradation after administration, enter into the citric acid cycle or are part thereof gain increasing therapeutic significance—especially when given in high dosages—since they can alleviate or heal diseases caused cryptogenetically.

Fumaric acid, for example, inhibits the growth of the Ehrlich ascites tumour in mice, reduces the toxic effects of mitomycin C and aflatoxin and displays antipsoriatic and antimicrobial activity. When administered parenterally, transdermally and especially perorally, high dosages of fumaric acid or its derivatives known so far such as dihydroxyl fumaric acid, fumaramide and fumaronitrile have such unacceptably severe side effects and high toxicity that, in most cases, such a therapy had to be abandoned in the past.

Surprisingly, investigations carried out by the applicant have shown that methyl hydrogen fumarate, a metabolite of the dimethyl fumarate, initially increases the endotoxin-stimulated TNF-α secretion in human mononuclear cells of periphere blood (periphere blood mononuclear cells=PBMC cells) and in isolated monocytes. In addition, the applicant was able to show that fumaric acid has an effect on in vitro and in vivo haemagglutination which is comparable to that of cyclosporine.

Surprisingly, it has now been found that dialkyl fumarates are advantageous for preparing pharmaceutical compositions for use in transplantation medicine and for the therapy of autoimmune diseases. This is because compositions containing such dialkyl fumarates surprisingly permit a positive modulation of the immune system in host-versus-graft reactions, graft-versus-host reactions and other autoimmune diseases.

European Patent Application 0188 749 already describes fumaric acid derivatives and pharmaceutical compositions containing the same for the treatment of psoriasis. Pharmaceutical compositions for the treatment of psoriasis containing a mixture of fumaric acid and other fumaric acid derivatives are known from DE-A-25 30 372. The content of free fumaric acid is obligatory for these medicaments.

DE-A-26 21 214 describes medicaments containing the fumaric acid monoethyl ester and its mineral salts as active ingredient for the treatment of psoriasis. The publication "Hautarzt (*Dermatologist*) (1987) 279-285" discusses the use of fumaric acid monoethyl ester salts. Pharmaceutical preparations containing a mixture of fumaric acid monoalkyl ester salts and a fumaric acid diester for the treatment of psoriasis, psoriatic arthritis, neurodermatitis and enteritis regionalis Crohn are known from EP 0 312 697 B1.

**4**

Specifically, the object of the invention is achieved by the use of one or more dialkyl fumarates of the formula

wherein $R_1$ and $R_2$, which may be the same or different, independently represent a linear, branched or cyclic, saturated or unsaturated $C_{1-20}$ alkyl radical which may be optionally substituted with halogen (Cl, F, I, Br), hydroxy, $C_{1-4}$ alkoxy, nitro or cyano for preparing a pharmaceutical preparation for use in transplantation medicine or for the therapy of autoimmune diseases.

The $C_{1-20}$ alkyl radicals, preferably $C_{1-8}$ alkyl radicals, most preferably $C_{1-5}$ alkyl radicals are, for example, methyl, ethyl, n-propyl, isopropyl, n-butyl, sec-butyl, t-butyl, pentyl, cyclopentyl, 2-ethyl hexyl, hexyl, cyclohexyl, heptyl, cycloheptyl, octyl, vinyl, allyl, 2-hydroxyethyl, 2 or 3-hydroxy propyl, 2-methoxy ethyl, methoxy methyl or 2- or 3-methoxy propyl. Preferably at least one of the radicals $R_1$ or $R_2$ is $C_{1-5}$ alkyl, especially methyl or ethyl. More preferably, $R_1$ and $R_2$ are the same or different $C_{1-5}$ alkyl radicals such as methyl, ethyl, n-propyl or t-butyl, methyl and ethyl being especially preferred. Most preferably, $R_1$ and $R_2$ are identical and are methyl or ethyl. Especially preferred are the dimethyl fumarate, methyl ethyl fumarate and diethyl fumarate.

The dialkyl fumarates to be used according to the invention are prepared by processes known in the art (see, for example, EP 0 312 697).

Preferably, the active ingredients are used for preparing oral preparations in the form of tablets, micro-tablets, pellets or granulates, optionally in capsules or sachets. Preparations in the form of micro-tablets or pellets, optionally filled in capsules or sachets are preferred and are also a subject matter of the invention. The oral preparations may be provided with an enteric coating. Capsules may be soft or hard gelatine capsules.

The dialkyl fumarates used according to the invention may be used alone or as a mixture of several compounds, optionally in combination with the customary carriers and excipients. The amounts to be used are selected in such a manner that the preparations obtained contain the active ingredient in an amount corresponding to 10 to 300 mg of fumaric acid.

Preferred preparations according to the invention contain a total amount of 10 to 300 mg of dimethyl fumarate and/or diethyl fumarate.

According to a preferred embodiment, the size or the mean diameter, respectively, of the pellets or micro-tablets is in the range from 300 to 2,000 μm, especially in the range of 500 or 1,000 μm.

In addition to graft-versus-host reactions (see above), the following autoimmune diseases to be treated may be named: polyarthritis, multiple sclerosis, graft-versus-host reactions, juvenile-onset diabetes, Hashimoto's thyroiditis, Grave's disease, systemic Lupus erythematodes (SLE), Sjogren's syndrome, pernicious anaemia and chronic active (lupoid) hepatitis. Autoimmune diseases in a wider meaning also comprise psoriasis, psoriatic arthritis, neurodermatitis and enteritis regionalis Crohn.

In addition to the preparations for peroral administration in the form of micro-pellets, micro-tablets, capsules (such as soft and hard gelatine capsules), granulates and tablets cited above, suitable pharmaceutical preparations are preparations

**EXHIBIT C**
**Page 43**

US 7,619,001 B2

**5**

for cutaneous and transdermal administration in the form of ointments, plasters, lotions or shower preparations and for parenteral administration in the form of aqueous micro-dispersions, oil-in-water emulsions or oily solutions for rectal administration of suppositories or micro-enemas. Pharmaceutical preparations in the form of micro-tablets or micro-pellets are preferred for the therapy of all autoimmune diseases mentioned above, including psoriasis, psoriatic arthritis, neurodermatitis and enteritis regionalis Crohn and are also a subject matter of the invention.

According to the invention, a therapy with dialkyl fumarates may also be carried out in combination with one or more preparations of the triple drug therapy customarily used in organ transplantations or with cyclosporine A alone. For this purpose, the preparations administered may contain a combination of the active ingredients in the known dosages or amounts, respectively. Likewise, the combination therapy may consist of the parallel administration of separate preparations, by the same or different routes. Optionally, the dosage of the active ingredient contained in addition to the dose of the fumaric acid derivative administered in accordance with the invention may be reduced advantageously.

Another embodiment of the use according to the invention is to alternate the drug therapy with immunosuppressive agents such as cyclosporine in sequence with an application of the above-mentioned dialkyl fumarate. This means that an application of fumaric acid derivatives as defined above over one or more weeks may follow a cyclosporine therapy of one or more weeks. This permits reduction of the Cyclosporine A dosage resulting in a considerable decrease of the rate of side effects in long-term therapy.

By administration of the dialkyl fumarates in the form of micro-tablets, which is preferred, gastrointestinal irritations and side effects, which are reduced already when conventional tablets are administered but is still observed, may be further reduced vis-a-vis fumaric acid derivatives and salts.

It is presumed that, upon administration of conventional tablets, the ingredients of the tablet are released in the intestine in a concentration which is too high, causing local irritation of the intestinal mucous membrane. This local irritation results in a short-term release of very high TNF-α concentrations which may be responsible for the gastrointestinal side effects. In case of application of enteric-coated micro-tablets in capsules, on the other hand, very low local concentrations of the active ingredients in the intestinal epithelial cells are achieved. The micro-tablets are incrementally released by the stomach and passed into the small intestine by peristaltic movements so that distribution of the active ingredients is improved.

This means that enteric-coated micro-tablets in the same dosage are distributed already in the stomach and passed to the intestine in portions, where the active ingredients are released in smaller dosages. This avoids local irritation of the intestinal epithelial cells and the release of TNF-α. It is assumed that this results in the improved tolerance of micro-tablets in the gastrointestinal tract vis-a-vis conventional tablets.

In addition, resorption is improved, because the dialkyl fumarates to be used according to the invention are not the active ingredient per se, but a so-called prodrug, which must be converted into the active ingredient in the body.

**6**

In order to illustrate the use according to the invention, different examples for preparing preferred drugs are given below.

PRODUCTION EXAMPLES

In principle, the oral preparations according to the invention in the form of tablets or micro-tablets may be prepared by classical tabletting processes. Instead of such classical tabletting processes, other methods for the preparation of tablets may be used, such as direct tabletting and processes for preparing solid dispersions in according with the melt method and the spray drying method.

The tablets may be provided with an enteric coating. The enteric coating may be applied in a classical coating pan or sprayed on or applied in a fluidised bed apparatus. The tablet may also be provided with a film coat.

Example 1

Preparation of enteric-coated micro-tablets in capsules containing 120.0 mg of dimethyl fumarate, which corresponds to 96 mg of fumaric acid

Taking the necessary precautions (breathing mask, gloves, protective clothing, etc.), 12.000 kg of dimethyl fumarate are crushed, mixed and homogenized by means of a sieve 800. Then an excipient mixture with the following composition is prepared: 17.50 kg of starch derivative (STA-RX® 1500), 0.30 kg of microcrystalline cellulose (Avicel® PH 101), 0.75 kg of PVP (Kollidon® 120), 4.00 kg of Primogel®, 0.25 kg of colloidal silicic acid (Aerosil®). The active ingredient is added to the entire powder mixture, mixed, homogenized by means of a sieve 200, processed in the usual manner with a 2% aqueous solution of polyvidon pyrrolidone (Kollidon® K25) to obtain a binder granulate and then mixed in the dry state with the outer phase. Said outer phase consists of 0.50 kg of Mg stearate and 1.50 kg of talcum.

Then the powder mixture is compressed in the usual manner to obtain convex tablets having a gross weight of 10.0 mg and a diameter of 2.0 mm.

One example to achieve resistance to gastric acid is to dissolve a solution of 2.250 kg of hydroxy propyl methyl cellulose phthalate (HPMCP, Pharmacoat® HP 50) in portions in a mixture of the following solvents: 13.00 l of acetone, 13.50 l of ethanol (94 wt.-%, denatured with 2% of ketone) and 1.50 l of demineralised water. As a plasticiser, castor oil (0.240 kg) is added to the finished solution and applied in portions onto the tablet cores in the customary manner.

After drying is completed, a suspension of the following composition is applied as a film coat in the same apparatus: 0.340 kg of talcum, 0.400 kg of titanium(VI) oxide Cronus RN 56, 0.324 kg of coloured lacquer L-Rot-lack 86837, 4.800 kg of Eudragit E 12.5% and 0.120 kg of polyethylene glycol 6000, pH 11 XI in a solvent mixture of the following composition: 8.170 kg of 2-propanol, 0.200 kg of demineralised water and 0.600 kg of glycerine triacetate (Triacetin).

After that the enteric-coated micro-tablets are filled into hard gelatine capsules having a net weight of 400 mg and sealed.

**EXHIBIT C**
**Page 44**

US 7,619,001 B2

7

### Example 2

Preparation of enteric-coated micro-tablets in capsules containing 120.0 mg of dimethyl fumarate, which corresponds to 96 mg of fumaric acid

12.000 kg of dimethyl fumarate are crushed and homogenized as above. Then an excipient mixture composed as follows is prepared: 23.20 kg of microcrystalline cellulose (Avicel® PH 200), 3.00 kg of Croscarmellose sodium (AC-Di-SOL-SD-711), 2.50 kg of talcum, 0.10 kg of anhydrous silica (Aerosil® 200) and 1.00 kg of Mg stearate. The active ingredient is then added to the entire powder mixture and mixed homogenously. By means of direct tabletting, the powder mixture is then pressed into convex tablets having a gross weight of 10.0 mg and a diameter of 2.00 mm.

After that, a solution of 0.94 Eudragit® L in isopropanol is prepared which also contains 0.07 kg of dibutyl phthalate. This solution is sprayed onto the tablet cores. After that, a dispersion of 17.32 kg of Eudragit® L D-55 and a mixture of 2.80 kg of microtalcum, 2.00 kg of Macrogol 6000 and 0.07 kg of dimeticon in water is prepared and sprayed onto the cores.

Next, the enteric-coated micro-tablets are filled into hard gelatine capsules having a net weight of 650 mg and sealed.

### Example 3

Preparation of micro-pellets in capsules containing 50.0 mg of dimethyl fumarate, which corresponds to 40 mg of fumaric acid

5.000 kg of dimethyl fumarate are crushed and homogenized as above. In addition, 2l of a 20% (m/v) polyvinyl pyrrolidone solution (Kollidon K-30) in ethanol are prepared. 7.250 kg of nonpareilles pellets in a coating pan are sprayed with part of the Kollidon K-30 solution until slightly humid. Then the active ingredient is added in portions until the pellets are dry. This procedure of humidification/drying is continued until all of the active ingredient mixture has been added. Then the pellets are moved around until completely dry.

After that, the pellets are filled into hard gelatine capsules (126.5 mg pellets/capsule).

### Example 4

Preparation of enteric-coated capsules containing 110.0 mg of dimethyl fumarate, which corresponds to 88 mg of fumaric acid

11.000 kg of dimethyl fumarate are intensely mixed in a mixture consisting of 14.00 kg of starch, 5.65 kg of lactose, 2.00 kg of microcrystalline cellulose (Avicel®), 1.00 kg of polyvinyl pyrrolidone (Kollidon® 25) and 2.443 kg of Primogel® and, taking the necessary precautions (breathing mask, gloves, protective clothing), homogenized by means of a sieve 800.

Using a 2% aqueous solution of polyvinyl pyrrolidone (Kollidon® K25), the entire powder mixture is processed into a binder granulate in the customary manner and mixed with the outer phase when dry. Said outer phase consists of 0.350 kg of colloidal silicic acid (Aerosil®), 0.500 kg of Mg stearate and 1.500 kg of talcum. The homogenous mixture is filled into suitable capsules in portions of 400 mg which are then provided with an enteric coating consisting of hydroxy propyl methyl cellulose stearate and castor oil as plasticiser in the customary manner. Instead of using hard gelatine capsules, the product may also be filled into suitable enteric-coated

8

capsules consisting of a mixture of cellulose acetate phthalate (CAP) and hydroxy propyl methyl cellulose phthalate (HP-MCP).

In comparison with substances of the prior art such as cyclosporine, which may cause massive kidney disorders or diseases of the lymphoproliferative system, a therapy with fumaric acid derivatives according to the invention for the indications listed above rarely results in serious side effects.

Among other things, the immunosuppressive effect of cyclosporine is caused by the inhibition of Th-1 cell formation. As in vitro experiments of the applicant have shown, fumarates cause a shift of the cytokine pattern of the Th1 type to the cytokine pattern of the Th2 type.

Especially in view of the long-term therapy and prevention which is always necessary in graft-versus-host reactions and host-versus-graft reactions or other autoimmune diseases such as multiple sclerosis, the unexpected effect of the use according to the invention is of the greatest interest. In a combination therapy of cyclosporine with the fumaric acid derivatives, the toxic side effects of the former compounds may be unexpectedly reduced to a substantial degree. In addition, the use according to the invention is also significant in the substitution of the corticosteroid therapy of autoimmune diseases which is known to be accompanied by severe side effects.

That which is claimed is:

1. A method of treating multiple sclerosis comprising administering, to a patient in need of treatment for multiple sclerosis, an amount of a pharmaceutical preparation effective for treating multiple sclerosis, the pharmaceutical preparation comprising

at least one excipient or at least one carrier or at least one combination thereof; and

dimethyl fumarate, methyl hydrogen fumarate, or a combination thereof.

2. The method of claim 1, wherein the dimethyl fumarate, methyl hydrogen fumarate, or a combination thereof is present in an amount of from 10 to 300 mg in the pharmaceutical preparation.

3. The method of claim 1, wherein the dimethyl fumarate, methyl hydrogen fumarate, or a combination thereof is provided in one or more capsules.

4. The method of claim 1, the pharmaceutical preparation comprising a combination of dimethyl fumarate and methyl hydrogen fumarate.

5. The method of claim 1, the pharmaceutical preparation comprising methyl hydrogen fumarate.

6. The method of claim 1, the pharmaceutical preparation comprising dimethyl fumarate.

7. The method of claim 6, wherein at least 50 mg of dimethyl fumarate is present in the pharmaceutical preparation.

8. The method of claim 6, wherein at least 110 mg of dimethyl fumarate is present in the pharmaceutical preparation.

9. The method of claim 6, wherein at least 120 mg of dimethyl fumarate is present in the pharmaceutical preparation.

10. The method of claim 6, wherein 50 mg of dimethyl fumarate is present in the pharmaceutical preparation.

11. The method of claim 6, wherein 110 mg of dimethyl fumarate is present in the pharmaceutical preparation.

12. The method of claim 6, wherein 120 mg of dimethyl fumarate is present in the pharmaceutical preparation.

13. The method of claim 1, wherein the pharmaceutical preparation is formulated for oral administration.

**EXHIBIT C**
**Page 45**

US 7,619,001 B2

9

14. The method of claim 1, wherein the pharmaceutical preparation is formulated as a solid dosage form.

15. The method of claim 1, wherein the pharmaceutical preparation is formulated as microtablets.

16. The method of claim 15, wherein the microtablets are provided in one or more capsules, wherein at least 50 mg of dimethyl fumarate is present in each capsule.

17. The method of claim 16, wherein at least 110 mg of dimethyl fumarate is present in each capsule.

18. The method of claim 17, wherein at least 120 mg of dimethyl fumarate is present in each capsule.

19. The method of claim 15, wherein the microtablets are enteric-coated.

10

20. The method of claim 19, wherein the microtablets have a mean diameter in the range of 0.3 mm to 2.0 mm, exclusive of any coating on the microtablets.

21. The method of claim 20, wherein the microtablets have a mean diameter of 2.0 mm, exclusive of any coating on the microtablets.

22. The method of claim 1, the pharmaceutical preparation comprising at least one carrier.

23. The method of claim 1, the pharmaceutical preparation comprising at least one excipient.

24. The method of claim 1, the pharmaceutical preparation comprising at least one excipient and at least one carrier.

*　*　*　*　*

**EXHIBIT C**
**Page 46**

# EXHIBIT D



US007803840B2

(12) **United States Patent**
Joshi et al.

(10) **Patent No.:** **US 7,803,840 B2**
(45) **Date of Patent:** *Sep. 28, 2010

(54) **UTILIZATION OF DIALKYLFUMARATES**

(75) Inventors: **Rajendra Kumar Joshi**, Zürich (CH); **Hans-Peter Strebel**, Muri (CH)

(73) Assignee: **Biogen Idec International GmbH**, Zug (CH)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/405,661**

(22) Filed: **Mar. 17, 2009**

(65) **Prior Publication Data**

US 2009/0181085 A1      Jul. 16, 2009

**Related U.S. Application Data**

(60) Continuation of application No. 11/765,578, filed on Jun. 20, 2007, now Pat. No. 7,619,001, which is a continuation of application No. 10/197,077, filed on Jul. 17, 2002, now Pat. No. 7,320,999, which is a division of application No. 09/831,620, filed as application No. PCT/EP99/08215 on Oct. 29, 1999, now Pat. No. 6,509,376.

(30) **Foreign Application Priority Data**

Nov. 19, 1998   (DE) ............................... 198 53 487

(51) **Int. Cl.**
*A61K 31/225*      (2006.01)
(52) **U.S. Cl.** ...................................... **514/547**; 514/903
(58) **Field of Classification Search** ................. 514/547, 514/903
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,832,287 A | 8/1974 | Gale et al. | |
| 4,515,974 A | 5/1985 | Zecher et al. | |
| 4,746,668 A | 5/1988 | Sato et al. | |
| 4,851,439 A | 7/1989 | Speiser et al. | |
| 4,959,389 A | 9/1990 | Speiser et al. | |
| 5,149,695 A | 9/1992 | Speiser et al. | |
| 5,214,196 A | 5/1993 | Blank | |
| 5,242,905 A | 9/1993 | Blank | |
| 5,359,128 A | 10/1994 | Blank | |
| 5,424,332 A | 6/1995 | Speiser et al. | |
| 5,451,667 A | 9/1995 | Speiser et al. | |
| 5,538,968 A | 7/1996 | Chiesi et al. | |
| 5,548,059 A | 8/1996 | Bayley et al. | |
| 5,589,504 A | 12/1996 | Dannenberg et al. | |
| 5,972,363 A | 10/1999 | Clikeman et al. | |
| 6,277,882 B1 | 8/2001 | Joshi et al. | |
| 6,355,676 B1 * | 3/2002 | Joshi et al. | .................. 514/494 |
| 6,359,003 B1 | 3/2002 | Joshi et al. | |
| 6,436,992 B1 * | 8/2002 | Joshi et al. | .................. 514/547 |
| 6,509,376 B1 | 1/2003 | Joshi et al. | |

| | | | |
|---|---|---|---|
| 7,320,999 B2 * | 1/2008 | Joshi et al. | .................. 514/549 |
| 2003/0013761 A1 | 1/2003 | Joshi et al. | |
| 2004/0054001 A1 | 3/2004 | Joshi et al. | |
| 2006/0069161 A1 | 3/2006 | Lee et al. | |
| 2007/0248662 A1 | 10/2007 | Joshi et al. | |
| 2007/0248663 A1 | 10/2007 | Joshi et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2248955 | 8/2001 |
| CN | 1125141 | 6/1996 |
| DE | 25 30 372 A1 | 1/1977 |
| DE | 26 21 214 A1 | 11/1977 |
| DE | 35 31597 | 3/1987 |
| DE | 38 34794 A1 | 4/1990 |
| EP | 0 188749 A2 | 7/1986 |
| EP | 0 312697 | 4/1989 |
| EP | 0 518388 | 12/1992 |
| EP | 0 793966 | 9/1997 |
| GB | 1 216699 | 12/1970 |
| GB | 1 422726 | 1/1976 |
| GB | 2 291422 | 1/1996 |
| WO | WO 89/01930 A1 | 3/1989 |
| WO | WO 94/28883 | 12/1994 |
| WO | WO 95/25102 | 9/1995 |
| WO | WO 96/01122 | 1/1996 |
| WO | WO 96/02244 | 2/1996 |
| WO | WO 96/27369 | 9/1996 |
| WO | WO 97/48400 | 12/1997 |
| WO | WO 98/04290 | 2/1998 |
| WO | WO 98/27970 | 7/1998 |

(Continued)

OTHER PUBLICATIONS

Anderson et al., "Aetiology of Multiple Sclerosis", British Medical Journal, vol. 1, No. 5433, pp. 466-467 (Feb. 1965).*

(Continued)

*Primary Examiner*—Kevin Weddington
(74) *Attorney, Agent, or Firm*—Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

(57) **ABSTRACT**

The present invention relates to the use of certain dialkyl fumarates for the preparation of pharmaceutical preparations for use in transplantation medicine or for the therapy of autoimmune diseases and said compositions in the form of micro-tablets or pellets. For this purpose, the dialkyl fumarates may also be used in combination with conventional preparations used in transplantation medicine and immuno-suppressive agents, especially cyclosporines.

**21 Claims, No Drawings**

**EXHBIIT D**
**Page 47**

**US 7,803,840 B2**

Page 2

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 98/52549 | 11/1998 |
| WO | WO 99/21565 | 5/1999 |
| WO | WO 01/59072 | 8/2001 |
| WO | WO 02/02190 | 1/2002 |
| WO | WO 03/032969 | 4/2003 |
| WO | WO 2004/096216 | 11/2004 |
| WO | WO 2005/027899 | 3/2005 |
| WO | WO 2005/044272 | 5/2005 |
| WO | WO 2006/037342 | 4/2006 |
| WO | WO 2006/050730 | 5/2006 |
| WO | WO 2006/055871 | 5/2006 |

### OTHER PUBLICATIONS

Wright, "Autoimmune disease of the gastro-intestinal tract", Postgraduate Medical Journal, vol. 44, No. 515, pp. 765-768 (Sep. 1968).*

Andersson et al., "Cytokine profile in interferon-β treated multiple sclerosis patients: reduction of interleukin-10 mRNA expressing cells in peripheral blood," Eur. J. Neurol. 4: 567-571, 1997.

Becanovic et al., "Paradoxical effects or arthritis-regulating chromosome 4 regions on myelin oligodendrocyte glycoprotein-induced encephalomyelitis in congenic rats," Eur. J. Immunol. 33: 1907-1916, 2003.

Correale et al., "Sulfasalazine aggravates experimental autoimmune encephalomyelitis and causes an increase in the number of autoreactive T cells," J. Neuroimmunol. 34:109-120, 1991.

Dahlman et al., "Quantitative trait loci disposing for both experimental arthritis and encephalomyelitis in the DA rat; impact on severity of myelin oligodendrocyte glycoprotein-induced experimental autoimmune encephalomyelitis and antibody isotype pattern," Eur. J. Immunol. 28:2188-2196, 1998.

De Graaf et al., "MHC Class 11 Isotype- and Allele-Specific Attenuation of Experimental Autoimmune Encephalomyelitis," J. Immunol., 173: 2792-2802, 2004.

Di Marco et al., "Curative effects of recombinant human Interleukin-6 in DA rats with protracted relapsing experimental allergic encephalomyelitis," J. Neuroimmunol. 116: 168-177, 2001.

Djerbi et al., "Expression of the Long Form of Human FLIP by Retroviral Gene Transfer of Hemopoietic Stem Cells Exacerbates Experimental Autoimmune Encephalomyelitis," J. Immunol. 170: 2064-2073, 2003.

Gielen et al., "Expression of T cell immunoglobulin- and mucin-domain-containing molecules-1 and -3 (TIM-1 and -3) in the rat nervous and immune systems," J. Neuroimmunol., 164: 93-104, 2005.

Guggenmos et al., "Antibody Cross-Reactivity between Myelin Oligodendrocyte Glycoprotein and the Milk Protein Butyrophilin in Multiple Sclerosis," J. Immunol. 172: 661-668, 2004.

Issazadeh et al., "Cytokine production in the central nervous system of Lewis rats with experimental autoimmune encephalomyelitis: dynamics of mRNA expression for interleukin-10, interleukin-12, cytolysin, tumor necrosis factor α and tumor necrosis factor β," J. Neuroimmunol. 61: 205-212, 1995.

Issazadeh et al., "Interferon γ, Interleukin 4 and Transforming Growth Factor β in Experimental Autoimmune Encephalomyelitis in Lewis Rats: Dynamics of Cellular mRNA Expression in the Central Nervous System and Lymphoid Cells," J. Neurosci. Res. 40: 579-590, 1995.

Issazadeh et al., "Cytokines in relapsing experimental autoimmune encephalomyelitis in DA rats: persistent mRNA expression of proinflammatory cytokines and absent expression of interleukin-10 and transforming growth factor-β," J. Neuroimmunol. 69: 103-115, 1996.

Issazadeh et al., "Major histocompatibility complex-controlled protective influences on experimental autoimmune encephalomyelitis are peptide specific," Eur. J. lmmunol. 27: 1584-1587, 1997.

Khademi et al., "Reduction of both pro- and anti-inflammatory cytokines after 6 months of interferon beta-1 a treatment of multiple sclerosis," J. Neuroimmunol. 103:202-210, 2000.

Khademi et al., "T Cell Ig- and Mucin-Domain-Containing Molecule-3 (TIM-3) and TIM-1 Molecules Are Differentially Expressed on Human Th1 and Th2 Cells and in Cerebrospinal Fluid-Derived Mononuclear Cells in Multiple Sclerosis," J. Immunol. 172: 7169-7176, 2004.

Khademi et al., "Induction of systemic TNFα Expression in Natalizumab-treated multiple sclerosis," Eur. J. Neurol., 15: 309-12, 2008.

Kjellén et al., "Genetic influence on disease course and cytokine response in relapsing experimental allergic encephalomyelitis," Int. Immunol. 10: 333-340, 1998.

Krakauer et al., "Dynamic T-lymphocyte Chemokine Receptor Expression Induced by Interferon-beta Therapy in Multiple Sclerosis," Scand. J. Immunol. 64: 155-163, 2006.

Link et al., "Virus-reactive and autoreactive T cells are accumulated in cerebrospinal fluid in multiple sclerosis," J. Neuroimmunol. 38: 63-73, 1992.

Link et al., "Organ-specific Autoantigens Induce Transforming Growth Factor-β mRNA Expression in Mononuclear Cells in Multiple Sclerosis and Myasthenia Gravis," Annals Neurol. 35: 197-203, 1994.

Link et al., "Organ-specific autoantigens induce interferon-γ and interleukin-4 mRNA expression in mononuclear cells in multiple sclerosis and myasthenia gravis," Neurology 44: 728-734, 1994.

Link et al., "Optic neuritis is associated with myelin basic protein and proteolipid protein reactive cells producing interferon-γ, interleukin-4 and transforming growth factor-β," J. Neuroimmunol. 49:9-18, 1994.

Link et al., "Increased Transforming Growth Factor-β, Interleukin-4, and Interferon-γ in Multiple Sclerosis," Ann. Neurol. 36: 379-386, 1994.

Lobell et al., "Vaccination with DNA Encoding an Immunodominant Myelin Basic Protein Peptide Targeted to Fc of Immunoglobulin G Suppresses Experimental Autoimmune Encephalomyelitis," J. Exp. Med. 187: 1543-1548, 1998.

Lobell et al., "Presence of CpG DNA and the Local Cytokine Milieu Determine the Efficacy of Suppressive DNA Vaccination in Experimental Autoimmune Encephalomyelitis," J. Immunol. 163: 4754-4762, 1999.

Lobell et al., "Suppressive DNA Vaccination in Myelin Oligodendrocyte Glycoprotein Peptide-Induced Experimental Autoimmune Encephalomyelitis Involves a Tl-Biased Immune Response," J. Immunol. 170: 1806-1813, 2003.

Lorentzen et al., "Protracted, relapsing and demyelinating experimental autoimmune encephalomyelitis in DA rats immunized with syngeneic spinal cord and incomplete Freund's adjuvant," J. Neuroimmunol. 63: 193-205, 1995.

Lorentzen et al., "Genetic analysis of inflammation, cytokine mRNA expression and disease course of relapsing experimental autoimmune encephalomyelitis in DA rats," J. Neuroimmunol. 80: 31-37, 1997.

Matusevicius et al., "Autoantigen-induced IL-13 mRNA expression is increased in blood mononuclear cells in myasthenia gravis and multiple sclerosis," Eur. J. Neurol. 4: 468-475, 1997.

Muhallab et al., "Intra-CNS activation by antigen-specific T lymphocytes in experimental autoimmune encephalomyelitis," J Neuroimmunol. 113: 202-211, 2001.

Mustafa et al., "T cell immunity and interferon-γ secretion during experimental allergic encephalomyelitis in Lewis rats," J. Neuroimmunol. 31: 165-177, 1991.

Mustafa et al., "Immunopharmacologic Modulation of Experimental Allergic Encephomyelitis: Low-Dose Cyclosporin-A Treatment Causes Disease Relapse and Increased Systemic T and B Cell-Mediated Myelin-Directed Autoimmunity," Scand. J. Irnmunol. 38: 499-507, 1993.

Mustafa et al., "The major histocompatibility complex influences myelin basic protein 63-88-induced T cell cytokine profile and experimental autoimmune encephalomyelitis," Eur. J. Immunol. 23: 3089-3095, 1993.

Mustafa et al., "Protective Influences on Experimental Autoimmune Encephalomyelitis by MHC Class I and Class II Alleles," J. Immunol. 153: 3337-3344, 1994.

US 7,803,840 B2

Page 3

Navikas et al., "Increased mRNA Expression of IL-10 in Mononuclear Cells in Multiple Sclerosis and Optic Neuritis," Scand. J. Immunol. 41: 171-178, 1995.

Navikas et al., "Augmented expression of tumour necrosis factor-α and lymphotoxin in mononuclear cells in multiple sclerosis and optic neuritis," Brain 119: 213-223, 1996.

Olsson et al., "Autoreactive T Lymphocytes in Multiple Sclerosis Determined by Antigen-induced Secretion of Interferon-γ," J. Clin. Invest. 86: 981-985, 1990.

Olsson et al., "Increased numbers of T cells recognizing multiple myelin basic protein epitopes in multiple sclerosis," Eur. J. Immunol. 22: 1083-1087, 1992.

Olsson, "Cytokines in neuroinflammatory disease: role of myelin autoreactive T cell production of interferon-gamma," J. Neuroimmunol. 40: 211-218, 1992.

Olsson, "Cerebrospinal Fluid," Ann. Neurol. 36: S100-S102, 1994.

Olsson, "Role of cytokines in multiple sclerosis and experimental autoimmune encephalomyelitis," Eur. J. Neurol. 1: 7-19, 1994.

Olsson, "Critical Influences of the Cytokine Orchestration in the Outcome of Myelin Antigen Specific T Cell Autoimmunity in Experimental Autoimmune Encephalomyelitis and Multiple Sclerosis," Immunological Reviews 144: 245-268, 1995.

Olsson, "Chapter 6: Cytokines in Multiple Sclerosis and Its Experimental Models," from *Neuroscience Intelligence Unit 5: T-Cell Autoimmunity and Multiple Sclerosis*, Ed. M. Londei, R.G. Landes Company, Austin, TX, 1999, pp. 91-112.

Olsson, "15: Future prospects of cytokines in the pathogenesis and management of multiple sclerosis," vol. 2 edited by Aksel Siva, Jürg Kesserlring and Alan J. Thompson, Martin Dunitz Publishers Ltd, London, UK, 1999, pp. 139-150.

Olsson et al., "Chapter 22: MHC and Non-MHC Genetics of Experimental Autoimmune Encephalomyelitis," from *From Basic Immunology to Immune-Mediated Demyelination*, Eds G. Martino and L. Adorini, Springer-Verlag, Milan, Italy, 1999, pp. 246-264.

Olsson et al., "Genetics of rat neuroinflammation," J Neuroimmunol. 107: 191-200, 2000.

Olsson et al., "Depletion of Vβ5.2/5.3 T cells with a humanized antibody in patients with multiple sclerosis," Eur. J. Neurol. 9: 153-164, 2002.

Olsson et al., "Harm or heal—divergent effects of autoimmune neuroinflammation?," Trends in Immunol. 24: 5-6, 2003.

Robinson et al., "Protein microarrays guide tolerizing DNA vaccine treatment of autoimmune encephalomyelitis," Nat. Biotech., 21: 1033-1039, 2003.

Ruuls et al., "The Length of Treatment Determines Whether IFN-β Prevents or Aggravates Experimental Autoimmune Encephalomyelitis in Lewis Rats," J. Immunol. 157: 5721-5731, 1996.

Söderström et al., "T Cells Recognizing Multiple Peptides of Myelin Basic Protein are Found in Blood and Enriched in Cerebrospinal fluid in Optic Neuritis and Multiple Sclerosis," Scand. J. Immunol. 37: 355-368, 1993.

Sun et al., "Treatment of experimental autoimmune encephalomyelitis by feeding myelin basic protein conjugated to cholera toxin B subunit," Proc. Natl. Acad. Sci. USA 93: 7196-7201, 1996.

Wallström et al., "Memantine abrogates neurological deficits, but not CNS inflammation, in Lewis rat experimental autoimmune encephalomyelitis," J. Neurol. Sci. 137: 89-96, 1996.

Wallström et al., "Increased reactivity to myelin oligodendrocyte glycoprotein peptides and epitope mapping in HLA DR2(15)+ multiple sclerosis," Eur. J. Immunol. 28: 3329-3335, 1998.

Wang et al., "Myelin antigen reactive T cells in cerebrovascular diseases," Clin. Exp. Immunol. 88: 157-162, 1992.

Weissert et al., Protective DNA vaccination against organ-specific autoimmunity is highly specific and discriminates between single amino acid substitutions in the peptide autoantigen. PNAS 97: 1689-1694, 2000.

Balashov et al., "Defective regulation of IFNγ and IL-12 by endogenous IL-10 in progressive MS," Neurology 55: 192-198, 2000.

Bettelli and Nicholson, "The Role of Cytokines in Experimental Autoimmune Encephalomyelitis," Archivum Immunologiae et Therapiae Experimentalis 48: 389-398, 2000.

Brown and Kraft, "Multiple Sclerosis: A Paradigm Shift," Phys. Med. Rehabil. Clin. N. Am. 16: xvii-xx, 2005.

Cannella et al., "IL-10 Fails to Abrogate Experimental Autoimmune Encephalomyelitis," J. Neuroscience Research 45: 735-746, 1996.

Dal Canto et al., "Local Delivery of TNF by Retrovirus-Transduced T Lymphocytes Exacerbates Experimental Autoimmune Encephalomyelitis," Clinical Immunol. 90: 10-14, 1999.

Robinson Jr of Darby & Darby, Letter dated Dec. 11, 2007, to Susan H. Alexander, Esq., General Counsel, Biogen Idec.

Del Prete, G., "The Concept of Type-1 and Type-2 Helper T Cells and Their Cytokines in Humans," Intern. Rev. Immunol. 16: 427-455, 1998.

Di Rosa et al., "Lack of Th2 cytokine increase during spontaneous remission of experimental allergic encephalomyelitis," Eur. J. Immunol. 28: 3893-3903, 1998.

Ferber et al., "Mice with a Disrupted IFN-γ Gene Are Susceptible to the Induction of Experimental Autoimmune Encephalomyelitis (EAE)," J. Immunol. 156: 5-7, 1996.

Ferrante et al., "Cytokine Production and Surface Marker Expression in Acute and Stable Multiple Sclerosis: Altered IL-12 Production and Augmented Signaling Lymphocytic Activation Molecule (SLAM)—Expressing Lymphocytes in Acute Multiple Sclerosis," J. Immunol. 160: 1514-1521, 1998.

Furlan et al., "Interferon-β treatment in multiple sclerosis patients decreases the number of circulating T cells producing interferon-γ and interleukin-4," J. Neuroimmunol. 111: 86-92, 2000.

Galli et al., "Macrophage-derived chemokine production by activated human T cells in vitro and in vivo: preferential association with the production of type 2 cytokines," Eur. J. Immunol. 30: 204-210, 2000.

Genain et al., "Late Complications of Immune Deviation Therapy in a Nonhuman Primate," Science 274: 2054-2057, 1996.

Gijbels et al., "Administration of Neutralizing Antibodies to Interleukin-6 (IL-6) Reduces Experimental Autoimmune Encephalomyelitis and Is Associated with Elevated Levels of IL-6 Bioactivity in Central Nervous System and Circulation," Molecular Medicine 1: 795-805, 1995.

Giovannoni and Miller, "Multiple sclerosis and its treatment," J. R. Coll. Physicians Lond. 33: 315-322, 1999.

Hemmer et al, "Cytokine Phenotype of Human Autoreactive T Cell Clones Specific for the Immunodominant Myelin Basic Protein Peptide (83-99)," J. Neuroscience Res. 45: 852-862, 1996.

Hintzen and Polman, "Th-cell modulation in multiple sclerosis," Immunol. Today 18: 507-508, 1997.

Hultgren et al., "Genetic Absence of γ-Interferon Delays but Does Not Prevent Diabetes in NOD Mice," Diabetes 45: 812-817, 1996.

Krakowski et al., "Interferon-γ confers resistance to experimental allergic encephalomyelitis," Eur. J. Immunol. 16: 1641-1646, 1996.

Lafaille et al., "Myelin Basic Protein-specific T Helper 2 (Th2) Cells Cause Experimental Autoimmune Encephalomyelitis in Immunodeficient Hosts Rather than Protect Them from the Disease," J. Exp. Med. 186: 307-312, 1997.

Lafaille, J., "The Role of Helper T Cell Subsets in Autoimmune Diseases," Cytokine & Growth Factor Review, 9: 139-151, 1998.

Laman et al., "Balancing the Th1/Th2 concept in multiple sclerosis," Immunol. Today 19: 489-490, 1998.

The Lenercept Multiple Sclerosis Study Group and the University of British Columbia MS/MRI Analysis Group, "TNF neutralization in MS: Results of a randomized, placebo-controlled multicenter study," Neurol. 53: 457-465, 1999.

Liedtke et al., "Effective Treatment of Models of Multiple Sclerosis by Matrix Metalloproteinase Inhibitors," Ann. Neurol. 44: 35-46, 1998.

Link, H., "The cytokine storm in multiple sclerosis," Mult. Scler. 4: 12-15, 1998.

Lopez et al., "Interferon γ, IL2, IL4, IL10 and TNFα Secretions in Multiple Sclerosis Patients Treated with an Anti-CD4 Monoclonal Antibody," Autoimmunity 29: 87-92, 1999.

**EXHBIIT D**
**Page 49**

US 7,803,840 B2

Page 4

Lyons et al., "Pathogenesis of acute passive murine encephalomyelitis II. Th1 phenotype of the inducing population is not sufficient to cause disease," J. Neuroimmunol. 93: 26-36, 1999.

Määttä et al., "Neutrophils secreting tumor necrosis factor alpha infiltrate the central nervous system of BALB/c mice with experimental autoimmune encephalomyelitis," J. Neuroimmunol. 90: 162-175, 1998.

Martin et al., "T helper cell differentiation in multiple sclerosis and autoimmunity," Immunol. Today 19: 495-498, 1998.

Mattner et al., "Inhibition of Th1 development and treatment of chronic-relapsing experimental allergic encephalomyelitis by a non-hypercalcemic analogue of 1,25-dihydroxyvitamin $D_3$," Eur. J. Immunol. 30: 498-508, 2000.

O'Garra et al., "CD4[30] T-cell subsets in autoimmunity," Current Opinion in Immunol. 9: 872-883, 1997.

Olsson, T., "Cytokine-producing cells in experimental autoimmune encephalomyelitis and multiple sclerosis," Neurology 45: S11-S15, 1995.

Panitch et al, "Exacerbations of Multiple Sclerosis in Patients Treated With Gamma Interferon," The Lancet 1:893-895, 1987.

Perrella et al., "Interleukin-10 and IFN-α in multiple sclerosis : is there a balance ?," J. Neurovirol. 3 (Supp1): P17, 1997.

Pette et al., "Differential effects of phosphodiesterase type 4-specific inhibition on human autoreactive myelin-specific T cell clones," J. of Neuroimmunol. 98: 147-156, 1999.

Ristori et al., "T cell response to myelin basic protein before and after treatment with interferon beta in multiple sclerosis," J. Neuroimmunol. 99: 91-96, 1999.

Rohowky-Kochan et al., "Impaired interleukin-12 production in multiple sclerosis patients," Mult. Scler. 4: 327-334, 1999.

Rohowky-Kochan et al., Cytokine secretion profile of myelin basic protein-specific T cells in multiple sclerosis, Mult. Scler. 6: 69-77, 2000.

Romagnani S., "The Th1/Th2 paradigm," Immunol. Today 18: 263-266, 1997.

Rook et al., "Bacterial vaccines for the treatment of multiple sclerosis and other autoimmune diseases," Immunol. Today 21: 503-508, 2000.

Samoilova et al., "Experimental Autoimmune Encephalomyelitis in Intercellular Adhesion Molecule-1-Deficient Mice," Cell. Immunol. 190: 83-89, 1998.

Singh et al., "The Paradigm of Th1 and Th2 Cytokines, It's Relevance to Autoimmunity and Allergy," Immunol. Res. 20: 147-161, 1999.

Sinigaglia et al., "Type I interferons and the Th1/Th2 paradigm," Developmental and Comparative Immunol. 23: 657-663, 1999.

Smeltz et al., "Concordance and Contradiction Concerning Cytokines and Chemokines in Experimental Demyelinating Disease," J. Neuroscience Res. 51: 147-153 1998.

Zhu et al., "Cytokine production and the pathogenesis of experimental autoimmune neuritis and Guillain---Barré syndrome," J. Neuroimmunol. 84: 40-52, 1998.

Zipp, F., "No Evidence for Generation of Th-2-like MBP-Specific T-Cell Lines by Blockade of the Costimulatory Molecule B7-1," Scand. J. Immunol. 52: 510-514, 2000.

Anderson et al., Contact Dermatitis, 16:55-78, 1987.

Dejong et al., European Journal of Immunology, 26:2067-2074, 1996.

Dücker et al., H+Z Zeitschrift fur Haut., 65:734-736, 1989.

Fliegner et al., Hautarzt, 43:554-560, 1992.

Ghoreschi et al., Arch. Dermatol. Res., 296:P110, 2005.

Ghoreschi et al., Arch. Dermatol. Res., 294:28, 2002.

Ghoreschi et al., Current Drug Targets: Inflammation and Allergy 3:193-198, 2004.

Hunziker et al., "Is Psoriasis an Autoimmune Disease?", excerpt from "Therapeutische Umschau", Derm. Clinic of Univ. Berne, 50:110-113, 1993.

International Search Report for PCT/EP99/08215 dated Jun. 26, 2000.

Kiehl et al., Acta Derm. Venerol., 72:253-255, 1992.

Kolbach et al., J. Am. Acad. Derm., 27:769-771, 1992.

Lahti et al., Contact Dermatitis, 12:139-140, 1985.

Merck Index, 10th Ed., 1983 Abs. 2748.

Nieboer et al., J. Am. Acad. Derm., 20:601-608, 1989.

Peeters et al., Ned. Tijdschr. Geneeskd., 136:2428-2431, 1992.

Sadjak et al., Deutsch Med. Wochenschr., 116:478, 1991.

Schilling et al., Clinical and Experimental Immunology, 145:101-107, 2006.

Schilling et al., Aktuelle Rheumatologie, 24(6):174-179, 1999.

Schimrigk et al., European J. of Neurology: The Official Journal of the European Federation of Neurological Societies, 13:604-610, 2006.

Sebok et al., Skin Pharm., 9:99-103, 1996.

Thio et al., Br. J. Dermatol., 131:865-861, 1994.

English Language Derwent Abstract for CN 1125141, date unavailable.

English Language Derwent Abstract for DE 35 31 597, date unavailable.

Altmeyer et al., "Systemische Therapie der Psoriasis", T & E Dermatologie Jg., 1997, vol. 27, pp. 380-382, 384—not translated.

Bacharach-Buhles et al., "Fumaric Acid Esters (FAEs) Suppress CD 15- and ODP 4-positive Cells in Psoriasis", Acta Derm Venerol (Stockh); 1994; Suppl. 186: 79-82.

Ockenfels et al., "The antipsoriatic agent dimethylfumarate immunomodulates T-cell cytokine secretion and inhibits cytokines of the psoriatic cytokine network", Brit. J. Dermatol. 139: 390-395, 1998.

Gasser et al., "Host Vs Graft and Graft Vs Host Reactions After Allogenic Heterotopic Small Bowel Transplantation in the Rat", Transplantation Proceedings, vol. 24, No. 3, Jun. 1992, pp. 1128-1129.

Nathens et al., "The Glutathione Depleting Agent Diethylmaleate Prolongs Renal Allograft Survival", Journal of Surgical Research, vol. 77, 1998, pp. 75-79.

Nibbering et al., "Intracellular Signalling by Binding Sites for the Antipsoratic Agent Monomethylfumarate on Human Granulocytes", British J. Dermatol., 1997, vol. 137, pp. 65-75.

Nibbering, PH, "Effects of Monomethylfumarate on Human Granulocytes", Journal of Investigative Dermatology, 1993, vol. 101, pp. 37-42.

Sebok et al., "Antiproliferative and Cytotoxic profiles of Antipsoriatic Fumaric Acid Derivatives in Keratinocyte Cultures," European Journal of Pharm., Environ. Toxicol. Pharmacol. Sect., 1994, vol. 270, pp. 79-87.

Schwinghammer et al., "Pharmacologic prophylaxis of acute graft-versus-host disease after allogeneic marrow transplantation", Therapy Reviews, Clinical Pharmacy, vol. 12, Oct. 1993, pp. 736-761.

Medline Abstract of BAYARD et al., "Peroral long-term treatment of psoriasis using fumaric acid derivatives", Hautarzt, May 1987, 38(5), pp. 279-285.

"Merck Manual", 1987, Merck XP-002141006, p. 327, paragraph 2-paragraph 6.

Immunmodulation durch Fumaderm, Das richtungsweisende Konzept, Charite-Berlin, Hautklinik, Symposium, 1.-3. Nov. 1996, 28 pages.

Amamoto et al., "Effect of E-64, Thiol Protease Inhibitor on the Secondary Anti-SRBC Response In Vitro", Microbiol. Immunol., vol. 28(1), 1984, pp. 85-97.

Barrett et al., "L-trans-Epoxysuccinyl-leucylamido(4-guanidino)butane (E-64) and its analogues as inhibitors of cysteine proteinases including cathepsins B, H and L", Biochem. J., 1982, vol. 201, pp. 189-198.

Bellie r et al., "Replacement of Glycine with Dicarbonyl and Related Moieties in Analogues of the C-Terminal Pentapeptide of Cholecystokinin: CCK$_2$ Agonists Displaying a Novel Binding Mode", J. Med. Chem., vol. 43, 2000, pp. 3614-3623.

Birch et al., "Metabolites of Aspergillus indicus: The Structure and Some Aspects of the Biosynthesis of Dihydrocanadensolide", Aust. J. Chem., 1968, vol. 21, pp. 2775-2784.

Choo et al., "Design and Synthesis of α,β-unsaturated Carbonyl Compounds as Potential ACE Inhibitors", Short Communication, Eur. J. Med. Chem., vol. 35, 2000, pp. 643-648.

Dethlefsen, L.A., "Toxic Effects of Acute Glutathione Depletion by Buthionine Sulfoximine and Dimethylfumarate on Murine Mammary Carcinoma Cells", Radiation Research, vol. 114, 1988, pp. 215-224.

**US 7,803,840 B2**

Page 5

Galpin et al., "The Synthesis of an Insulin Active Site Analogue", Tetrahedron, vol. 39, No. 1, 1983, pp. 149-158.

Gerhard et al., "The Free Energy Change of restricting A Bond Rotation in the Binding of Peptide Analogues to Vancomycin Group Antibiotics", Bioorganic & Medicinal Chemistry Letters, vol. 3, No. 5, 1993, pp. 803-808.

Gordon et al., "Induction of NAD(P)H:quinone reductase in human peripheral blood lymphocytes", Carcinogenesis, vol. 12 (12), 1991, pp. 2393-2396.

Griehl et al., "α -Aspartyl Peptides by Addition of Amines to N-Maleylamino Acid Derivatives", Chemistry of Peptides and Proteins, 1993, 5/6(pt. A), pp. 99-103.

Hildebrandt, H., "Pschyrembel Klinisches Woerterbuch Ed. 258", 1998, Walter de Gruyter, New York, XP 002234302, p. 182, col. 1, paragraph 2 and p. 1469, col. 1, paragraphy 16-col. 2, paragraphy 1. Not translated.

Hohenneger et al., "Nephrotoxicity of Fumaric Acid Monoethylester (FA ME)", Advances in Experimental Medicine and Biology, US 1989, vol. 252, pp. 265-272.

Holroyd et al., "Rational Design and Binding of Modified Cell-Wall Peptides to Vancomycin-Group Antibiotics: Factorising Free Energy Contributions to Binding", Tetrahedron, vol. 49, No. 41, 1993, pp. 9171-9182.

Kamiyama et al., "Ro 09-1679, A Novel Thrombin Inhibitor", The Journal of Antibiotics, vol. 45, No. 3, Mar. 1992, pp. 424-427.

Krstenansky et al., "Development of MDL 28,050, a Small Stable Antithrombin Agent Based on a Functional Domain of the Leech Protein, Hirudin", Thrombosis and Haemostasis, vol. 63, No. 2, 1990, Stuttgart, De.

Kuroda et al., "Fumaric Acid Enhances DNA Synthesis of Rat Hepatocytes by Counter Acting the Toxicities of Mitomycin C and Aflatoxin B₁", Jpn. J. Cancer Res. (Gann), Aug. 1986, vol. 77, pp. 750-758.

Kuroda et al., "Inhibitory Effect of Capsella-bursa-pastoris extract on Growth of Ehrlich Solid Tumor in Mice", Cancer Research, vol. 36, 1976.

Langlois et al., "Synthesis of symmetrical pseudopeptides as potential inhibitors of the human immunodeficiency virus-1 protease", Eur. J. Med. Chem., vol. 29, 1994, pp. 639-647.

Lehnert et al., "Radiation Response of Drug-Resistant Variants of a Human Breast Cancer Cell Line: The Effect of Glutathione Depletion", Radiation Research, vol. 124, 1990, pp. 208-215.

Miller et al., "Posttranscriptional Down-Regulation of ras Oncogene Expression by Inhibitors of Cellular Glutathione", Molecular and Cellular Biology, Jul. 1993, vol. 13, No. 7, pp. 4416-4422.

Mrowietz, U., "Nephrotoxische Wirkung durch Fumarsaure", Hautarzt, 2000-51:615, Springer-Verlag 2000, pp. 615. Not translated.

Odom et al., "Cancer Chemoprotective Agents Inhibition of Human HT29 Colon Carcinoma Cell Proliferation is Reversed by N-Acetyl Cysteine", Proceedings of the American Assoc. for Cancer Research Annual, No. 41, Mar. 2000, pp. 342, XP008017517.

Ondrus et al., "A Simple Synthesis of Some analogues of Natural Antibiotics", Preliminary Communication, Chem. Papers, 51(3), 1997, pp. 164-166.

Orta et al., "Glutathione manipulation and the radiosensitivity of human tumour and fibroblast cell lines", Int. J. Radiat. Biol., 1995, vol. 68, No. 4, pp. 413-419.

Pearl et al., "Fumarate-enriched blood cardioplegia results in complete functional recovery of immature myocardium", Annals of Thoracic Surgery, vol. 57, No. 6, 1994.

Peeters et al., "Fumaric Acid Therapy for Psoriatic Arthritis. A Randomized, Double-blind, Placebo-controlled Study", British Journal of Rheumatology, vol. XXXI, No. 7, Jul. 1992, pp. 502-504.

Pereira et al., "Use of azoxymethane-induced foci of aberrant crypts in rat colon to identify potential cancer chemopreventive agents", Carcinogenesis, vol. 15, No. 5, 1994, pp. 1049-1054.

Portoghese et al., "Synthesis and Biological Activity of Analogues of β-Chlornaltrexamine and β-Funaltrexamine at Opioid Receptors", J. of Medicinal Chem., vol. 29, No. 10, 1986, pp. 1861-1864.

Prochaska et al., "Elevation of Glutathione Levels by Phase II Enzyme Inducers: Lack of Inhibition of Human Immunodeficiency

Virus Type 1 Replication in Chronically Infected Monocytoid Cells", Molecular Pharmacology, vol. 45, No. 5, 1994, pp. 916-921.

Prochaska et al., "Oltipraz, an inhibitor of human immunodeficiency virus type 1 replication", Proc. Natl. Acad. Sci., USA, vol. 90, May 1993, pp. 3953-3957.

Rao et al., "Chemoprevention of Azoxymethane-Induced Colon Cancer by Ascorbylpalmitate, Carbenoxolone, Dimethylfumarate and p-Methoxyphenol in Male F344 Rats", Anticancer Research, vol. 15, 1995, pp. 1199-1204.

Rao et al., "Antihepatotoxic activity of monomethyl fumarate isolated from *Fumaria indica*," J. of Ethnopharm. 60: 207-213, 1998.

Roodnat et al., "Akute Niereninsuffizienz bei der Behandlung der Psoriasis mit Fumarsaure-Estern", Schweiz. Med., Wschr., vol. 119, nr 2, 1989, pp. 826-830. Not translated.

Rossi et al., "Approach to the Use of Benzylpenicillinacylase for Configurational Correlations of Amino Compounds. 2. Hydrolysis of N-(p-Aminophenylacetyl) Derivatives of Some Chiral Primary Amines", J. Org. Chem., vol. 44, No. 13, 1979, pp. 2222-2225.

Schirmeister, T., "Aziridine-2,3-dicarboxylic Acid Derivatives as Inhibitors or Papain", Arch. Pharm. Pharm. Med. Chem., 329, 1996, pp. 239-244.

Schmidt et al., "Anti-psoriatic drug anthralin activates transcription factor NF-kappa-B in murine keratinocytes", Journal of Immunology, vol. 156, 1996.

Spencer et al., "Induction of Glutathione Transferases and NAD(P)H:Quinone Reductase by Fumaric Acid Derivatives in Rodent Cells and Tissues", Cancer Research, vol. 50, 1990, pp. 7871-7875.

Steele et al., "Preclinical Efficacy Evaluation of Potential Chemopreventive Agents in Animal Carcinogenesis Models: Methods and Results From the NCI Chemoprevention Drug Development Program", J. Of Cellular Biochemistry, Supplement 20, 1994, pp. 32-54.

Su et al., "Reduction of $H_2O_2$-evoked, intracellular calcium increases in the rat N18-RE-105 neuronal cell line by pretreatment with an electrophilic antioxidant inducer", Neuroscience Letters, 273, 1999, pp. 109-112.

Subasinghe et al., "Synthesis of Acyclic and Dehydroaspartic Acid Analogues of Ac-Asp-Glu-OH and Their Inhibition of Rat Brain N-Acetylated α-linked Acidic Dipeptidase (NAALA Dipeptidase)", Journal of Medicinal Chemistry, vol. 33, No. 10, 1990, pp. 2734-2744.

Vandermeeren et al., "Dimethylfumarate is an Inhibitor of Cytokine-Induced Nuclear Translocation of NF-κB1, But not ReIA in Normal Human Dermal Fibroblast Cells", The Journal of Investigative Dermatology, vol. 116, No. 1, Jan. 2001, pp. 124-130.

Vandermeeren et al., "Dimethylfumarate is an Inhibitor of Cytokine-Induced E-Selection, VCAM-1, and ICAM-1 Expression in Human Endothelial Cells", Biochemical and Biophysical Research Communications, vol. 234, 1997, pp. 19-23.

Wang et al., "Enhanced cytotoxicity of mitomycin C in human tumour cells with inducers of DT-diaphorase", British Journal of Cancer, vol. 80(8), 1999, pp. 1223-1230.

Weinmann et al., "Influence of Fumaric Acid Derivatives on T Lymphocytes in the Murine Model of HSV-I Keratitis", IOVS, vol. 41, No. 4, Mar. 15, 2000, XP008017516, pp. S146.

Beljaards, "Ki-I-positive cutaneous lymphoreticular proliferations" British Journal of Dermatology (1990) 123: pp. 533-535.

De Haan, "The Risk of Sensibilization and Contact Urticaria upon Topical Application of Fumaric Acid Derivatives", Dermatology (1994) 188: pp. 126-130.

Nieboer et al., "Fumaric Acid Therapy in Psoriasis: A Double Blind Comparison between Fumaric Acid Compound Therapy and Monotherapy with Dimethylfumaric Acid Ester," Dermatologica (1990) 181: pp. 33-37.

Nieboer et al., "Treatment of Psoriasis with Fumaric Acid Derivatives", 239th N.S.D.V. Meeting, Br.J.Dermatol. (117, No. 6, 791-92, 1987).

Ros, et al., "Therapie bij psoriasis" Pharmaceutisch Weekblad (1991): 126 (13): 309-319.

Van Loenen, et al., "Fumaarzuurtherapie: van fictie tot werkelijkheid?" Pharmaceutisch Weekblad (1989) 124: pp. 894-900.

**US 7,803,840 B2**

Page 6

English Language Translation of PCT International Preliminary Examination Report for PCT/EP99/08215, completed Feb. 27, 2001.

Office Action mailed Mar. 22, 2004, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Response filed Aug. 6, 2004, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Notice of Noncompliant Amendment mailed Aug. 19, 2004, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Response filed Aug. 25, 2004, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Supplemental Amendment filed Nov. 22, 2004, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Notice of Noncompliant Amendment mailed Dec. 16, 2004, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Response to Notice of Noncompliant Amendment filed Jan. 5, 2005, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Office Action mailed Nov. 28, 2005, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Response filed Feb. 24, 2006, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Notice of Noncompliant Amendment mailed Mar. 1, 2006, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Response to Notice of Noncompliant Amendment (37 CFR 1.121) filed Mar. 10, 2006, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Office Action mailed Jun. 21, 2006, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Response to Restriction Requirement dated Jun. 21, 2006, filed Aug. 21, 2006, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Amendment filed Mar. 2, 2007, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Office Action mailed May 15, 2007, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Interview Summary for interview held Aug. 7, 2007, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Amendment and Response under 37 C.F.R. § 1.111 filed Aug. 15, 2007, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Notice of Allowance mailed Aug. 28, 2007, in U.S. Appl. No. 10/197,077 (now U.S. Patent 7,320,999).

Preliminary Amendment filed May 10, 2001, in U.S. Appl. No. 09/831,620 (now U.S. Patent 6,509,376).

Office Action mailed Dec. 7, 2001, in U.S. Appl. No. 09/831,620 (now U.S. Patent 6,509,376).

Response filed Dec. 31, 2001, in U.S. Appl. No. 09/831,620 (now U.S. Patent 6,509,376).

Office Action mailed Mar. 4, 2002, in U.S. Appl. No. 09/831,620 (now U.S. Patent 6,509,376).

Response filed May 20, 2002, in U.S. Appl. No. 09/831,620 (now U.S. Patent 6,509,376).

Notice of Allowance mailed Aug. 30, 2002, in U.S. Appl. No. 09/831,620 (now U.S. Patent 6,509,376).

Preliminary Amendment, filed Jun. 20, 2007, in U.S. Appl. No. 11/765,578.

Supplemental Preliminary Amendment, filed Oct. 19, 2007, in U.S. Appl. No. 11/765,578.

Office Action mailed Dec. 14, 2007, in U.S. Appl. No. 11/765,578.

Interview Summary mailed Mar. 14, 2008, in U.S. Appl. No. 11/765,578.

Response filed Apr. 14, 2008, in U.S. Appl. No. 11/765,578.

Interview Summary mailed May 14, 2008, in U.S. Appl. No. 11/765,578.

Applicant Summary of Interview filed Jun. 13, 2008, in U.S. Appl. No. 11/765,578.

Final Office Action mailed Jul. 25, 2008, in U.S. Appl. No. 11/765,578.

Amendment After Final filed Aug. 4, 2008, in U.S. Appl. No. 11/765,578.

Office Action mailed Sep. 15, 2008, in U.S. Appl. No. 11/765,578.

Amendment filed Dec. 15, 2008, in U.S. Appl. No. 11/765,578.

Final Office Action mailed Mar. 30, 2009, in U.S. Appl. No. 11/765,578.

Interview Summary mailed Apr. 17, 2009, in U.S. Appl. No. 11/765,578.

Amendment filed May 29, 2009, in U.S. Appl. No. 11/765,578.

Notice of Allowance mailed Jun. 17, 2009, in U.S. Appl. No. 11/765,578.

Supplemental Preliminary Amendment filed Oct. 19, 2007, in U.S. Appl. No. 11/765,563.

Office Action mailed Dec. 3, 2007, in U.S. Appl. No. 11/765,563.

Reply to Office Action filed Jun. 3, 2008 in U.S. Appl. No. 11/765,563.

Final Office Action mailed Sep. 9, 2008, in U.S. Appl. No. 11/765,563.

Reply to Office Action filed Dec. 15, 2008, in U.S. Appl. No. 11/765,563.

Interview Summary mailed Dec. 15, 2008, in U.S. Appl. No. 11/765,563.

Office Action mailed Mar. 12, 2009, in U.S. Appl. No. 11/765,563.

Reply to Office Action filed Mar. 18, 2009, in U.S. Appl. No. 11/765,563.

Interview Summary mailed Mar. 23, 2009, in U.S. Appl. No. 11/765,563.

Notice of Allowance mailed Jun. 12, 2009, in U.S. Appl. No. 11/765,563.

* cited by examiner

US 7,803,840 B2

**1**

## UTILIZATION OF DIALKYLFUMARATES

### REFERENCE TO RELATED APPLICATIONS

This is a continuation of application Ser. No. 11/765,578, filed Jun. 20, 2007, now U.S. Pat. No. 7,619,001 which is a continuation of application Ser. No. 10/197,077, filed Jul. 17, 2002 (now U.S. Pat. No. 7,320,999), which is a division of application Ser. No. 09/831,620, filed May 10, 2001 (now U.S. Pat. No. 6,509,376), which is a national stage (section 371) application of PCT application Ser. No. PCT/EP99/08215, filed Oct. 29, 1999, which claims priority to German Application No. 198 53 487.6, filed Nov. 19, 1998, all of which are hereby incorporated herein by reference.

The present invention relates to the use of dialkyl fumarates for preparing pharmaceutical preparations for use in transplantation medicine or the therapy of autoimmune diseases and pharmaceutical preparations in the form of micro-tablets or micro-pellets containing dialkyl fumarates.

On the one hand, therefore, it relates especially to the use of dialkyl fumarates for preparing pharmaceutical preparations for the treatment, reduction or suppression of rejection reactions of the transplant by the recipient, i.e. host-versus graft reactions, or rejection of the recipient by the transplant, i.e. graft-versus-host reactions. On the other hand, it relates to the use of dialkyl fumarates for preparing pharmaceutical preparations for treating autoimmune diseases such as polyarthritis, multiple sclerosis, juvenile-onset diabetes, Hashimoto's thyroiditis, Grave's disease, systemic Lupus erythematodes (SLE), Sjogren's syndrome, pernicious anaemia and chronic active (=lupoid) hepatitis.

Both graft rejection and autoimmune diseases are based on medically undesirable reactions or dysregulation of the immune system. Cytokins such as interleukins or tumour necrose factor $\alpha$ (TNF-$\alpha$) are substantial mediators influencing the immune system. In general, both are treated by the administration of immunosuppressive agents such as cyclosporine.

In the overall result, autoimmune diseases may be defined as the failure of the tolerance of endogenic substances or antigens. As a rule, this tolerance can be maintained only if the antigens keep coming into contact with immunological cells. When this tolerance is lost, autoantibodies are formed, i.e. a humoral immunoresponse against endogenic tissue. The exact nature of the involvement of TNF-$\alpha$ is not known.

Transplantations are tissue or organ transplantations, i.e. the transfer of tissues such as cornea, skin, bones (bone chips), vessels or fasciae, of organs such as kidney, heart, liver, lung, pancreas or intestines, or of individual cells such as islet cells, $\alpha$-cells and liver cells, the kidney having the greatest significance as a transplanted organ.

According to the degree of relationship between the donor and the recipient we differentiate between autotransplantation (transfer to another part of the body of the same individual), iso-transplantation (transfer to another, genetically identical individual) and allogenic transplantation (transfer to another individual of the same species). Depending on the site of origin and transplantation, we further differentiate between homotopic transplantation (transfer to the same site) and heterotopic transplantation (transfer to a different site). The above-mentioned transplantations play an important role in modern medicine.

A major problem in transplantation medicine is graft rejection after transplantation of the tissue, organ or cell by immunological defense reactions of the recipient. Such a graft rejection is also called host-versus-graft reaction. The immunological defense reaction of the organism against the hetero-

**2**

protein often results in rejection or dissolution of the grafts. In host-verses-graft reactions, different stages may be distinguished. Depending on the degree of difference between the recipient and the donor, this reaction takes place at different speeds so that we speak of an acute, sub-acute or chronic reaction. The acute rejection process is accompanied by the irreversible loss of the transplant (necrotisation) as a result of arteriitis or arteriolitis within 48 hours and cannot be influenced by the administration of drugs. The sub-acute rejection reaction becomes manifest as a rejection crisis from day 12 to month 4 with reversible functional disorders as a result of a transplant vasculopathy. Finally, the loss of function of the transplant as a result of vascular changes such as obliterating arteriopathy, which proceeds over weeks or years and can practically not be influenced by drugs, is termed a chronic rejection reaction.

Vice-versa, rejection reactions of the transplant against the recipient, the so-called graft-versus-host reactions, may occur when immunocompetent tissues are transplanted, i.e. primarily in bone marrow transplantation. Again, the severity of the reaction is graded, and substantially similar complications result as in host-versus-graft-reactions, namely arteriopathies and necroses.

To avoid such rejection reactions, i.e. the host-versus-graft reaction and the graft-versus-host reaction, transplantation medicine essentially makes use of immunosuppression, i.e. a weakening of the normal immunoresponse. For this purpose, anti-lymphocyte sera are often used in combination with corticosteroids and so-called anti-metabolites, e.g. purine analogues such as 6-mercaptopurine and thioguanine which affect the nucleic acid and protein synthesis and thus prevent cell division and proliferation. This leads to suppression of the production of antibodies and the cellular immune response. The immunosuppressive agents used for therapy are substances which suppress or weaken the immunoreaction in the body either specifically or non-specifically. Nonspecific immunosuppressive agents are cytostatic agents such as, for example, alkylating agents or antimetabolites.

In addition, active ingredients are known which cause at least partial specific immunosuppression, such as corticosteroids, antisera, antibodies FK-506, tacrolimus, mycophenolatemofetil and primarily cyclosporines such as cyclosporine A. As a result of using modern immunosuppressive agents, the most important representatives of which are the cyclosporines, especially cyclosporine A, it was possible to improve the results of transplantation considerably over the last few years. At present, the survival rate after one year is about 60% for liver transplantations, about 80% for heart transplantations and over 90% for kidney transplantations.

Autoimmune diseases where the endogenic immune system attacks endogenic organs, tissues and cells are comparable to graft-versus-host reactions. These are also medically undesirable reactions of the immune system which may be treated with immunosuppressive agents, too.

The danger in using immunosuppressive agents lies in weakening the body's defense against infectious diseases and the increased risk of malignant diseases. Therefore, it is the object of the invention to provide a pharmaceutical preparation to be employed in transplantation medicine which may be used to treat, especially to suppress weaken and/or alleviate host-versus-graft reactions and graft-versus-host reactions, but does not have the above disadvantage.

US 7,803,840 B2

**3**

It is another object of the invention to provide a pharmaceutical preparation which may be employed for treating autoimmune diseases, particularly polyarthritis, multiple sclerosis, juvenile-onset diabetes, Hashimoto's thyroiditis, Grave's disease, systemic Lupus erythematodes (SLE), Sjogren's syndrome, pernicious anaemia and chronic active (=lupoid) hepatitis, without the disadvantages of immunosuppression.

The object of the invention is achieved by using certain dialkyl fumarates for preparing pharmaceutical preparations for use in transplantation medicine and for the therapy of autoimmune diseases and pharmaceutical preparations in the form of micro-tablets and micro-pellets containing these dialkyl fumarates. The individual subject matters of the invention are characterized in detail in the claims. The preparations according to the invention do not contain any free fumaric acids per se.

It is known that pharmaceutical preparations which, upon biological degradation after administration, enter into the citric acid cycle or are part thereof gain increasing therapeutic significance—especially when given in high dosages—since they can alleviate or heal diseases caused cryptogenetically.

Fumaric acid, for example, inhibits the growth of the Ehrlich ascites tumour in mice, reduces the toxic effects of mitomycin C and aflatoxin and displays antipsoriatic and antimicrobial activity. When administered parenterally, transdermally and especially perorally, high dosages of fumaric acid or its derivatives known so far such as dihydroxyl fumaric acid, fumaramide and fumaronitrile have such unacceptably severe side effects and high toxicity that, in most cases, such a therapy had to be abandoned in the past.

Surprisingly, investigations carried out by the applicant have shown that methyl hydrogen fumarate, a metabolite of the dimethyl fumarate, initially increases the endotoxin-stimulated TNF-α secretion in human mononuclear cells of periphere blood (periphere blood mononuclear cells=PBMC cells) and in isolated monocytes. In addition, the applicant was able to show that fumaric acid has an effect on in vitro and in vivo haemagglutination which is comparable to that of cyclosporine.

Surprisingly, it has now been found that dialkyl fumarates are advantageous for preparing pharmaceutical compositions for use in transplantation medicine and for the therapy of autoimmune diseases. This is because compositions containing such dialkyl fumarates surprisingly permit a positive modulation of the immune system in host-versus-graft reactions, graft-versus-host reactions and other autoimmune diseases.

European Patent Application 0188 749 already describes fumaric acid derivatives and pharmaceutical compositions containing the same for the treatment of psoriasis. Pharmaceutical compositions for the treatment of psoriasis containing a mixture of fumaric acid and other fumaric acid derivatives are known from DE-A-25 30 372. The content of free fumaric acid is obligatory for these medicaments.

DE-A-26 21 214 describes medicaments containing the fumaric acid monoethyl ester and its mineral salts as active ingredient for the treatment of psoriasis. The publication "Hautarzt (*Dermatologist*) (1987) 279-285" discusses the use of fumaric acid monoethyl ester salts. Pharmaceutical preparations containing a mixture of fumaric acid monoalkyl ester salts and a fumaric acid diester for the treatment of psoriasis, psoriatic arthritis, neurodermatitis and enteritis regionalis Crohn are known from EP 0 312 697 B1.

**4**

Specifically, the object of the invention is achieved by the use of one or more dialkyl fumarates of the formula

$$\begin{array}{c} H \qquad COO{-}R_1 \\ \diagdown C{=}C \diagup \\ R^2{-}OOC \diagup \qquad \diagdown H \end{array}$$

wherein $R_1$ and $R_2$, which may be the same or different, independently represent a linear, branched or cyclic, saturated or unsaturated $C_{1-20}$ alkyl radical which may be optionally substituted with halogen (Cl, F, I, Br), hydroxy, $C_{1-4}$ alkoxy, nitro or cyano for preparing a pharmaceutical preparation for use in transplantation medicine or for the therapy of autoimmune diseases.

The $C_{1-20}$ alkyl radicals, preferably $C_{1-8}$ alkyl radicals, most preferably $C_{1-5}$ alkyl radicals are, for example, methyl, ethyl, n-propyl, isopropyl, n-butyl, sec-butyl, t-butyl, pentyl, cyclopentyl, 2-ethyl hexyl, hexyl, cyclohexyl, heptyl, cycloheptyl, octyl, vinyl, allyl, 2-hydroxyethyl, 2 or 3-hydroxy propyl, 2-methoxy ethyl, methoxy methyl or 2- or 3-methoxy propyl. Preferably at least one of the radicals $R_1$ or $R_2$ is $C_{1-5}$ alkyl, especially methyl or ethyl. More preferably, $R_1$ and $R_2$ are the same or different $C_{1-5}$ alkyl radicals such as methyl, ethyl, n-propyl or t-butyl, methyl and ethyl being especially preferred. Most preferably, $R_1$ and $R_2$ are identical and are methyl or ethyl. Especially preferred are the dimethyl fumarate, methyl ethyl fumarate and diethyl fumarate.

The dialkyl fumarates to be used according to the invention are prepared by processes known in the art (see, for example, EP 0 312 697).

Preferably, the active ingredients are used for preparing oral preparations in the form of tablets, micro-tablets, pellets or granulates, optionally in capsules or sachets. Preparations in the form of micro-tablets or pellets, optionally filled in capsules or sachets are preferred and are also a subject matter of the invention. The oral preparations may be provided with an enteric coating. Capsules may be soft or hard gelatine capsules.

The dialkyl fumarates used according to the invention may be used alone or as a mixture of several compounds, optionally in combination with the customary carriers and excipients. The amounts to be used are selected in such a manner that the preparations obtained contain the active ingredient in an amount corresponding to 10 to 300 mg of fumaric acid.

Preferred preparations according to the invention contain a total amount of 10 to 300 mg of dimethyl fumarate and/or diethyl fumarate.

According to a preferred embodiment, the size or the mean diameter, respectively, of the pellets or micro-tablets is in the range from 300 to 2,000 μm, especially in the range of 500 or 1,000 μm.

In addition to graft-versus-host reactions (see above), the following autoimmune diseases to be treated may be named: polyarthritis, multiple sclerosis, graft-versus-host reactions, juvenile-onset diabetes, Hashimoto's thyroiditis, Grave's disease, systemic Lupus erythematodes (SLE), Sjogren's syndrome, pernicious anaemia and chronic active (lupoid) hepatitis. Autoimmune diseases in a wider meaning also comprise psoriasis, psoriatic arthritis, neurodermatitis and enteritis regionalis Crohn.

In addition to the preparations for peroral administration in the form of micro-pellets, micro-tablets, capsules (such as soft and hard gelatine capsules), granulates and tablets cited above, suitable pharmaceutical preparations are preparations

US 7,803,840 B2

**5**

for cutaneous and transdermal administration in the form of ointments, plasters, lotions or shower preparations and for parenteral administration in the form of aqueous micro-dispersions, oil-in-water emulsions or oily solutions for rectal administration of suppositories or micro-enemas. Pharmaceutical preparations in the form of micro-tablets or micro-pellets are preferred for the therapy of all autoimmune diseases mentioned above, including psoriasis, psoriatic arthritis, neurodermatitis and enteritis regionalis Crohn and are also a subject matter of the invention.

According to the invention, a therapy with dialkyl fumarates may also be carried out in combination with one or more preparations of the triple drug therapy customarily used in organ transplantations or with cyclosporine A alone. For this purpose, the preparations administered may contain a combination of the active ingredients in the known dosages or amounts, respectively. Likewise, the combination therapy may consist of the parallel administration of separate preparations, by the same or different routes. Optionally, the dosage of the active ingredient contained in addition to the dose of the fumaric acid derivative administered in accordance with the invention may be reduced advantageously.

Another embodiment of the use according to the invention is to alternate the drug therapy with immunosuppressive agents such as cyclosporine in sequence with an application of the above-mentioned dialkyl fumarate. This means that an application of fumaric acid derivatives as defined above over one or more weeks may follow a cyclosporine therapy of one or more weeks. This permits reduction of the Cyclosporine A dosage resulting in a considerable decrease of the rate of side effects in long-term therapy.

By administration of the dialkyl fumarates in the form of micro-tablets, which is preferred, gastrointestinal irritations and side effects, which are reduced already when conventional tablets are administered but is still observed, may be further reduced vis-a-vis fumaric acid derivatives and salts.

It is presumed that, upon administration of conventional tablets, the ingredients of the tablet are released in the intestine in a concentration which is too high, causing local irritation of the intestinal mucous membrane. This local irritation results in a short-term release of very high TNF-α concentrations which may be responsible for the gastrointestinal side effects. In case of application of enteric-coated micro-tablets in capsules, on the other hand, very low local concentrations of the active ingredients in the intestinal epithelial cells are achieved. The micro-tablets are incrementally released by the stomach and passed into the small intestine by peristaltic movements so that distribution of the active ingredients is improved.

This means that enteric-coated micro-tablets in the same dosage are distributed already in the stomach and passed to the intestine in portions, where the active ingredients are released in smaller dosages. This avoids local irritation of the intestinal epithelial cells and the release of TNF-α. It is assumed that this results in the improved tolerance of micro-tablets in the gastrointestinal tract vis-a-vis conventional tablets.

In addition, resorption is improved, because the dialkyl fumarates to be used according to the invention are not the active ingredient per se, but a so-called prodrug, which must be converted into the active ingredient in the body.

**6**

In order to illustrate the use according to the invention, different examples for preparing preferred drugs are given below.

PRODUCTION EXAMPLES

In principle, the oral preparations according to the invention in the form of tablets or micro-tablets may be prepared by classical tabletting processes. Instead of such classical tabletting processes, other methods for the preparation of tablets may be used, such as direct tabletting and processes for preparing solid dispersions in according with the melt method and the spray drying method.

The tablets may be provided with an enteric coating. The enteric coating may be applied in a classical coating pan or sprayed on or applied in a fluidised bed apparatus. The tablet may also be provided with a film coat.

Example 1

Preparation of Enteric-coated Micro-tablets in Capsules Containing 120.0 mg of Dimethyl Fumarate, which Corresponds to 96 mg of Fumaric Acid

Taking the necessary precautions (breathing mask, gloves, protective clothing, etc.), 12.000 kg of dimethyl fumarate are crushed, mixed and homogenized by means of a sieve 800. Then an excipient mixture with the following composition is prepared: 17.50 kg of starch derivative (STA-RX® 1500), 0.30 kg of microcrystalline cellulose (Avicel® PH 101), 0.75 kg of PVP (Kollidon® 120), 4.00 kg of Primogel®, 0.25 kg of colloidal silicic acid (Aerosil®). The active ingredient is added to the entire powder mixture, mixed, homogenized by means of a sieve 200, processed in the usual manner with a 2% aqueous solution of polyvidon pyrrolidone (Kollidon® K25) to obtain a binder granulate and then mixed in the dry state with the outer phase. Said outer phase consists of 0.50 kg of Mg stearate and 1.50 kg of talcum.

Then the powder mixture is compressed in the usual manner to obtain convex tablets having a gross weight of 10.0 mg and a diameter of 2.0 mm.

One example to achieve resistance to gastric acid is to dissolve a solution of 2.250 kg of hydroxy propyl methyl cellulose phthalate (HPMCP, Pharmacoat® HP 50) in portions in a mixture of the following solvents: 13.00 l of acetone, 13.50 l of ethanol (94 wt.-%, denatured with 2% of ketone) and 1.50 l of demineralised water. As a plasticiser, castor oil (0.240 kg) is added to the finished solution and applied in portions onto the tablet cores in the customary manner.

After drying is completed, a suspension of the following composition is applied as a film coat in the same apparatus: 0.340 kg of talcum, 0.400 kg of titanium(VI) oxide Cronus RN 56, 0.324 kg of coloured lacquer L-Rot-lack 86837, 4.800 kg of Eudragit E 12.5% and 0.120 kg of polyethylene glycol 6000, pH 11 XI in a solvent mixture of the following composition: 8.170 kg of 2-propanol, 0.200 kg of demineralised water and 0.600 kg of glycerine triacetate (Triacetin).

After that the enteric-coated micro-tablets are filled into hard gelatine capsules having a net weight of 400 mg and sealed.

US 7,803,840 B2

**7**

### Example 2

Preparation of Enteric-coated Micro-tablets in
Capsules Containing 120.0 mg of Dimethyl
Fumarate, which Corresponds to 96 mg of Fumaric
Acid

12.000 kg of dimethyl fumarate are crushed and homogenized as above. Then an excipient mixture composed as follows is prepared: 23.20 kg of microcrystalline cellulose (Avicel PH 200), 3.00 kg of Croscarmellose sodium (AC-Di-SOL-SD-711), 2.50 kg of talcum, 0.10 kg of anhydrous silica (Aerosil 200) and 1.00 kg of Mg stearate. The active ingredient is then added to the entire powder mixture and mixed homogenously. By means of direct tabletting, the powder mixture is then pressed into convex tablets having a gross weight of 10.0 mg and a diameter of 2.00 mm.

After that, a solution of 0.94 Eudragit L in isopropanol is prepared which also contains 0.07 kg of dibutyl phthalate. This solution is sprayed onto the tablet cores. After that, a dispersion of 17.32 kg of Eudragit L D-55 and a mixture of 2.80 kg of microtalcum, 2.00 kg of Macrogol 6000 and 0.07 kg of dimeticon in water is prepared and sprayed onto the cores.

Next, the enteric-coated micro-tablets are filled into hard gelatine capsules having a net weight of 650 mg and sealed.

### Example 3

Preparation of Micro-pellets in Capsules Containing
50.0 mg of Dimethyl Fumarate, which Corresponds
to 40 mg of Fumaric Acid

5.000 kg of dimethyl fumarate are crushed and homogenized as above. In addition, 2 of a 20% (m/v) polyvinyl pyrrolidone solution (Kollidon K-30) in ethanol are prepared. 7.250 kg of nonpareilles pellets in a coating pan are sprayed with part of the Kollidon K-30 solution until slightly humid. Then the active ingredient is added in portions until the pellets are dry. This procedure of humidification/drying is continued until all of the active ingredient mixture has been added. Then the pellets are moved around until completely dry.

After that, the pellets are filled into hard gelatine capsules (126.5 mg pellets/capsule).

### Example 4

Preparation of Enteric-coated Capsules Containing
110.0 Mg of Dimethyl Fumarate, which Corresponds
to 88 mg of Fumaric Acid

11.000 kg of dimethyl fumarate are intensely mixed in a mixture consisting of 14.00 kg of starch, 5.65 kg of lactose, 2.00 kg of microcrystalline cellulose (Avicel), 1.00 kg of polyvinyl pyrrolidone (Kollidon 25) and 2.443 kg of Primogel and, taking the necessary precautions (breathing mask, gloves, protective clothing), homogenized by means of a sieve 800.

Using a 2% aqueous solution of polyvinyl pyrrolidone (Kollidon K25), the entire powder mixture is processed into a binder granulate in the customary manner and mixed with the outer phase when dry. Said outer phase consists of 0.350 kg of colloidal silicic acid (Aerosil), 0.500 kg of Mg stearate and 1.500 kg of talcum. The homogenous mixture is filled into suitable capsules in portions of 400 mg which are then provided with an enteric coating consisting of hydroxy propyl methyl cellulose stearate and castor oil as plasticiser in the

**8**

customary manner. Instead of using hard gelatine capsules, the product may also be filled into suitable enteric-coated capsules consisting of a mixture of cellulose acetate phthalate (CAP) and hydroxy propyl methyl cellulose phthalate (HP-MCP).

In comparison with substances of the prior art such as cyclosporine, which may cause massive kidney disorders or diseases of the lymphoproliferative system, a therapy with fumaric acid derivatives according to the invention for the indications listed above rarely results in serious side effects.

Among other things, the immunosuppressive effect of cyclosporine is caused by the inhibition of Th-1 cell formation. As in vitro experiments of the applicant have shown, fumarates cause a shift of the cytokine pattern of the Th1 type to the cytokine pattern of the Th2 type.

Especially in view of the long-term therapy and prevention which is always necessary in graft-versus-host reactions and host-versus-graft reactions or other autoimmune diseases such as multiple sclerosis, the unexpected effect of the use according to the invention is of the greatest interest. In a combination therapy of cyclosporine with the fumaric acid derivatives, the toxic side effects of the former compounds may be unexpectedly reduced to a substantial degree. In addition, the use according to the invention is also significant in the substitution of the corticosteroid therapy of autoimmune diseases which is known to be accompanied by severe side effects.

That which is claimed is:

1. A method of treating at least one autoimmune disease selected from autoimmune polyarthritis and multiple sclerosis, but not treating psoriatic arthritis, comprising administering, to a patient in need of treatment for said at least one autoimmune disease but not for said psoriatic arthritis, an amount of a pharmaceutical preparation effective for treating said at least one autoimmune disease, the pharmaceutical preparation comprising

at least one excipient or at least one carrier or at least one combination thereof; and

dimethyl fumarate,

wherein the only active ingredient for the treatment of the at least one autoimmune disease present in said pharmaceutical preparation is the dimethyl fumarate.

2. The method of claim 1, wherein the dimethyl fumarate is present in an amount of from 10 to 300 mg in the pharmaceutical preparation.

3. The method of claim 1, wherein the dimethyl fumarate is provided in one or more capsules.

4. The method of claim 2, wherein at least 50 mg of dimethyl fumarate is present in the pharmaceutical preparation.

5. The method of claim 2, wherein at least 110 mg of dimethyl fumarate is present in the pharmaceutical preparation.

6. The method of claim 2, wherein at least 120 mg of dimethyl fumarate is present in the pharmaceutical preparation.

7. The method of claim 2, wherein 50 mg of dimethyl fumarate is present in the pharmaceutical preparation.

8. The method of claim 2, wherein 110 mg of dimethyl fumarate is present in the pharmaceutical preparation.

9. The method of claim 2, wherein 120 mg of dimethyl fumarate is present in the pharmaceutical preparation.

10. The method of claim 1, wherein the pharmaceutical preparation is formulated for oral administration.

11. The method of claim 1, wherein the pharmaceutical preparation is formulated as a solid dosage form.

12. The method of claim 1, wherein the pharmaceutical preparation is formulated as microtablets.

US 7,803,840 B2

**9**

13. The method of claim 12, wherein the microtablets are provided in one or more capsules, wherein at least 50 mg of dimethyl fumarate is present in each capsule.

14. The method of claim 13, wherein at least 110 mg of dimethyl fumarate is present in each capsule.

15. The method of claim 14, wherein at least 120 mg of dimethyl fumarate is present in each capsule.

16. The method of claim 12, wherein the microtablets are enteric-coated.

17. The method of claim 16, wherein the microtablets have a mean diameter in the range of 0.3 mm to 2.0 mm, exclusive of any coating on the microtablets.

**10**

18. The method of claim 17, wherein the microtablets have a mean diameter of 2.0 mm, exclusive of any coating on the microtablets.

19. The method of claim 1, the pharmaceutical preparation comprising at least one carrier.

20. The method of claim 1, the pharmaceutical preparation comprising at least one excipient.

21. The method of claim 1, the pharmaceutical preparation comprising at least one excipient and at least one carrier.

\* \* \* \* \*

**EXHBIIT D**
**Page 57**

# EXHIBIT E



US008759393B2

(12) **United States Patent**
Joshi et al.

(10) Patent No.: **US 8,759,393 B2**
(45) **Date of Patent:** *Jun. 24, 2014

(54) **UTILIZATION OF DIALKYLFUMARATES**

(75) Inventors: **Rajendra Kumar Joshi**, Zürich (CH); **Hans-Peter Strebel**, Muri (CH)

(73) Assignee: **Biogen Idec International GmbH**, Zug (CH)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 94 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/040,914**

(22) Filed: **Mar. 4, 2011**

(65) **Prior Publication Data**

US 2011/0293711 A1     Dec. 1, 2011

**Related U.S. Application Data**

(60) Continuation of application No. 12/405,665, filed on Mar. 17, 2009, now Pat. No. 7,915,310, which is a continuation of application No. 11/765,578, filed on Jun. 20, 2007, now Pat. No. 7,619,001, which is a continuation of application No. 10/197,077, filed on Jul. 17, 2002, now Pat. No. 7,320,999, which is a division of application No. 09/831,620, filed as application No. PCT/EP99/08215 on Oct. 29, 1999, now Pat. No. 6,509,376.

(30) **Foreign Application Priority Data**

Nov. 19, 1998   (DE) .................................. 198 53 487

(51) **Int. Cl.**
*A61K 31/225*     (2006.01)
(52) **U.S. Cl.**
USPC ......................................... **514/547**
(58) **Field of Classification Search**
USPC ......................................... 514/547
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,832,287 A | 8/1974 | Gale et al. | |
| 4,515,974 A | 5/1985 | Zecher et al. | |
| 4,746,668 A | 5/1988 | Sato et al. | |
| 4,851,439 A | 7/1989 | Speiser et al. | |
| 4,894,366 A | 1/1990 | ●kuhara et al. | |
| 4,959,389 A | 9/1990 | Speiser et al. | |
| 5,149,695 A | 9/1992 | Speiser et al. | |
| 5,214,196 A | 5/1993 | Blank | |
| 5,242,905 A | 9/1993 | Blank | |
| 5,359,128 A | 10/1994 | Blank | |
| 5,424,332 A | 6/1995 | Speiser et al. | |
| 5,451,667 A | 9/1995 | Speiser et al. | |
| 5,538,968 A | 7/1996 | Chiesi et al. | |
| 5,548,059 A | 8/1996 | Bayley et al. | |
| 5,589,504 A | 12/1996 | Dannenberg et al. | |
| 5,650,492 A | 7/1997 | Gately et al. | |
| 5,972,363 A | 10/1999 | Clikeman et al. | |

| | | | |
|---|---|---|---|
| 6,087,540 A | 7/2000 | Kamigauchi et al. | |
| 6,277,882 B1 * | 8/2001 | Joshi et al. | 514/547 |
| 6,355,676 B1 * | 3/2002 | Joshi et al. | 514/494 |
| 6,359,003 B1 | 3/2002 | Joshi et al. | |
| 6,436,992 B1 | 8/2002 | Joshi et al. | |
| 6,509,376 B1 * | 1/2003 | Joshi et al. | 514/547 |
| 6,858,750 B2 | 2/2005 | Joshi et al. | |
| 7,157,423 B2 | 1/2007 | Joshi et al. | |
| 7,320,999 B2 | 1/2008 | Joshi et al. | |
| 7,432,240 B2 | 10/2008 | Joshi et al. | |
| 7,612,110 B2 | 11/2009 | Joshi et al. | |
| 7,619,001 B2 | 11/2009 | Joshi et al. | |
| 7,790,916 B2 | 9/2010 | Joshi et al. | |
| 7,795,310 B2 | 9/2010 | Lee et al. | |
| 7,803,840 B2 | 9/2010 | Joshi et al. | |
| 7,906,659 B2 | 3/2011 | Joshi et al. | |
| 7,915,310 B2 * | 3/2011 | Joshi et al. | 514/547 |
| 8,067,467 B2 | 11/2011 | Joshi et al. | |
| 2003/0013761 A1 | 1/2003 | Joshi et al. | |
| 2003/0018072 A1 | 1/2003 | Joshi et al. | |
| 2004/0038889 A1 | 2/2004 | Joshi et al. | |
| 2004/0054001 A1 | 3/2004 | Joshi et al. | |
| 2005/0148664 A1 | 7/2005 | Joshi et al. | |
| 2006/0069161 A1 | 3/2006 | Lee et al. | |
| 2006/0205659 A1 | 9/2006 | Joshi et al. | |
| 2007/0027076 A1 | 2/2007 | Joshi et al. | |
| 2007/0248662 A1 | 10/2007 | Joshi et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2248955 A1 * | 5/1991 | |
| CA | 2248955 C | 8/2001 | |

(Continued)

OTHER PUBLICATIONS

Andersson, M., et al., "Cytokine profile in interferon-β treated multiple sclerosis patients: reduction of interleukin-1● mRNA expressing cells in peripheral blood," *Eur. J. Neurol.* 4:567-571, Rapid Science Publishers, England (1997).

Becanovic, K., et al., "Paradoxical effects of arthritis-regulating chromosome 4 regions on myelin oligodendrocyte glycoprotein-induced encephalomyelitis in congenic rats," *Eur. J. Immunol.* 33:1907-1916, Wiley-VCH Verlag GmbH & Co., Germany (2003).

Beljaards, R.C. "Ki-I-positive cutaneous lymphoreticular proliferations" *British Journal of Dermatology* 123:533-534, Blackwell Scientific Publications, England (1990).

Correale, J., et al., "Sulfasalazine aggravates experimental autoimmune encephalomyelitis and causes an increase in the number of autoreactive T cells," *J. Neuroimmunol.* 34:109-120, Elsevier Science Publishers B.V., Netherlands (1991).

(Continued)

*Primary Examiner* — Kevin E Weddington

(74) *Attorney, Agent, or Firm* — Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **ABSTRACT**

The present invention relates to the use of certain dialkyl fumarates for the preparation of pharmaceutical preparations for use in transplantation medicine or for the therapy of autoimmune diseases and said compositions in the form of micro-tablets or pellets. For this purpose, the dialkyl fumarates may also be used in combination with conventional preparations used in transplantation medicine and immunosuppressive agents, especially cyclosporines.

**13 Claims, No Drawings**

US 8,759,393 B2

Page 2

## (56)  References Cited

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2007/0248663 A1 | 10/2007 | Joshi et al. |
| 2008/0233185 A1 | 9/2008 | Joshi et al. |
| 2009/0181085 A1 | 7/2009 | Joshi et al. |
| 2009/0182047 A1 | 7/2009 | Joshi et al. |
| 2010/0130607 A1 | 5/2010 | Gold |
| 2010/0316706 A1 | 12/2010 | Joshi et al. |
| 2011/0112196 A1 | 5/2011 | Lukashev |
| 2011/0124615 A1 | 5/2011 | Joshi et al. |
| 2012/0165404 A1 | 6/2012 | Lukashev |
| 2012/0196931 A1 | 8/2012 | Lukashev |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1125141 A | 6/1996 |
| DE | 25 30 372 A1 | 1/1977 |
| DE | 26 21 214 A1 | 11/1977 |
| DE | 28 40 498 B1 | 8/1979 |
| DE | 35 31 597 A1 | 3/1987 |
| DE | 38 34 794 A1 | 4/1990 |
| DE | 1 972 1099 A1 | 11/1998 |
| EP | 0 188 749 A2 | 7/1986 |
| EP | 0 312 697 A2 | 4/1989 |
| EP | 0 518 388 A2 | 12/1992 |
| EP | 0 793 966 A1 | 9/1997 |
| GB | 1 216 699 | 12/1970 |
| GB | 1 422 726 | 1/1976 |
| GB | 2 176 999 A | 1/1987 |
| GB | 2 291 422 A | 1/1996 |
| JP | 9-221428 A | 8/1997 |
| JP | 10-67783 A | 3/1998 |
| WO | WO 89/01930 A1 | 3/1989 |
| WO | WO 94/28883 A1 | 12/1994 |
| WO | WO 95/25102 A1 | 9/1995 |
| WO | WO 96/01122 A1 | 1/1996 |
| WO | WO 96/02244 A1 | 2/1996 |
| WO | WO 96/27369 A2 | 9/1996 |
| WO | WO 97/09984 A1 | 3/1997 |
| WO | WO 97/39999 A1 | 10/1997 |
| WO | WO 97/44054 A2 | 11/1997 |
| WO | WO 97/48400 A1 | 12/1997 |
| WO | WO 98/04290 A2 | 2/1998 |
| WO | WO 98/27970 A2 | 7/1998 |
| WO | WO 98/30586 A2 | 7/1998 |
| WO | WO 98/52549 A2 | 11/1998 |
| WO | WO 99/21565 A1 | 5/1999 |
| WO | WO 01/59072 A1 | 8/2001 |
| WO | WO 02/02190 A2 | 1/2002 |
| WO | WO 03/032969 A2 | 4/2003 |
| WO | WO 2004/096216 A2 | 11/2004 |
| WO | WO 2005/027899 A1 | 3/2005 |
| WO | WO 2005/044272 A1 | 5/2005 |
| WO | WO 2006/037342 A2 | 4/2006 |
| WO | WO 2006/050730 A1 | 5/2006 |
| WO | WO 2006/055871 A2 | 5/2006 |

### OTHER PUBLICATIONS

Dahlman, I., et al., "Quantitative trait loci disposing for both experimental arthritis and encephalomyelitis in the DA rat; impact on severity of myelin oligodendrocyte glycoprotein-induced experimental autoimmune encephalomyelitis and antibody isotype pattern," *Eur. J. Immunol.* 28:2188-2196, Wiley-VCH Verlag GmbH, Germany (1998).

De Graaf, K.L., et al., "MHC Class II Isotype- and Allele-Specific Attenuation of Experimental Autoimmune Encephalomyelitis," *J. Immunol.* 173:2792-2802, American Association of Immunologists, Inc., United States (2004).

De Haan, P., et al., "The Risk of Sensibilization and Contact Urticaria upon Topical Application of Fumaric Acid Derivatives," *Dermatology* 188:126-130, S. Karger AG, Switzerland (1994).

Di Marco, R., et al., "Curative effects of recombinant human Interleukin-6 in DA rats with protracted relapsing experimental allergic encephalomyelitis," *J. Neuroimmunol.* 116:168-177, Elsevier Science Publishers B.V., Netherlands (2001).

Djerbi, M., et al., "Expression of the Long Form of Human FLIP by Retroviral Gene Transfer of Hemopoietic Stem Cells Exacerbates Experimental Autoimmune Encephalomyelitis," *J. Immunol.* 170:2064-2073, American Association of Immunologists, Inc., United States (2003).

Gielen, A.W., et al., "Expression of T cell immunoglobulin- and mucin-domain-containing molecules-1 and -3 (TIM-1 and -3) in the rat nervous and immune systems," *J. Neuroimmunol.* 164:93-104, Elsevier B.V., Netherlands (2005).

Guggenmos, J., et al., "Antibody Cross-Reactivity between Myelin Oligodendrocyte Glycoprotein and the Milk Protein Butyrophilin in Multiple Sclerosis," *J. Immunol.* 172:661-668, American Association of Immunologists, Inc., United States (2004).

Issazadeh, S., et al., "Cytokine production in the central nervous system of Lewis rats with experimental autoimmune encephalomyelitis: dynamics of mRNA expression for interleukin-10, interleukin-12, cytolysin, tumor necrosis factor α and tumor necrosis factor β," *J. Neuroimmunol.* 61:205-212, Elsevier Science B.V., Netherlands (1995).

Issazadeh, S., et al., "Interferon γ, Interleukin 4 and Transforming Growth Factor β in Experimental Autoimmune Encephalomyelitis in Lewis Rats: Dynamics of Cellular mRNA Expression in the Central Nervous System and Lymphoid Cells," *J. Neurosci. Res.* 40: 579-590, Wiley-Liss, Inc. United States (1995).

Issazadeh, S., et al., "Cytokines in relapsing experimental autoimmune encephalomyelitis in DA rats: persistent mRNA expression of proinflammatory cytokines and absent expression of interleukin-10 and transforming growth factor-β," *J. Neuroimmunol.* 69:103-115, Elsevier Science B.V., Netherlands (1996).

Issazadeh, S., et al., "Major histocompatibility complex-controlled protective influences on experimental autoimmune encephalomyelitis are peptide specific," *Eur. J. Immunol.* 27:1584-1587, VCH Verlagsgesellschaft mbH, Germany (1997).

Khademi, M., et al., "Reduction of both pro- and anti-inflammatory cytokines after 6 months of interferon beta-1a treatment of multiple sclerosis," *J. Neuroimmunol.* 103:202-210, Elsevier Science B.V., Netherlands (2000).

Khademi, M., et al., "T Cell Ig- and Mucin-Domain-Containing Molecule-3 (TIM-3) and TIM-1 Molecules Are Differentially Expressed on Human Th1 and Th2 Cells and in Cerebrospinal Fluid-Derived Mononuclear Cells in Multiple Sclerosis," *J. Immunol.* 172: 7169-7176, American Association of Immunologists, Inc., United States (2004).

Khademi, M., et al., "Induction of systemic TNFα in Natalizumab-treated multiple sclerosis," *Eur. J. Neurol.* 15:309-312, EFNS, England (2008).

Kjellén, P., et al., "Genetic influence on disease course and cytokine response in relapsing experimental allergic encephalomyelitis," *Int. Immunol.* 10:333-340, Oxford University Press, England (1998).

Krakauer, M., et al., "Dynamic T-lymphocyte Chemokine Receptor Expression Induced by Interferon-beta Therapy in Multiple Sclerosis," *Scand. J. Immunol.* 64: 155-163, Blackwell Publishing Ltd., England (2006).

Link, H., et al., "Virus-reactive and autoreactive T cells are accumulated in cerebrospinal fluid in multiple sclerosis," *J. Neuroimmunol.* 38:63-74, Elsevier Science Publishers B.V., Netherlands (1992).

Link, J., et al., "Organ-specific Autoantigens Induce Transforming Growth Factor-β mRNA Expression in Mononuclear Cells in Multiple Sclerosis and Myasthenia Gravis," *Annals Neurol.* 35:197-203, American Neurological Association (1994).

Link, J., et al., "Organ-specific autoantigens induce interferon-γ and interleukin-4 mRNA expression in mononuclear cells in multiple sclerosis and myasthenia gravis," *Neurology* 44:728-734, Lippincott Williams & Wilkins, United States (1994).

Link, J., et al., "Optic neuritis is associated with myelin basic protein and proteolipid protein reactive cells producing interferon-γ, interleukin-4 and transforming growth factor-β," *J. Neuroimmunol.* 49:9-18, Elsevier Science B.V., Netherlands (1994).

Link, J., et al., "Increased Transforming Growth Factor-β, Interleukin-4, and Interferon-γ in Multiple Sclerosis," *Ann. Neurol.* 36:379-386, American Neurological Association, United States (1994).

US 8,759,393 B2

Page 3

(56) **References Cited**

OTHER PUBLICATIONS

Lobell, A., et al., "Vaccination with DNA Encoding an Immunodominant Myelin Basic Protein Peptide Targeted to Fc of Immunoglobulin G Suppresses Experimental Autoimmune Encephalomyelitis," *J. Exp. Med.* 187:1543-1548, Rockefeller University Press, United States (1998).

Lobell, A., et al., "Presence of CpG DNA and the Local Cytokine Milieu Determine the Efficacy of Suppressive DNA Vaccination in Experimental Autoimmune Encephalomyelitis," *J. Immunol.* 163:4754-4762, American Association of Immunologists, United States (1999).

Lobell, A., et al., "Suppressive DNA Vaccination in Myelin ●ligodendrocyte Glycoprotein Peptide-Induced Experimental Autoimmune Encephalomyelitis Involves a T1-Biased Immune Response," *J. Immunol.* 170:1806-1813, American Association of Immunologists, Inc., United States (2003).

Lorentzen, J.C., et al., "Protracted, relapsing and demyelinating experimental autoimmune encephalomyelitis in DA rats immunized with syngeneic spinal cord and incomplete Freund's adjuvant," *J. Neuroimmunol.* 63:193-205, Elsevier Science B.V., Netherlands (1995).

Lorentzen, J.C., et al., "Genetic analysis of inflammation, cytokine mRNA expression and disease course of relapsing experimental autoimmune encephalomyelitis in DA rats," *J. Neuroimmunol.* 80:31-37, Elsevier Science B.V., Netherlands (1997).

Matusevicius, D., et al., "Autoantigen-induced IL-13 mRNA expression is increased in blood mononuclear cells in myasthenia gravis and multiple sclerosis," *Eur. J. Neurol.* 4:468-475, Rapid Science Publishers, England (1997).

Muhallab, S., et al., "Intra-CNS activation by antigen-specific T lymphocytes in experimental autoimmune encephalomyelitis," *J Neuroimmunol.* 113:202-211, Elsevier Science B.V., Netherlands (2001).

Mustafa, M.I., et al., "T cell immunity and interferon-γ secretion during experimental allergic encephalomyelitis in Lewis rats," *J. Neuroimmunol.* 31:165-177, Elsevier Science B.V., Netherlands (1991).

Mustafa, M., et al., "Immunopharmacologic Modulation of Experimental Allergic Encephomyelitis: Low-Dose Cyclosporin-A Treatment Causes Disease Relapse and Increased Systemic T and B Cell-Mediated Myelin-Directed Autoimmunity," *Scand. J. Immunol.* 38:499-507, Blackwell Publishing Ltd., England (1993).

Mustafa, M., et al., "The major histocompatibility complex influences myelin basic protein 63-88-induced T cell cytokine profile and experimental autoimmune encephalomyelitis," *Eur. J. Immunol.* 23:3089-3095, VCH Verlagsgesellschaft mbH, Germany (1993).

Mustafa, M., et al., "Protective Influences on Experimental Autoimmune Encephalomyelitis by MHC Class I and Class II Alleles," *J. Immunol.* 153:3337-3344, American Association of Immunologists, United States (1994).

Navikas, V., et al., "Increased mRNA Expression of IL-10 in Mononuclear Cells in Multiple Sclerosis and ●ptic Neuritis," *Scand. J. Immunol.* 41:171-178, Blackwell Publishing Ltd., England (1995).

Navikas, V., et al., "Augmented expression of tumor necrosis factor-α and lymphotoxin in mononuclear cells in multiple sclerosis and optic neuritis," *Brain* 119:213-223, ●xford University Press, England (1996).

Nieboer, C., et al., "Fumaric Acid Therapy in Psoriasis: A Double Blind Comparison between Fumaric Acid Compound Therapy and Monotherapy with Dimethylfumaric Acid Ester," *Dermatologica* 181:33-37, Karger AG, Switzerland (1990).

Nieboer, C., et al., "Treatment of psoriasis with fumaric acid derivatives," in the Proceedings of the 239th N.S.D.V. Meeting, *Br. J. Dermatol.* 117(6):791-792, Blackwell Scientific Publications, England (1987).

●lsson, T., et al., "Autoreactive T Lymphocytes in Multiple Sclerosis Determined by Antigen-induced Secretion of Interferon-γ," *J. Clin. Invest.* 86: 981-985, American Society for Clinical Investigation, United States (1990).

●lsson, T., et al., "Increased numbers of T cells recognizing multiple myelin basic protein epitopes in multiple sclerosis," *Eur. J. Immunol.* 22:1083-1087, VCH Verlagsgesellschaft mbH, Germany (1992).

●lsson, T., "Cytokines in neuroinflammatory disease: role of myelin autoreactive T cell production of interferon-gamma," *J. Neuroimmunol.* 40:211-218, Elsevier Science Publishers B.V., Netherlands (1992).

●lsson, T., "Cerebrospinal Fluid," *Ann. Neurol.* 36:S100-S102, American Neurological Association, United States (1994).

●lsson, T., "Role of cytokines in multiple sclerosis and experimental autoimmune encephalomyelitis," *Eur. J. Neurol.* 1:7-19, Rapid Communications of ●xford Ltd., England (1994).

●lsson, T., "Critical Influences of the Cytokine ●rchestration on the ●utcome of Myelin Antigen Specific T-Cell Autoimmunity in Experimental Autoimmune Encephalomyelitis and Multiple Sclerosis," *Immunological Reviews* 144:245-268, Munksgaard, Denmark (1995).

●lsson, T., "Chapter 6: Cytokines in Multiple Sclerosis and Its Experimental Models," *Neuroscience Intelligence Unit 5: T-Cell Autoimmunity and Multiple Sclerosis* pp. 91-112, R.G. Landes Company, United States (1999).

●lsson, T., "Future prospects of cytokines in the pathogenesis and management of multiple sclerosis," *Frontiers in Multiple Sclerosis* 2:139-150, Martin Dunitz Publishers Ltd., United Kingdom (1999).

●lsson, T., et al., "MHC and Non-MHC Genetics of Experimental Autoimmune Encephalomyelitis," *From Basic Immunology to Immune-Mediated Demyelination*, pp. 246-264, Springer-Verlag, Italy (1999).

●lsson, T., et al., "Genetics of rat neuroinflammation," *J. Neuroimmunol.* 107:191-200, Elsevier, Netherlands (2000).

●lsson, T., et al., "Depletion of Vβ5.2/5.3 T cells with a humanized antibody in patients with multiple sclerosis," *Eur. J. Neurol.* 9:153-164, EFNS, England (2002).

●lsson, T., et al., "Harm or heal—divergent effects of autoimmune neuroinflammation?," *Trends Immunol.* 24(1):5-6, Elsevier Science Ltd., England (2003).

Robinson, W.H., et al., "Protein microarrays guide tolerizing DNA vaccine treatment of autoimmune encephalomyelitis," *Nat. Biotechnol.* 21(9):1033-1039, Nature Publishing Group, England (2003).

Ros, J.J.W., et al., "Therapie bij psoriasis" *Pharmaceutisch Weekblad* 126(13):309-319, D B Centens Witgeversmij, Netherlands (1991).

Ruuls, S.R., et al., "The Length of Treatment Determines Whether IFN-β Prevents or Aggravates Experimental Autoimmune Encephalomyelitis in Lewis Rats," *J. Immunol.* 157:5721-5731, American Association of Immunologists, United States (1996).

Söderström, M., et al., "T Cells Recognizing Multiple Peptides of Myelin Basic Protein are Found in Blood and Enriched in Cerebrospinal fluid in ●ptic Neuritis and Multiple Sclerosis," *Scand. J. Immunol.* 37:355-368, Blackwell Scientific Publications, England (1993).

Sun, J.B., et al., "Treatment of experimental autoimmune encephalomyelitis by feeding myelin basic protein conjugated to cholera toxin B subunit," *Proc. Natl. Acad. Sci. USA* 93:7196-7201, National Academy of Sciences, United States (1996).

Van Loenen, A.C., et al., "Fumaarzuurtherapie: van fictie tot werkelijkheid?" *Pharmaceutisch Weekblad* 124(45):894-900, D B Centens Witgeversmij, Netherlands (1989).

Wallström, E., et al., "Memantine abrogates neurological deficits, but not CNS inflammation, in Lewis rat experimental autoimmune encephalomyelitis," *J. Neurol. Sci.* 137(2):89-96, Elsevier Science B.V., Netherlands (1996).

Wallström, E., et al., "Increased reactivity to myelin oligodendrocyte glycoprotein peptides and epitope mapping in HLA DR2(15)+ multiple sclerosis," *Eur. J. Immunol.* 28:3329-3335, Wiley-VCH Verlag GmbH, Germany (1998).

Wang, W.Z., et al., "Myelin antigen reactive T cells in cerebrovascular diseases," *Clin. Exp. Immunol.* 88:157-162, Blackwell Scientific Publications, England (1992).

Weissert, R., et al., "Protective DNA vaccination against organ-specific autoimmunity is highly specific and discriminates between

US 8,759,393 B2

Page 4

(56)         **References Cited**

OTHER PUBLICATIONS

single amino acid substitutions in the peptide autoantigen," *PNAS* 97(4):1689-1694, National Academy of Sciences, United States (2000).

Balashov, K.E., et al., "Defective regulation of IFNγ and IL-12 by endogenous IL-10 in progressive MS," *Neurology* 55(2):192-198, AAN Enterprises, Inc., United States (2000).

Bettelli, E. and Nicholson, L.B., "The Role of Cytokines in Experimental Autoimmune Encephalomyelitis," *Arch. Immunol. Ther. Exp.* 48:389-398, Birkhauser, Switzerland (2000).

Brown, T.R. and Kraft, G.H., "Multiple Sclerosis: A Paradigm Shift," *Phys. Med. Rehabil. Clin. N. Am.* 16:xvii-xx, Elsevier Inc., England (2005).

Cannella, B., et al., "IL-10 Fails to Abrogate Experimental Autoimmune Encephalomyelitis," *J. Neurosci. Res.* 45:735-746, Wiley-Liss, Inc, United States (1996).

Dal Canto, R.A., et al., "Local Delivery of TNF by Retrovirus-Transduced T Lymphocytes Exacerbates Experimental Autoimmune Encephalomyelitis," *Clin. Immunol.* 90(1):10-14, Academic Press, United States (1999).

Robinson, J.R. of Darby & Darby, Letter to Susan H. Alexander, Esq., General Counsel, Biogen Idec., dated Dec. 11, 2007, 2 pages.

Del Prete, G., "The Concept of Type-1 and Type-2 Helper T Cells and Their Cytokines in Humans," *Int. Rev. Immunol.* 16:427-455, ●PA, Netherlands (1998).

Di Rosa, F., et al., "Lack of Th2 cytokine increase during spontaneous remission of experimental allergic encephalomyelitis," *Eur. J. Immunol.* 28(12):3893-3903, Wiley-VCH Verlag GmbH, Germany (1998).

Ferber, I.A., et al., "Mice with a Disrupted IFN-γ Gene Are Susceptible to the Induction of Experimental Autoimmune Encephalomyelitis (EAE)," *J. Immunol.* 156(1):5-7, American Association of Immunologists, United States (1996).

Ferrante, P., et al., "Cytokine Production and Surface Marker Expression in Acute and Stable Multiple Sclerosis: Altered IL-12 Production and Augmented Signaling Lymphocytic Activation Molecule (SLAM)-Expressing Lymphocytes in Acute Multiple Sclerosis," *J. Immunol.* 160(3):1514-1521, American Association of Immunologists, United States (1998).

Furlan, R., et al., "Interferon-β treatment in multiple sclerosis patients decreases the number of circulating T cells producing interferon-γ interleukin-4," *J. Neuroimmunol.* 111:86-92, Elsevier Science B.V., Netherlands (2000).

Galli, G., et al., "Macrophage-derived chemokine production by activated human T cells in vitro and in vivo: preferential association with the production of type 2 cytokines," *Eur. J. Immunol.* 30:204-210, Wiley-VCH Verlag GmbH, Germany (2000).

Genain, C.P., et al., "Late Complications of Immune Deviation Therapy in a Nonhuman Primate," *Science* 274(5292):2054-2057, American Association for the Advancement of Science, United States (1996).

Gijbels, K., et al., "Administration of Neutralizing Antibodies to Interleukin-6 (IL-6) Reduces Experimental Autoimmune Encephalomyelitis and Is Associated with Elevated Levels of IL-6 Bioactivity in Central Nervous System and Circulation," *Mol. Med.* 1(7): 795-805, Blackwell Scientific Publications, United States (1995).

Giovannoni, G. and Miller, D.H., "Multiple sclerosis and its treatment," *J. R. Coll. Physicians Lond.* 33(4):315-322, Royal College of Physicians of London, England (1999).

Hemmer, B., et al., "Cytokine Phenotype of Human Autoreactive T Cell Clones Specific for the Immunodominant Myelin Basic Protein Peptide (83-99)," *J. Neurosci. Res.* 45:852-862, Wiley-Liss Inc., United States (1996).

Hintzen, R.Q. and Polman, C.H., "Th-cell modulation in multiple sclerosis," *Immunol. Today* 18(10):507-508, Elsevier Science Publishers, England (1997).

Hultgren, B., et al., "Genetic Absence of γ-Interferon Delays but Does Not Prevent Diabetes in N●D Mice," *Diabetes* 45:812-817, American Diabetes Association, United States (1996).

Krakowski, M., and ●wens, T., "Interferon-γ confers resistance to experimental allergic encephalomyelitis," *Eur. J. Immunol.* 26:1641-1646, VCH Verlagsgesellschaft mbH, Germany (1996).

LaFaille, J.J., et al., "Myelin Basic Protein-specific T Helper 2 (Th2) Cells Cause Experimental Autoimmune Encephalomyelitis in Immunodeficient Hosts Rather than Protect Them from the Disease," *J. Exp. Med.* 186(2):307-312, Rockefeller University Press, United States (1997).

LaFaille, J.J., "The Role of Helper T Cell Subsets in Autoimmune Diseases," *Cytokine & Growth Factor Reviews* 9(2):139-151, Elsevier Science Ltd., England (1998).

Laman, J.D., et al., "Balancing the Th1/Th2 concept in multiple sclerosis," *Immunol. Today* 19(11):489-490, Elsevier Science Publishers, England (1998).

The Lenercept Multiple Sclerosis Study Group and the University of British Columbia MS/MRI Analysis Group, "TNF neutralization in MS: Results of a randomized, placebo-controlled multicenter study," *Neurology* 53:457-465, AAN Enterprises, United States (1999).

Liedtke, W., et al., "Effective Treatment of Models of Multiple Sclerosis by Matrix Metalloproteinase Inhibitors," *Ann. Neurol.* 44:35-46, American Neurological Association, United States (1998).

Link, H., "The cytokine storm in multiple sclerosis," *Mult. Scler.* 4:12-5, SAGE Publications, England (1998).

Lopez, E., et al., "Interferon γ, IL2, IL4, IL1● and TNF● Secretions in Multiple Sclerosis Patients Treated with an Anti-CD4 Monoclonal Antibody," *Autoimmunity* 29:87-92, ●PA, Netherlands (1999).

Lyons, J.-A. et al., "Pathogenesis of acute passive murine encephalomyelitis II. Th1 phenotype of the inducing population is not sufficient to cause disease," *J. Neuroimmunol.* 93:26-36, Elsevier Science B.V., Netherlands (1999).

Määttä, J.A., et al., "Neutrophils secreting tumor necrosis factor alpha infiltrate the central nervous system of BALB/c mice with experimental autoimmune encephalomyelitis," *J. Neuroimmunol.* 90:162-175, Elsevier Science B.V., Netherlands (1998).

Martin, R., et al., "T helper cell differentiation in multiple sclerosis and autoimmunity," *Immunol. Today* 19(11):495-498, Elsevier Science Publishers, England (1998).

Mattner, F., et al., "Inhibition of Th1 development and treatment of chronic-relapsing experimental allergic encephalomyelitis by a non-hypercalcemic analogue of 1,25-dihydroxyvitamin $D_3$," *Eur. J. Immunol.* 30:498-508, Wiley-VCH Verlag GmbH, Germany (2000).

●'Garra, A., et al., "CD4+ T-cell subsets in autoimmunity," *Curr. Opin. Immunol.* 9:872-883, Current Biology Ltd., United States (1997).

●lsson, T., "Cytokine-producing cells in experimental autoimmune encephalomyelitis and multiple sclerosis," *Neurology* 45(*Suppl* 6):S11-S15, Lippincott Williams & Wilkins, United States (1995).

Panitch, H.S. et al., "Exacerbations of Multiple Sclerosis in Patients Treated with Gamma Interferon," *The Lancet* 1:893-895, Lancet Publishing Group, England (1987).

Perrella, O., et al., "Interleukin-10 and IFN-● in multiple sclerosis: is there a balance?," *J. Neurovirol.* 3(*Suppl.*):P17, Stockton Press, United States (1997).

Pette, M., et al., "Differential effects of phosphodiesterase type 4-specific inhibition on human autoreactive myelin-specific T cell clones," *J. Neuroimmunol.* 98:147-156, Elsevier Science B.V., Netherlands (1999).

Ristori, G., et al., "T cell response to myelin basic protein before and after treatment with interferon beta in multiple sclerosis," *J. Neuroimmunol.* 99:91-96, Elsevier Science B.V., Netherlands (1999).

Rohowsky-Kochan, C., et al., "Impaired interleukin-12 production in multiple sclerosis patients," *Mult. Scler.* 5:327-334, SAGE Publications, England (1999).

Rohowsky-Kochan, C., et al., Cytokine secretion profile of myelin basic protein-specific T cells in multiple sclerosis, *Mult. Scler.* 6:69-77, SAGE Publications, England (2000).

Romagnani, S., "The Th1/Th2 paradigm," *Immunol. Today* 18(6):263-266, Elsevier Science Ltd., England (1997).

Rook, G.A.W., et al., "Bacterial vaccines for the treatment of multiple sclerosis and other autoimmune diseases," *Immunol. Today* 21(10):503-508, Elsevier Science Ltd., England (2000).

**EXHIBIT E**
**Page 61**

US 8,759,393 B2

Page 5

(56)                    **References Cited**

OTHER PUBLICATIONS

Samoilova, E.B., et al., "Experimental Autoimmune Encephalomyelitis in Intercellular Adhesion Molecule-1-Deficient Mice," *Cell. Immunol.* 190:83-89, Academic Press, United States (1998).

Singh, V.K., et al., "The Paradigm of Th1 and Th2 Cytokines. Its Relevance to Autoimmunity and Allergy," *Immunol. Res.* 20:147-161, Humana Press Inc., United States (1999).

Sinigaglia, F., et al., "Type I interferons and the Th1/Th2 paradigm," *Dev. Comp. Immunol.* 23:657-663, Elsevier Science Ltd., United States (1999).

Smeltz, R.B. and Swanborg, R.H., "Concordance and Contradiction Concerning Cytokines and Chemokines in Experimental Demyelinating Disease," *J. Neurosci. Res.* 51:147-153, Wiley-Liss, Inc., United States (1998).

Zhu, J., et al., "Cytokine production and the pathogenesis of experimental autoimmune neuritis and Guillain-Barré syndrome," *J. Neuroimmunol.* 84:40-52, Elsevier Science B.V., Netherlands (1998).

Zipp, F., "No Evidence for Generation of Th-2-like MBP-Specific T-Cell Lines by Blockade of the Costimulatory Molecule B7-1," *Scand. J. Immunol.* 52:510-514, Blackwell Science Ltd., England (2000).

Andersen, K.E., et al., "Contact dermatitis: A Review," *Contact Dermatitis* 16:55-78, Munksgaard, Denmark (1987).

De Jong, R., et al., "Selective stimulation of T helper 2 cytokine responses by the anti-psoriasis agent monomethylfumarate," *Eur. J. Immunol.* 26:2067-2074, Verlag Chemie GmbH, Germany (1996).

Dücker, P. and Pfeiff, B., "Zwei Fälle von Nebenwirkungen einer Fumarsäureester-Lokaltharapie," *H+G Zeitschrift für Hautkrankheiten* 65:734-736, Grosse Verlag Berlin, Germany (1990) (Abstract ●nly in English).

Fliegner, L. and Spiegel, P., "●steomalazie als offenbar seltene Nebenwirkung der oralen Fumarsäuretherapie," *Hautarzt* 43:554-560, Springer-Verlag, Germany (1992) (Abstract ●nly in English).

Ghoreschi, K., et al., "Fumarates induce a DC2 phenotype in dendritic cells that establishes protective Th2 responses," *Arch. Dermatol. Forschung* 296:420, Springer Verlag, Germany (2005) (Abstract ●nly).

Ghoreschi, K., et al., "Fumaric acid ester an antipsoriatic drug abolishes the capacity of T cells to induce Th1-mediated autoimmune disease," *Arch. Dermatol. Res.* 294-28, Springer Verlag, Germany (2002) (Abstract ●nly).

Ghoreschi, K. and Röcken, M., "Immune Deviation Strategies in the Therapy of Psoriasis," *Current Drug Targets—Inflammation & Allergy* 3:193-198, Bentham Science Publishers Ltd., Netherlands (2004).

Hunziker, T. and Schmidli, J., "Psoriasis, eine Autoimmunkrankheit?" *Therapeutische Umschau* 50:110-113, Determatologische Klinik der Universität Bern, Switzerland (1993).

International Search Report for International Application No. PCT/EP99/08215, European Patent ●ffice, Rijswijk, Netherlands, mailed on Jul. 12, 2000.

Kiehl, R. and Ionescu, G., "A Defective Purine Nucleotide Synthesis Pathway in Psoriatic Patients," *Acta Derm. Venereol. (Stockh)* 72:253-255, Society for the Publication of Acta Dermato-Venerologica, Sweden (1992).

Kolbach, D.N. and Nieboer, C., "Fumaric acid therapy in psoriasis: Results and side effects of 2 years of treatment," *J. Am. Acad. Derm.* 27(5):769-771, Mosby, United States (1992).

Lahti, A. and Maibach, H.I., "Contact urticaria from diethyl fumarate," *Contact Dermatitis* 12:139-140, Munksgaard, Denmark (1985).

*The Merck Index: An Encyclopedia of Chemicals, Drug, and Biologicals*, 10th Edition, p. 396, Windholz, M., et al., eds., Merck & Co., Inc., United States (1983).

Nieboer, C., et al., "Systemic therapy with fumaric acid derivatives: New possibilities in the treatment of psoriasis," *J. Am. Acad. Dermatol.* 20:601-608, Mosby, United States (1989).

Peeters, A.J., et al., "Gunstig effect van fumaarzuurtherapie bij arthritis psoriatica: een dubbelblind, placebo-gecontroleerd onderzoek," *Ned. Tijdschr. Geneeskd.* 136(49):2428-2431, Bohn Stafleu van Loghum, Netherlands (1992) (Abstract ●nly in English).

Sadjak, A., et al., "Nephrotoxische Wirkung von Fumarsaurederivaten," *Deutsch Med. Wochenschr.* 116:478, G. Thieme, Germany (1991).

Schilling, S., et al., "Fumaric acid esters are effective in chronic experimental autoimmune encephalomyelitis and suppress macrophage infiltration," *Clin. Exp. Immunol.* 145:101-107, British Society for Immunology, England (2006).

Schilling, F. and Schopf, R.E., "Adultes Debré-de Toni-Fanconi-Syndrom mit ●steomalazie, erworben durch Langzeittherapie einer Psoriasis mit Fumarsäureester—zugleich ein Beitrag zur malazischen ●steoarthropathie," *Akt. Rheumatol.* 24(6):174-179, Georg Thieme Verlag, Germany (1999) (Abstract ●nly in English).

Schimrigk, S., et al., "Oral fumaric acid esters for the treatment of active multiple sclerosis: an open-label, baseline-controlled pilot study," *Eur. J. Neurol.* 13:604-610, EFNS, England (2006).

Sebok, B., et al., "Effect of Fumaric Acid, Its Dimethylester, and Topical Antipsoriatic Drugs on Epidermal Differentiation in the Mouse Tail Model," *Skin Pharm.* 9:99-103, S. Karger AG, Switzerland (1996).

Thio, H.B., et al., "Fumaric acid derivatives evoke a transient increase in intracellular free calcium concentration and inhibit the proliferation of human keratinocytes," *Brit. J. Dermatol.* 131:856-861, Blackwell Scientific Publications, England (1994).

Dialog File 351, Accession No. 8397165, Derwent WPI English language abstract for CN 1125141 A (1996) (listed as document FP2 on accompanying form PT●/SB/08A).

Dialog File 351, Accession No. 3972689, Derwent WPI English language abstract for DE 35 31 597 A1 (1987) (listed as document FP5 on accompanying form PT●/SB/08A).

Altmeyer, P. and Nüchel, C., "Systemtherapie der Psoriasis," *Dtsch. med. Wschr.* 121:1605-1607, Georg Thieme Verlag, Germany (1996).

Bacharach-Buhles, M., et al., "Fumaric Acid Esters (FAEs) Suppress CD 15- and ●DP 4-positive Cells in Psoriasis," *Acta. Derm. Venereol. Suppl. (Stockh)* 186:79-82, Scandinavian University Press, Norway (1994).

●ckenfels, H.M., et al., "The antipsoriatic agent dimethylfumarate immunomodulates T-cell cytokine secretion and inhibits cytokines of the psoriatic cytokine network," *Br. J. Dermatol.* 139:390-395, British Association of Dermatologists, England (1998).

Gasser, M., et al., "Host Vs Graft and Graft Vs Host Reactions After Allogeneic Heterotopic Small Bowel Transplantation in the Rat," *Transplant. Proc.* 24(3):1128-1129, Appleton & Lange, United States (1992).

Nathens, A.B., et al., "The Glutathione Depleting Agent Diethylmaleate Prolongs Renal Allograft Survival," *Journal of Surgical Research* 77:75-79, Academic Press, United States (1998).

Nibbering, P.H., et al., "Intracellular signalling by binding sites for the antipsoriatic agent monomethylfumarate on human granulocytes," *Br. J. Dermatol.* 137:65-75, British Association of Dermatologists, England (1997).

Nibbering, P.H., et al., "Effects of Monomethylfumarate on Human Granulocytes," *J. Invest. Dermatol.* 101:37-42, The Society for Investigative Dermatology, Inc., United States (1993).

Sebök, B., et al., "Antiproliferative and cytotoxic profiles of antipsoriatic fumaric acid derivatives in keratinocyte cultures," *Eur. J. Pharmacol.* 270:79-87, Elsevier Science B.V., Netherlands (1994).

Schwinghammer, T.L. and Bloom, E.J., "Pharmacologic prophylaxis of acute graft-versus-host disease after allogeneic marrow transplantation," *Clinical Pharm.* 12:736-761, American Society of Hospital Pharmacists, Inc., United States (1993).

Bayard, W., et al., "Perorale Langzeitbehandlung der Psoriasis mit Fumarsäurederivaten" *Hautarzt* 38:279-285, Springer-Verlag, Germany (1987) (Abstract ●nly in English).

*The Merck Manual of Diagnosis and Therapy*, 15th Edition, Berkow, R. and Fletcher, A.J., eds., p. 327, Merck Sharp & Dohme Research Lab, United States (1987).

US 8,759,393 B2

Page 6

(56)    **References Cited**

OTHER PUBLICATIONS

*Immunmodulation durch Fumaderm. Das richtungsweisende Konzept*, Charite-Berlin Hautklinik Symposium, Nov. 1-3, 1996, p. 1-27.

Partial English language translation, 4 pages, of *Immunmodulation durch Fumaderm. Das richtungsweisende Konzept*, Charite-Berlin Hautklinik Symposium, Nov. 1-3, 1996, p. 1-27.

Amamoto, T., et al., "Effect of E-64, Thiol Protease Inhibitor, on the Secondary Anti-SRBC Response In Vitro," *Microbiol. Immunol.* 28(1):85-97, Center for Academic Publications, Australia (1984).

Barrett, A.J. et al., "L-*trans*-Epoxysuccinyl-leucylamido(4-guanidino)butane (E-64) and its analogues as inhibitors of cysteine proteinases including cathepsins B, H and L," *Biochem. J.* 201:189-198, The Biochemical Society, England (1982).

Bellier, B., et al., "Replacement of Glycine with Dicarbonyl and Related Moieties in Analogues of the C-Terminal Pentapeptide of Cholecystokinin: CCK₂ Agonists Displaying a Novel Binding Mode," *J. Med. Chem.* 43:3614-3623, American Chemical Society, United States (2000).

Birch, A.J., et al., "Metabolites of *Aspergillus indicus*: The Structure and Some Aspects of the Biosynthesis of Dihydrocanadensolide," *Aust. J. Chem.* 21:2775-2784, CSIR● Publishing, Australia (1968).

Choo, H.-Y.P., et al., "Design and synthesis of α,β-unsaturated carbonyl compounds as potential ACE inhibitors," *Eur. J. Med. Chem.* 35:643-648, Éditions scientifiques et médicales Elsevier SAS, France (2000).

Dethlefsen, L.A., et al. "Toxic Effects of Acute Glutathione Depletion by Buthionine Sulfoximine and Dimethylfumarate on Murine Mammary Carcinoma Cells," *Radiation Res.* 114:215-224, Academic Press, Inc., United States (1988).

Galpin, T.J., et al., "The Synthesis of an Insulin Active Site Analogue," *Tetrahedron* 39(1):149-158, Pergamon Press Ltd., England (1983).

Gerhard, U., et al., "The Free Energy Change of Restricting A Bond Rotation in the Binding of Peptide Analogues to Vancomycin Group Antibiotics," *Bioorganic & Medicinal Chemistry Letters* 3(5):803-808, Pergamon Press Ltd., England (1993).

Gordon, G.B., et al., "Induction of NAD(P)H:quinone reductase in human peripheral blood lymphocytes," *Carcinogenesis* 12(12):2393-2396, ●xford University Press, England (1991).

Griehl, C. and Jeschkeit, H., "α-Aspartyl Peptides by Addition of Amines to N-Maleylamino Acid Derivatives," *Chemistry of Peptides and Proteins* 5/6(Pt. A):99-103, Germany (1993).

Hildebrandt, H., "Pschyrembel Klinisches Wörterbuch 258," *Auflage*, p. 182 and p. 1469, Walter de Gruyter, Berlin, Germany (1998).

Hohenegger, M., et al., "Nephrotoxicity of Fumaric Acid Monoethylester (FA ME)," *Advances in Experimental Medicine and Biology* 252:265-272, Kluwer Academic, United States (1989).

Holroyd, S.E., et al., "Rational Design and Binding of Modified Cell-Wall Peptides to Vancomycin-Group Antibiotics: Factorising Free Energy Contributions to Binding," *Tetrahedron* 49(41):9171-9182, Pergamon Press Ltd, England (1993).

Kamiyama, T., et al., "Ro 09-1679, A Novel Thrombin Inhibitor," *The Journal of Antibiotics* 45(3):424-427, Japan Antibiotics Research Association, Japan (Mar. 1992).

Krstenansky, J.L., et al., "Development of MDL 28,050, a Small Stable Antithrombin Agent Based on a Functional Domain of the Leech Protein, Hirudin," *Thrombosis and Haemostasis* 63(2):208-214, F.K. Schattauer Verlagsgesellschaft mbH (Stuttgart), Germany (1990).

Kuroda, K., et al., "Fumaric Acid Enhances DNA Synthesis of Rat Hepatocytes by Counteracting the Toxicities of Mitomycin C and Aflatoxin B₁," *Jpn. J. Cancer Res.* (*Gann*) 77:750-758, Japanese Cancer Association, Japan (1986).

Biosis Database, Accession No. PREV197662032843, English language abstract for Kuroda, K., et al., "Inhibitory Effect of Capsella-Bursa-Pastoris Extract on Growth of Ehrlich Solid Tumor in Mice," *Cancer Res.* 36(6):1900-1903, American Association for Cancer Research, United States (1976) (Abstract ●nly).

Langlois, M., et al., "Synthesis of symmetrical pseudopeptides as potential inhibitors of the human immunodeficiency virus-1 protease," *Eur. J. Med. Chem.* 29:639-647, Elsevier, Paris, France (1994).

Lehnert, S., et al., "Radiation Response of Drug-Resistant Variants of a Human Breast Cancer Cell Line: The Effect of Glutathione Depletion," *Radiation Res.* 124:208-215, Academic Press, Inc., United States (1990).

Miller A.C., et al., "Posttranscriptional Down-Regulation of *ras* ●ncogene Expression by Inhibitors of Cellular Glutathione," *Molecular and Cellular Biology* 13:4416-4422, American Society for Microbiology, United States (1993).

Mrowietz, U., "Nephrotoxische Wirkung durch Fumarsäure," *Hautarzt* 51:615, Springer-Verlag, Germany (2000).

●dom, R.Y., et al., "Cancer Chemoprotective Agents Inhibition of Human HT29 Colon Carcinoma Cell Proliferation is Reversed by N-Acetyl Cysteine," *Proc. Amer. Assoc. for Cancer Res. Annual* 41:342, Cancer Research, Inc., United States (2000).

●ndrus, V., et al., "A Simple Synthesis of Some Analogues of Natural Antibiotics," *Chem. Papers* 51:164-166, Versita, England (1997).

●rta, T., et al., "Glutathione manipulation and the radiosensitivity of human tumour and fibroblast cell lines," *Int. J. Radiat. Biol.* 68:413-419, Taylor & Francis Ltd., England (1995).

Biosis Database, Accession No. PREV199497368291, English language abstract for Pearl, J.M., et al., "Fumarate-enriched blood cardioplegia results in complete functional recovery of immature myocardium," *Ann. Thorac. Surg.* 57(6):1636-1641, Elsevier, Netherlands (1994) (Abstract ●nly).

Peeters, A.J., et al., "Fumaric Acid Therapy for Psoriatic Arthritis. A Randomized, Double-blind, Placebo-controlled Study," *Br. J. Rheumatol* XXXI(7):502-504, British Association for Rheumatology and Rehabilitation, England (1992).

Pereira, M.A., et al., "Use of azoxymethane-induced foci of aberrant crypts in rat colon to identify potential cancer chemopreventive agents," *Carcinogenesis* 15(5):1049-1054, ●xford University Press, England (1994).

Portoghese, P.S., et al., "Synthesis and Biological Activity of Analogues of β-Chlornaltrexamine and β-Funaltrexamine at ●pioid Receptors," J. Med. Chem. 29:1861-1864, American Chemical Society, United States (1986).

Prochaska, H.J., et al., "Elevation of Glutathione Levels by Phase II Enzyme Inducers: Lack of Inhibition of Human Immunodeficiency Virus Type 1 Replication in Chronically Infected Monocytoid Cells," *Mol. Pharmacol.* 45:916-921, The American Society for Pharmacology and Experimental Therapeutics, United States (1994).

Prochaska, H.J., et aL, "●ltipraz, an inhibitor of human immunodeficiency virus type 1 replication," *Proc. Natl. Acad. Sci. USA* 90:3953-3957, National Academy of Sciences, United States (1993).

Rao, C.V., et al., "Chemoprevention of Azoxymethane-Induced Colon Cancer by Ascorbylpalmitate, Carbenoxolone, Dimethylfumarate and *p*-Methoxyphenol in Male F344 Rats," *Anticancer Res.* 15:1199-1204, Anticancer Research, Greece (1995).

Rao, K.S. and Mishra, S.H., "Antihepatotoxic activity of monomethyl fumarate isolated from *Fumaria indica*," *J. Ethnopharmacol.* 60:207-213, Elsevier Science Ireland Ltd., Ireland (1998).

Roodnat, J.I., et al., "Akute Niereninsuffizienz bei der Behandlung der Psoriasis mit Fumasäure-Estern," *Schweiz. med. Wschr.* 119:826-830, Basel, B. Schwabe & Co., Switzerland (1989) (Abstract ●nly in English).

Rossi, D., et al., "Approach to the Use of Benzylpenicillinacylase for Configurational Correlations of Amino Compounds. 2. Hydrolysis of *N*-(*p*-Aminophenylacetyl) Derivatives of Some Chiral Primary Amines," *J. Org. Chem.* 44:2222-2225, American Chemical Society, United States (1979).

Schirmeister, T., "Aziridine-2,3-dicarboxylic Acid Derivatives as Inhibitors of Papain," *Arch. Pharm. Pharm. Med. Chem.* 329:239-244, VCH Verlagsgesellschaft mbH, Germany (1996).

Biosis Database, Accession No. PREV199699044855, English language abstract for Schmidt, K.N, et al., "Anti-psoriatic drug anthralin activates transcription factor NF-kappa-B in murine keratinocytes,"

**EXHIBIT E**
**Page 63**

## US 8,759,393 B2
Page 7

(56)  **References Cited**

OTHER PUBLICATIONS

*J. Immunol.* 156(11):4514-4519, American Association of Immunologists, United States (1996) (Abstract Only).

Spencer, S.R., et al., "Induction of Glutathione Transferases and NAD(P)H:Quinone Reductase by Fumaric Acid Derivatives in Rodent Cells and Tissues," *Cancer Res.* 50:7871-7875, American Association for Cancer Research, United States (1990).

Steele, V.E., et al., "Preclinical Efficacy Evaluation of Potential Chemopreventive Agents in Animal Carcinogenesis Models: Methods and Results From the NCI Chemoprevention Drug Development Program," *J. Cellular Biochemistry* S20:32-54, Wiley-Liss, Inc., United States (1994).

Su, J.Y.C., et al., "Reduction of $H_2O_2$-evoked, intracellular calcium increases in the rat N 18-RE-105 neuronal cell line by pretreatment with an electrophilic antioxidant inducer," *Neurosci. Lett.* 273:109-112, Elsevier Science Ireland Ltd., Ireland (1999).

Subasinghe, N., et al., "Synthesis of Acyclic and Dehydroaspartic Acid Analogues of Ac-Asp-Glu-OH and Their Inhibition of Rat Brain N-Acetylated α-Linked Acidic Dipeptidase (NAALA Dipeptidase)," *J. Med. Chem.* 33:2734-2744, American Chemical Society, United States (1990).

Vandermeeren, M., et al., "Dimethylfumarate is an Inhibitor of Cytokine-Induced Nuclear Translocation of NF-κB1, But Not Re1A in Normal Human Dermal Fibroblast Cells," *J. Inves. Dermatol.* 116:124-130, The Society for Investigative Dermatology, Inc., United States (2001).

Vandermeeren, M., et al., "Dimethylfumarate Is an Inhibitor of Cytokine-Induced E-Selection, VCAM-1, and ICAM-1 Expression in Human Endothelial Cells," *Biochem. Biophys. Res. Comm.* 234:19-23, Academic Press, United States (1997).

Wang, X., et al., "Enhanced cytotoxicity of mitomycin C in human tumour cells with inducers of DT-diaphorase," *British Journal of Cancer* 80:1223-1230, Cancer Research Campaign, England (1999).

Weinmann, I., et al., "Influence Of Fumaric Acid Derivates On T Lymphocytes In The Murine Model Of HSV-1 Keratitis," *Invest. Opthalmol. Vis. Sci.* 41(4):S146, Association for Research in Vision and Ophthalmology annual meeting, Fort Lauderdale, Florida, United States, Apr. 30-May 5, 2000, United States (2000) (Abstract Only).

International Preliminary Examination Report for International Application No. PCT/EP99/08215, completed Feb. 27, 2001.

Office Action mailed Oct. 2, 2009, in U.S. Appl. No. 12/405,661, Joshi, R.K., et al., filed Mar. 17, 2009 (now U.S. Patent No. 7,803,840 B2).

Preliminary Amendment filed Jun. 20, 2007, in U.S. Appl. No. 11/765,563, Joshi, R.K., et al., filed Jun. 20, 2007 (now U.S. Patent No. 7,612,110 B2).

Supplemental Preliminary Amendment filed Oct. 19, 2007, in U.S. Appl. No. 11/765,563, Joshi, R.K., et al., filed Jun. 20, 2007 (now U.S. Patent No. 7,612,110 B2).

Office Action mailed Dec. 3, 2007, in U.S. Appl. No. 11/765,563, Joshi, R.K., et al., filed Jun. 20, 2007 (now U.S. Patent 7,612,110 B2).

Final Office Action mailed Sep. 9, 2008, in U.S. Appl. No. 11/765,563, Joshi, R.K., et al., filed Jun. 20, 2007 (now U.S. Patent No. 7,612,110 B2).

Response filed Jun. 3, 2008, in U.S. Appl. No. 11/765,563, Joshi, R.K., et al., filed Jun. 20, 2007 (now U.S. Patent No. 7,612,110 B2).

Notice of Allowance mailed Jun. 12, 2009 in U.S. Appl. No. 11/765,563, Joshi, R.K., et al., filed Jun. 20, 2007 (now U.S. Patent No. 7,612,110 B2).

Office Action mailed Mar. 22, 2004, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

Response filed Aug. 6, 2004, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

Notice of Non-compliant Amendment mailed Aug. 19, 2004, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent 7,320,999).

Response filed Aug. 25, 2004, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

Supplemental Amendment filed Nov. 22, 2004, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

Notice of Non-compliant Amendment mailed Dec. 16, 2004, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

Response to Notice of Non-compliant Amendment filed Jan. 5, 2005, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

Office Action mailed Nov. 28, 2005, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

Response filed Feb. 24, 2006, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

Notice of Non-compliant Amendment mailed Mar. 1, 2006, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

Response to Notice of Non-compliant Amendment filed Mar. 10, 2006, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

Office Action mailed Jun. 21, 2006, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

Response to Restriction Requirement dated Jun. 21, 2006, filed Aug. 21, 2006, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

Amendment filed Mar. 2, 2007, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

Office Action mailed May 15, 2007, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

Interview Summary for interview held Aug. 7, 2007, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

Amendment filed Aug. 15, 2007, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

Notice of Allowance mailed Aug. 28, 2007, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

Preliminary Amendment filed May 10, 2001, in U.S. Appl. No. 09/831,620, Joshi, R.K., et al., § 371(c) date May 10, 2001 (now U.S. Patent No. 6,509,376 B1).

Office Action mailed Dec. 7, 2001, in U.S. Appl. No. 09/831,620, Joshi, R.K., et al., § 371(c) date May 10, 2001 (now U.S. Patent No. 6,509,376 B1).

Response filed Dec. 31, 2001, in U.S. Appl. No. 09/831,620, Joshi, R.K., et al., § 371(c) date May 10, 2001 (now U.S. Patent No. 6,509,376 B1).

Office Action mailed Mar. 4, 2002, in U.S. Appl. No. 09/831,620, Joshi, R.K., et al., § 371(c) date May 10, 2001 (now U.S. Patent No. 6,509,376 B1).

Response filed May 20, 2002, in U.S. Appl. No. 09/831,620, Joshi, R.K., et al., § 371(c) date May 10, 2001 (now U.S. Patent No. 6,509,376 B1).

Notice of Allowance mailed Aug. 30, 2002, in U.S. Appl. No. 09/831,620, Joshi, R.K., et al., § 371(c) date May 10, 2001 (now U.S. Patent No. 6,509,376 B1).

Office Action mailed Mar. 12, 2009, in U.S. Appl. No. 11/765,563, Joshi, R.K., et al., filed Jun. 20, 2007 (now U.S. Patent No. 7,612,110 B2).

Office Action mailed Dec. 14, 2007, in U.S. Appl. No. 11/765,578, Joshi, R.K., et al., filed Jun. 20, 2007 (now U.S. Patent No. 7,619,001 B2).

Office Action mailed Jul. 25, 2008, in U.S. Appl. No. 11/765,578, Joshi, R.K., et al., filed Jun. 20, 2007 (now U.S. Patent No. 7,619,001 B2).

Office Action mailed Sep. 15, 2008, in U.S. Appl. No. 11/765,578, Joshi, R.K., et al., filed Jun. 20, 2007 (now U.S. Patent No. 7,619,001 B2).

US 8,759,393 B2

Page 8

(56)       **References Cited**

OTHER PUBLICATIONS

Office Action mailed Mar. 30, 2009, in U.S. Appl. No. 11/765,578, Joshi, R.K., et al., filed Jun. 20, 2007 (now U.S. Patent No. 7,619,001 B2).

Notice of Allowance and Fees Due mailed Jun. 17, 2009, in U.S. Appl. No. 11/765,578, Joshi, R.K., et al., filed Jun. 20, 2007 (now U.S. Patent No. 7,619,001 B2).

Office Action mailed Jan. 19, 2010, in U.S. Appl. No. 12/405,661, Joshi, R.K., et al., filed Mar. 17, 2009 (now U.S. Patent No. 7,803,840 B2).

Office Action mailed May 20, 2010, in U.S. Appl. No. 12/405,661, Joshi, R.K., et al., filed Mar. 17, 2009 (now U.S. Patent No. 7,803,840 B2).

Notice of Allowance and Fees Due mailed Jul. 13, 2010, in U.S. Appl. No. 12/405,661, Joshi, R.K., et al., filed Mar. 17, 2009 (now U.S. Patent No. 7,803,840 B2).

Office Action mailed Mar. 23, 2010, in U.S. Appl. No. 12/405,665, Joshi, R.K., et al., filed Mar. 17, 2009 (now U.S. Patent No. 7,915,310 B2).

Office Action mailed Sep. 9, 2010, in U.S. Appl. No. 12/405,665, Joshi, R.K., et al., filed Mar. 17, 2009 (now U.S. Patent No. 7,915,310 B2).

Notice of Allowance and Fees Due mailed Nov. 24, 2010, in U.S. Appl. No. 12/405,665, Joshi, R.K., et al., filed Mar. 17, 2009 (now U.S. Patent No. 7,915,310 B2).

English language excerpt from Hunziker, T. and Schmidli, J., "Is Psoriasis an Autoimmune Disease?" *Therapeutsiche Umschau* 50:110-113, Determatologische Klinik der Universität Bern, Switzerland (1993).

English language translation of MROWIETZ, U., "Nephrotoxische Wirkung durch Fumarsäure," *Hautarzt* 51:615, Springer-Verlag, Germany (2000).

English Language Translation of German Patent Publication No. DE 28 40 498 B1 (1979) (listed as document FP35 on the accompanying PTO/SB/08/A form).

English language Abstract of Japanese Patent Publication No. JP 9-221428 A, European Patent Office, espacenet database—Worldwide (2010) (listed as document FP36 on the accompanying form PTO/SB/08A).

Anderson, et al., "Aetiology of Multiple Sclerosis," *British Medical Journal* 1(5433):466-467, British Medical Association, England (1965).

"Polyarthritis," Wikipedia.org, accessed at www.en.wikipedia.org/wiki/Polyarthritis, accessed on Sep. 3, 2008, 4 pages.

Roitt, I.M., et al., eds., "23 Autoimmunity and Autoimmune Disease," in *Immunology*, p. 23.1-23.12, Gower Medical Publishing, United States (1985).

Wright, R., "Autoimmune disease of the gastro-intestinal tract," *Postgrad. med. J.* 44:765-768, Blackwell, England (1968).

English language translation of Altmeyer, P. and Nüchel, C., "Systemtherapie der Psoriasis," *Dtsch. med. Wschr.* 121:1605-1607, Georg Thieme Verlag, Germany (1996).

English Language Translation of German Patent Publication No. DT 26 21 214 (corresponding to FP4 on corresponding PTO/SB08/A form).

English language Abstract of German Patent Publication No. DE 38 34 794 A1, European Patent Office, espacenet database—Worldwide (2010) (listed as document FP6 on the accompanying form PTO/SB/08A).

"Design for Pharmaceutical Preparations for oral administration," Kabushiki Kaisha Yakugyo Jihosha, p. 312-317 (1995).

English language translation of "Design for Pharmaceutical Preparations for oral administration," Kabushiki Kaisha Yakugyo Jihosha, p. 312-317 (1995).

Lahti, A., et al., "Acetylsalicylic acid inhibits non-immunologic contact urticaria," *Contact Dermatitis* 16:133-135, Munksgaard International Publishers Ltd., Denmark (1987).

Werdenberg, D., *Stability, Permeability and Pharmacokinetics of Perorally Administered Fumarates*, Doctoral Dissertation submitted to the Swiss Federal Institute of Technology Zurich, pp. 86, 87, 90, 125 (2003).

English language Abstract of International Patent Publication No. WO 2005/027899 A1, European Patent Office, espacenet database—Worldwide (2005) (listed as document FP29 on the accompanying form PTO/SB/08A).

English Language Translation of Sadjak, A. et al., "Nephrotoxische Wirkung von Fumarsaurederivaten," *Deutsch Med. Wochenschr.* 116:478, G. Thieme, Germany (1991).

Dialog File 351, Accession No. 1266465, Derwent WPI English language abstract for DT 25 30 372 A1 (1977) (listed as document FP3 on accompanying form PTO/SB/08A).

Co-pending Application, U.S. Appl. No. 13/465,740, inventor Lukashev, M., filed May 7, 2012 (Not Published).

Co-pending Application, U.S. Appl. No. 13/578,430, inventor Goelz et al., filed Feb. 11, 2011 (Not Published).

Co-pending Application, U.S. Appl. No. 13/612,221, inventor Joshi et al., filed Sep. 26, 2012 (Not Published).

Office Action mailed Aug. 20, 2012, in U.S. Appl. No. 12/884,573, Joshi et al., filed Sep. 17, 2010.

Office Action mailed Jul. 13, 2011, in U.S. Appl. No. 12/526,296, Lukashev et al., §371(c) date Jan. 13, 2011.

Office Action mailed Dec. 15, 2011, in U.S. Appl. No. 12/526,296, Lukashev et al., §371(c) date Jan. 13, 2011.

Office Action mailed May 3, 2012, in U.S. Appl. No. 13/372,426, Lukashev, filed Feb. 13, 2012.

Office Action mailed Aug. 28, 2012, in U.S. Appl. No. 13/465,740, Lukashev, filed May 7, 2012.

Office Action mailed Mar. 20, 2012, in U.S. Appl. No. 12/525,805, Gold, §371(c) date Feb. 1, 2010.

Office Action mailed Mar. 23, 2004, in U.S. Appl. No. 10/148,858, Joshi et al., §371(c) date May 28, 2002 (now U.S. Patent No. 6,858,750).

Office Action mailed Aug. 12, 2003, in U.S. Appl. No. 10/148,858, Joshi et al., §(c) date May 28, 2002 (now U.S. Patent No. 6,858,750).

Office Actyion mailed Feb. 12, 2007, in U.S. Appl. No. 10/250,983, Joshi et al., §371(c) date Jul. 10, 2003 (now abandoned).

Office Action mailed Jul. 20, 2006, in U.S. Appl. No. 10/250,983, Joshi et al., §371(c) dated Jul. 10, 2003 (now abandoned).

Office Action mailed Nov. 14, 2008, in U.S. Appl. No. 11/833,150, Joshi et al., filed Aug. 2, 2007 (now abondoned).

Office Action mailed Jan. 10, 2006, in U.S. Appl. No. 10/433,295, Joshi et al., §371(c) date Jun. 2, 2003 (now Patent No. 7,157,423).

Office Action mailed Apr. 22, 2005, in U.S. Appl. No. 10/433,295, Joshi et al., §371(c) date Jun. 2, 2003 (now Patent No. 7,157,423).

Office Action mailed Sep. 9, 2004, in U.S. Appl. No. 10/433,295, Joshi et al., §371(c) date Jun. 2, 2003 (now Patent No. 7,157,423).

Office Action mailed Dec. 14, 2007, in U.S. Appl. No. 11/421,083, Joshi et al., filed May 31, 2006 (now U.S. Patent No. 7,432,240).

Office Action mailed May 8, 2007, in U.S. Appl. No. 11/421,083, Joshi et al., filed May 31, 2006 (now U.S. Patent No. 7,432,240).

Office Action mailed Nov. 25, 2009, in U.S. Appl. No. 10/511,564, Joshi et al., §371(c) date Oct. 15, 2004 (now Patent No. 7,790,916).

Office Action mailed Apr. 3, 2009, in U.S. Appl. No. 10/511,564, Joshi et al., §371(c) date Oct. 15, 2004 (now Patent No. 7,790,916).

Office Action mailed Aug. 11, 2008, in U.S. Appl. No. 10/511,564, Joshi et al., §371(c) date Oct. 15, 2004 (now Patent No. 7,790,916).

Office Action mailed Apr. 10, 2008, in U.S. Appl. No. 10/511,564, Joshi et al., §371(c) date Oct. 15, 2004 (now Patent No. 7,790,916).

Office Action mailed Oct. 1, 2007, in U.S. Appl. No. 10/511,564, Joshi et al., §371(c) date Oct. 15, 2004 (now Patent No. 7,790,916).

Office Action mailed Apr. 9, 2007, in U.S. Appl. No. 10/511,564, Joshi et al., §371(c) date Oct. 15, 2004 (now Patent No. 7,790,916).

Office Action mailed Apr. 26, 2000, in U.S. Appl. No. 09/194,862, Joshi et al., §371(c) date Apr. 1, 1998 (now U.S. Patent 6,436,992).

Office Action mailed Oct. 31, 2000, in U.S. Appl. No. 09/402,103, Joshi et al., §371(c) date Dec. 8, 1998 (now U.S. Patent 6,277,882).

Office Action mailed May 21, 2001, in U.S. Appl. No. 09/743,978, Joshi et al., §371(c) date Oct. 8, 1999 (now U.S. Patent 6,355,676).

Kolbach, D.N. and Niebor, C., "Fumaric acid therapy in psoriasis: a long-term retrospective study on the effect of fumaric acid combina-

**US 8,759,393 B2**

Page 9

(56)          **References Cited**

OTHER PUBLICATIONS

tion (FAC-EC) therapy and dimethyl-fumaric acid ester (DMFAE) monotherapy," *British Journal of Dermatology* 123:534-535, Blackwell Scientific Publications, England (1990).

Balashov, K.E., et al., "Increased interleukin 12 production in progressive multiple sclerosis: Induction by activated CD4+ T cells via CD40 ligand," *Proc. Natl. Acad. Sci.* 94:559-603, National Academy of Sciences, United States (1997).

Bista, P., et al. "Dimethyl Fumarate Suppresses Inflammation In Vitro via Both Nrf2-Dependent and Nrf2-Independent Pathways," *64th Annual Meeting of the American Academy of Neurology*, 1 page poster, United States (2012).

"BG 12—BG 00012, BG 12/Oral Fumarate, FAG-201, Second Generation Fumarate Derivative—Fumapharm/Biogen Idec," *Drug R. D.* 6(4):229-230, Adis Data Information B.V., Netherlands (2005).

Kappos, L., et al., "Efficacy and safety of oral fumarate in patients with relapsing-remitting multiple sclerosis: a multicentre, randomised, double-blind, placebo-controlled phase IIb study," *Lancet* 372:1463-1472, Lancet Publishing Group, England (2008).

Kappos, L., et al., "The Efficacy of BG●●●12 in Patients With Relapsing-Remitting Multiple Sclerosis: Subgroup Analyses from the Phase 2b Study," *50th Annual Meeting of the American Academy of Neurology*, 7 pages, United States (2008).

Mrowietz, U., et al., "Treatment of Severe psoriasis with fumaric acid esters: scientific background and guidelines for therapeutic use," *British Journal of Dermatology* 141:424-429, British Association of Dermatologists, England (1999).

Wierinckx, A., "Detoxication enzyme inducers modify cytokine production in rat mixed glial cells," *J. Neuroimmun.* 166:132-143, Elsevier B.V., Netherland (2005).

●ffice Action mailed Nov. 13, 2012 in U.S. Appl. No. 13/612,221, Joshi, R. K., et al., filed Sep. 12, 2012.

De Haan, P. and Lerk, C.F., "●ral controlled release dosage forms. A review," *Pharmaceutisch Weekblad Scientific Edition* 6:57-67, Ultrecht, Bohn, Scheltema & Holkema, the Netherlands (1984).

Galeone, M., et al., "In Vivo Demonstration of DeliveryMechanisms From Sustained-Release Pellets," *Current Therapeutic Research* 29(1):217-234, Therapeutic Research Press, Inc., United States (1981).

Howard, M., et al., "Biological Properties of Interleukin 10," *Journal of Clinical Immunology* 12(4):239-247, Plenum Publishing Company, United States (1992).

Kunst, L., "Fumaarzuurtherapie bij Psoriasis" *TIG* 14-6:243-251, the Netherlands (1998).

English translation of Kunst, L., et al., "Fumaarzuurtherapie bij Psoriasis" *TIG* 14-6:243-251, the Netherlands (1998).

Mier, J. and Segura, C of Nafar Laboratories, S.A. de C.V., Initial Submission to the General Director of the Mexican Institute of Industrial Property, "Solitud de declaración administrative de nulidad de la Patente 221370 'US● de Dialquifumaratos'," dated ●ct. 4, 2013, filed ●ct. 9, 2013.

Mier, J. and Segura, C. of Nafar Laboratories, S.A. de C.V., Initial Submission to the General Director of the Mexican Institute of Industrial Property, "Application for Administrative Declaration of Invalidity of Patent No. 221370 'Utilization of Dialkyl Fumarates'," dated ●ct. 4, 2013, filed ●ct. 9, 2013.

Juárez, M. A. P. of Clarke, Modet & C° México representing Fumapharm AG., ●riginal Spanish Submission to the General Director of the Mexican Institute of Industrial Property in response to the Initial Submission by Nafar Laboratorios, S.A. de C.V. (NPL293 and NPL 294), dated Jan. 7, 2014.

English language summary of substantive arguments made in the original Spanish submission dated Jan. 7, 2014 (NPL295).

* cited by examiner

US 8,759,393 B2

**1**

### UTILIZATION OF DIALKYLFUMARATES

#### REFERENCE TO RELATED APPLICATIONS

This is a Division of commonly-owned copending application Ser. No. 09/831,620, filed May 10, 2001, which is a 371 continuation of PCT Application PCT/EP99/08215, filed Oct. 29, 1999, the text of which is not in English, which PCT Application claims priority on German Application No. 198 53 487.6, filed Nov. 19, 1998, the text of which is not in English.

#### DESCRIPTION

The present invention relates to the use of dialkyl fumarates for preparing pharmaceutical preparations for use in transplantation medicine or the therapy of autoimmune diseases and pharmaceutical preparations in the form of micro-tablets or micro-pellets containing dialkyl fumarates.

On the one hand, therefore, it relates especially to the use of dialkyl fumarates for preparing pharmaceutical preparations for the treatment, reduction or suppression of rejection reactions of the transplant by the recipient, i.e. host-versus graft reactions, or rejection of the recipient by the transplant, i.e. graft-versus-host reactions. On the other hand, it relates to the use of dialkyl fumarates for preparing pharmaceutical preparations for treating autoimmune diseases such as polyarthritis, multiple sclerosis, juvenile-onset diabetes, Hashimoto's thyroiditis, Grave's disease, systemic Lupus erythematodes (SLE), Sjogren's syndrome, pernicious anaemia and chronic active (=lupoid) hepatitis.

Both graft rejection and autoimmune diseases are based on medically undesirable reactions or dysregulation of the immune system. Cytokins such as interleukins or tumour necrose factor $\alpha$ (TNF-$\alpha$) are substantial mediators influencing the immune system. In general, both are treated by the administration of immunosuppressive agents such as cyclosporine.

In the overall result, autoimmune diseases may be defined as the failure of the tolerance of endogenic substances or antigens. As a rule, this tolerance can be maintained only if the antigens keep coming into contact with immunological cells. When this tolerance is lost, autoantibodies are formed, i.e. a humoral immoresponse against endogenic tissue. The exact nature of the involvement of TNF-$\alpha$ is not known.

Transplantations are tissue or organ transplantations, i.e. the transfer of tissues such as cornea, skin, bones (bone chips), vessels or fasciae, of organs such as kidney, heart, liver, lung, pancreas or intestines, or of individual cells such as islet cells, $\alpha$-cells and liver cells, the kidney having the greatest significance as a transplanted organ.

According to the degree of relationship between the donor and the recipient we differentiate between autotransplantation (transfer to another part of the body of the same individual), iso-transplantation (transfer to another, genetically identical individual) and allogenic transplantation (transfer to another individual of the same species). Depending on the site of origin and transplantation, we further differentiate between homotopic transplantation (transfer to the same site) and heterotopic transplantation (transfer to a different site). The above-mentioned transplantations play an important role in modern medicine.

A major problem in transplantation medicine is graft rejection after transplantation of the tissue, organ or cell by immunological defense reactions of the recipient. Such a graft rejection is also called host-versus-graft reaction. The immunological defense reaction of the organism against the hetero-

**2**

protein often results in rejection or dissolution of the grafts. In host-verses-graft reactions, different stages may be distinguished. Depending on the degree of difference between the recipient and the donor, this reaction takes place at different speeds so that we speak of an acute, sub-acute or chronic reaction. The acute rejection process is accompanied by the irreversible loss of the transplant (necrotisation) as a result of arteritis or arteriolitis within 48 hours and cannot be influenced by the administration of drugs. The sub-acute rejection reaction becomes manifest as a rejection crisis from day 12 to month 4 with reversible functional disorders as a result of a transplant vasculopathy. Finally, the loss of function of the transplant as a result of vascular changes such as obliterating arteriopathy, which proceeds over weeks or years and can practically not be influenced by drugs, is termed a chronic rejection reaction.

Vice-versa, rejection reactions of the transplant against the recipient, the so-called graft-versus-host reactions, may occur when immunocompetent tissues are transplanted, i.e. primarily in bone marrow transplantation. Again, the severity of the reaction is graded, and substantially similar complications result as in host-versus-graft-reactions, namely arteriopathies and necroses.

To avoid such rejection reactions, i.e. the host-versus-graft reaction and the graft-versus-host reaction, transplantation medicine essentially makes use of immunosuppression, i.e. a weakening of the normal immunoresponse. For this purpose, anti-lymphocyte sera are often used in combination with corticosteroids and so-called anti-metabolites, e.g. purine analogues such as 6-mercaptopurine and thioguanine which affect the nucleic acid and protein synthesis and thus prevent cell division and proliferation. This leads to suppression of the production of antibodies and the cellular immune response. The immunosuppressive agents used for therapy are substances which suppress or weaken the immunoreaction in the body either specifically or non-specifically. Non-specific immunosuppressive agents are cytostatic agents such as, for example, alkylating agents or antimetabolites.

In addition, active ingredients are known which cause at least partial specific immunosuppression, such as corticosteroids, antisera, antibodies FK-506, tacrolimus, mycophenolatemofetil and primarily cyclosporines such as cyclosporine A. As a result of using modern immunosuppressive agents, the most important representatives of which are the cyclosporines, especially cyclosporine A, it was possible to improve the results of transplantation considerably over the last few years. At present, the survival rate after one year is about 60% for liver transplantations, about 80% for heart transplantations and over 90% for kidney transplantations.

Autoimmune diseases where the endogenic immune system attacks endogenic organs, tissues and cells are comparable to graft-versus-host reactions. These are also medically undesirable reactions of the immune system which may be treated with immunosuppressive agents, too.

The danger in using immunosuppressive agents lies in weakening the body's defense against infectious diseases and the increased risk of malignant diseases. Therefore, it is the object of the invention to provide a pharmaceutical preparation to be employed in transplantation medicine which may be used to treat, especially to suppress, weaken and/or alleviate host-versus-graft reactions and graft-versus-host reactions, but does not have the above disadvantage.

It is another object of the invention to provide a pharmaceutical preparation which may be employed for treating autoimmune diseases, particularly polyarthritis, multiple sclerosis, juvenile-onset diabetes, Hashimoto's thyroiditis, Grave's disease, systemic Lupus erythematodes (SLE), Sjogren's syndrome, pernicious anaemia and chronic active (=lupoid) hepatitis, without the disadvantages of immunosuppression.

US 8,759,393 B2

**3**

The object of the invention is achieved by using certain dialkyl fumarates for preparing pharmaceutical preparations for use in transplantation medicine and for the therapy of autoimmune diseases and pharmaceutical preparations in the form of micro-tablets and micro-pellets containing these dialkyl fumarates. The individual subject matters of the invention are characterized in detail in the claims. The preparations according to the invention do not contain any free fumaric acids per se.

It is known that pharmaceutical preparations which, upon biological degradation after administration, enter into the citric acid cycle or are part thereof gain increasing therapeutic significance—especially when given in high dosages—since they can alleviate or heal diseases caused cryptogenetically.

Fumaric acid, for example, inhibits the growth of the Ehrlich ascites tumour in mice, reduces the toxic effects of mitomycin C and aflatoxin and displays antipsoriatic and antimicrobial activity. When administered parenterally, transdermally and especially perorally, high dosages of fumaric acid or its derivatives known so far such as dihydroxyl fumaric acid, fumaramide and fumaronitrile have such unacceptably severe side effects and high toxicity that, in most cases, such a therapy had to be abandoned in the past.

Surprisingly, investigations carried out by the applicant have shown that methyl hydrogen fumarate, a metabolite of the dimethyl fumarate, initially increases the endotoxin-stimulated TNF-$\alpha$, secretion in human mononuclear cells of periphere blood (periphere blood mononuclear cells=PBMC cells) and in isolated monocytes. In addition, the applicant was able to show that fumaric acid has an effect on in vitro and in vivo haemagglutination which is comparable to that of cyclosporine.

Surprisingly, it has now been found that dialkyl fumarates are advantageous for preparing pharmaceutical compositions for use in transplantation medicine and for the therapy of autoimmune diseases. This is because compositions containing such dialkyl fumarates surprisingly permit a positive modulation of the immune system in host-versus-graft reactions, graft-versus-host reactions and other autoimmune diseases.

European Patent Application 0188 749 already describes fumaric acid derivatives and pharmaceutical compositions containing the same for the treatment of psoriasis. Pharmaceutical compositions for the treatment of psoriasis containing a mixture of fumaric acid and other fumaric acid derivatives are known from DE-A-25 30 372. The content of free fumaric acid is obligatory for these medicaments.

DE-A-26 21 214 describes medicaments containing the fumaric acid monoethyl ester and its mineral salts as active ingredient for the treatment of psoriasis. The publication "Hautarzt (*Dermatologist*) (1987) 279-285" discusses the use of fumaric acid monoethyl ester salts. Pharmaceutical preparations containing a mixture of fumaric acid monoalkyl ester salts and a fumaric acid diester for the treatment of psoriasis, psoriatic arthritis, neurodermatitis and enteritis regionalis Crohn are known from EP 0 312 697 B1.

Specifically, the object of the invention is achieved by the use of one or more dialkyl fumarates of the formula

$$R_2-OOC-C(H)=C(H)-COO-R_1$$

**4**

wherein $R_1$ and $R_2$, which may be the same or different, independently represent a linear, branched or cyclic, saturated or unsaturated $C_{1-20}$ alkyl radical which may be optionally substituted with halogen (Cl, F, I, Br), hydroxy, $C_{1-4}$ alkoxy, nitro or cyano for preparing a pharmaceutical preparation for use in transplantation medicine or for the therapy of autoimmune diseases.

The $C_{1-20}$ alkyl radicals, preferably $C_{1-8}$ alkyl radicals, most preferably $C_{4-5}$ alkyl radicals are, for example, methyl, ethyl, n-propyl, isopropyl, n-butyl, sec-butyl, t-butyl, pentyl, cyclopentyl, 2-ethyl hexyl, hexyl, cyclohexyl, heptyl, cycloheptyl, octyl, vinyl, allyl, 2-hydroxyethyl, 2 or 3-hydroxy propyl, 2-methoxy ethyl, methoxy methyl or 2- or 3-methoxy Propyl. Preferably at least one of the radicals $R_1$ or $R_2$ is $C_{1-5}$ alkyl, especially methyl or ethyl. More preferably, $R_1$ and $R_2$ are the same or different $C_{1-5}$ alkyl radicals such as methyl, ethyl, n-propyl or t-butyl, methyl and ethyl being especially preferred. Most preferably, $R_1$ and $R_2$ are identical and are methyl or ethyl. Especially preferred are the dimethyl fumarate, methyl ethyl fumarate and diethyl fumarate.

The dialkyl fumarates to be used according to the invention are prepared by processes known in the art (see, for example, EP 0 312 697).

Preferably, the active ingredients are used for preparing oral preparations in the form of tablets, micro-tablets, pellets or granulates, optionally in capsules or sachets. Preparations in the form of micro-tablets or pellets, optionally filled in capsules or sachets are preferred and are also a subject matter of the invention. The oral preparations may be provided with an enteric coating. Capsules may be soft or hard gelatine capsules.

The dialkyl fumarates used according to the invention may be used alone or as a mixture of several compounds, optionally in combination with the customary carriers and excipients. The amounts to be used are selected in such a manner that the preparations obtained contain the active ingredient in an amount corresponding to 10 to 300 mg of fumaric acid.

Preferred preparations according to the invention contain a total amount of 10 to 300 mg of dimethyl fumarate and/or diethyl fumarate.

According to a preferred embodiment, the size or the mean diameter, respectively, of the pellets or micro-tablets is in the range from 300 to 2,000 μm, especially in the range of 500 or 1,000 μm.

In addition to graft-versus-host reactions (see above), the following autoimmune diseases to be treated may be named: polyarthritis, multiple sclerosis, graft-versus-host reactions, juvenile-onset diabetes, Hashimoto's thyroiditis, Grave's disease, systemic Lupus erythematodes (SLE), Sjogren's syndrome, pernicious anaemia and chronic active (lupoid) hepatitis. Autoimmune diseases in a wider meaning also comprise psoriasis, psoriatic arthritis, neurodermatitis and enteritis regionalis Crohn.

In addition to the preparations for peroral administration in the form of micro-pellets, micro-tablets, capsules (such as soft and hard gelatine capsules), granulates and tablets cited above, suitable pharmaceutical preparations are preparations for cutaneous and transdermal administration in the form of ointments, plasters, lotions or shower preparations and for parenteral administration in the form of aqueous micro-dispersions, oil-in-water emulsions or oily solutions for rectal administration of suppositories or micro-enemas. Pharmaceutical preparations in the form of micro-tablets or micro-pellets are preferred for the therapy of all autoimmune diseases mentioned above, including psoriasis, psoriatic arthritis, neurodermatitis and enteritis regionalis Crohn and are also a subject matter of the invention.

US 8,759,393 B2

**5**

According to the invention, a therapy with dialkyl fumarates may also be carried out in combination with one or more preparations of the triple drug therapy customarily used in organ transplantations or with cyclosporine A alone. For this purpose, the preparations administered may contain a combination of the active ingredients in the known dosages or amounts, respectively. Likewise, the combination therapy may consist of the parallel administration of separate preparations, by the same or different routes. Optionally, the dosage of the active ingredient contained in addition to the dose of the fumaric acid derivative administered in accordance with the invention may be reduced advantageously.

Another embodiment of the use according to the invention is to alternate the drug therapy with immunosuppressive agents such as cyclosporine in sequence with an application of the above-mentioned dialkyl fumarate. This means that an application of fumaric acid derivatives as defined above over one or more weeks may follow a cyclosporine therapy of one or more weeks. This permits reduction of the Cyclosporine A dosage resulting in a considerable decrease of the rate of side effects in long-term therapy.

By administration of the dialkyl fumarates in the form of micro-tablets, which is preferred, gastrointestinal irritations and side effects, which are reduced already when conventional tablets are administered but is still observed, may be further reduced vis-a-vis fumaric acid derivatives and salts.

It is presumed that, upon administration of conventional tablets, the ingredients of the tablet are released in the intestine in a concentration which is too high, causing local irritation of the intestinal mucous membrane. This local irritation results in a short-term release of very high TNF-$\alpha$ concentrations which may be responsible for the gastrointestinal side effects. In case of application of enteric-coated micro-tablets in capsules, on the other hand, very low local concentrations of the active ingredients in the intestinal epithelial cells are achieved. The micro-tablets are incrementally released by the stomach and passed into the small intestine by peristaltic movements so that distribution of the active ingredients is improved.

This means that enteric-coated micro-tablets in the same dosage are distributed already in the stomach and passed to the intestine in portions, where the active ingredients are released in smaller dosages. This avoids local irritation of the intestinal epithelial cells and the release of TNF-$\alpha$. It is assumed that this results in the improved tolerance of micro-tablets in the gastrointestinal tract vis-a-vis conventional tablets.

In addition, resorption is improved, because the dialkyl fumarates to be used according to the invention are not the active ingredient per se, but a so-called prodrug, which must be converted into the active ingredient in the body.

In order to illustrate the use according to the invention, different examples for preparing preferred drugs are given below.

PRODUCTION EXAMPLES

In principle, the oral preparations according to the invention in the form of tablets or micro-tablets may be prepared by classical tabletting processes. Instead of such classical tabletting processes, other methods for the preparation of tablets may be used, such as direct tabletting and processes for preparing solid dispersions in according with the melt method and the spray drying method.

The tablets may be provided with an enteric coating. The enteric coating may be applied in a classical coating pan or

**6**

sprayed on or applied in a fluidised bed apparatus. The tablet may also be provided with a film coat.

Example 1

Preparation of Enteric-Coated Micro-Tablets in Capsules Containing 120.0 Mg of Dimethyl Fumarate, which Corresponds to 96 Mg of Fumaric Acid

Taking the necessary precautions (breathing mask, gloves, protective clothing, etc.), 12.000 kg of dimethyl fumarate are crushed, mixed and homogenized by means of a sieve 800. Then an excipient mixture with the following composition is prepared: 17.50 kg of starch derivative (STA-RX® 1500), 0.30 kg of microcrystalline cellulose (Avicel® PH 101), 0.75 kg of PVP (Kollidon® 120), 4.00 kg of Primogel®, 0.25 kg of colloidal silicic acid (Aerosil®). The active ingredient is added to the entire powder mixture, mixed, homogenized by means of a sieve 200, processed in the usual manner with a 2% aqueous solution of polyvidon pyrrolidone (Kollidon® K25) to obtain a binder granulate and then mixed in the dry state with the outer phase. Said outer phase consists of 0.50 kg of Mg stearate and 1.50 kg of talcum.

Then the powder mixture is compressed in the usual manner to obtain convex tablets having a gross weight of 10.0 mg and a diameter of 2.0 mm.

One example to achieve resistance to gastric acid is to dissolve a solution of 2.250 kg of hydroxy propyl methyl cellulose phthalate (HPMCP, Pharmacoat® HP 50) in portions in a mixture of the following solvents: 13.00 l of acetone, 13.50 l of ethanol (94 wt.-%, denatured with 2% of ketone) and 1.50 l of demineralised water. As a plasticiser, castor oil (0.240 kg) is added to the finished solution and applied in portions onto the tablet cores in the customary manner.

After drying is completed, a suspension of the following composition is applied as a film coat in the same apparatus: 0.340 kg of talcum, 0.400 kg of titanium(VI) oxide Cronus RN 56, 0.324 kg of coloured lacquer L-Rot-lack 86837, 4.800 kg of Eudragit E 12.5% and 0.120 kg of polyethylene glycol 6000, pH 11 XI in a solvent mixture of the following composition: 8.170 kg of 2-propanol, 0.200 kg of demineralised water and 0.600 kg of glycerine triacetate (Triacetin).

After that the enteric-coated micro-tablets are filled into hard gelatine capsules having a net weight of 400 mg and sealed.

Example 2

Preparation of Enteric-Coated Micro-Tablets in Capsules Containing 120.0 Mg of Dimethyl Fumarate, which Corresponds to 96 Mg of Fumaric Acid

12.000 kg of dimethyl fumarate are crushed and homogenized as above. Then an excipient mixture composed as follows is prepared: 23.20 kg of microcrystalline cellulose (Avicel® PH 200), 3.00 kg of Croscarmellose sodium (AC-Di-SOL-SD-711), 2.50 kg of talcum, 0.10 kg of anhydrous silica (Aerosil® 200) and 1.00 kg of Mg stearate. The active ingredient is then added to the entire powder mixture and mixed homogenously. By means of direct tabletting, the powder mixture is then pressed into convex tablets having a gross weight of 10.0 mg and a diameter of 2.00 mm.

After that, a solution of 0.94 Eudragit® L in isopropanol is prepared which also contains 0.07 kg of dibutyl phthalate.

US 8,759,393 B2

**7**

This solution is sprayed onto the tablet cores. After that, a dispersion of 17.32 kg of Eudragit® L D-55 and a mixture of 2.80 kg of microtalcum, 2.00 kg of Macrogol 6000 and 0.07 kg of dimeticon in water is prepared and sprayed onto the cores.

Next, the enteric-coated micro-tablets are filled into hard gelatine capsules having a net weight of 650 mg and sealed.

### Example 3

#### Preparation of Micro-Pellets in Capsules Containing 50.0 Mg of Dimethyl Fumarate, which Corresponds to 40 Mg of Fumaric Acid

5.000 kg of dimethyl fumarate are crushed and homogenized as above. In addition, 2 l of a 20% (m/v) polyvinyl pyrrolidone solution (Kollidon K-30) in ethanol are prepared. 7.250 kg of nonpareilles pellets in a coating pan are sprayed with part of the Kollidon K-30 solution until slightly humid. Then the active ingredient is added in portions until the pellets are dry. This procedure of humidification/drying is continued until all of the active ingredient mixture has been added. Then the pellets are moved around until completely dry.

After that, the pellets are filled into hard gelatine capsules (126.5 mg pellets/capsule).

### Example 4

#### Preparation of Enteric-Coated Capsules Containing 110.0 Mg of Dimethyl Fumarate, which Corresponds to 88 Mg of Fumaric Acid

11.000 kg of dimethyl fumarate are intensely mixed in a mixture consisting of 14.00 kg of starch, 5.65 kg of lactose, 2.00 kg of microcrystalline cellulose (Avicel®), 1.00 kg of polyvinyl pyrrolidone (Kollidon® 25) and 2.443 kg of Primogel® and, taking the necessary precautions (breathing mask, gloves, protective clothing), homogenized by means of a sieve 800.

Using a 2% aqueous solution of polyvinyl pyrrolidone (Kollidon® K25), the entire powder mixture is processed into a binder granulate in the customary manner and mixed with the outer phase when dry. Said outer phase consists of 0.350 kg of colloidal silicic acid (Aerosil®), 0.500 kg of Mg stearate and 1.500 kg of talcum. The homogenous mixture is filled into suitable capsules in portions of 400 mg which are then provided with an enteric coating consisting of hydroxy propyl methyl cellulose stearate and castor oil as plasticiser in the customary manner. Instead of using hard gelatine capsules, the product may also be filled into suitable enteric-coated capsules consisting of a mixture of cellulose acetate phthalate (CAP) and hydroxy propyl methyl cellulose phthalate (HP-MCP).

In comparison with substances of the prior art such as cyclosporine, which may cause massive kidney disorders or diseases of the lymphoproliferative system, a therapy with fumaric acid derivatives according to the invention for the indications listed above rarely results in serious side effects.

**8**

Among other things, the immunosuppressive effect of cyclosporine is caused by the inhibition of Th-1 cell formation. As in vitro experiments of the applicant have shown, fumarates cause a shift of the cytokine pattern of the Th1 type to the cytokine pattern of the Th2 type.

Especially in view of the long-term therapy and prevention which is always necessary in graft-versus-host reactions and host-versus-graft reactions or other autoimmune diseases such as multiple sclerosis, the unexpected effect of the use according to the invention is of the greatest interest. In a combination therapy of cyclosporine with the fumaric acid derivatives, the toxic side effects of the former compounds may be unexpectedly reduced to a substantial degree. In addition, the use according to the invention is also significant in the substitution of the corticosteroid therapy of autoimmune diseases which is known to be accompanied by severe side effects.

That which is claimed is:

1. A pharmaceutical preparation, comprising dimethyl fumarate, wherein the pharmaceutical preparation is in the form of microtablets.

2. The pharmaceutical preparation of claim 1, wherein the microtablets are enteric coated.

3. The pharmaceutical preparation of claim 2, wherein the mean diameter of the microtablets ranges from 300 μm to 2,000 μm, exclusive of any coating on the microtablets.

4. The pharmaceutical preparation of claim 3, wherein the mean diameter of the microtablets is about 2,000 μm, exclusive of any coating on the microtablets.

5. The pharmaceutical preparation of claim 4, wherein the preparation contains 10 mg to 300 mg of dimethyl fumarate.

6. The pharmaceutical preparation of claim 5, wherein the preparation contains about 120 mg of dimethyl fumarate.

7. The pharmaceutical preparation of claim 5, wherein the microtablets are contained in one or more capsules.

8. A pharmaceutical preparation, comprising an active ingredient, wherein the pharmaceutical preparation is in the form of microtablets and the active ingredient consists of dimethyl fumarate.

9. The pharmaceutical preparation of claim 8, wherein the mean diameter of the microtablets is about 2,000 μm, exclusive of any coating on the microtablets.

10. The pharmaceutical preparation of claim 9, wherein the preparation contains 10 mg to 300 mg of dimethyl fumarate.

11. The pharmaceutical preparation of claim 10, wherein the preparation contains about 120 mg of dimethyl fumarate.

12. The pharmaceutical preparation of claim 10, wherein the microtablets are enteric coated and are contained in one or more capsules.

13. A pharmaceutical preparation consisting essentially of an active ingredient and one or more carriers and excipients, wherein the active ingredient is dimethyl fumarate and the preparation contains 10 mg to 300 mg of dimethyl fumarate, and wherein the pharmaceutical preparation is in the form of microtablets and the mean diameter of the microtablets is about 2,000 μm, exclusive of any coating on the microtablets.

* * * * *

# EXHIBIT F



US008399514B2

(12) **United States Patent**
Lukashev et al.

(10) Patent No.: **US 8,399,514 B2**
(45) **Date of Patent:** **Mar. 19, 2013**

(54) **TREATMENT FOR MULTIPLE SCLEROSIS**

(75) Inventors: **Matvey E. Lukashev**, Tewksbury, MA (US); **Gilmore O'Neill**, Medford, MA (US)

(73) Assignee: **Biogen Idec MA Inc.**, Cambridge, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/372,426**

(22) Filed: **Feb. 13, 2012**

(65) **Prior Publication Data**

US 2012/0196931 A1     Aug. 2, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 12/526,296, filed as application No. PCT/US2008/001602 on Feb. 7, 2008, now abandoned.

(60) Provisional application No. 60/888,921, filed on Feb. 8, 2007.

(51) **Int. Cl.**
*A61K 31/22* (2006.01)

(52) **U.S. Cl.** ....................................................... **514/549**

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,515,974 A | 5/1985 | Zecher et al. |
| 4,746,668 A | 5/1988 | Sato et al. |
| 4,851,439 A | 7/1989 | Speiser et al. |
| 4,959,389 A | 9/1990 | Speiser et al. |
| 5,149,695 A | 9/1992 | Speiser et al. |
| 5,214,196 A | 5/1993 | Blank |
| 5,242,905 A | 9/1993 | Blank |
| 5,359,128 A | 10/1994 | Blank |
| 5,424,332 A | 6/1995 | Speiser et al. |
| 5,451,667 A | 9/1995 | Speiser et al. |
| 5,538,968 A | 7/1996 | Chiesi et al. |
| 5,548,059 A | 8/1996 | Bayley et al. |
| 5,972,363 A | 10/1999 | Clikeman et al. |
| 6,277,882 B1 | 8/2001 | Joshi et al. |
| 6,355,676 B1 | 3/2002 | Joshi et al. |
| 6,359,003 B1 | 3/2002 | Joshi et al. |
| 6,436,992 B1 | 8/2002 | Joshi et al. |
| 6,509,376 B1 | 1/2003 | Joshi et al. |
| 6,812,248 B2 | 11/2004 | Zhang et al. |
| 6,858,750 B2 | 2/2005 | Joshi et al. |
| 7,056,950 B2 | 6/2006 | Rath |
| 7,157,423 B2 | 1/2007 | Joshi et al. |
| 7,279,331 B2 | 10/2007 | Black et al. |
| 7,320,999 B2 | 1/2008 | Joshi et al. |
| 7,364,900 B2 | 4/2008 | Black et al. |
| 7,417,045 B2 | 8/2008 | Anilkumar et al. |
| 7,432,240 B2 | 10/2008 | Joshi et al. |
| 7,612,110 B2 | 11/2009 | Joshi et al. |
| 7,619,001 B2 | 11/2009 | Joshi et al. |
| 7,638,119 B2 | 12/2009 | Johnson et al. |
| 7,790,916 B2 | 9/2010 | Joshi et al. |
| 7,803,840 B2 | 9/2010 | Joshi et al. |
| 7,871,977 B2 | 1/2011 | Rischer et al. |
| 7,906,659 B2 | 3/2011 | Joshi et al. |
| 7,915,310 B2 | 3/2011 | Joshi et al. |
| 8,067,467 B2 | 11/2011 | Joshi et al. |
| 2003/0176365 A1 | 9/2003 | Blass |
| 2004/0054001 A1 | 3/2004 | Joshi et al. |
| 2005/0245612 A1 | 11/2005 | Blass |
| 2007/0027076 A1 | 2/2007 | Joshi et al. |
| 2008/0089861 A1 | 4/2008 | Went et al. |
| 2008/0233185 A1 | 9/2008 | Joshi et al. |
| 2010/0130607 A1 | 5/2010 | Gold |
| 2011/0112196 A1 | 5/2011 | Lukashev |
| 2011/0124615 A1 | 5/2011 | Joshi et al. |
| 2011/0293711 A1 | 12/2011 | Joshi et al. |
| 2012/0165404 A1 | 6/2012 | Lukashev |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2248955 A1 | 5/1997 |
| CN | 1125141 A | 6/1996 |
| DE | 25 30 372 A1 | 1/1977 |
| DE | 26 21 214 A1 | 11/1977 |
| DE | 28 40 498 B1 | 8/1979 |
| DE | 38 34 794 A1 | 4/1990 |
| DE | 197 21 099 A1 | 11/1998 |
| EP | 0 188 749 A2 | 7/1986 |
| EP | 0 312 697 A2 | 4/1989 |
| EP | 0 518 388 A2 | 12/1992 |
| EP | 0 793 966 A1 | 9/1997 |
| EP | 0 852 233 A1 | 7/1998 |
| GB | 2 291 422 A | 1/1996 |
| JP | 54-80439 A | 6/1979 |
| JP | 6-345644 A | 12/1994 |
| JP | 8-99906 A | 4/1996 |
| JP | 9-221428 A | 8/1997 |
| RU | 2 189 813 C1 | 9/2002 |
| WO | WO 89/01930 A1 | 3/1989 |
| WO | WO 94/28883 A1 | 12/1994 |
| WO | WO 95/25102 A1 | 9/1995 |
| WO | WO 96/01122 A1 | 1/1996 |
| WO | WO 96/08970 A1 | 3/1996 |
| WO | WO 97/09984 A1 | 3/1997 |
| WO | WO 97/13504 A1 | 4/1997 |

(Continued)

OTHER PUBLICATIONS

Thomson Innovation Patent Record, DWPI Accession No. 1979-58797B, English Abs. language Abstract of Japanese Patent Publication No. 54-80439 A, (1979).

(Continued)

*Primary Examiner* — John Ulm

(74) *Attorney, Agent, or Firm* — Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **ABSTRACT**

Provided are certain methods of screening, identifying, and evaluating neuroprotective compounds useful for treatment of neurological diseases, such as, e.g., multiple sclerosis (MS). The compounds described upregulate the cellular cytoprotective pathway regulated by Nrf2. Also provided are certain methods of utilizing such compounds in therapy for neurological disease, particularly, for slowing or reducing demyelination, axonal loss, or neuronal and oligodendrocyte death.

**20 Claims, 4 Drawing Sheets**

US 8,399,514 B2

Page 2

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| W● | W● 97/44054 A2 | 11/1997 |
| W● | W● 97/48405 A1 | 12/1997 |
| W● | W● 98/04290 A2 | 2/1998 |
| W● | W● 98/27970 A2 | 7/1998 |
| W● | W● 99/21565 A1 | 11/1998 |
| W● | W● 01/59072 A1 | 8/2001 |
| W● | W● 02/02190 A2 | 1/2002 |
| W● | W● 02/38142 A2 | 5/2002 |
| W● | W● 02/064129 A2 | 8/2002 |
| W● | W● 03/020908 A2 | 3/2003 |
| W● | W● 03/032969 A2 | 4/2003 |
| W● | W● 2005/023241 A1 | 3/2005 |
| W● | W● 2005/027899 A1 | 3/2005 |
| W● | W● 2006/037342 A2 | 4/2006 |
| W● | W● 2006/050730 A1 | 5/2006 |
| W● | W● 2006/055871 A2 | 5/2006 |
| W● | W● 2006/088836 A2 | 8/2006 |
| W● | W● 2006/088837 A2 | 8/2006 |
| W● | W● 2006/088840 A1 | 8/2006 |
| W● | W● 2006/088919 A2 | 8/2006 |
| W● | W● 2006/088920 A1 | 8/2006 |
| W● | W● 2006/088921 A2 | 8/2006 |
| W● | W● 2006/091428 A2 | 8/2006 |
| W● | W● 2007/005879 A2 | 1/2007 |
| W● | W● 2007/006307 A1 | 1/2007 |
| W● | W● 2007/042034 A1 | 4/2007 |
| W● | W● 2007/042035 A2 | 4/2007 |
| W● | W● 2008/096271 A2 | 8/2008 |
| W● | W● 2008/097596 A2 | 8/2008 |
| W● | W● 2011/100589 A1 | 8/2011 |

## OTHER PUBLICATIONS

English language Abstract of German Patent Publication No. DE 38 34 794 A1, European Patent ●ffice, Espacenet database—Worldwide (2001).

English language Abstract of Japanese Patent Publication No. JP 6-345644 A, European Patent ●ffice, Espacenet database—Worldwide (2001).

English language Abstract of Japanese Patent Publication No. JP 8-99906 A, European Patent ●ffice, Espacenet database—Worldwide (2001).

English language Abstract of Japanese Patent Publication No. JP 9-221428 A, European Patent ●ffice, Espacenet database—Worldwide (2001).

English language Abstract of WIP● Patent Publication No. W● 97/48405 A1, European Patent ●ffice, Espacenet database—Worldwide (2001).

English language Abstract of Russian Patent Publication No. RU 2 189 813 C1, European Patent ●ffice, Espacenet database—Worldwide (2002).

English language Abstract of WIP● Patent Publication No. W● 2005/027899 A1, European Patent ●ffice, Espacenet database—Worldwide (2005).

Altmeyer, P.J., et al., "Antipsoriatic effect of fumaric acid derivatives Results of a multicenter double-blind study in 100 patients," *Journal of the American Academy of Dermatology* 30(6):977-981, American Academy of Dermatology, Inc., United States (1994).

Andersson, M., et al., "Cytokine profile in interferon-β treated multiple sclerosis patients: reduction of interleukin-10 mRNA expressing cells in peripheral blood," *Eur. J. Neurol.* 4:567-571, Rapid Science Publishers, England (1997).

Bacharach-Buhles, M., et al., "Fumaric Acid Esters (FAEs) Suppress CD 15- and ●DP 4-positive Cells in Psoriasis," *Acta. Derm. Venereol. Suppl.* (Stockh) 186:79-82, Scandinavian University Press, Norway (1994).

Balashov, K.E., et al., "Defective regulation of IFNγ and IL-12 by endogenous IL-10 in progressive MS," *Neurology* 55:192-198, AAN Enterprises, Inc., United States (2000).

Becanovic, K., et al., "Paradoxical effects of arthritis-regulating chromosome 4 regions on myelin oligodendrocyte glycoprotein-induced encephalomyelitis in congenic rats," *Eur. J. Immunol.* 33:1907-1916, Wiley-VCH Verlag GmbH & Co. KGaA, Germany (2003).

Bettelli, E. and Nicholson, L.B., "The Role of Cytokines in Experimental Autoimmune Encephalomyelitis," *Arch. Immun. Ther. Exp.* 48:389-398, Warszawa, Panstwowy Zaklad Wydawn Lekarskich, Switzerland (2000).

Brown, T.R. and Kraft, G.H., "Multiple Sclerosis: A Paradigm Shift," *Phys. Med Rehabil. Clin. N. Am.* 16:xvii-xx, Elsevier Inc., United States (2005)

Cannella, B., et al., "IL-10 Fails to Abrogate Experimental Autoimmune Encephalomyelitis," *J. Neuroscience Research* 45:735-746, Wiley-Liss, Inc., United States (1996).

Correale, J., et al., "Sulfasalazine aggravates experimental autoimmune encephalomyelitis and causes an increase in the number of autoreactive T cells," *J. Neuroimmunol.* 34:109-120, Elsevier Science Publishers B.V., Netherlands (1991).

Dahlman, I., et al., "●uantitative trait loci disposing for both experimental arthritis and encephalomyelitis in the DA rat; impact on severity of myelin oligodendrocyte glycoprotein-induced experimental autoimmune encephalomyelitis and antibody isotype pattern," *Eur. J. Immunol.* 28:2188-2196, Wiley-VCH Verlag GmbH, Germany (1998).

Dal Canto, R.A., et al., "Local Delivery of TNF by Retrovirus-Transduced T Lymphocytes Exacerbates Experimental Autoimmune Encephalomyelitis," *Clinical Immunol.* 90(1):10-14, Academic Press, United States (1999).

De Graaf, K.L., et al., "MHC Class II Isotype- and Allele-Specific Attenuation of Experimental Autoimmune Encephalomyelitis," *J. Immunol.* 173:2792-2802, The American Association of Immunologists, Inc., United States (2004).

De Haan, P., "The Risk of Sensibilization and Contact Uritcaria upon Topical Application of Fumaric Acid Derivatives," *Dermatology* 188:126-130, Karger AG, Switzerland (1994).

De Jong, R., et al., "Selective stimulation of T helper 2 cytokine responses by the anti-psoriasis agent monomethylfumarate," *Eur. J. Immunol.* 26:2067-2074, Verlag Chemie GmbH, Germany (1996).

Del Prete, G., "The Concept of Type-1 and Type-2 Helper T Cells and Their Cyotkines in Humans," *Intern. Rev. Immunol.* 16:427-455, ●PA (●verseas Publishers Association) Amsterdam B.V., England (1998).

Dethlefsen, L.A., "Toxic Effects of Acute Glutathione Depletion by Buthionine Sulfoximine and Dimethylfumarate on Murine Mammary Carcinoma Cells," *Radiation Res.* 114:215-224, Academic Press, Inc., United States (1988).

Di Marco, R., et al., "Curative effects of recombinant human Interleukin-6 in DA rats with protracted relapsing experimental allergic encephalomyelitis," *J. Neuroimmunol.* 116:168-177, Elsevier Science B.V., Netherlands (2001).

Di Rosa, F., et al., "Lack of Th2 cytokine increase during spontaneous remission of experimental allergic encephalomyelitis," *Eur. J. Immunol.* 28:3893-3903, Wiley-VCH Verlag GmbH, Germany (1998).

Djerbi, M., et al., "Expression of the Long Form of Human FLIP by Retroviral Gene Transfer of Hemopoietic Stem Cells Exacerbates Experimental Autoimmune Encephalomyelitis," *J. Immunol.* 170:2064-2073, The American Association of Immunologists, Inc., United States (2003).

Dücker, P. and Pfeiff, B., "Zwei Fälle von Nebenwirkungen einer Fumarsäureester—Lokaltharapie," *H+G Zeitschrift für Hautkrankheiten* 65:734-736, Grosse Verlag Berlin, Germany (1990) (Abstract ●nly in English).

Ferber, I.A., et al., "Mice with a Disrupted IFN-γ Gene Are Susceptible to the Induction of Experimental Autoimmune Encephalomyelitis (EAE)," *J. Immunol.* 156:5-7, The American Association of Immunologists, United States (1996).

Ferrante, P., et al., "Cytokine Production and Surface Marker Expression in Acute and Stable Multiple Sclerosis: Altered IL-12 Production and Augmented Signaling.Lymphocytic Activation Molecule (SLAM)-Expressing Lymphocytes in Acute Multiple Sclerosis," *J. Immunol.* 160:1514-1521, The American Association of Immunologists, United States (1998).

Fliegner, L. and Spiegel, P., "●steomalazie als offenbar seltene Nebenwirkung der oralen Fumarsäuretherapie," *Hautarzt* 43:554-560, Springer-Verlag, Germany (1992) (Abstract ●nly in English).

US 8,399,514 B2

Page 3

Furlan, R., et al., "Interferon-β treatment in multiple sclerosis patients decreases the number of circulating T cells producing interferon-γ and interleukin-4," *J. Neuroimmunol.* 111:86-92, Elsevier Science B.V., Netherlands (2000).

Galli, G., et al., "Macrophage-derived chemokine production by activated human T cells in vitro and in vivo: preferential association with the production of type 2 cytokines," *Eur. J. Immunol.* 30:204-210, Wiley-VCH Verlag GmbH, Germany (2000).

Gasser, M., et al., "Host Vs Graft and Graft Vs Host Reactions After Allogeneic Heterotopic Small Bowel Transplantation in the Rat," *Transplant. Proc.* 24(3):1128-1129, Appleton & Lange, United States (1992).

Genain, C.P., et al., "Late Complications of Immune Deviation Therapy in a Nonhuman Primate," *Science* 274:2054-2057, American Association for the Advancement of Science, United States (1996).

Ghoreschi, K. and Röcken, M., "Immune Deviation Strategies in the Therapy of Psoriasis," *Current Drug Targets—Inflammation & Allergy* 3:193-198, Bentham Science Publishers Ltd., Netherlands (2004).

Ghoreschi, K., et al., "Fumarates induce a DC2 phenotype in dendritic cells that establishes protective Th2 responses," *Arch. Dermatol. Forschung* 296:420, Springer Verlag, Germany (2005) (Abstract only).

Ghoreschi, K., et al., "Fumaric acid ester an antipsoriatic drug abolishes the capacity of T cells to induce Th1-mediated autoimmune disease," *Arch. Dermatol. Res.* 294:28, Springer Verlag, Germany (2002) (Abstract only).

Gielen, A.W., et al., "Expression of T cell immunoglobulin- and mucin-domain-containing molecules-1 and -3 (TIM-1 and -3) in the rat nervous and immune systems," *J. Neuroimmunol.* 164:93-104, Elsevier B.V., Netherlands (2005).

Gijbels, K., et al., "Administration of Neutralizing Antibodies to Interleukin-6 (IL-6) Reduces Experimental Autoimmune Encephalomyelitis and is Associated with Elevated Levels of IL-6 Bioactivity in Central Nervous System and Circulation," *Mol. Med* 1(7):795-805, Molecular Medicine, United States (1995).

Giovannoni, G. and Miller, D.H., "Multiple sclerosis and its treatment," *J. R. Coll. Physicians Lond* 33(4):315-322, Royal College of Physicians, England (1999).

Guggenmos, J., et al., "Antibody Cross-Reactivity between Myelin Oligodendrocyte Glycoprotein and the Milk Protein Butyrophilin in Multiple Sclerosis," *J. Immunol.* 172:661-668, The American Association of Immunologists, Inc., United States (2004).

Hemmer, B., et al, "Cytokine Phenotype of Human Autoreactive T Cell Clones Specific for the Immunodominant Myelin Basic Protein Peptide (83-99)," *J. Neurosci. Res.* 45:852-862, Wiley-Liss, Inc., United States (1996).

Hintzen, R.Q. and Polman, C.H., "Th-cell modulation in multiple sclerosis," *Immunol. Today* 18(10):507-508, Elsevier/North-Holland Biomedical Press, England (1997).

Hohenegger, M., et al., "Nephrotoxicity of Fumaric Acid Monoethylester (FA ME)," *Advances in Experimental Medicine and Biology* 252:265-272, Kluwer Academic, United States (1989).

Hultgren, B., et al., "Genetic Absence of γ-Interferon Delays but Does Not Prevent Diabetes in NOD Mice," *Diabetes* 45:812-817, American Diabetes Association, United States (1996).

English language excerpt from Hunziker, T. and Schmidli, J., "Is Psoriasis an Autoimmune Disease?" *Therapeutische Umschau* 50:110-113, Determatologische Klinik der Universitdt Bern, Switzerland (1993).

Hunziker, T. and Schmidli, J., "Psoriasis, eine Autoimmunkrankheit?" *Therapeutische Umschau* 50:110-113, Determatologische Klinik der Universität Bern, Switzerland (1993).

Issazadeh, S., et al., "Cytokine production in the central nervous system of Lewis rats with experimental autoimmune encephalomyelitis: dynamics of mRNA expression for interleukin-10, interleukin-1, cytolysin, tumor necrosis factor α and tumor necrosis factor β," *J. Neuroimmunol.* 61:205-212, Elsevier Science B.V, Netherlands (1995).

Issazadeh, S., et al., "Interferon γ, Interleukin 4 and Transforming Growth Factor β in Experimental Autoimmune Encephalomyelitis in Lewis Rats: Dynamics of Cellular mRNA Expression in the Central Nervous System and Lymphoid Cells," *J. Neurosci. Res.* 40:579-590, Wiley-Liss, Inc., United States (1995).

Issazadeh, S., et al., "Cytokines in relapsing experimental autoimmune encephalomyelitis in DA rats: persistent mRNA expression of proinflammatory cytokines and absent expression of interleukin-10 and transforming growth factor-β," *J. Neuroimmunol.* 69:103-115, Elsevier Science B. V Netherlands (1996).

Issazadeh, S., et al., "Major histocompatibility complex-controlled protective influences on experimental autoimmune encephalomyelitis are peptide specific," *Eur. J. Immunol.* 27:1584-1587, VCH Verlagsgeselschaft mbH, Germany (1997).

Kappos, L., et al., "Efficacy and safety of oral fumarate in patients with relapsing-remitting multiple sclerosis: a multicentre, randomised, double-blind, placebo-controlled phase IIb study," *Lancet* 372:1463-1472, Lancet Publishing Group., England (2008).

Khademi , M., et al., "Induction of systemic TNFα in Natalizumab-treated multiple sclerosis," *Eur. J. Neurol.* 15:309-312, European Federation of Neurological Sciences, England (2008).

Khademi, M., et al., "Reduction of both pro- and anti-inflammatory cytokines after 6 months of interferon beta-1a treatment of multiple sclerosis," *J. Neuroimmunol.* 103:202-210, Elsevier Science B.V., Netherlands (2000).

Khademi , M., et al., "T Cell Ig- and Mucin-Domain-Containing Molecule-3 (TIM-3) and TIM-1 Molecules Are Differentially Expressed on Human Th1 and Th2 Cells and in Cerebrospinal Fluid-Derived Mononuclear Cells in Multiple Sclerosis," *J. Immunol.* 172:7169-7176, The American Association of Immunologists, Inc., United States (2004).

Kiehl, R. and Ionescu, G., "A Defective Purine Nucleotide Synthesis Pathway in Psoriatic Patients," *Acta Derm. Venereol.* (Stockh) 72:253-255, Society for the Publication of Acta Dermato-Venerologica, Sweden (1992).

Kjellén, P., et al., "Genetic influence on disease course and cytokine response in relapsing experimental allergic encephalomyelitis," *Int. Immunol.* 10:333-340, Oxford University Press, England (1998).

Kolbach, D.N. and Nieboer, C., "Fumaric acid therapy in psoriasis: Results and side effects of 2 years of treatment," *J. Am. Acad. Derm.* 27(5):769-771, Mosby, United States (1992).

Krakauer, M., et al., "Dynamic T-lymphocyte Chemokine Receptor Expression Induced by Interferon-beta Therapy in Multiple Sclerosis," *Scand. J. Immunol.* 64:155-163, Blackwell Publishing Ltd., England (2006).

Krakowski, M. and Owens, T., "Interferon-γ confers resistance to experimental allergic encephalomyelitis," *Eur. J. Immunol.* 26:1641-1646, VCH Verlagsgesellschaft mbH, Germany (1996).

Kuroda, K., et al., "Fumaric Acid Enhances DNA Synthesis of Rat Hepatocytes by Counteracting the Toxicities of Mitomycin C and Aflatoxin $B_1$," *Jpn. J. Cancer Res.* (Gann) 77:750-758, Japanese Cancer Association, Japan (1986).

LaFaille, J.J., et al., "Myelin Basic Protein-specific T Helper 2 (Th2) Cells Cause Experimental Autoimmune Encephalomyelitis in Immunodeficient Hosts Rather than Protect Them from the Disease," *J. Exp. Med.* 186(2):307-312, The Rockefeller University Press, United States (1997).

LaFaille, J.J., "The Role of Helper T Cell Subsets in Autoimmune Diseases," *Cytokine & Growth Factor Rev.* 9(2):139-151, Elsevier Science Ltd., England (1998).

Lahti, A. and Maibach, H.I., "Contact urticaria from diethyl fumarate," *Contact Dermatitis* 12:139-140, Munksgaard, Denmark (1985).

Laman, J.D., et al., "Balancing the Th1/Th2 concept in multiple sclerosis," *Immunol. Today* 19(11):489-490, Elsevier/North-Holland Biomedical Press, England (1998).

Lehnert, S., et al., "Radiation Response of Drug-Resistant Variants of a Human Breast Cancer Cell Line: The Effect of Glutathione Depletion," *Radiation Res.* 124:208-215, Academic Press, Inc., United States (1990).

Liedtke, W., et al., "Effective Treatment of Models of Multiple Sclerosis by Matrix Metalloproteinase Inhibitors," *Ann. Neurol.* 44(1):35-46, The American Neurological Association, United States (1998).

Link, J., et al., "Organ-specific autoantigens induce interferon-γ and interleukin-4 mRNA expression in mononuclear cells in multiple

**US 8,399,514 B2**

Page 4

sclerosis and myasthenia gravis," *Neurology 44*:728-734, The American Academy of Neurology, United States (1994).

Link, J., et al., "Organ-specific Autoantigens Induce Transforming Growth Factor-β mRNA Expression in Mononuclear Cells in Multiple Sclerosis and Myasthenia Gravis," *Annals Neurol. 35*:197-203, The American Neurological Association, United States (1994).

Link, J., et al., "Optic neuritis is associated with myelin basic protein and proteolipid protein reactive cells producing interferon-γ, interleukin-4 and transforming growth factor-β," *J. Neuroimmunol. 49*:9-18, Elsevier Science B.V., Netherlands (1994).

Link, J., et al., "Increased Transforming Growth Factor-β, Interleukin-4, and Interferon-γ in Multiple Sclerosis," *Ann. Neurol. 36*(3):379-386, The American Neurological Association, United States (1994).

Link, H., "The cytokine storm in multiple sclerosis," *Mult. Scler. 4*:12-15, Stockton Press, England (1998).

Linker, R.A., et al., "Fumarates for the treatment of multiple sclerosis: potential mechanisms of action and clinical studies," *Expert Rev. Neurother. 8*(11):1683-1690, Expert Reviews Ltd., England (2008).

Lobell, A., et al., "Suppressive DNA Vaccination in Myelin Oligodendrocyte Glycoprotein Peptide-Induced Experimental Autoimmune Encephalomyelitis Involves a T1-Biased Immune Response," *J. Immunol. 170*:1806-1813, The American Association of Immunologists, Inc., United States (2003).

Lobell, A., et al., "Vaccination with DNA Encoding an Immunodominant Myelin Basic Protein Peptide Targeted to Fc of Immunoglobulin G Suppresses Experimental Autoimmune Encephalomyelitis," *J. Exp. Med. 187*(9):1543-1548, The Rockefeller University Press, United States (1998).

Lopez, E., et al., "Interferon γ, IL2, IL4, IL10 and TNFα Secretions in Multiple Sclerosis Patients Treated with an Anti-CD4 Monoclonal Antibody," *Autoimmunity 29*:87-92, OPA (Overseas Publishers Association) N.V., England (1999).

Lorentzen, J.C., et al., "Genetic analysis of inflammation, cytokine mRNA expression and disease course of relapsing experimental autoimmune encephalomyelitis in DA rats," *J. Neuroimmunol. 80*:31-37, Elsevier Science N.V., Netherlands (1997).

Lorentzen, J.C., et al., "Protracted, relapsing and demyelinating experimental autoimmune encephalomyelitis in DA rats immunized with syngeneic spinal cord and incomplete Freund's adjuvant," *J. Neuroimmunol. 63*:193-205, Elsevier Science B.V., Netherlands (1995).

Lyons, J.-A., et al., "Pathogenesis of acute passive murine encephalomyelitis II. Th1 phenotype of the inducing population is not sufficient to cause disease," *J. Neuroimmunol. 93*:26-36, Elsevier Science B.V., Netherlands (1999).

Määttä, J.A., et al., "Neutrophils secreting tumor necrosis factor alpha infiltrate the central nervous systems of BALB/c mice with experimental autoimmune encephalomyelitis," *J. Neuroimmunol. 90*:162-175, Elsevier Science B.V., Netherlands (1998).

Martin, R., et al., "T helper cell differentiation in multiple sclerosis and autoimmunity," *Immunol. Today 19*(11):495-498, Elsevier Science, England (1998).

Mattner, F., et al., "Inhibition of Th1 development and treatment of chronic-relapsing experimental allergic encephalomyelitis by a non-hypercalcemic analogue of 1,25-dihydroxyvitamin $D_3$," *Eur. J. Immunol. 30*:498-508, Wiley-VCH Verlag GmbH, Germany (2000).

Matusevicius, D., et al., "Autoantigen-induced IL-13 mRNA expression is increased in blood mononuclear cells in myasthenia gracis and multiple sclerosis," *Eur. J. Neurol. 4*:468-475, Rapid Science Publisher, England (1997).

Asadullah, K., et al., "Influence of monomethylfumarate on monocytic cytokine formation—explanation for adverse and therapeutic effects in psoriasis?" *Arch. Dermatol. Res. 289*:623-630, Springer-Verlag, Germany (1997).

Bacharach-Buhles, M., et al., "The Effect of Fumaric Acid Esters and Dithranol on Acanthosis and Hyperproliferation in *Psoriasis vulgaris,*" *Acta Derm. Venereol.* (Stockh) 76:190-193, Scandinavian University Press, Sweden (1996).

Balashov, K.E., et al., "Increased interleukin 12 production in progressive multiple sclerosis: Induction by activated CD4+ T cells via

CD40 ligand," *Proc. Natl. Acad. Sci. USA 94*:599-603, The National Academy of Sciences of the United States of America, United States (1997).

Barcia, C., et al., "Parkinson's Disease and Inflammatory Changes," *Neurotox. Res. 5*(6):411-418, FP Graham Publishing Co., United States (2003).

Breuer, K., et al., "Therapy of noninfectious granulomatous skin diseases with fumaric acid esters," *Br. J. Dermatol. 152*:1290-1295, British Association of Dermatologists, England (2005).

Eberlein-König, B., et al., "Disseminated Granuloma Annulare—Treatment with Fumaric Acid Esters," *Dermatology 210*:223-226, S. Karger AG, Switzerland (2005).

Link, H., et al., "Virus-reactive and autoreactive T cells are accumulated in cerebrospinal fluid in multiple sclerosis," *J. Neuroimmunol. 38*:63-74, Elsevier Science Publishers B.V., Netherlands (1992)

Litjens, N.H.R., et al., "Monomethylfumarate affects polarization of monocyte-derived dendritic cells resulting in down-regulated Th1 lymphocyte responses," *Eur. J Immunol. 34*:565-575, Wiley-VCH Verlag GmbH & Co. KGaA, Germany (2004).

Litjens, N.H.R., et al., "Pharmacokinetics of oral fumarates in healthy subjects," *Br. J. Clin. Pharmacol. 58*(4):429-432, Blackwell Publishing Ltd, England (2004).

Lobell, A., et al., "Presence of CpG DNA and the Local Cytokine Milieu Determine the Efficacy of Suppressive DNA Vaccination in Experimental Autoimmune Encephalomyelitis," *J. Immunol. 163*:4754-4762, The American Association of Immunologists, United States (1999).

Loewe, R., et al., "Dimethylfumarate Inhibits TNF-Induced Nuclear Entry of NF-κKb/p65 in Human Endothelial Cells," *J. Immunol. 168*:4781-4787, The American Association of Immunologists, United States (2002).

Luft, R., "The development of mitochondrial medicine," *Proc. Natl. Acad. Sci. USA 91*:8731-8738, National Academy of Sciences, United States (1994).

Mayne, M., et al., "Antisense Oligodeoxynucleotide Inhibition of Tumor Necrosis Factor-α Expression is Neuroprotective After Intracerebral Hemorrhage," *Stroke 32*:240-248, American Heart Association, Inc., United States (2001).

McGeer, P.L., et al., "Expression of the histocompatibility glycoprotein HLA-DR in neurological disease," *Acta Neuropathol. 76*:550-557, Springer-Verlag, Germany (1988).

Muhallab, S., et al., "Intra-CNS activation by antigen-specific T lymphocytes in experimental autoimmune encephalomyelitis," *J. Neuroimmunol. 113*:202-211, Elsevier Science B.V., Netherlands (2001).

Musiek, E.S., et al., "Cyclopentenone isoprostanes are novel bioactive products of lipid oxidation which enhance neurodegeneration," *J. Neurochem. 97*:1301-1313, International Society for Neurochemistry, England (2006).

Mustafa, M.I., et al., "T cell immunity and interferon-γ secretion during experimental allergic encephalomyelitis in Lewis rats," *J. Neuroimmunol. 31*:165-177, Elsevier Science Publishers B.V., Netherlands (1991).

Mustafa, M., et al., "Immunopharmacologic Modulation of Experimental Allergic Encephalomyelitis: Low-Dose Cyclosporin—A Treatment Causes Disease Relapse and Increased Systemic T and B Cell-Mediated Myelin-Directed Autoimmunity," *Scand. J. Immunol. 38*:499-507, Blackwell Scientific Publications, England (1993).

Mustafa, M., et al., "The major histocompatibility complex influences myelin basic protein 63-88-induced T cell cytokine profile and experimental autoimmune encephalomyelitis," *Eur. J. Immunol. 23*:3089-3095, VCH Verlagsgesellschaft mbH, Germany (1993).

Mustafa, M., et al., "Protective Influences on Experimental Autoimmune Encephalomyelitis by MHC Class I and Class II Alleles," *J. Immunol. 153*:3337-3344, The American Association of Immunologists, United States (1994).

Navikas, V., et al., "Increased mRNA Expression of IL-10 in Mononuclear Cells in Multiple Sclerosis and Optic Neuritis," *Scand. J. Immunol. 41*:171-178, Blackwell Scientific Publications, England (1995).

US 8,399,514 B2
Page 5

Navikas, V., et al., "Augmented expression of tumour necrosis factor-α and lymphotoxin in mononuclear cells in multiple sclerosis and optic neuritis," *Brain 119*:213-223, ●xford University Press, England (1996).

Nibbering, P.H., et al., "Effects of Monomethylfumarate on Human Granulocytes," *J. Invest. Dermatol. 101*:37-42, The Society for Investigative Dermatology, Inc., United States (1993).

Nibbering, P.H., et al., "Intracellular signalling by binding sites for the antipsoriatic agent monomethylfumarate on human granulocytes," *Br. J. Dermatol. 137*:65-75, British Association of Dermatologists, England (1997).

Nieboer, C., et al., "Systemic therapy with fumaric acid derivates: New possibilities in the treatment of psoriasis," *J. Am. Acad. Dermatol. 20*:601-608, Mosby, United States (1989).

●ckenfels, H.M., et al., "The antipsoriatic agent dimethylfumarate immunomodulates T-cell cytokine secretion and inhibits cytokines of the psoriatic cytokine network," *Br. J. Dermatol. 139*:390-395, British Association of Dermatologists, England (1998).

●lsson, T., et al., "Autoreactive T Lymphocytes in Multiple Sclerosis Determined by Antigen-induced Secretion of Interferon-γ," *J. Clin. Invest. 86*:981-985, The American Society for Clinical Investigation, Inc., United States (1990).

●lsson, T., "Cytokines in neuroinflammatory disease: role of myelin autoreactive T cell production of interferon-gamma," *J. Neuroimmunol. 40*:211-218, Elsevier Science Publishers B.V., Netherlands (1992).

●lsson, T., et al., "Increased numbers of T cells recognizing multiple myelin basic protein epitopes in multiple sclerosis," *Eur. J. Immunol. 22*:1083-1087, VCH Verlagsgesellschaft mbH, Germany (1992).

●lsson, T., "Cerebrospinal Fluid," *Ann. Neurol. 36*:S100-S102, American Neurological Association, United States (1994).

●lsson, T., "Role of cytokines in multiple sclerosis and experimental autoimmune encephalomyelitis," *Eur. J. Neurol. 1*:7-19, Rapid Communications of ●xford Ltd., England (1994).

●lsson, T., "Cytokine-producing cells in experimental autoimmune encephalomyelitis and multiple sclerosis," *Neurology 45*(Suppl 6):S11-S15, Lipincott Williams & Wilkins, United States (1995).

●lsson, T., et al., "Genetics of rat neuroinflammation," *J. Neuroimmunol. 107*:191-200, Elsevier Science B.V., Netherlands (2000).

●lsson, T., et al., "Depletion of Vβ5.2/5.3 T cells with a humanized antibody in patients with multiple sclerosis," *Eur. J. Neurol. 9*:153-164, European Federation of Neurological Societies, England (2002).

●lsson, T., et al., "Harm or heal—divergent effects of autoimmune neuroinflammation?" *TRENDS in Immunol. 24*(1):5-6, Elsevier Science Ltd., England (2003).

Panitch, H.S., et al., "Exacerbations of Multiple Sclerosis in Patients Treated With Gamma Interferon," *Lancet 329*:893-895, Lancet Publishing Group, England (1987).

Pereira, M.A., et al., "Use of azoxymethane-induced foci of aberrant crypts in rat colon to identify potential cancer chemopreventive agents," *Carcinogenesis 15*(5):1049-1054, ●xford University Press, England (1994).

Pette, M., et al., "Differential effects of phosphodiesterase type 4-specific inhibition on human autoreactive myelin-specific T cell clones," *J. Neuroimmunol 98*:147-156, Elsevier Science B.V., Netherlands (1999).

Prochaska, H.J., et al., "Elevation of Glutathione Levels by Phase II Enzyme Inducers: Lack of Inhibition of Human Immunodeficiency Virus Type 1 Replication in Chronically Infected Monocytoid Cells," *Mol. Pharmacol. 45*:916-921, The American Society for Pharmacology and Experimental Therapeutics, United States (1994).

Rao, C.V., et al., "Chemoprevention of Azoxymethane-Induced Colon Cancer by Ascorbylpalmitate, Carbenoxolone, Dimethylfumarate and *p*-Methoxyphenol in Male F344 Rats," *Anticancer Res. 15*:1199-1204, Anticancer Research, Greece (1995).

Rao, K.S. and Mishra, S.H., "Antihepatotoxic activity of monomethyl fumarate isolated from *Fumaria indica*," *J. Ethnopharmacol. 60*:207-213, Elsevier Science Ireland Ltd., Ireland (1998).

Ristori, G., et al., "T cell response to myelin basic protein before and after treatment with interferon beta in multiple sclerosis," *J. Neuroimmunol. 99*:91-96, Elsevier Science B.V., Netherlands (1999).

Robinson, W.H., et al., "Protein microarrays guide tolerizing DNA vaccine treatment of autoimmune encephalomyelitis," *Nat. Biotechnol. 21*(9):1033-1039, Nature Publishing Group, United States (2003).

Rohowsky-Kochan, C., et al., "Impaired interleukin-12 production in multiple sclerosis patients," *Mult. Scler. 5*:327-334, Stockton Press, England (1999).

Rohowsky-Kochan, C., et al., "Cytokine secretion profile of myelin basic protein-specific T cells in multiple sclerosis," *Mult. Scler. 6*:69-77, Macmillan Publishers Ltd., England (2000).

Romagnani, S., "The Th1/Th2 paradigm," *Immunol. Today 18*(6):263-266, Elsevier Science Ltd., England (1997).

Rook, G.A.W., et al., "Bacterial vaccines for the treatment of multiple sclerosis and other autoimmune diseases," *Immunol. Today 21*(10):503-508, Elsevier Science Ltd., in 190:83-89, England (2000).

Samoilova, E.B., et al., "Experimental Autoimmune Encephalomyelitis Intercellular Adhesion Molecule-1-Deficient Mice," *Cell. Immunol. 190*:83-89, Academic Press, United States (1998).

Sebök, B., et al., "Antiproliferative and cytotoxic profiles of antipsoriatic fumaric acid derivatives in keratinocyte cultures," *Eur. J. Pharmacol. 270*:79-87, Elsevier Science B.V., Netherlands (1994).

Sebök, B., et al., "Effect of Fumaric Acid, Its Dimethylester, and Topical Antipsoriatic Drugs on Epidermal Differentiation in the Mouse Tail Model," *Skin Pharmacol. 9*:99-103, S. Karger AG, Switzerland (1996).

Singh, V.K., et al., "The Paradigm of Th1 and Th2 Cytokines. Its Relevance to Autoimmunity and Allergy," *Immunol. Res. 20*:147-161, Humana Press Inc., United States (1999).

Sinigaglia, F., et al., "Type I interferons and the Th1/Th2 paradigm," *Dev. Comp. Immunol. 23*:657-663, Elsevier Science Ltd., United States (1999).

Smeltz, R.B. and Swanborg, R.H., "Concordance and Contradiction Concerning Cytokines and Chemokines in Experimental Demyelinating Disease," *J. Neurosci. Res. 51*:147-153, Wiley-Liss, Inc., United States (1998).

Söderström, M., et al., "T Cells Recognizing Multiple Pepties of Myeline Basic Protein are Found in Blood and Enriched in Cerebrospinal Fluid in ●ptic Neuritis and Multiple Sclerosis," *Scand. J. Immunol. 37*:355-368, Blackwell Scientific Publications, England (1993).

Spencer, S.R., et al., "Induction of Glutathione Transferases and NAD(P)H:Quinone Reductase by Fumaric Acid Derivatives in Rodent Cells and Tissues," *Cancer Res. 50*:7871-7875, American Association for Cancer Research, United States (1990).

Su, J.Y.C., et al., "Reduction of $H_2O_2$-evoked, intracellular calcium increases in the rat N18-RE-105 neuronal cell line by pretreatment with an electrophilic antioxidant inducer," *Neurosci. Lett. 273*:109-112, Elsevier Science Ireland Ltd., Ireland (1999).

Sun, J.-B., et al., "Treatment of experimental autoimmune encephalomyelitis by feeding myelin basic protein conjugated to cholera toxin B subunit," *Proc. Natl. Acad. Sci. USA 93*:7196-7201, National Academy of Sciences, United States (1996).

Thio, H.B., et al., "Fumaric acid derivatives evoke a transient increase in intracellular free calcium concentration and inhibit the proliferation of human keratinocytes," *Brit. J. Dermatol. 131*:856-861, Blackwell Scientific Publications, England (1994).

Venten, I., et al., "Treatment of Therapy-Resistant Alopecia Areata With Fumaric Acid Esters," *Eur. J. Med Res. 11*:300-305, I. Flolzapfel Publishers, Germany (Jul. 2006).

Wallström, E., et al., "Memantine abrogates neurological deficits, but not CNS inflammation, in Lewis rat experimental autoimmune encephalomyelitis," *J. Neurol. Sci. 137*:89-96, Elsevier Science B.V., Netherlands (1996).

Wallström, E., et al., "Increased reactivity to myelin oligodendrocyte glycoprotein peptides and epitope mapping in HLA DR2(15)+ multiple sclerosis," *Eur. J. Immunol. 28*:3329-3335, Wiley-VCH Verlag GmbH, Germany (1998).

Wang, W.Z., et al., "Myelin antigen reactive T cells in cerebrovascular diseases," *Clin. Exp. Immunol. 88*:157-162, Blackwell Scientific Publications, England (1992).

**EXHIBIT F**
**Page 75**

US 8,399,514 B2

Page 6

Weissert, R., et al., "Protective DNA vaccination against organ-specific autoimmunity is highly specific and discriminates between single amino acid substitutions in the peptide autoantigen," *Proc. Natl. Acad. Sci. USA* 97(4):1689-1694, National Academy of Sciences, United States (2000).

Wright, R., "Autoimmune disease of the gastro-intestinal tract," *Postgrad. med. J.* 44:765-768, BMJ Publishing Group, England (1968).

Zhu, J., et al., "Cytokine production and the pathogenesis of experimental autoimmune neuritis and Guillain-Barré syndrome," *J. Neuroimmunol.* 84:40-52, Elsevier Science B.V., Netherlands (1998).

Zipp, F., "No Evidence for Generation of Th-2-like MBP-Specific T-Cell Lines by Blockade of the Costimulatory Molecule B7-1," *Scand. J. Immunol.* 52:510-514, Blackwell Science Ltd., England (2000).

Alexander, A. and Wong, S., "Graft Versus Host Disease—Pathophysiology & Management," *Jacksonville Medicine: Bone Marrow Transplantation* 51(11):1-7, Duval County Medical Society Foundation for the Duval, Clay, Nassau, St. Johns & Putnam Medical Societies, United States (2000).

Anderson, J., et al., "Aetiology of Multiple Sclerosis," *Br. Med. J* 1(5433):466-467, British Medical Association, England (1965).

Brochet, B., "[Non-specific immunosuppression and multiple sclerosis]," *Rev. Abs. Neurol.* (Paris) 154(8-9):629-634, Masson, France (1998) (Abstract Only).

Calabrese, V., et al., "Acetylcarnitine Induces Heme Oxygenase in Rat Astrocytes and Protects Against Oxidative Stress: Involvement of the Transcription Factor Nrf2," *J. Neurosci. Res.* 79:509-521, Wiley-Liss, Inc., United States (2005).

Chen, X.L. and Kunsch, C., "Induction of Cytoprotective Genes Through Nrf2/Antioxidant Response Element Pathway: A New Therapeutic Approach for the Treatment of Inflammatory Diseases," *Curr. Pharm. Des.* 10:879-891, Bentham Science Publishers Ltd., Netherlands (2004).

Coras, B., et al., "Fumaric acid esters therapy: a new treatment modality in pityriasis rubra pilaris?" *Br. J. Dermatol.* 152:388-389, British Association of Dermatologists, England (2005).

Fox, R.I., "BG00012—Novel Oral Therapy in Development for the Treatment of Multiple Sclerosis," *European Neurological Review* 3(1):99-103, Touch Briefings, England (2008).

Gambichler, T., et al., "Clearance of Necrobiosis lipoidica with Fumaric Acid Esters," *Dermatology* 207(4):422-424, S. Karger AG, Switzerland (2003).

Gao, L., et al., "Novel N-3 Fatty Acid Oxidation Products Activate Nrf2 by Destabilizing the Association Between Keap1 and Cullin3," *J. Biol. Chem. M607622200*, 18 pages, The American Society for Biochemistry and Molecular Biology, Inc., United States (Nov. 2006).

Gilgun-Sherki, Y., et al., "The role of oxidative stress in the pathogensis of multiple sclerosis: The need for effective antioxidant therapy," *J. Neurol.* 251:261-268, Springer-Verlag, Germany (2004).

Graves, M.C., et al., "Inflammation in amyotrophic lateral sclerosis spinal cord and brain is mediated by activated macrophages, mast cells and T cells," *Amyotroph. Lateral Scler. Other Motor Neuron Disord.* 5:213-219, Martin Dunitz, England (2004).

Gutzmer, R., et al., "Erfolgreiche Therapie einer Haut- und Lungensarkoidose mit Fumarsäureestern," *Hautarzt* 55:553-557, Springer-Verlag, Germany (2004).

Gutzmer, R., et al., "[Successful treatment of skin and lung sarcoidosis with fumaric acid ester].," *Hautarzt* 55:553-557, Springer-Verlag, Germany (2004) (Abstract Only).

Hagedorn, M., et al., "Therapie der rezidivierenden benignen Aphthosis mit Fumarsäureestern," *Akt. Dermatol.* 31:383-387, Georg Thieme Verlag KG, Germany (2005) (Abstract Only in English).

Kensler, T.W., et al., "Cell Survival Responses to Environmental Stresses Via the Keap1-Nrf2-ARE Pathway," *Annu. Rev. Pharmocol. Toxicol.* 47:6.1-6.28, Annual Reviews, United States (2007; Epub Aug. 2006).

Kreuter, A., et al., "Treatment of disseminated granuloma annulare with fumaric acid esters," *BMC Dermatol.* 2(5):1-4, BioMed Central Ltd., England (2002).

Kreuter, A., et al., "Fumaric acid esters in necrobiosis lipoidica: results of a prospective noncontrolled study," *Br. J. Dermatol.* 153:802-807, British Association of Dermatologists, England (2005).

Kwak, M.-K., et al., "Enhanced Expression of the Transcription Factor Nrf2 by Cancer Chemopreventive Agents: Role of Antioxidant Response Element-Like Sequences in the *nrf2* Promoter," *Mol. Cell Biol.* 22(9):2883-2892, American Society for Microbiology, United States (2002).

Kwak, M.-K., et al., "Modulation of Gene Expression by Cancer Chemopreventive Dithiolethiones through the Keap1-Nrf2 Pathway," *J. Biol.* 278(10):8135-8145, The American Society for Biochemistry and Molecular Biology, Inc., United States (2003).

Lahti, A., et al., "Acetylsalicylic acid inhibits non-immunologic contact urticaria," *Contact Dermatitis 16*:133-135, Munksgaard International Publishers Ltd., Denmark.

Lee, J.-M., et al., "Identification of the NF-E2-related Factor-2-dependent Genes Conferring Protection against Oxidative Stress in Primary Cortical Astrocytes Using Oligonucleotide Microarray Analysis," *J. Biol. Chem.* 278(14):12029-12038, The American Society for Biochemistry and Molecular Biology, Inc., United States (2003).

Lehmann, J.C.U., et al., "Dimethylfumarate Induces Immunosuppression *via* Glutathione Depletion and Subsequent Induction of Heme Oxygenase 1," *J. Invest. Dermatol.* 127:835-845, The Society for Investigative Dermatology, United States (Epub Jan. 18, 2007).

Liang, Q., et al., "Noninvasive, Repetitive, Quantitative Measurement of Gene Expression from a Bicistronic Message by Positron Emission Tomography, Following Gene Transfer with Adenovirus," *Mol. Ther.* 6(1):73-82, The American Society of Gene Therapy, United States (2002).

Luker, G.D., et al., "Noninvasive Bioluminescence Imaging of Herpes Simplex Virus Type 1 Infection and Therapy in Living Mice," *J Virol.* 76(23):12149-12161, American Society for Microbiology, United States (2002).

Ma, Q., et al., "Multiorgan Autoimmune Inflammation, Enhanced Lymphoproliferation, and Impaired Homeostasis of Reactive Oxygen Species in Mice Lacking the Antioxidant-Activated Transcription Factor *Nrf2*," *Am. J Pathol.* 168(6):1960-1974, American Society for Investigative Pathology, United States (Jun. 2006).

Mattson, M.P. and Cheng, A., "Neurohormetic phytochemicals: low-dose toxins that induce adaptive neuronal stress responses," *TRENDS in Neurosciences* 29(11):632-639, Elsevier Ltd., England (Sep. 2006).

Nguyen, T., et al., "Nrf2 Controls Constitutive and Inducible Expression of ARE-driven Genes through a Dynamic Pathway Involving Nucleocytoplasmic Shuttling by Keap1," *J. Biol. Chem.* 280(37):32485-32492, The American Society for Biochemistry and Molecular Biolou, Inc., United States (2005).

Nieboer, C., et al., "Fumaric Acid Therapy in Psoriasis: A Double-Blind Comparison between Fumaric Acid Compound Therapy and Monotherapy with Dimethylfumaric Acid Ester," *Dermatologica* 181:33-37, Karger AG, Switzerland (1990).

Nowack, U., et al., "Successful treatment of recalcitrant cutaneous sarcoidosis with fumaric acid esters," *BMC Dermatol.* 2(15):1-5, BioMed Central Ltd., England (2002).

O'Garra, A., et al., "CD4+ T-cell subsets in autoimmunity," *Curr. Opin. Immunol.* 9:872-883, Current Biology Ltd., England (1997).

Olsson, T., et al., "Chapter 22: MHC and Non-MHC Genetics of Experimental Autoimmune Encephalomyelitis," in *From Basic Immunology to Immune-Mediated Demyelination*, Martino, G. and Adorini, L., eds., p. 246-264, Springer-Verlag, Italy (1999).

Olsson, T., "Critical Influences of the Cytokine Orchestration on the Outcome of Myelin Antigen-Specific T-Cell Autoimmunity in Experimental Autoimmune Encephalomyelitis and Multiple Sclerosis," *Immunol. Rev.* 144:245-268, Munksgaard, Denmark (1995).

Pashenkov, M., et al., "Recruitment of dendritic cells to the cerebrospinal fluid in bacterial neuroinfections," *J. Neuroimmunol.* 122:106-116, Elsevier Science B.V., Netherlands (2002).

Permana, P.A., et al., "Macrophage-secreted factors induce adipocyte inflammation and insulin resistance," *Biochem. Biophys. Res. Commun.* 341:507-514, Elsevier Inc., United States (Epub Jan. 2006).

**EXHIBIT F**
**Page 76**

US 8,399,514 B2

Page 7

Pette, M., et al., "In vitro modulation of human, autoreactive MBP-specific CD4 + T-cell clones by cyclosporin A," *J. Neuroimmunol.* *76*:91-99, Elsevier Science B.V., Netherlands (1997).

Roodnat, J.I., et al., "Akute Niereninsuffizienz bei der Behandlung der Psoriasis mit Fumasäure-Estern," *Schweiz. med. Wschr.* *119*:826-830, Basel, B. Schwabe & Abs. Co., Switzerland (1989) (Abstract ●nly in English).

Rudge, P., "Cyclosporine and multiple sclerosis: The cons," *Neurology* *38*(7)(Suppl 2):29-30, Lippincott Williams & Wilkins, United States (1988).

Ruuls, S.R., et al., "The Length of Treatment Determines Whether IFN-β Prevents or Aggravates Experimental Autoimmune Encephalomyelitis in Lewis Rats," *J. Immunol.* *157*:5721-5731, The American Association of Immunologists, United States (1996).

Satoh, T., et al., "Activation of the Keapl/Nrf2 pathway for neuroprotection by electrophillic phase II inducers," *Proc. Natl. Acad. Sci. USA* *103*(3):768-773, The National Academy of Sciences of the USA, United States (Jan. 2006).

Schilling, F. and Schopf, R.E., "Adultes Debré-de Toni-Fanconi-Syndrom mit ●steomalazie, erworben durch Langzeittherapie einer Psoriasis mit Fumarsäureester—zugleich ein Beitrag zur malazischen ●steoarthropathie," *Akt. Rheumatol.* *24*(6):174-179, Georg Thieme Verlag, Germany (1999) (Abstract ●nly in English).

Schilling, S., et al., "Fumaric acid esters are effective in chronic experimental autoimmune encephalomyelitis and suppress macrophage infiltration," *Clin. Exp. Immunol.* *145*:101-107, British Society for Immunology, England (2006).

Schwinghammer, T.L. and Bloom, E.J., "Pharmacologic prophylaxis of acute graft-versus-host disease after allogeneic marrow transplantation," *Clinical Pharm.* *12*:736-761, American Society of Hospital Pharmacists, Inc., United States (1993).

Shih, A.Y., et al., "A Small-Molecule-Inducible Nrf2-Mediated Antioxidant Response Provides Effective Prophylaxis against Cerebral Ischemia in Vivo," *J. Neurosci.* *25*(44):10321-10335, Society for Neuroscience, United States (2005).

Summers, S.A., "Ceramides in insulin resistance and lipotoxicity," *Prog. Lipid Res.* *45*:42-72, Elsevier Ltd., England (Jan. 2006; Epub Dec. 2005).

Thimmulappa, R.K., et al., "Nrf2 is a critical regulator of the innate immune response and survival during experimental sepsis," *J. Clin. Invest.* *116*(4):984-995, American Society for Clinical Investigation, United States (Apr. 2006).

Van Horssen, J., et al., "NAD(P)H:quinone oxidoreductase 1 expression in multiple sclerosis lesions," *Free Radic. Biol. Med.* *41*:311-317, Elsevier inc., United States (Epub Apr. 2006).

Van Loenen, A.C., et al., "Funnaarzuurtherapie: van fictie tot work werkelijkheid?" *J. Pharm. Weekbl.* *124*:894-900, D B Centens Witgeversmij, Netherlands (1989) (Abstract ●nly in English).

Vandermeeren, M., et al., "Dimethylfumarate is an Inhibitor of Cytolcine-Induced E-Selection, VCAM-1, and ICAM-1 Expression in Human Endothelial Cells," *Biochem. Biophys. Res. Comm.* *234*:19-23, Academic Press, United States (1997).

Vandermeeren, M., et al., "Dimethylfumarate is an Inhibitor of Cytokine-Induced Nuclear Translocation of NF-κB1, But Not Re1A in Normal Human Dermal Fibroblast Cells," *J. Invest. Dermatol.* *116*:124-130, The Society for Investigative Dermatology, Inc., United States (2001).

Wakabayashi, N., et al., "*Keap1*-null mutation leads to postnatal lethality due to constitutive Nrf2 activation," *Nat. Genet.* *35*(3):238-245, Nature Publishing Group, United States (2003).

Wanscher, B. and Sørensen, P.S., "Nye behandlingsmuligheder for dissemineret sklerose?" *Ugeskr Læger 156*(43):6353-6358, Den Alm Danske Laegerforening, Denmark (1994) (Abstract ●nly in English).

Werdenberg, D., et al., "Presystemic Metabolism and Intestinal Absorption of Antipsoriatic Fumaric Acid Esters," *Biopharm. Drug Dispos.* *24*(6):259-273, John Wiley & Sons, Ltd., England (2003).

Werdenberg, D., *Stability, Permeability and Pharmacokinetics of Perorally Administered Fumarates*, Doctoral Dissertation submitted to the Swiss Federal Institute of Technology Zurich, pp. 86, 87, 90, 125 (2003).

Zhu, K. and Mrowietz, U., "Inhibition of Dendritic Cell Differentiation by Fumaric Acid Esters," *J Invest. Dermatol.* *116*:203-208, The Society for Investigative Dermatology, Inc., United States (2001).

The Lenercept Multiple Sclerosis Study Group and the University of British Columbia MS/MRI Analysis Group, "TNF neutralization in MS: Results of a randomized, placebo-controlled multicenter study," *Neurol.* *53*:457-465, American Academy of Neurology, United States (1999).

"●ral Compound BG-12 Achieves Primary Endpoint in Phase II Study of Relapsing-Remitting Multiple Sclerosis; Treatment with BG-12 Led to Statistically Significant Reductions in MRI Measures," Biogen Idec, accessed at http://phx.corporate-ir.net/staging/phoenix.zhtml?c=148682&p=irol-newsArticle_print&ID=861749&highlight, published online May 30, 2006, 2 pages.

"Phase II Study of ●ral Compound BG-12 Meets Primary Endpoint in Multiple Sclerosis," Biogen Idec, accessed at http://phx.corporate-ir.net/staging/phoenix.zhtml?c=148682&p=irol-newsArticle_print&ID=801882&highlight, published online Jan. 9, 2006, 1 page.

"Polyarthritis," Wikipedia.org, accessed at www.en.wikipedia.org/wiki/Polyarthritis, accessed on Sep. 3, 2008, 4 pages.

*Immunmodulation durch Fumaderm. Das richtungsweisende Konzept*, Charite-Berlin Hautklinik Symposium, Nov. 1-3, 1996, p. 1-27.

Partial English language translation, 4 pages, of *Immunmodulation durch Fumaderm. Das richtungsweisende Konzept*, Charite-Berlin Hautklinik Symposium, Nov. 1-3, 1996, pp. 1-27.

Ando, D.G., et al., "Encephalitogenic T Cells in the B1●.PL Model of Experimental Allergic Encephalomyelitis (EAE) Are of the Th-1 Lymphokine Subtype," *Cell. Immunol.* *124*:132-143, Academic Press, Inc., United States (1989).

Baker, D., et al., "Induction of chronic relapsing experimental allergic encephalomyelitis in Biozzi mice," *J. Neuroimmunol.* *28*(3):261-270, Elsevier Science Publishers B.V. (Biomedical Division), Netherlands, (1990).

Baxter, A.G., et al., "High and Low Diabetes Incidence Nonobese Diabetic (N●D) Mice: ●rigins and Characterisation," *Autoimmunity* *9*:61-67, Harwood Academic Publishers GmbH, England (1991).

Bayard, W., et al., "Perorale Langzeitbehandlung der Psoriasis mit Fumarsäurederivaten" *Hautarzt 38*:279-285, Springer-Verlag, Germany (1987) (Abstract ●nly in English).

Ben-Nun, A., et al., "The rapid isolation of clonable antigen-specific T lymphocyte lines capable of mediating autoimmune encephalomyelitis," *Eur. J. Immunol.* *11*:195-199, Verlag Chemie, GmbH, Germany (1981).

Butter, C., et al., "Mononuclear cell trafficking and plasma protein extravasation into the CNS during chronic relapsing experimental allergic encephalomyelitis in Biozzi AB/H mice," *J. Neurol. Sci.* *104*:9-12, Elsevier Science Publishers B.V., Netherlands (1991).

Dinkova-Kostova, A.T., et al., "Potency of Michael reaction acceptors as inducers of enzymes that protect against carcinogenesis depends on their reactivity with sulfhydryl groups," *Proc. Natl. Acad. Sci. USA 98*(6):3404-3409, National Academy of Sciences, United States (2001).

*Encyclopedia of Molecular Biology and Molecular Medicine*, Meyers, R.A., ed., p. 343, VCH Verlagsgesellschaft mbH, Germany (1996).

Ercolinl A.M. and Miller, S.D., "Mechanisms of Immunopathology in Murine Models of Central Nervous System Demyelinating Disease," *J. Immunol.* *176*(6):3293-3298, The American Association of Immunologists, Inc., United States (Mar. 2006).

Eugster, H.-P., et al., "Severity of symptoms and demyelination in M●G-induced EAE depends on TNFR1," *Eur. J. Immunol.* *29*:626-632, Wiley-VCH Verlag GmbH, Germany (1999).

Freireich, E.J., et al., "Quantitative Comparison of Toxicity of Anti-cancer Agents in Mouse, Rat, Hamster, Dog, Monkey, and Man," *Cancer Chemother. Reports 50*(4):219-244, National Cancer Institute, United States (1966).

Friedrich, M., et al., "Addition of Pentoxifylline Could Reduce the Side Effects of Fumaric Acid Esters in the Treatment of Psoriasis," *Acta Derm. Venereol.* *81*:429-430, Taylor & Francis, Sweden (2001).

Gold, R., et al., "Understanding pathogenesis and therapy of multiple sclerosis via animal models: 70 years of merits and culprits in experimental autoimmune encephalomyelitis research," *Brain 129*:1953-1971, ●xford University Press, England (Aug. 2006).

US 8,399,514 B2

Page 8

Habig, W.H., et al., "Glutathione S-Transferases: The First Enzymatic Step in Mercapturic Acid Formation," *J. Biol. Chem.* *249*(22):7130-7139, The American Society for Biological Chemists, Inc., United States (1974).

Harris, J.●., et al., "Serial Gadolinium-enhanced Magnetic Resonance Imaging Scans in Patients with Early, Relapsing-Remitting Multiple Sclerosis: Implications for Clinical Trials and Natural History," *Ann. Neurol. 29*:548-555, American Neurological Association, United States (1991).

Hartung, H.-P., et al., "The Role of Macrophages and Eicosanoids in the Pathogenesis of Experimental Allergic Neuritis," *Brain* *111*:1039-1059, ●xford University Press, England (1988).

Hemminki, A., et al., "In Vivo Molecular Chemotherapy and Noninvasive Imaging With an Infectivity-Enhanced Adenovirus," *J. Natl. Cancer Inst. 94*(10):741-749, ●xford University Press, United States (2002).

Ji, H., et al., "Different modes of pathogenesis in T-cell-dependent autoimmunity: clues from two TCR transgenic systems," *Immunol. Rev. 169*:139-146, Munksgaard International Publishers, Denmark (1999).

Kappos, L., et al., "Efficacy of a novel oral single-agent Fumarate, BG00012, in patients with relapsing-remitting multiple sclerosis: results of a phase II study," oral presentation on May 30, 2006, at the 16th Meeting of the European Neurological Society, May 27-31, 2006, Lausanne, Switzerland.

Kappos, L., et al., "Efficacy of a novel oral single-agent fumarate, BG00012, in patients with relapsing-remitting multiple sclerosis: results of a phase 2 study," Abstract O108, Proceedings of the 16th Meeting of the European Neurological Society, May 27-31, 2006, Lausanne, Switzerland (Abstract ●nly).

Kappos, L., et al., "The Efficacy of BG●●● 12 in Patients With Relapsing-Remitting Multiple Sclerosis: Subgroup Analyses From the Phase 2b Study," poster from the 60th Annual Meeting of the American Academy of Neurology, Apr. 12-19, 2008, Chicaro, IL, United States.

Kermode, A.G., et al., "Breakdown of the Blood-Brain Barrier Precedes Symptoms and ●ther MRI Signs of New Lesions in Multiple Sclerosis," *Brain 113*:1477-1489, ●xford University Press, England (1990).

Kuroda, K. and Akao, M., "Antitumor and Anti-Intoxication Activities of Fumaric Acid in Cultured Cells," *Gann. 72*(5):777-782, Japanese Cancer Association and the Japanese Foundation for Cancer Research, Japan (1981).

Biosis Database, Accession No. PREV197662032843, English language abstract for Kuroda, K., et al., "Inhibitory Effect of Capsella-Bursa-Pastoris Extract on Growth of Ehrlich Solid Tumor in Mice," *Cancer Res. 36*(6):1900-1903, American Association for Cancer Research, United States (1976) (Abstract ●nly).

Linker, R.A., et al., "CNTF is a major protective factor in demyelinating CNS disease: A neurotrophic cytokine as modulator in neuroinflammation," *Nature Medicine 8*(6):620-624, Nature America Inc., United States (2002).

Lodie, T.A., et al., "Systematic Analysis of Reportedly Distinct Populations of Multipotent Bone Marrow-Derived Stem Cells Reveals a Lack of Distinction," *Tissue Eng. 8*(5):739-751, Mary Ann Liebert, Inc., United States (2002).

Mendel, I., et al., "A myelin oligodendrocyte glycoprotein peptide induces typical chronic experimental autoimmune encephalomyelitis in H-2$^b$ mice: fine specificity and T cell receptor Vβ expression of encephalitogenic T cells," *Eur. J. Immunol. 25*:1951-1959, VCH mbH, Germany (1995).

*The Merck Manual of Diagnosis and Therapy*, 15th Edition, Berkow, R. and Fletcher, A.J., eds., p. 327, Merck Sharp & Dohme Research Lab, United States (1987).

Nieboer, C., et al., "Treatment of psoriasis with fumarc acid derivates," *Proceedings of the 239th Meeting of the Netherlands Society for Dermatology and Venereology Amsterdam*, Feb. 14, 1987, Br. J. Dermatol. 117(6):791-92, Blackwell Scientific Publications, England (1987) (Abstract ●nly).

Nioi, P. and Hayes, J.D., "Contribution of NAD(P)H:quinone oxidoreductase 1 to protection against carcinogenesis, and regulation of its gene by the Nrf2 basic-region leucine zipper and the arylhydrocarbon receptor basic helix-loop-helix transcription factors," *Mutat. Res. 555*:149-171, Elsevier B.V Netherlands (2004).

●lsson, T., "15: Future prospects of cytokines in the pathogenesis and management of multiple sclerosis," in Frontiers in Multiple Sclerosis, vol. 2, p. 139-150, Siva, A., et al., eds., Martin Dunitz Ltd., England (1999).

●lsson, T., "Chapter 6: Cytokines in Multiple Sclerosis and Its Experimental Models," in *Neuroscience Intelligence Unit 5: T-Cell Autoimmunity and Multiple Sclerosis*, Londei, M., ed., p. 91-112, R.G. Landes Company, United States (1999).

Biosis Database, Accession No. PREV199497368291, English language abstract for Pearl, J.M., et al., "Fumarate-enriched blood cardioplegia results in complete functional recovery of immature myocardium," *Ann. Thorac. Surg. 57*(6):1636-1641, Elsevier, Netherlands (1994) (Abstract ●nly).

Peeters, A.J., et al., "Fumaric Acid Therapy for Psoriatic Arthritis. A Randomized, Double-blind, Placebo-controlled Study," *Br. J Rheumatol. XXXI*(7):502-504, British Association for Rheumatology and Rehabilitation, England (1992).

Peeters, A.J., et al., "Gunstig effect van fumaarzuurtherapie bij arthritis psoriatica: een dubbelblind, placebo-gecontroleerd onderzoek," *Ned. Tijdschr. Geneeskd. 136*(49):2428-2431, Bohn Stafleu van Loghum, Netherlands (1992) (Abstract ●nly in English).

Perrella, O., et al., "Interleukin-10 and IFN-α in multiple sclerosis: is there a balance?" *J. Neurovirol. 3*(Suppl 1):P17, Stockton Press, United States (1997) (Abstract ●nly).

Polman, C.H., et al., "Diagnostic Criteria for Multiple Sclerosis: 2005 Revisions to the McDonald Criteria," *Ann. Neurol. 58*(6):840-846, Wiley-Liss, Inc., United States (2005).

Prochaska, H.J. and Santamaria, A.B., "Direct Measurement of NAD(P)H:Quinone Reductase from Cells Cultured in Microtiter Wells: A Screening Assay for Anticarcinogenic Enzyme Inducers," *Anal. Biochem. 169*:328-336, Academic Press, Inc., United States (1988).

Roitt, I.M., et al., eds., "23.Autoimmunity and Autoimmune Disease," in *Immunology*, p. 23.1-23.12, Gower Medical Publishing, United States (1985).

Rostami-Yazdi, M., et al., "Detection of Metabolites of Fumaric Acid Esters in Human Urine: Implications for Their Mode of Action," *J. Invest. Dermatol. 129*:231-234, Nature Publishing Group, United States (2008).

Rushmore, T.H., et al., "The Antioxidant Responsive Element: Activation by ●xidative Stress and Identification of the DNA Consensus Sequence Required for Functional Activity," *J. Biol. Chem. 266*(18):11632-11639, The American Society for Biochemist.), and Molecular Biology, Inc., United States (1991).

Biosis Database, Accession No. PREV199699044855, English language abstract for Schmidt, K.N, et al., "Anti-psoriatic drug anthralin activates transcription factor NF-kappa-B in murine keratinocytes," *J. Immunol. 156*(11):4514-4519, American Association of Immunologists, United States (1996) (Abstract ●nly).

Shi, N., et al., "Brain-specific expression of an exogenous gene after i.v. administration," *Proc. Natl. Acad. Sci. USA 98*(22):12754-12759, National Academy of Sciences, United States (2001).

Sobel, R.A., et al. "The Immunopathology of Experimental Allergic Encephalomyelitis. I. Quantitative Analysis of Inflammatory Cells In Situ," *J. Immunol. 132*(5):2393-2401, American Association of Immunologists, United States (1984).

Stangel, M., et al., "Fumarat in der Behandlung der Multiplen Sklerose: Mögliche Wirkmechanismen und Studien," *Der Nervenarzt 79*:212-217, Springer Medizin Verlag, Germany (2008) (Abstract ●nly in English).

Stühlinger, W., et al., "Nephrotoxische Wirkung einer Therapie mit Fumarsäureestern bei Psoriasis," *Dtsch., Med. Wschr. 115*:1712-1715, Georg Thieme Verlag Stuttgart, Germany (1990) (Abstract ●nly in English).

Traugott, U., "Detailed Analysis of Early Immunopathologic Events during Lesion Formation in Acute Experimental Autoimmune Encephalomyelitis," *Cell. Immunol. 119*:114-129, Academic Press, Inc., United States (1989).

US 8,399,514 B2

Page 9

Tung, C.-H., et al., "In Vivo Imaging of Proteolytic Enzyme Activity Using a Novel Molecular Reporter," *Cancer Res. 60*:4953-4958, American Association for Cancer Research, Inc., United States (2000).

Tuohy, V.K., et al., "A Synthetic Peptide From Myelin Proteolipid Protein Induces Experimental Allergic Encephalomyelitis," *J. Immunol. 141*(14):1126-1130, The American Association of Immunologists, United States (1988).

Úner, A.H., et al., "Characteristics of Auto Anti-idiotypic Antibodies Reactive with Antibodies Expressing the Pathogenic Idiotype, Id$^{LN}$F$_1$, in the (NZBxSWR)F$_1$ Model for Lupus Nephritis and its Parental Strains," *J. Autoimmun. 11*:233-240, Academic Press, England (1998).

Van Muiswinkel, F.L., et al., "Expression of NAD(P)H:quinone oxidoreductase in the normal and Parkinsonian substantia nigra," *Neurobiol. Aging 25*:1253-1262, Elsevier Inc., United States (2004).

Van Muiswinkel, F.L. and Kuiperij, H.B., "The Nrf2-ARE Signalling Pathway: Promising Drug Target to Combat ●xidative Stress in Neurodegenerative Disorders," *Curr. Drug Targets—CNS & Neurol. Disord. 4*:267-281, Bentham Science Publishers Ltd., Netherlands (2005).

Weinmann, I., et al., "Influence of Fumaric Acid Derivates on T Lymphocytes in the Murine Model of HSV-1 Keratitis," *Invest. Opthalmol. Vis. Sci. 41*(4):S146, Association for Research in Vision and ●phthalmology annual meeting. Fort Lauderdale, Florida, USA, Apr. 30-May 5, 2000, United States (Abstract ●nly).

*The Merck Index: An Encyclopedia of Chemicals, Drugs, and Biologicals*, 10th Edition, p. 396, Windholz, M., et al., eds., Merck & Co., Inc., United States (1983).

Zamvil, S., et al., "T-cell clones specific for myelin basic protein induce chronic relapsing paralysis and demyelination" *Nature 317*:355-358, Nature Publishing Group, England (1985).

Zamvil, S.S. and Steinman, L., "The T Lymphocyte in Experimental Allergic Encephalomyelitis," *Ann. Rev. Immunol. 8*:579-621, Annual Reviews Inc., United States (1990).

●ffice Action mailed Apr. 26, 2000, in U.S. Appl. No. 09/194,862, Joshi, R.K., et al., § 371(c) date Jul. 8, 1999 (now U.S. Patent No. 6,436,992 B1).

●ffice Action mailed ●ct. 31, 2000, in U.S. Appl. No. 09/402,103, Joshi, R.K., et al., § 371(c) date Sep. 27, 1999 (now U.S. Patent No. 6,277,882 B1).

●ffice Action mailed May 21, 2001, in U.S. Appl. No. 09/743,978, Joshi, R.K., et al., § 371(c) date Jan. 17, 2001 (now U.S. Pat. No. 6,355,676 B1).

●ffice Action mailed Dec. 7, 2001, in U.S. Appl. No. 09/831,620, Joshi, R.K., et al., § 371(c) date May 10, 2001 (now U.S. Pat. No. 6,509,376 B1).

●ffice Action mailed Mar. 4, 2002, in U.S. Appl. No. 09/831,620, Joshi, R.K., et al., § 371(c) date May 10, 2001 (now U.S. Patent No. 6,509,376 B1).

●ffice Action mailed Aug. 12, 2003, in U.S. Appl. No. 10/148,858, Joshi, R.K., et al., § 371(c) date May 28, 2002 (now U.S. Patent No. 6,858,750 B2).

●ffice Action mailed Mar. 23, 2004, in U.S. Appl. No. 10/148,858, Joshi, R.K., et al., § 371(c) date May 28, 2002 (now U.S. Patent No. 6,858,750 B2).

●ffice Action mailed Mar. 22, 2004, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

●ffice Action mailed Nov. 28, 2005, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

●ffice Action mailed Jun. 21, 2006, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

●ffice Action mailed May 15, 2007, in U.S. Appl. No. 10/197,077, Joshi, R.K., et al., filed Jul. 17, 2002 (now U.S. Patent No. 7,320,999 B2).

●ffice Action mailed Dec. 3, 2007, in U.S. Appl. No. 11/765,563, Joshi, R.K., et al., filed Jun. 20, 2007 (now U.S. Patent No. 7,612,110 B2).

●ffice Action mailed Sep. 9, 2008, in U.S. Appl. No. 11/765,563, Joshi, R.K., et al., filed Jun. 20, 2007 (now U.S. Patent No. 7,612,110 B2).

●ffice Action mailed Mar. 12, 2009, in U.S. Appl. No. 11/765,563, Joshi, R.K., et al., filed Jun. 20, 2007 (now U.S. Patent No. 7,612,110 B2).

●ffice Action mailed Dec. 14, 2007, in U.S. Appl. No. 11/765,578, Joshi, R.K., et al., filed Jun. 20, 2007 (now U.S. Patent No. 7,619,001 B2).

●ffice Action mailed Jul. 25, 2008, in U.S. Appl. No. 11/765,578, Joshi, R.K., et al., filed Jun. 20, 2007 (now U.S. Patent No. 7,619,001 B2).

●ffice Action mailed Sep. 15, 2008, in U.S. Appl. No. 11/765,578, Joshi, R.K., et al., filed Jun. 20, 2007 (now U.S. Patent No. 7,619,001 B2).

●ffice Action mailed Mar. 30, 2009, in U.S. Appl. No. 11/765,578, Joshi, R.K., et al., filed Jun. 20, 2007 (now U.S. Patent No. 7,619,001 B2).

●ffice Action mailed ●ct. 2, 2009, in U.S. Appl. No. 12/405,661, Joshi, R.K., et al., filed Mar. 17, 2009 (now U.S. Patent No. 7,803,840 B2).

●ffice Action notification date Jan. 19, 2010, in U.S. Appl. No. 12/405,661, Joshi, R.K., et al., filed Mar. 17, 2009 (now U.S. Patent No. 7,803,840 B2).

●ffice Action notification date May 20, 2010, in U.S. Appl. No. 12/405,661, Joshi, R.K., et al., filed Mar. 17, 2009 (now U.S. Patent No. 7,803,840 B2).

●ffice Action notification date Mar. 23, 2010, in U.S. Appl. No. 12/405,665, Joshi, R.K., et al., filed Mar. 17, 2009 (now U.S. Patent No. 7,915,310 B2).

●ffice Action notification date Sep. 9, 2010, in U.S. Appl. No. 12/405,665, Joshi, R.K., et al., filed Mar. 17, 2009 (now U.S. Patent No. 7,915,310 B2).

Wallace, D.C., "Mitochondrial Diseases in Man and Mouse," *Science 283*:1482-1488, American Association for the Advancement of Science, United States (1999).

Schimrigk, et al., "●ral fumaric acid esters for the treatment of active multiple sclerosis: an open-label, baseline-controlled pilot study", European Journal of Neurology, vol. 13, No. 6, XP-002496537, pp. 604-610, (Jun. 2006).

Wierinckx, et al., "Detoxication enzyme Inducers modify cytokine production in rat mixed glial cells", Journal of Neuroimmunology, Elsevier Science Publishers BV, XX, vol. 166, No. 1-2, XP-005000427, pp. 132-143 (Sep. 1, 2005).

Memorandum of Meeting Minutes for the meeting held on Aug. 30, 2006, between attendees from the FDA and Biogen Idec regarding the End of Phase 2 for application PIND 73,061, BG00012.

Altmeyer, P. and Nüchel, C., "Systemtherapie der Psoriasis," *Dtsch. med. Wschr. 121*:1605-1607, Georg Thieme Verlag, Germany (1996). English language translation of Altmeyer, P. and Nüchel, C., "Systemtherapie der Psoriasis," *Dtsch. med. Wschr. 121*:1605-1607, Georg Thieme Verlag, Germany (1996).

Altmeyer, P. and Nüchel, C., "Systemische Therapie der Psoriasis," *T&E Dermatologie 27*:380-382, 384, Reed Elsevier Deutschland, Germany (1997).

English language translation of Altmeyer, P. and Nüchel, C., "Systemische Therapie der Psoriasis," *T&E Dermatologie 27*:380-382, 384, Reed Elsevier Deutschland, Germany (1997).

Compston, A., et al., "The person with multiple sclerosis: a prospectus," in *McAlpine's Multiple Sclerosis, 4th Edition*, p. 803-810, Compston, A., et al., eds., Elsevier Inc., China (2006).

Kraft, A.D., et al., "Nuclear Factor E2-Related Factor 2-Dependent Antioxidant , Response Element Activation by *tert*-Butylhydroquinone and Sulforaphane ●ccurring Preferentially in Astrocytes Conditions Neurons against ●xidative Insult," *J. Neurosci. 24*(5):1101-1112, Society for Neuroscience, United States (2004).

Malipiero, U., et al., "Myelin oligodendrocyte glycoprotein-induced autoimmune encephalomyelitis is chronic/relapsing in perforin knockout mice, but monophasic in Fas- and Fas ligand-deficient *lpr* and *gld* mice," *Eur. J. Immunol. 27*(12):3151-3160, Wiley-VCH Verlag GmbH, Germany (1997).

**US 8,399,514 B2**

Page 10

McDonald, W.I., et al., "Recommended Diagnostic Criteria for Multiple Sclerosis: Guidelines from the International Panel on the Diagnosis of Multiple Sclerosis," *Ann. Neurol. 50*(1):121-127, Wiley-Liss, Inc., United States (2001).

Misgeld, T., "Death of an axon: studying axon loss in development and disease," *Histochem. Cell Biol. 124*:189-196, Springer-Verlag, Germany (2005).

Mrowietz, U., "Nephrotoxische Wirkung durch Fumarsäure," *Der Hautarzt 51*:615, Springer-Verlag, Germany (2000).

English language translation of Mrowietz, U., "Nephrotoxische Wirkung durch Fumarsäure," *Der Hautarzt 51*:615, Springer-Verlag, Germany (2000).

Noseworthy, J., et al., "The treatment of symptoms in multiple sclerosis and the role of rehabilitation," in *McAlpine's Multiple Sclerosis, 4th Edition*, p. 701-728, Compston, A., et al., eds., Elsevier Inc., China (2006).

Noseworthy, J., et al., "Disease-modifying treatments in multiple sclerosis," in *McAlpine's Multiple Sclerosis, 4th Edition*, p. 729-802, Compston, A., et al., eds., Elsevier Inc., China (2006).

Riemekasten, G., et al., "Strong Acceleration of Murine Lupus by Injection of the SmD1[83-119] Peptide," *Arthritis & Rheum. 44*(11):2435-2445, Wiley-Liss, Inc., United States (2001).

Sadjak, A., et al., "Nephrotoxische Wirkung von Fumarsäurederivaten," *Dtsch. med. Wschr. 116*(12):478, Georg Thiem Verlag, Germany (1991).

English language translation of Sadjak, A., et al., "Nephrotoxische Wirkung von Fumarsäurederivaten," *Dtsch. med. Wschr. 116*(12):478, Georg Thieme Verlag, Germany (1991).

English language translation of Germany Patent Publication No. DE 25 30 372 A1.

English language translation of Germany Patent Publication No. DE 26 21 214 A1.

English language translation of Germany Patent Publication No. DE 28 40 498 B1.

Balasubramaniam, P., et al., "Fumaric acid esters in severe psoriasis, including experience of use in combination with other systemic modalities," *Br. J. Dermatol. 150*:741-746, British Association of Dermatologists, England (2004).

Ffrench-Constant, C., "Pathogenesis of multiple sclerosis," *Lancet 343*(8892):271-275, The Lancet Ltd., England (1994).

Ghoreschi, K., et al., "A molecule solves psoriasis? Systemic therapies for psoriasis inducing interleukin 4 and Th2 responses," *J. Mol. Med.* (Berl.) 81(8):471-480, Springer-Verlag, Germany (2003).

Hartung, H.-P., et al., "Circulating adhesion molecules and inflammatory mediators in demyelination: A review," *Neurology 45*(6)(Suppl. 6):S22-S32, Advanstar Communications Inc., United States (1995).

Lee, J.-M., et al., "Nrf2, a multi-organ protector?" *FASEB J. 19*(9):1061-1066, Federation of American Societies for Experimental Biology, United States (2005).

Loewe, R., et al., "Dimethylfumarate Inhibits Tumor-Necrosis-Factor-Induced CD62E Expression in an NF-κB-Dependent Manner," *J. Invest. Dermatol. 117*:1363-1368, The Society for Investigative Dermatology, United States (2001).

Sormani, M.P., et al., "Clinical trials of multiple sclerosis monitored with enhanced MRI: new sample size calculations based on large data sets," *J. Neurol. Neurosurg. Psychiatry 70*:494-499, British Medical Association, England (2001).

Traugott, U., et al., "Multiple Sclerosis Distribution of T Cells, T Cell Subsets and Ia-positive Macrophages in Lesions of Different Ages," *J. Neuroimmunol. 4*:201-221, Elsevier Science Publishers, Netherlands (1983).

Traugott, U. and Lebon, P., "Multiple Sclerosis: Involvement of Interferons in Lesion Pathogenesis," *Ann. Neurol. 24*(2):243-251, American Neurological Association, United States (1988).

Walsh, M.J. and Tourtellotte, W.W., "Temporal Invariance and Clonal Uniformity of Brain and Cerebrospinal IgG, IgA, and IgM in Multiple Sclerosis," *J. Exp. Med. 163*:41-53, Rockefeller University Press, United States (1986).

"BG 12 BG 00012, BG 12/Oral Fumarate, FAG-201, Second-Generation Fumarate Derivative—Fumapharm/Biogen Idec," *Drugs in R&D 6*(4):229-230, Adis Data Information BV, New Zealand (2005).

"Efficacy and Safety of BG00012 in MS," ClinicalTrials.gov, accessed at http://www.clinicaltrials.gov/ct2/show/NCT00168701?term-bg00012&rank=3, accessed on Sep. 19, 2008, 3 pages.

"Efficacy and Safety of ●ral BG●●●12 in Relapsing-Remitting Multiple Sclerosis (Define)," ClinicalTrials.gov, accessed at http://www.clinicaltrials.gov/ct2/show/NCT00420212?term=bg00012&rank=1, accessed on Sep. 19, 2008, 4 pages.

"Biogen Idec Announces Positive Top-Line Results from Second Phase 3 Trial Investigating ●ral BG-12 (Dimethyl Fumarate) in Multiple Sclerosis," accessed at http://www.biogenidec.com/PRESS_RELEASE_DETAILS.aspx?ID-5981&ReqId=1621631, accessed on ●ct. 28, 2011, 3 pages.

Langner, A., et al., "Results of a Phase II Study of a Novel ●ral Fumarate, BG●●●12, in the Treatment of Severe Psoriasis," European Congress on Psoriasis, ●ct. 21-24, 2004, Paris, France.

Langner, A., et al, "The Efficacy and Safety of a Novel ●ral Formulation of Dimethylfumarate, BG●●●12, in Patients with Severe Psoriasis: Results of a Phase 2 Dose-Finding and Safety Extension Study," 3rd Spring Symposium of the European Academy of Derrnatolo and Venerology (EADV), 2005, Sofia, Bulgaria.

Langner, A., et al., "Oral Fumarate for the Treatment of Severe Forms of Psoriasis: Results of a Phase II Clinical Study," 2nd Spring Symposium of the European Academy of Dermatology and Venerology (EADV) Apr. 29-May 1, 2004, Budapest, Hungary.

Langner, A., et al., "Effects of a Novel ●ral Fumarate, BG●●●12, in Patients with Severe Psoriasis: Results of a Phase 2 Study," 13th Congress of the European Academy of Dermatology and Venerology (EADV), Nov. 17-21, 2004, Florence, Italy.

Langner, A., et al., "Efficacy and Safety of a New ●ral Formulation of Fumaric Acid Ester for the Treatment of Moderate to Severe Psoriasis," 10th International Psoriasis Symposium, Jun. 10-13, 2004, Toronto, Canada.

T Hart et al., "Modelling of multiple sclerosis: lessons learned in a non-human primate," *The Lancet Neurology 3*(10):588-597, Elsevier Ltd. (2004).

●ffice Action mailed Jul. 13, 2011, in U.S. Appl. No. 12/526,296, Lukashev et al., § 371(c) Date: Jan. 13, 2011.

●ffice Action mailed Dec. 15, 2011, in U.S. Appl. No. 12/526,296, Lukashev et al., § 371(c) Date: Jan. 13, 2011.

"Efficacy and Safety Study of ●ral BG●●●12 with Active Reference in Relapsing-Remitting Multiple Sclerosis (Confirm)," ClinicalTrials.gov, accessed at http://www.clinicaltrials.gov/ct2/show/NCT00451451?term=bg00012&rank=8, 4 pages.

●ffice Action mailed Mar. 20, 2012, in U.S. Appl. No. 12/525,805, Gold, § 371(c) Date: Feb. 1, 2010.

International Search Report for International Patent Application No. PCT/US10/01282, International Searching Authority, United States, mailed on Jun. 28, 2010.

International Preliminary Report on Patentability for International Patent Application No. PCT/US10/01282, International Bureau of WIP●, Switzerland, issued Nov. 1, 2011.

Lee, D.-H., et al. "Spotlight on fumarates," *Int. MS J. 15*(1):12-18, Cambridge Medical Publications, England (2008).

Co-pending U.S. Appl. No. 13/465,740, inventor Lukashev, filed May 7, 2012.

European Patent ●ffice Communication dated ●ct. 30, 2012 in European Patent Application No. EP 08725256.5 regarding observations by a third party.



*Figure 1*



*Figure 2*

EXHIBIT F
Page 82



*Figure 3*



Figure 4

US 8,399,514 B2

**1**

## TREATMENT FOR MULTIPLE SCLEROSIS

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 12/526,296, §371(c) Date Jan. 13, 2011, now abandoned, which is the U.S. National Phase of International Application No. PCT/US2008/001602, filed Feb. 7, 2008, which claims the benefit of U.S. Provisional Application 60/888,921, filed Feb. 8, 2007.

Provided are certain compounds for treating neurological diseases, including demyelinating neurological diseases, such as, e.g., multiple sclerosis.

Multiple sclerosis (MS) is an autoimmune disease with the autoimmune activity directed against central nervous system (CNS) antigens. The disease is characterized by inflammation in parts of the CNS, leading to the loss of the myelin sheathing around neuronal axons (demyelination), loss of axons, and the eventual death of neurons, oligodenrocytes and glial cells.

An estimated 2,500,000 people in the world suffer from MS. It is one of the most common diseases of the CNS in young adults. MS is a chronic, progressing, disabling disease, which generally strikes its victims some time after adolescence, with diagnosis generally made between 20 and 40 years of age, although onset may occur earlier. The disease is not directly hereditary, although genetic susceptibility plays a part in its development. Relapsing-remitting MS presents in the form of recurrent attacks of focal or multifocal neurologic dysfunction. Attacks may occur, remit, and recur, seemingly randomly over many years. Remission is often incomplete and as one attack follows another, a stepwise downward progression ensues with increasing permanent neurological deficit.

Although various immunotherapeutic drugs can provide relief in patients with MS, none is capable of reversing disease progression, and some can cause serious adverse effects. Most current therapies for MS are aimed at the reduction of inflammation and suppression or modulation of the immune system. As of 2006, the available treatments for MS reduce inflammation and the number of new episodes but not all have an effect on disease progression. A number of clinical trials have shown that the suppression of inflammation in chronic MS rarely significantly limits the accumulation of disability through sustained disease progression, suggesting that neuronal damage and inflammation are independent pathologies. Promoting CNS remyelination as a repair mechanism and otherwise preventing axonal loss and neuronal death are some of the important goals for the treatment of MS. For a comprehensive review of MS and its current therapies, see, e.g., McAlpine's Multiple Sclerosis, by Alastair Compston et al., 4th edition, Churchill Livingstone Elsevier, 2006.

"Phase 2 enzymes" serve as a protection mechanism in mammalian cells against oxygen/nitrogen species (ROS/RNS), electrophiles and xenobiotics. These enzymes are not normally expressed at their maximal levels and, their expression can be induced by a variety of natural and synthetic agents. Nuclear factor E2-related factor 2 (Nrf2) is a transcription factor responsible for the induction of a variety of important antioxidant and detoxification enzymes that coordinate a protective cellular response to metabolic and toxic stress.

ROS/RNS are most damaging in the brain and neuronal tissue, where they attack post-mitotic (i.e., non-dividing) cells such as glial cells, oligodendocytes, and neurons, which are particularly sensitive to free radicals. This process leads to neuronal damage. Oxidative stress has been implicated in the

**2**

pathogenesis of a variety of neurodegenerative diseases, including ALS, Alzheimer's disease (AD), and Parkinson's disease (PD). For review, see, e.g., van Muiswinkel et al., Curr. Drug Targets CNS—Neurol. Disord., 2005, 4:267-281. An anti-oxidative enzyme under control of Nrf2, NQO1 (NAD(P)H dehydrogenase, quinone (1), was recently reported to be substantially upregulated in the brain tissues of AD and PD subjects (Muiswinkel et al., Neurobiol. Aging, 2004, 25: 1253). Similarly, increased expression of NQO1 was reported in the ALS subjects' spinal cord (Muiswinkel et al., Curr. Drug Targets---CNS. Neurol. Disord., 2005, 4:267-281) and in active and chronic lesions in the brains of patients suffering from MS (van Horssen et al., Free Radical Biol. & Med., 2006, 41 311-311). These observations indicate that the Nrf2 pathway may be activated in neurodegenerative and neuroinflammatory diseases as an endogenous protective mechanism. Indeed, most recently, it has been reported that induced activation of Nrf2-dependent genes by certain cyclopenanone-based compounds (NEPP) counters the toxic effects of metabolic inhibition and ROS/RNS production in the brain and protects neurons from death in vitro and in vivo (see Satoh et al., PNAS, 2006, 103(3):768-773).

Additionally, many publications have reported neuroprotective effects of compounds in natural plant-derived compounds ("phytochemicals"), including α-tocopherol (vitamin E), lycopene (tomatoes), resveratrol (red grapes), sulforaphane (broccoli), EGCG (green tea), etc. For review, see Mattson and Cheng, Trends in Neurosci., 2006, 29(11):632-639. Originally, the action of these compounds was attributed to their anti-oxidant properties. However, while most anti-oxidants are effective only at high concentrations, at least some of these compounds appear to exert neuroprotective effects at much lower doses. Emerging evidence suggests that these compounds may exert their neuroprotective effects by activating cellular stress-response pathways, including the Nrf2 pathway, resulting in the upregulation of neuroprotective genes. However, the exact mechanism of action of these compounds remains poorly understood.

To date, more than 10 different chemical classes of inducers of Nrf2 pathway have been identified including isothiocyanates and their thiol addition products, dithiocarbamates, as well as 1,2-dithiole-3-thiones, trivalent arsenic derivatives (e.g., phenyl arsenoxide), heavy metals, certain conjugated cyclic and acyclic polyenes (including porphyrins, chlorophyllins, and chlorophyll), and vicinal dimercaptans. These inducers have few structural similarities. They are mostly electrophiles, and all can react chemically with thiol groups by alkylation, oxidation, or reduction, suggesting that the intracellular sensor for inducers is likely to contain very highly reactive (cysteine) thiols. The inducers can modify thiol groups by a variety of mechanisms including: alkylation (Michael addition acceptors, isothiocyanates, quinones); oxidation (e.g., peroxides and hydroperoxides); and direct reaction with thiol/disulfide linkages (e.g., vicinal dithiols such as 1,2-dimercaptopropanol, lipoic acid). These diverse response mechanisms provide plasticity for cellular responses to a variety of electrophilic and oxidant stressors.

Provided are methods that comprise at least one of the following methods:

1) methods of screening for at least one new candidate compound for treating a neurological disease;

2) methods of evaluating neuroprotective properties of at least one drug candidate for treating a neurological disease;

3) methods of comparing (e.g., for bioequivalence) at least two pharmaceutical compositions which comprise fumaric acid derivatives;

US 8,399,514 B2

**3**

4) methods of treating a neurological disease by administering to the subject in need thereof at least one compound that is partially structurally similar to DMF or MMF; and

5) methods of treating a neurological disease by a combination therapy that comprises administration of at least one first compound that upregulates the Nrf2 pathway and at least one second compound that does not upregulate the Nrf2 pathway.

In some embodiments, the neurological disease is a neurodegenerative disease such as, for example, ALS, Parkinson's disease, Alzheimer's disease, and Huntington's disease. In some embodiments the neurological disease is MS or another demyelinating neurological disease.

In some embodiments, the methods 1-3 further comprise:

a) contacting a cell with the test compound, and

b) determining whether the Nrf2 pathway is upregulated in the cell.

In some embodiments, the methods may further comprise:

c) determining whether the test compound slows or prevents demyelination, axonal loss, and/or neuronal death, and/or

d) selecting the test compound as a candidate for treating neurodegeneration in a neurological disease if 1) the Nrf2 pathway is upregulated and 2) demyelination, axonal loss, and/or neuronal death are/is prevented or slowed.

In some embodiments, the methods 1-3 comprise contacting a cell with at least one test compound and determining whether the Nrf2 pathway is upregulated in the cell. In such methods, an upregulation of the Nrf2 pathway above a threshold (e.g., by at least 30% over a control) indicates that the at least one compound has at least one biological property beneficial in treating a neurological disease (e.g., neuroprotective properties). In some embodiments, the upregulation of the Nrf2 pathway is assessed (in vivo and/or in vitro) by at least one of the following:

i) expression levels of endogenously produced and/or exogenously introduced Nrf2;

ii) subcellular localization and/or nuclear translocation of Nrf2;

iii) expression levels and/or activity of one or more genes under control of Nrf2 (e.g., endogenous NQO1) or an Nrf2-regulated reporter gene in an artificial reporter construct;

iv) levels of Nrf2 binding to the Nrf2-binding DNA element ARE;

v) stability of Nrf2/Keap1 complexes; and

vi) modification (e.g., alkylation) levels of Keap1 and/or at least one other Nrf2/Keap1-associated proteins.

In some embodiments of methods 1-3, the compounds that are being screened, evaluated, or compared comprise at least one member of at least one of the following classes of compounds: mild alkylating agents, Michael addition acceptors, and compounds that are metabolized upon administration to Michael addition acceptors. In some embodiments, the Michael addition acceptor has the structure of Formula I, II, III, or IV set forth below.

In some embodiments method 1 comprises:

a) contacting a cell with a plurality of test compounds,

b) determining whether the Nrf2 pathway is upregulated in the cell, and

c) selecting from the plurality of compounds at least one compound that upregulates the Nrf2 pathway, wherein an upregulation of the Nrf2 pathway by the selected at least one compound indicates that the selected at least one compound may be useful for treating a neurological disease.

**4**

The plurality of compounds may be represented, e.g., by a combinatorial chemical library, and the method may be performed, e.g., by high-throughput screening.

In some embodiments method 2 comprises:

a) contacting a cell with the at least one drug or drug candidate, and

b) determining whether the Nrf2 pathway is upregulated in the cell,

wherein an upregulation of the Nrf2 pathway by the at least one drug or drug candidate indicates that the at least one drug or drug candidate is useful for neuroprotection in treating a human having a neurological disease.

In some embodiments method 3 comprises:

a) contacting a cell with a first composition comprising at least one test compound, and

b) comparing the level of Nrf2 pathway upregulation in the cell by the at least one test compound to the corresponding level of the Nrf2 pathway upregulation in a control cell treated with a second composition comprising at least one of DMF and MMF.

In some embodiments of method 3, the test compound is fumaric acid, a salt thereof, or a fumaric acid derivative. In some embodiments, the first composition comprises DMF, MMF, or both. In some embodiments, the dose and/or the formulation of the first composition differs from the dose and/or the formulation of the second composition.

In some embodiments, method 3 further comprises:

c) comparing at least one pharmacokinetic parameter (e.g., serum-half-life) of the first and the second compositions.

In some embodiments method 4 comprises administering to the mammal a therapeutically effective amount of at least one neuroprotective compound having Formula I, II, III, or IV, e.g., a fumaric acid derivative (e.g., DMF or MMF).

In some embodiments method 4 provides a method of slowing or preventing neurodegeneration in a patient in need thereof, by administering the compound in an amount and for a period of time sufficient to slow or prevent demyelination, axonal loss, and/or neuronal death, e.g., by at least 30% relative to a control.

In some embodiments method 5 comprises:

a) administering to the mammal a therapeutically effective amount of at least one first compound that upregulates the Nrf2 pathway, and

b) administering a therapeutically effective amount of at least one second compound that does not upregulate the Nrf2 pathway.

In some embodiments of method 5, the at least one first compound, used in step (a), is a compound of Formula I, II, III, or IV, e.g., a fumaric acid derivative (e.g., DMF or MMF); and the at least one second compound, which is used in step (b), is an immunosuppressive or an immunomodulatory compound that does not upregulate the Nrf2 pathway (e.g., by more than 30% over a control).

In some embodiments method 5 comprises administering to the mammal a therapeutically effective amount of a compound of Formula I, II, III, or IV.

In some embodiments of methods 1-5, the at least one compound being screened, identified, evaluated, or used for treating a neurological disorder is not fumaric acid or its salt, or a fumaric acid derivative (e.g., DMF or MMF).

Other features and embodiments of the invention will be apparent from the following description and the claims.

BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** demonstrates that DMF and MMF are activators of Nrf2 at concentrations within clinical exposure range (cells in culture).

US 8,399,514 B2

**5**

FIG. **2** shows results of RNAi experiments.

FIG. **3** shows evidence of Nrf2 activation by DMF and MMF In vivo.

FIG. **4** shows evidence of Nrf2 activation by DMF and MMF In vivo.

Fumaric acid esters, such as DMF, have been proposed for treatment of MS (see, e.g., Schimrigk et al., Eur. J. Neurol., 2006, 13(6):604-10; Drugs R&D, 2005, 6(4):229-30).

Provided are, among other things, means for identifying compounds with a new therapeutic modality useful in at least one of multiple neurological indications and, optionally, complementary to other drugs for the treatment of a neurological disease, including a number of currently used immunomodulators.

DMF is a member of a large group of anti-oxidant molecules known for their cytoprotective and anti-inflammatory properties. These molecules also share the property of the Nrf2 pathway activation. Thus, the finding that DMF activates the Nrf2 pathway in conjunction with the neuroprotective effects of DMF further offers a rationale for identification of structurally and/or mechanistically related molecules that would be expected to be therapeutically effective for the treatment of neurological disorders, such as, e.g., MS.

Certain terms are defined in this section; additional definitions are provided throughout the description.

The terms "activation" and "upregulation," when used in reference to the Nrf2 pathway, are used interchangeably herein.

The terms "disease" and "disorder" are used interchangeably herein.

The term "a drug for treating a neurological disease" refers to a compound that has a therapeutic benefit in a specified neurological disease as shown in at least one animal model of a neurological disease or in human clinical trials for the treatment of a neurological disease.

The term "neuroprotection" and its cognates refer to prevention or a slowing in neuronal degeneration, including, for example, demyelination and/or axonal loss, and/or, neuronal and/or oligodendrocyte death. Neuroprotection may occur through several mechanisms, e.g., through reducing inflammation, providing neurotrophic factors, scavenging free radicals, etc. As used herein, a compound is considered neuroprotective if it (1) upregulates the Nrf2 pathway above a certain threshold and (2) provides neuroprotection, regardless of possible other mechanisms of action.

The terms "treatment," "therapeutic method," "therapeutic benefits," and the like refer to therapeutic as well as prophylactic/preventative measures. Thus, those in need of treatment may include individuals already having a specified disease and those who are at risk for acquiring that disease.

The terms "therapeutically effective dose" and "therapeutically effective amount" refer to that amount of a compound which results in at least one of prevention or delay of onset or amelioration of symptoms of a neurological disorder in a subject or an attainment of a desired biological outcome, such as reduced neurodegeneration (e.g., demyelination, axonal loss, and neuronal death) or reduced inflammation of the cells of the CNS.

In one aspect, provided are methods of evaluating neuroprotective properties of test compounds, including the following methods:

1) methods of screening for new candidate compounds that may be useful for treating a neurological disease;

2) methods of evaluating neuroprotective properties of drugs and candidates that are used or proposed for treating a neurological disease;

**6**

3) methods of comparing (e.g., for bioequivalence) two or more pharmaceutical compositions which contain fumaric acid derivatives;

In some embodiments, methods 1-3 may comprise:

a) contacting a cell with the test compound,

b) determining whether the Nrf2 pathway is upregulated in the cell, and, in some embodiments, additionally performing the following step(s):

c) determining whether the test compound slows or prevents demyelination, axonal loss, and/or neuronal death, and/or

d) selecting the test compound as a candidate for treating neurodegeneration in a neurological disease if 1) the Nrf2 pathway is upregulated and 2) demyelination, axonal loss, and/or neuronal death are/is prevented or slowed.

Method 1

In some embodiments the methods of screening for a candidate compound for treating a neurological disease comprise:

a) contacting a cell with a plurality of test compounds,

b) determining whether the Nrf2 pathway is upregulated in the cell, and

c) selecting from the plurality of compounds at least one compound that upregulates the Nrf2 pathway,

wherein an upregulation of the Nrf2 pathway by the selected at least one compound indicates that the selected at least one compound may be useful for treating a neurological disease. For example, the plurality of compounds may be represented by a combinatorial chemical library, and the screening method may be performed by a high-throughput screening as described in, e.g., High-Throughput Screening in Drug Discovery (Methods and Principles in Medicinal Chemistry), by Jörg Hüser (ed.), John Wiley & Sons (2006).

Combinatorial libraries of compounds are also described in, e.g., Solid-Supported Combinatorial and Parallel Synthesis of Small-Molecular-Weight Compound Libraries (Tetrahedron Organic Chemistry) Ian Salusbury (ed.), Elsevier (1998); Combinatorial Libraries: Synthesis, Screening and Application Potential (Library Binding), by Riccardo Cortese (ed.), Walter de Gruyter (1995). The libraries of compounds may be, for example, quinone libraries and other libraries as described in Mittoo, Comb. Chem. & High Throughput Screen, 2006, 9:421-423.

In some embodiments, the at least one compound or plurality of compounds being screened and/or selected comprises at least one compound selected from at least one of the following groups of compounds: mild alkylating agents, Michael addition acceptors or compounds that are metabolized to Michael addition acceptors, including compounds of Formulas I, II, III, or IV.

In some of the embodiments, the at least one compound is selected from fumaric acid, its salts, and fumaric acid derivatives.

Method 2

Also provided are methods of evaluating neuroprotective properties of at least one drug or drug candidate for treating at least one neurological disease. Such methods comprise:

a) contacting a cell with the at least one drug or drug candidate, and

b) determining whether the Nrf2 pathway is upregulated in the cell,

wherein the upregulation of the Nrf2 pathway by the at least one drug or drug candidate indicates that the at least one drug or drug candidate is neuroprotective in treating a human having a neurological disease.

**EXHIBIT F**
**Page 87**

US 8,399,514 B2

7

In some embodiments, the upregulation of the Nrf2 pathway by the at least one drug or drug candidate indicates that the at least one drug or drug candidate has at least one activity selected from slowing demyelination, slowing the loss of axons, and slowing the rate of neuronal death.

In some embodiments, the method of evaluating at least one drug or drug candidate comprises an additional step:

c) evaluating demyelination, loss of axons, and/or neuronal death.

In some embodiments, steps a) and c) are performed in vivo in at least one model of a neurological disease, e.g., as described below.

In other embodiments, particularly those in which the neurological disease is multiple sclerosis or another demyelinating disease, the evaluated at least one drug or drug candidate for a neurological disease is chosen from the following: FTY720 (2-(4-octylphenethyl)-2-aminopropane-1,3-diol; Novartis); anti-IL12 antibody (e.g., ABT-874; Abbott Laboratories); GSK683699 (GSK/Tanabe); NeuroVax (Immune Response Corp.; Darlington, Curr. Opin. Mol. Ther., 2005, 7(6):598-603); anti-CCR2 antibody (e.g., MLN 1202; Millennium); interferon β-1a (e.g., Avonex●; Biogen Idec); anti-α4-integrin antibody (e.g., Tysabri●; Biogen Idec/Elan); anti-CD20 antibody (e.g., Rituxan● (Biogen Idec/Genentech); TV 5010 (Teva); NBI-788 (Neurocrine); MBP8298 (BioMS (see Warren et al., Eur. J. Neurol., 2006, 13(8):887-95); Mylinax (Oral Cladribine; 2-chlorodeoxyadenosine; Serono/IVAX); Teriflunomide ((Z)-2-cyano-N-(4-(trifluoromethyl)phenyl)-3-hydroxybut-2-enamide; Sanofi-Aventis); Temsirolimus (Wyeth); Laquinimod (5-chloro-N-ethyl-1,2-dihydro-4-hydroxy-1-methyl-2-oxo-N-phenylquinoline-3-carboxamide; Active Biotech/Teva); and interferon tau (Tauferon; Pepgen).

In some embodiments, the at least one drug or drug candidate being evaluated is at least one compound selected from at least one class selected from a mild alkylating agent, a Michael addition acceptor, and a compound that is metabolized to a Michael addition acceptor, including compounds of Formulas I, II, III, or IV.

In some of the embodiments, the compound is fumaric acid, its salt, or a fumaric acid derivative.

Method 3

Also provided are methods of comparing (e.g., for bioequivalence) at least two pharmaceutical compositions. Such methods comprise:

a) contacting a cell with at least one first composition comprising a test compound, and

b) comparing the level of the Nrf2 pathway upregulation in the cell by the test compound to the corresponding level of the Nrf2 pathway upregulation in a cell treated with at least one second composition ("comparator composition") comprising DMF, MMF, or both.

In some embodiments, substantially dissimilar levels of upregulation by the at least one first and at least one second compositions indicate that the compositions are not bioequivalent.

In some embodiments, the test compound is fumaric acid, its salt thereof, a fumaric acid derivative, or mixtures thereof. In some embodiments, the first composition comprises at least one of DMF, MMF, and both DMF and MMF. In some embodiments, the dose and/or the formulation of the at least one first composition differs from the dose and/or the formulation of the at least one second composition. The at least one first composition may be a controlled release composition such as, e.g., compositions described in WO 2006/037342.

In some embodiments, the method further comprises and additional step:

8

c) comparing at least one pharmacokinetic parameter of the at least one first and the at least one second compositions.

Pharmacokinetic parameters and methods for evaluating the same are well known and are described in, e.g., Pharmacokinetics, Second Edition (Drugs and the Pharmaceutical Sciences) by Milo Gibaldi et al. (eds.), Informa Healthcare (1982). Examples of such pharmacokinetic parameters that can be evaluated include serum half-life, clearance, and volume distribution.

In some embodiments, substantially dissimilar pharmacokinetic parameter(s) of the a least one first and at least one second compositions indicate that the compositions are not bioequivalent.

In some embodiments, the test compound being evaluated is a mild alkylating agent, and more specifically, a Michael addition acceptor, or a compound that is metabolized to a Michael addition acceptor.

In some of the embodiments, the test compound is fumaric acid or its salt, or a fumaric acid derivative.

Also provided are methods of treating a mammal who has or is at risk for developing a neurological disease, including the following methods:

4) methods of treating a neurological disease by administering to the subject in need thereof at least one compound that is partially structurally similar to DMF or MMF (including compounds selected using methods 1-3 described above); and

5) methods of treating a neurological disorder by a combination therapy that includes administration of a first compound that does not upregulate the Nrf2 pathway and a second compound that upregulates the Nrf2 pathway.

Method 4

Also provided are methods of treating a neurological disease by administering to the subject in need thereof at least one compound that is at least partially structurally similar to DMF and/or MMF.

In some embodiments of method 4, a method of treating a mammal who has or is at risk for a neurological disease is provided. The methods comprises administering to the mammal a therapeutically effective amount of at least one neuroprotective compound which has Formula I, II, III, or IV, e.g., a fumaric acid derivative (e.g., DMF or MMF).

In some embodiments of method 4, a method of slowing or preventing neurodegeneration (more specifically, e.g., demyelination, axonal loss, and/or neuronal death) in a subject in need thereof, by administering the at least one compound in an amount and for a period of time sufficient to do at least one of slow or prevent demyelination, slow or prevent axonal loss, and slow or prevent neuronal death, e.g., by at least 30%, 50%, 100% or higher over a control over a period of at least 5, 10, 12, 20, 40, 52, 100, or 200 weeks, or more.

Method 5

Also provided are methods of treating a mammal having a neurological disease by combination therapy. In some embodiments such methods comprise:

a) administering to the mammal a therapeutically effective amount of at least one first compound that upregulates the Nrf2 pathway, and

b) administering a therapeutically effective amount of at least one second compound that does not upregulate the Nrf2 pathway.

In some of embodiments of method 5, the at least one first compound, used in step (a), is a compound of Formula I, II, III, or IV, e.g., DMF or MMF; and the at least one second compound, which is used in step (b), is an immunosuppres-

US 8,399,514 B2

**9**

sive or an immunomodulatory compound that does not upregulate the Nrf2 pathway (e.g., by more than 30%, 50%, 100% over a control).

In some embodiments of method 5, the method comprises administering to the mammal a therapeutically effective amount of a compound of Formula I, II, III, or IV.

In method 5, the at least one first compound and the at least one second compound may be administered concurrently (as separate compositions or a mixed composition) or consecutively over overlapping or non-overlapping intervals. In the sequential administration, the at least one first compound and the at least one second compound can be administered in any order. In some embodiments, the length of an overlapping interval is more than 2, 4, 6, 12, 24, or 48 weeks, for example.

Michael addition acceptors generally include olefins or acetylenes conjugated to an electron withdrawing group, such as carbonyl containing groups, thiocarbonyl containing groups, cyano, sulfonyl, sulfonamido, amido, formyl, keto, and nitro. Exemplary carbonyl groups include carboxylic acid esters and carboxylic acid.

In some embodiments of methods 1-5, the at least one compound being screened, identified, evaluated, or used for treating a neurological disorder is selected from a mild alkylating agent, a Michael addition acceptor, and a compound that is metabolized to a Michael addition acceptor.

In some embodiments, the Michael addition acceptor has the structure of Formula I:

$$\text{(I)}$$

or a pharmaceutically acceptable salt thereof, wherein:

X is O; S; $C(R)(C_{1-12})$alkyl; or $C(R)(C_{2-12})$alkenyl, wherein R is H, $(C_{1-12})$alkyl or $(C_{2-12})$alkenyl;

$R^1$, $R^2$, $R^3$ and $R^4$ are independently selected from: H; OH; O⁻; $CO_2H$, $CO_2^-$; SH; S⁻; $SO_2H$, $SO_2^-$; $(C_{1-24})$alkyl; $(C_{1-24})$alkenyl; $(C_{6-5●})$aryl, $CO_2(C_{1-24})$alkyl; $SO_2(C_{1-24})$alkyl; $CO_2(C_{1-24})$alkenyl; $SO_2(C_{1-24})$alkenyl; $CO_2Y$, wherein Y is psoralen-9-yl, retinyl, alpha-tocopherol, calciferyl, corticostreoid-21-yl or monosaccarid-ω-yl; $(C_{1-24})$alkoxy; $(C_{1-24})$alkenyloxy; $(C_{6-5●})$aryloxy; $(C_{1-24})$alkylthio; $(C_{1-24})$alkenylthio; $(C_{6-5●})$arylthio, amino; amido; arylalkyl; cyano; nitro; sulfonyl; sulfoxido; sulfonamido; formyl; keto; and D and L natural or unnatural amino acids; or any two of X, $R^1$, $R^2$ and $R^3$, and $R^4$ may be joined together to form a cyclic moiety; and wherein the alkyl, alkoxy, alkenyl, alkenyloxy, aryl and aryloxy groups may be optionally substituted with at least one group chosen from halogen (F, Cl, Br, or I), OH, $(C_{1-4})$alkoxy, nitro and cyano.

In some embodiments, the at least one Michael addition acceptor has the structure of Formula I, with the following provisos:

$R^1$ is selected from: H; OH; O⁻; $CO_2H$, $CO_2$; SH; S⁻; $SO_2H$, $SO_2^-$; $(C_{1-24})$alkyl; $(C_{1-24})$alkenyl; $(C_{6-5●})$aryl; $CO_2(C_{1-24})$alkyl; $SO_2(C_{1-24})$alkyl; $CO_2(C_{1-24})$alkenyl; $SO_2(C_{1-24})$alkenyl; $CO_2Y$, wherein Y is psoralen-9-yl, retinyl, alpha-tocopherol, calciferyl, corticostreoid-21-yl or monosaccarid-ω-yl; $(C_{1-24})$alkoxy; $(C_{1-24})$alkenyloxy; $(C_{6-5●})$aryloxy; $(C_{1-24})$alkylthio; $(C_{1-24})$alkenylthio; $(C_{6-5●})$arylthio; arylalkyl; amino; amido; cyano; nitro; sulfonyl; sulfoxido; sulfonamido; formyl, keto; and D or L natural or unnatural amino acids; and wherein the alkyl, alkoxy, alkenyl, alkyenyloxy, aryl and aryloxy groups may be optionally sub-

**10**

stituted with at least one group chosen from halogen (F, Cl, Br, or I), OH, $(C_{1-4})$alkoxy, nitro and cyano;

$R^2$ is selected from: H; $CO_2H$; $CO_2^-$; $SO_2H$; $SO_2^-$; $(C_{1-24})$alkyl; $(C_{1-24})$alkenyl; $(C_{6-5●})$aryl; $CO_2(C_{1-24})$alkyl; $SO_2(C_{1-24})$alkyl; $CO_2(C_{1-24})$alkenyl; $SO_2(C_{1-24})$alkenyl; $CO_2Y$, wherein Y is psoralen-9-yl, retinyl, alpha-tocopherol, calciferyl, corticostreoid-21-yl or monosaccarid-ω-yl; $(C_{1-24})$alkoxy; $(C_{1-24})$alkenyloxy; $(C_{6-5●})$aryloxy; $(C_{1-24})$alkylthio; $(C_{1-24})$alkenylthio; $(C_{6-5●})$arylthio, amido; arylalkyl; cyano; nitro; sulfonyl, sulfoxido, sulfonamido; formyl, keto; and D or L natural or unnatural amino acids; wherein the alkyl, alkoxy, alkenyl, alkyenyloxy, aryl and aryloxy groups may be optionally substituted with at least one group chosen from halogen (F, Cl, Br, or I), OH, $(C_{1-4})$alkoxy, nitro and cyano; and

$R^3$ and $R^4$ are independently selected from: H; $CO_2H$; $CO_2^-$; $SO_2H$; $SO_2^-$; $(C_{1-24})$alkyl; $(C_{1-24})$alkenyl; $(C_{6-5●})$aryl; $CO_2(C_{1-24})$alkyl; $SO_2(C_{1-24})$alkyl; $CO_2(C_{1-24})$alkenyl; $SO_2(C_{1-24})$alkenyl; $CO_2Y$, wherein Y is psoralen-9-yl, retinyl, alpha-tocopherol, calciferyl, corticostreoid-21-yl or monosaccarid-ω-yl; $(C_{1-24})$alkoxy; $(C_{1-24})$alkenyloxy; $(C_{6-5●})$aryloxy; $(C_{1-24})$alkylthio; $(C_{1-24})$alkenylthio; $(C_{6-5●})$arylthio; amido; arylalkyl; cyano; nitro; cyano; nitro; sulfonyl; sulfoxido; sulfonamido; formyl; and keto; wherein the alkyl, alkoxy, alkenyl, alkyenyloxy, aryl and aryloxy groups may be optionally substituted with at least one group chosen from halogen (F, Cl, Br, or I), OH, $(C_{1-4})$alkoxy, nitro and cyano.

In some embodiments, the at least one Michael addition acceptor has the structure of Formula II:

$$\text{(II)}$$

or a pharmaceutically acceptable salt thereof, wherein:

X is selected from O; S; $C(R)(C_{1-12})$alkyl; and $C(R)(C_{2-12})$alkenyl, wherein R is selected from H; $(C_{1-12})$alkyl; and $(C_{2-12})$alkenyl; and $R^1$, $R^2$, $R^3$, and $R^4$ are independently selected from: H; OH; O⁻; $CO_2H$; $CO_2^-$; $(C_{1-12})$alkyl; $(C_{1-12})$alkenyl; and $CO_2(C_{1-12})$alkyl;

or any two of X, $R^1$, $R^2$ and $R^3$ may be joined together to form a cyclic moiety.

In some embodiments of the compounds of Formulae I-IV, the pharmaceutically acceptable salt is a salt of a metal (M) cation, wherein M can be an alkali, alkaline earth, or transition metal such as Li, Na, K, Ca, Zn, Sr, Mg, Fe, or Mn.

In some embodiments of methods 1-5, the compounds of Formula I include fumaric acid, its salts, and fumaric acid derivatives.

In some embodiments, the at least one compound of Formula I has the structure of Formula III:

$$\text{(III)}$$

or a pharmaceutically acceptable salt thereof, wherein:

$R^1$ and $R^3$ are independently selected from OH; O⁻; $(C_{1-24})$alkoxy; $(C_{1-24})$alkenyloxy; $(C_{6-5●})$aryloxy; psoralen-9-yloxy; retinyloxy; alpha-tocopheroloxy; calciferyloxy; corticostreoid-21-yloxy; monosaccarid-ω-yloxy; amino; and

**EXHIBIT F
Page 89**

US 8,399,514 B2

**11**

a D or L natural or unnatural amino acid; and wherein at least one of the $(C_{1-24})$alkoxy; $(C_{1-24})$alkenyloxy; and $(C_{6-50})$aryloxy groups may be optionally substituted with at least one group chosen from halogen (F, Cl, Br, or I), OH, $(C_{1-4})$alkoxy, nitro and cyano.

Compounds wherein at least one of $R^1$ and $R^3$ is derived from a natural or unnatural D or L amino acid are described in U.S. application Ser. Nos. 10/433,295, paragraphs 10 to 11 and 18-28, and 11/421,083, which are incorporated herein by reference.

In some embodiments, the compound of formula (I) has the structure of Formula IV:

$$(IV)$$

or a pharmaceutically acceptable salt thereof, wherein:

$R^1$ and $R^3$ are independently selected from OH; O⁻; $(C_{1-24})$alkoxy; allyloxy; vinyloxy; $(C_{6-50})$aryloxy; psoralen-9-yloxy; retinyloxy; alpha-tocopheroloxy; calciferyloxy; corticostreoid-21-yloxy; monosaccarid-ω-yloxy; amino; and a D or L natural or unnatural amino acid; and wherein at least one of the $(C_{1-24})$alkoxy, allyloxy, vinyloxy, and $(C_{6-50})$aryloxy may be optionally substituted with at least one group chosen from Cl, F, I, Br, OH, $(C_{1-4})$alkoxy, nitro, and cyano.

In some embodiments, the "fumaric acid derivative" is chosen from the compounds of Formula III, compounds of Formula IV and the following:

1) fumaric acid amides derived from natural and unnatural amino D or L acids, as described in U.S. patent application Ser. Nos. 10/433,295, paragraphs 10 to 11 and 18-28, and 11/421,083.

2) a carbocyclic or oxacyclic fumaric acid oligomer as described in U.S. patent application Ser. No. 10/511,564, paragraphs 15-44; and

3) a glycerol or alkane diol or polyol derivative of fumaric acid as described in U.S. Pat. Nos. 4,851,439, 5,149,695, 5,451,667, at cols. 2-4.

In some embodiments, "fumaric acid derivative" is one or more dialkyl fumarates (e.g., DMF), mono alkyl fumarates (MMF) or salts thereof.

In some of the embodiments of methods 1-5, the at least one compound being screened, evaluated, compared or used for treating a neurological disorder is not fumaric acid or its salt, or a fumaric acid derivative (e.g., DMF or MMF).

Nrf2 (Nuclear Factor-E2-related factor 2; for sequence of the Nrf2, see Accession No. AAB32188) is a transcription factor that, upon activation by oxidative stress, binds to the antioxidant response element (ARE), and activates transcription of Nrf2-regulated genes. This pathway has been well

**12**

characterized for its role in hepatic detoxification and chemoprevention through the activation of phase II gene expression. ARE-regulated genes may also contribute to the maintenance of redox homeostasis by serving as endogenous anti-oxidant systems. At present, the list of Nfr2-regulated genes contains over 200 genes encoding proteins and enzymes involved in detoxification and antioxidant response (Kwak et al., J. Biol. Chem., 2003, 278:8135) such as, e.g., HO-1, ferritin, glutathione peroxidase, glutathione-S-transferases (GSTs), NAD(P)H:quinone oxidoreductases, now commonly known as nicotinamide quinone oxidoreductase 1 (NQO1; EC 1.6.99.2; also known as DT diaphorase and menadione reductase), NQO2, g-glutamylcysteine synthase (g-GCS), glucuronosyltransferase, ferritin, and heme oxygenase-1 (HO-1), as well as any one of the enzymes proteins listed in Table 1 in Chen & Kunsch, Curr. Pharm. Designs, 2004, 10:879-891; Lee et al., J. Biol. Chem., 2003, 278(14):12029-38, and Kwak, supra.

Accordingly, in some embodiments, the at least one Nrf2-regulated gene which is used to assess the activation of the Nrf2 pathway is selected from a phase II detoxification enzyme, an anti-oxidant enzyme, an enzyme of the NADPH generating system, and Nrf2 itself. Examples of the phase II detoxification enzymes include NQO1, NQO2, GST-Ya, GST-pi, GST-theta 2, GST-mu (1,2,3), microsomal GST 3, catalytic y-GCS, regulatory-GCS, microsomal epoxide hydrolase, UDP-glucuronosyltransferase, transaldolase, transketolase, and drug-metabolizing enzyme. Examples of the anti-oxidant enzymes include HO-1, ferritin (L), glutathione reductase, glutathione peroxidase, metallothionein I, thioredoxin, thioredoxin reductase, peroxiredoxin MSP23, Cu/Zn superoxide dismutase, and catalase. Examples of the enzymes of the NADPH generating system include malic enzyme, UDP-glucose dehydrogenase, malate oxidoreductase, and glucose-6-phosphate dehydrogenase.

The antioxidant response element (ARE, also referred to as the electrophile response element (EpRE), GRE1, ARE4, and StREb) is a cis-acting DNA regulatory element with a core nucleotide sequence of 5'-TGA(C/T/G)NNNGC-3' (SEQ ID NO:1) (Rushmore et al., J. Biol. Chem., 1991, 266(18):11632-9; see also Nioi et al., Mutation Res., 2004, 555:14-171).

Accordingly, in some embodiments, the DNA sequence of the ARE element, to which Nrf2 binds (whether the former is a part of an endogenous gene or an artificial construct), comprises the core ARE sequence TGA(C/T/G)NNNGC (SEQ ID NO:2) or the ARE consensus sequence (G/A)TGA(C/T/G)NNNGC(A/G) (SEQ ID NO:3). In further specific embodiments, the ARE sequence comprises any one of the "minimal enhancer" sequences shown in Table 1.

In some embodiments, the ARE sequence further comprises at least one of corresponding 5'- and 3'-USR sequences as shown in Table 1. In some embodiments, the ARE sequence comprises the sequence GTGANNNNGCA (SEQ ID NO:4), or more particularly, the mouse (NNNN=gtcg) or human (NNNN=ctca) versions thereof.

TABLE 1

| Species | Gene | Element | 5'-USR | Minimal enhancer | 3'-USR | SEQ ID NO |
|---------|------|---------|--------|------------------|--------|-----------|
| mouse | nqo1 | ARE | agTCAca | GTGAgtcgGCA | aaattt | SEQ ID NO: 5 |
| rat | NQO1 | ARE | agTCAca | GTGACttgGCA | aaatct | SEQ ID NO: 6 |
| human | NQO1 | ARE | agTCAca | GTGACtcaGCA | gaatct | SEQ ID NO: 7 |
| mouse | gsta1 | EpRE | gcTAAtg | GTGACaaaGCA | actttc | SEQ ID NO: 8 |

**EXHIBIT F**
**Page 90**

US 8,399,514 B2

**13** **14**

TABLE 1-continued

| Species | Gene | Element | 5'-USR | Minimal enhancer | 3'-USR | SEQ ID NO |
|---------|------|---------|--------|------------------|--------|-----------|
| rat | GSTA2 | ARE | gcTAAtg | GTGACaaaGCA | actttc | SEQ ID NO: 9 |
| mouse | gsta3 | ARE | ctcAggc | ATGACattGCA | tttttc | SEQ ID NO: 10 |
| rat | GSTP1 | GPE1 | agTCAct | ATGATtcaGCA | acaaaa | SEQ ID NO: 11 |
| human | GCLC | ARE4 | ccTCccc | GTGACtcaGCG | ctttgt | SEQ ID NO: 12 |
| human | GCLM | EpRE | gaagAca | ATGACtaaGCA | gaaatc | SEQ ID NO: 13 |
| mouse | ho1 | StREb | cccAAcc | ATGACacaGCA | taaaag | SEQ ID NO: 14 |
| ARE 'core' . . . | | | | TGACnnnGC | | SEQ ID NO: 15 |
| ARE consensus . . . | | | TAAnn | ATGACnnnGCA | aaaa | SEQ ID NO: 16 |
| | | | C | G    T | G tttt | |

A current model of Nrf2 function is as follows. Under basal conditions, Nrf2 is sequestered in the cytoplasm to the actin-bound Kelch-like ECH-associated protein 1 (Keap1; Accession No. NP_987096 for human Keap1), a Cullin3 ubiquitin ligase adaptor protein. More specifically, the N-terminal domain of Nrf2, known as Neh2 domain, is thought to interact with the C-terminal Kelch-like domain of Keap1. In response to xenobiotics or oxidative stress, Nrf2 is released from the Keap1/Nrf2 complex, thereby promoting nuclear translocation of Nrf2 and concomitant activation of ARE-mediated gene transcription. Keap1 function, in turn, requires association with Cullin3, a scaffold protein that positions Keap1 and its substrate in proximity to the E3 ligase Rbx1, allowing the substrate (Nrf2) to be polyubiquitinated and thus targeted for degradation. The exact mechanism of how the Keap1/Nrf2 complex senses oxidative stress is not fully understood. Human Keap1 contains 25 cysteine residues that were hypothesized to function as sensors of oxidative stress; 9 of the cysteines are thought to be highly reactive (Dinkova-Kostova et al., PNAS, 2005, 102(12):4584-9). It was theorized but is not relied on for the purposes of this invention that alkylation of cysteins leads to a conformational change, resulting in the liberation of Nrf2 from Nrf2/Keap1/Cullin3 complexes, followed by nuclear translocation of the liberated Nrf2.

In some embodiments, methods 1-3 described herein comprise contacting a cell with at least one test compound and determining whether the Nrf2 pathway is upregulated in the cell. In such methods, an upregulation of the Nrf2 pathway above a threshold (e.g., by at least 30%, 50%, 100%, 200%, 500% over a control) indicates that the at least one compound has certain biological properties beneficial in treating a neurological disease (e.g., neuroprotective properties).

The ability of a compound to activate the Nrf2 pathway can be determined by one or more in vitro and in vivo assays, including, e.g., the following assays described below.

i) Expression levels of Nrf2—The sequence of the promoter region of the nrf2 gene (−1065 to −35) has been published, for example, in Chan et al., PNAS, 1996, 93:13943-13948. One may use an artificially constructed expression construct containing the Nrf2 promoter element and an artificial reporter gene. Alternatively, one may use PCR or Northern blotting to determine expression levels of Nrf2 mRNA, or Western blotting to determine Nrf2 protein levels. Exemplary procedures for determining expression levels of Nrf2 are described in Kwak et al., Mol. Cell. Biol. 2002, 22(9):2883-2892 and Kwak et al., Mol. Med., 2001, 7:135-145. Antibodies against Nrf2 are can be produced by methods known in the art and are commercially available from, for example, Stress-Gen. Accordingly, in some embodiments, the Nrf2 pathway is activated so that the expression levels of Nrf2 are increased by, for example, at least 30%, 50%, 100%, 200%, 500% or more as compared to the non-activated state.

ii) Subcellular localization and/or nuclear translocation of Nrf2—Such assays include cell staining, or analysis of cytoplasmic versus nuclear cell extracts. For example, a Nrf2-green fluorescence protein (GFP) fusion protein construct can be made and introduced into cells and visualized as described in, e.g., Kraft et al., J. Neurosci., 2004, 24, 1101-1112; and Satoh et al., PNAS, 2006, 103(3):768-773. Accordingly, in some embodiments, the Nrf2 pathway is activated so that the ratio between cytoplasmic and nuclear Nrf2 is elevated by, for example, at least 30%, 50%, 100%, 200%, 500% or more as compared to the non-activated state.

iii) Expression levels and/or activity of one or more genes under the control of Nrf2—Such genes under the control of Nrf2 include endogenous or artificially introduced reporter genes in reporter constructs introduced into cells. For example, expression levels of endogenous or exogenously introduced NQO1 may be determined as described in the Examples. Alternatively, a reporter gene construct with one or more ARE sites operably linked to a reporter gene (e.g., luceferase or GFP) can be made, as described in, e.g., Satoh et al., PNAS, 2006, 103(3):768-773. Expression levels of an Nrf-2 induced gene product can be measured at the protein (e.g., by Western blotting or enzymatic activity assays) or at the mRNA levels (e.g., by PCR). Methods for performing RT-PCT are described in, e.g., Calabrese et al., J. Neurosci. Res., 2005, 79:509-521 for HO-1, in Wierinckx et al., J. Neuroimmunology, 2005, 166:132-143 for NQO1. Methods for measuring enzymatic activity of NQO1, using for example, menadione as a substrate, are described in Dinkova-Kostova et al., PNAS, 2001, 98:3404-09 or by Prochaska et al., Anal. Biochem., 1988, 169:328-336. Methods for measuring GST activity, using for example, 1-chloro-2,4-dinitrobenzene as a substrate, are described in Ramos-Gomez et al., J. Neurosci., 2004, 24(5):1101-1112 and Habig et al., 1974, J. Biol. Chem., 219, 7130-7139. Methods for measuring HO-1 activity are described in, e.g., in Calabrese et al., 2005, J. Neurosci. Res., 79:509-521. Accordingly, in some embodiments, the Nrf2 pathway is activated so that the expression levels and/or activity of the gene produced are increased by, for example, at least 30%, 50%, 100%, 200%, 500% or more as compared to the non-activated state.

US 8,399,514 B2

**15**

iv) Levels of Nrf2 binding to ARE—For example, such assays may utilize electromobility shift assays (EMSA) and Chromatin Immununoprecipitation (ChIP) assay, as described in, e.g., Satoh et al., PNAS, 2006, 103(3):768-773 and Kwak et al., Mol. Cell. Biol., 2002, 22(9):2883-2892. Accordingly, in some embodiments, the Nrf2 pathway is activated so that the level of Nrf2 binding to ARE is increased by, for example, at least 30%, 50%, 100%, 200%, 500% or more as compared to the non-activated state.

v) The stability of Nrf2/Keap1 complexes—Such assay may include analysis of immunoprecipitated complexes with Nrf2 and/or Keap1 or other Nrf2/Keap1-associated proteins as described in, e.g., Satoh et al., PNAS, 2006, 103(3):768-773. Anti-Keap1 antibodies can be produced using methods known in the art and are available commercially from, for example, Santa Cruz Biotechnology. Accordingly, in some embodiments, the Nrf-2 pathway is activated so that the stability of Nrf2/Keap1 complexes is increased by, for example, at least 30%, 50%, 100%, 200%, 500% or more as compared to the non-activated state.

vi) Modification (e.g., alkylation levels) of Keap1 and other Nrf2/Keap1-associated proteins—Such assays may include mass spectrometric analysis of immunoprecipitated Keap1, using techniques as described in, e.g., Dinkova-Kostova et al., PNAS, 2005, 102(12):4584-9 and Gao et al., J. Biol. Chem., on-line pub. Manuscript M607622200. In some embodiments, the Nrf-2 pathway is activated so that the level of Keap1 and other Nrf2/Keap1-associated proteins is increased by, for example, at least 30%, 50%, 100%, 200%, 500% or more as compared to the non-activated state.

Alkylating capacity of a compound can be assessed using recombinant Keap1, by a competition reaction with 5,5'-dithiobis(2-nitrobezoic acid) (DTNB) as described in, e.g., Gao et al., J. Biol. Chem., on-line pub. Manuscript M607622200.

In some embodiments, the cell being contacted with at least one test compound is a neuron or a neuronal cell line. In some embodiments, the cell being contacted with the at least one test compound is selected from a colon carcinoma cell line (e.g., DLD1), a neuroblastoma cell line (e.g., SkNSH or IMR32), and a primary monocyte. The cell may be a cell in culture (in vitro) or be inside of an animal (in vivo).

Cell viability, and in particular, neuronal viability can be assessed in vivo or in vitro using any suitable method, including methods as described in the Examples. For example, neuronal viability can be assessed using an MTT assay after exposure of neuronal cell cultures to cytotoxic levels of glutamate as described in, e.g., Shih et al., J. Neurosci., 2005, 25(44):10321-35. Additionally, cell viability may also be assessed in assays in which cell death is induced by oxidative damage, for example, by the addition of glucose oxidase to astrocyte cell cultures, as described in, e.g., Calabrese et al., J. Neurosci. Res., 2005, 79:509-521. In vivo assays may be performed as described in, e.g., Misgeld, Histochem. Cell Biol., 2005, 124:189-196.

The amount of the reporter gene expressed can be determined by any suitable method. Expression levels, at the RNA or the protein level, can be determined using routine methods. Expression levels are usually scaled and/or normalized per total amount of RNA or protein in the sample and/or a control, which is typically a housekeeping gene such as actin or GAPDH. RNA levels are determined by quantitative PCR (e.g., RT-PCR), Northern blotting, or any other method for determining RNA levels, e.g., as described in Cloning: A Laboratory Manual, by Sambrook et al. (eds.), 2nd ed., Cold Spring Harbor Laboratory Press, 1989; Lodie et al., Tissue Eng., 2002, 8(5):739-751); or as described in the Examples.

**16**

Protein levels are determined using, Western blotting, ELISA, enzymatic activity assays, or any other method for determining protein levels as described in, e.g., Current Protocols in Molecular Biology, by Ausubel et al. (eds.), John Wiley and Sons, 1998.

Expression levels may also be determined using reporter gene assays in cell/tissue extracts or by tissue or whole-animal imaging. In addition to MRI, tissue imaging on living animals can be performed by fluorescence detection (Hoffman Lancet Oncol., 2002 3:546-556; Tung et al., Cancer Res., 2000, 60:4953-4958), bioluminescence detection (Shi et al., PNAS, 2001, 98:12754-12759; Luke et al., J. Virol., 2002, 76:12149-12161; and U.S. Pat. Nos. 5,650,135 and 6,217,847), positron emission tomography (Liang et al., Mol. Ther., 2002, 6:73-82, near-infrared fluorescence (Tung et al., Cancer Res., 2000, 60:4953-4958), or X-ray imaging (Hemminki et al., J. Nat. Cancer Inst., 2002, 94:741-749).

A neurological disease in methods 1-5 above can be a neurodegenerative disease such as, for example, ALS, Parkinson's disease, Alzheimer's disease, and Huntington's disease. The neurological disease can also be multiple sclerosis (MS), or other demyelinating diseases of the central or peripheral nervous system. In some embodiments the form of MS in methods 1-5 is selected from: relapsing remitting MS (RRMS), secondary progressive MS (SPMS), primary progressive MS (PPMS), and malignant MS (Marburg Variant).

The subject being treated or administered the compound as per methods described herein, is a mammal in need thereof, such as a subject in need of neuroprotection, including a subject who has or is at risk for developing a demyelinating and another specified neurodegenerative disease. The subject is mammalian, and can be a rodent or another laboratory animal, e.g., a non-human primate. In some embodiments, the subject is human.

Neurodegenerative diseases are described in, for example, Neurodegenerative Diseases: Neurobiology, Pathogenesis and Therapeutics, M. Flint Beal, Anthony E. Lang, Albert C. Ludolph, Cambridge University Press (Jul. 11, 2005). Examples of neurological diseases suitable for the methods described herein include neurodegenerative diseases such as amyotrophic lateral sclerosis (ALS), Parkinson's disease, Alzheimer's disease, and Huntington's disease. Other examples include demyelinating neurological disease including, in addition to MS, the following diseases: acute haemorrhagic leucoencephalomyelitis, Hurst's disease, acute disseminated encephalomyelitis, optic neuritis, Devic's disease, spinal cord lesions, acute necrotizing myelitis, transverse myelitis, chronic progressive myelopathy, progressive multi-focal leukoencephalopathy (PML), radiation myelopathy, HTLV-1 associated myelopathy, monophasic isolated demyelination, central pontine myelinolysis, and leucodystrophy (e.g., adrenoleucodystrophy, metachromatic leucodystrophy, Krabbe's disease, Canavan's disease, Alexander's disease, Pelizaeus-Merbacher disease, vanishing white matter disease, oculodentodigital syndrome, Zellweger's syndrome), chronic inflammatory demyelinating polyneuropathy (CIDP), acute inflammatory demyelinating polyneuropathy (AIDP), Leber's optic atrophy, and Charcot-Marie-Tooth disease.

Additional examples of diseases suitable for the methods described herein include polyneuritis and mitochondrial disorders with demyelination. These disorders may be co-presented with, and possibly aggravated by diabetes, e.g., insulin-dependent diabetes mellitus (IDDM; type I diabetes), or other diseases.

A test compound may be further assayed in an animal model of MS, known as Experimental Autoimmune Encepha-

**EXHIBIT F**
**Page 92**

US 8,399,514 B2

**17**

lomyelitis (EAE) (Tuohy et al., J. Immunol., 1988, 141:1126-1130, Sobel et al. J. Immunol., 1984, 132:2393-2401, and Traugott, Cell Immunol., 1989 119:114-129). Chronic relapsing EAE provides a well established experimental model for testing agents that would be useful for the treatment of MS. The mouse EAE is an induced autoimmune demyelinating disease with many similarities to human MS in its clinical manifestations. In both EAE and MS, clinical disease is associated with blood-brain barrier (BBB) dysfunction, infiltration of central nervous system by mononuclear cells (mainly macrophages and T lymphocytes, and serum products), and demyelination (Baker et al. J. Neuroimmunol., 1990, 28:261; Butter et al., J. Neurol. Sci., 1991, 104:9; Harris et al., Ann. Neurol., 1991, 29:548; Kermonde et al., Brain, 1990, 113:1477).

Clinical signs of MS and demyelinating pathology in EAE result from immunization with CNS myelin proteins or peptides (e.g., MBP, PLP, and MOG) under Th1 conditions (direct immunization model), or by adoptive transfer of CNS antigen-specific Th1 cells (adoptive transfer model) (Ben-Nun et al., Eur. J. Immunol., 1981, 11:195-199; Ando et al., Cell Immunol., 1989, 124:132-143; Zamvil et al., Nature, 1985, 317:355-358; Zamvil et al., Ann. Rev. Immunol., 1990, 8:579-621). For example, in the SJL mouse model of EAE, immunization with the CNS peptide PLP 139-151 or adoptive transfer of PLP-specific Th1 cells results in a disease course consisting of an acute phase with loss of tail tone on day 10 to day 12, followed by hind limb paralysis and CNS mononuclear cell infiltration (Tuohy et al., J. Immunol., 1988, 141:1126-1130, Sobel et al., J. Immunol., 1984, 132:2393-2401, and Traugott, Cell Immunol., 1989, 119:114-129). Resolution of clinical signs and recovery occurs on day 20 to day 25 and the animals may undergo several more relapses less severe than the initial phase. EAE has been used to evaluate new therapeutic approaches to T-cell-mediated autoimmune disease because of the clinical and histopathological similarities to the human demyelinating MS.

The ability of a compound to slow or prevent neurodegeneration (including demyelination and neuronal death) can be assessed in the EAE model or another animal model, including for example, Thieler's murine encephalomyelitis virus (TMEV)-induced demyelinating disease, murine hepatitis virus (MHV), Semliki Forest Virus, or Sindbis virus as described in, e.g., Ercoli et al., J. immunol., 2006, 175:3293-3298.

A compound may be optionally tested in at least one additional animal model (see, generally, Immunologic Defects in Laboratory Animals, eds. Gershwin et al., Plenum Press, 1981), for example, such as the following: the SWR×NZB (SNF1) mouse model (Uner et al., J. Autoimmune Disease, 1998, 11(3):233-240), the KRN transgenic mouse (K/B×N) model (Ji et al., Immunol. Rev., 1999, 69:139); NZB×NZW (B/W) mice, a model for SLE (Riemekasten et al., Arthritis Rheum., 2001, 44(10):2435-2445); the NOD mouse model of diabetes (Baxter et al., Autoimmunity, 1991, 9(1):61-67), etc.); or mouse models of multiple sclerosis (see, e.g., Linker et al., Eur. J. Immunol., 2002, 8(6):620-624, and Eugster et al., Nat. Med., 1999, 29:626-632; and Gold et al., Brain, 2006, 129:1953-1971).

Preliminary doses, for example, as determined in animal tests, and the scaling of dosages for human administration is performed according to art-accepted practices. Toxicity and therapeutic efficacy can be determined by standard pharmaceutical procedures in cell cultures or experimental animals, e.g., for determining the $LD_{50}$ (the dose lethal to 50% of the population) and the $ED_{50}$ (the dose therapeutically effective in 50% of the population). The dose ratio between toxic and therapeutic effects is the therapeutic index and it can be

**18**

expressed as the ratio $LD_{50}/ED_{50}$. In some embodiments compositions that exhibit large therapeutic indices are used.

The therapeutically effective dose can be estimated initially from cell culture assays. A dose may be formulated in animal models to achieve a circulating plasma concentration range that includes the $IC_{50}$ (i.e., the concentration of the therapeutic compound which achieves a half-maximal inhibition of symptoms) as determined in cell culture assays or animal models. Levels in plasma may be measured, for example, by ELISA or HPLC. The effects of any particular dosage can be monitored by a suitable bioassay. Examples of dosages are: about $0.1 \times IC_{50}$, about $0.5 \times IC_{50}$, about $1 \times IC_{50}$, about $5 \times IC_{50}$, $10 \times IC_{50}$, about $50 \times IC_{50}$, and about $100 \times IC_{50}$.

The data obtained from the in vitro assays or animal studies can be used in formulating a range of dosages for use in humans. Therapeutically effective dosages achieved in one animal model can be converted for use in another animal, including humans, using conversion factors known in the art (see, e.g., Freireich et al., Cancer Chemother. Reports, 1966, 50(4):219-244 and Table 2 for Equivalent Surface Area Dosage Factors).

TABLE 2

| From: | To: | | | | |
|---|---|---|---|---|---|
| | Mouse (20 g) | Rat (150 g) | Monkey (3.5 kg) | Dog (8 kg) | Human (60 kg) |
| Mouse | 1 | 1/2 | 1/4 | 1/6 | 1/12 |
| Rat | 2 | 1 | 1/2 | 1/4 | 1/7 |
| Monkey | 4 | 2 | 1 | 3/5 | 1/3 |
| Dog | 6 | 4 | 3/5 | 1 | 1/2 |
| Human | 12 | 7 | 3 | 2 | 1 |

In some embodiments the dosage of such compounds lies within a range of circulating concentrations that include the $ED_{50}$ with little or no toxicity. In some embodiments the dosage varies within this range depending upon the dosage form employed and the route of administration utilized. Generally, a therapeutically effective amount may vary with the subject's age, condition, and sex, as well as the severity of the medical condition in the subject. Examples of pharmaceutically acceptable dosages for compounds described herein are from 1 µg/kg to 25 mg/kg, depending on the compounds, severity of the symptoms and the progression of the disease. The appropriate therapeutically effective doses can be selected by a treating clinician and in some embodiments range approximately from 1 µg/kg to 20 mg/kg, from 1 µg/kg to 10 mg/kg, from 1 µg/kg to 1 mg/kg, from 10 µg/kg to 1 mg/kg, from 10 µg/kg to 100 µg/kg, from 100 µg to 1 mg/kg. Additionally, certain specific dosages are indicated in the Examples.

For DMF or MMF, an effective amount can range from 1 mg/kg to 50 mg/kg (e.g., from 2.5 mg/kg to 20 mg/kg or from 2.5 mg/kg to 15 mg/kg). Effective doses will also vary, as recognized by those skilled in the art, dependent on route of administration, excipient usage, and the possibility of co-usage with other therapeutic treatments including use of other therapeutic agents. For example, an effective dose of DMF or MMF to be administered to a subject orally can be from about 0.1 g to 1 g per pay, 200 mg to about 800 mg per day (e.g., from about 240 mg to about 720 mg per day; or from about 480 mg to about 720 mg per day; or about 720 mg per day). For example, the 720 mg per day may be administered in separate administrations of 2, 3, 4, or 6 equal doses.

The dosage may be determined by a physician and adjusted, as necessary, to suit observed effects of the treatment. The compositions may be given as a bolus dose, to

US 8,399,514 B2

**19**

maximize the circulating levels for the greatest length of time after the dose. Continuous infusion may also be used after the bolus dose.

In some embodiments, compositions used in the methods described herein further comprise a pharmaceutically acceptable excipient. As used herein, the phrase "pharmaceutically acceptable excipient" refers to any and all solvents, dispersion media, coatings, antibacterial and antifungal agents, isotonic and absorption delaying agents, and the like, that are compatible with pharmaceutical administration. The use of such media and agents for pharmaceutically active substances is well known in the art. The compositions may also contain other active compounds providing supplemental, additional, or enhanced therapeutic functions. The pharmaceutical compositions may also be included in a container, pack, or dispenser together with instructions for administration.

A pharmaceutical composition is formulated to be compatible with its intended route of administration. Methods to accomplish the administration are known in the art. "Administration" is not limited to any particular delivery system and may include, without limitation, parenteral (including subcutaneous, intravenous, intramedullary, intraarticular, intramuscular, or intraperitoneal injection), rectal, topical, transdermal, or oral (for example, in capsules (e.g., as, poweder, granules, microtablet, micropellets, etc.), suspensions, or tablets). Examples of some of formulations containing DMF and/or MMF are given in, e.g., U.S. Pat. Nos. 6,509,376, and 6,436,992.

**20**

for 16 hours, rinsed with PBS, and harvested into reducing SDS sample buffer. The lysates were subjected to SDS PAGE and the separated proteins were electrophoretically transferred onto nitrocellulose membranes for Western blot analysis. To detect Nrf2 and NQO1, the membranes were incubated with the respective primary antibodies overnight at 4° C., washed, and incubated with peroxidase-conjugated secondary antibodies followed by the chemiluminescent peroxidase substrate. Detection of the target protein band luminescence and image acquisition were done using CCD-equipped imaging station Kodak2000R. The results shown in FIG. 1, demonstrate that DMF and MMF are potent activators of Nrf2 at concentrations within clinical exposure range.

### Example 2

DLD1 cells were grown in MEM supplemented with 10% fetal bovine serum. The cells were transfected with the indicated siRNA's using the Lipofectamine reagent (Invitrogen) according to the manufacturer's instructions and 30 hrs later stimulated with 30 $\mu$M DMF for 40 hours. The cells were harvested and processed for Western blotting analysis of Nrf2 and NQO1 levels as described in Example 1. Sources and the identity of reagents used in Examples 1 and 2 are specified Table 3 below:

| | Target | Reagent | Source/Sequence | Vendor |
|---|---|---|---|---|
| Primary Antibody | Nrf2 | Nrf2 (T-19) | goat polyclonal antibody | Santa Cruz Biotechnology |
| | Keap1 | Keap1 (E-20) | goat polyclonal antibody | Santa Cruz Biotechnology |
| | NQO1 | NQO1 (A180) | mouse monoclonal antibody | Santa Cruz Biotechnology |
| | GAPDH | Anti-GAPDH | mouse monoclonal antibody | Ambion |
| Secondary antibody | anti-mouse | HRP-Mouse IgG | sheep | Amersham Biosciences |
| | anti-rabbit | HRP-Rabbit IgG | donkey | Amersham Biosciences |
| | anti-goat | HRP-Goat IgG | Bovine | Santa Cruz Biotechnology |
| siRNA | Nrf2 | Nrf2-2 | UCAUUGAACUGCUCUUUGGUU (antisense) (SEQ ID NO: 17) | Dharmacon |
| | Keap1 | Keap1-1 | GAAUUAAGGCGGUUUGUCCUU (antisense) (SEQ ID NO: 18) | Dharmacon |

Administration to an individual may occur in a single dose or in repeat administrations, and in any of a variety of physiologically acceptable salt forms, and/or with an acceptable pharmaceutical carrier and/or additive as part of a pharmaceutical composition. Physiologically acceptable salt forms and standard pharmaceutical formulation techniques and excipients are well known to persons skilled in the art.

The following Examples are intended for illustrative purposes and do not limit the inventions claimed.

### EXAMPLES

### Example 1

Human colon carcinoma DLD1 cells were treated with DMF or MMF at indicated concentrations (5, 15, or 50 $\mu$M)

The results are shown in FIG. 2 (for ease of representation, the image of the Western blot is turned upside down). The results demonstrate that DMF-induced upregulation of NQO1 requires Nrf2 and can be mimicked by activation of Nrf2 through repression of Keap1. Therefore, DMF acts as an Nrf2 agonist causing cellular accumulation of Nrf2 and Nrf2 target gene expression.

### Example 3

For induction of EAE, mice received s.c. injections in the flanks and tail base of 50 $\mu$g MOG 35-55 peptide in PBS emulsified in an equal volume of complete Freund's adjuvant (CFA) containing *Mycobacterium tuberculosis* H37RA (Difco, Detroit Mich., USA) at a final concentration of 0.5

**EXHIBIT F**
**Page 94**

US 8,399,514 B2

**21**

mg/ml. Two injections of pertussis toxin (List Biological Laboratories Inc., California, USA; 200 µg per mouse i.p) were given on days 0 and 2.

DMF and MMF was diluted in 200 µl 0.08% Methocel/$H_2O$ as vehicle and administered by oral gavage starting from day 3 post immunization (p.i) until termination. Each treatment group consisted of 8 animals: vehicle alone as a negative control, 5 mg/kg body weight DMF twice a day, 15 mg/kg body weight DMF twice a day, 15 mg/kg body weight MMF twice a day. The compounds were obtained via Fumapharm AG. Oral gavage was used to ensure exact dosing and to avoid compound degradation.

Spinal cord tissues were fixed in 4% paraformaldehyde and embedded in paraffin. Slides were deparaffinized and rehydrated in graded alcohol solutions. Antigen retreival was performed by immersing the slides in 10 mM Citrate, pH 6.0 for 20 minutes in a pressure cooker at 120 C (Pascal, Dako Cytomation).

**22**

Immunohistochemistry was performed using the Dako autostainer as follows. Endogenous peroxidase was quenched by a 10 minute incubation in 3% $H_2O_2$/Methanol. The rabbit anti Nrf2 antibody C-20 (sc-722, Santa Cruz Biotechnology) was added at a 1:250 dilution in Dako Diluent with Background Reducing Components (Dako # S3022) C-20 antibody was detected using the Envision anti rabbit labeled polymer-HRP (Dako #K4003) and DAB (Vector Labs #SK-4100) was used as the chromogenic substrate. Morphometric analysis of Nrf2 immunostaining was performed using ImageJ software from NIH.

The results, shown in FIGS. **3** and **4**, demonstrate MMF and DMF activation of Nrf2 in vivo.

All publications and patent documents cited herein are incorporated by reference in their entirety. To the extent the material incorporated by reference contradicts or is inconsistent with the present specification, the present specification will supersede any such material.

---

```
                          SEQUENCE LISTING


<160> NUMBER OF SEQ ID NOS: 18

<210> SEQ ID NO 1
<211> LENGTH: 9
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /="Description of Artificial Sequence:
      Synthetic core nucleotide sequence"
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (5)..(7)
<223> OTHER INFORMATION: a, c, g, t, unknown or other

<400> SEQUENCE: 1

tgabnnngc                                                    9


<210> SEQ ID NO 2
<211> LENGTH: 9
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /="Description of Artificial Sequence:
      Synthetic core nucleotide sequence"
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (5)..(7)
<223> OTHER INFORMATION: a, c, g, t, unknown or other

<400> SEQUENCE: 2

tgabnnngc                                                    9


<210> SEQ ID NO 3
<211> LENGTH: 11
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /="Description of Artificial Sequence:
      Synthetic core nucleotide sequence"
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (6)..(8)
<223> OTHER INFORMATION: a, c, g, t, unknown or other

<400> SEQUENCE: 3

rtgabnnngc r                                                 11
```

US 8,399,514 B2

23                                                       24

-continued

```
<210> SEQ ID NO 4
<211> LENGTH: 11
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /="Description of Artificial Sequence:
      Synthetic oligonucleotide"
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (5)..(8)
<223> OTHER INFORMATION: a, c, g, t, unknown or other

<400> SEQUENCE: 4

gtgannnngc a                                                 11


<210> SEQ ID NO 5
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /="Description of Artificial Sequence:
      Synthetic construct"

<400> SEQUENCE: 5

agtcacagtg agtcggcaaa attt                                   24


<210> SEQ ID NO 6
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /="Description of Artificial Sequence:
      Synthetic construct"

<400> SEQUENCE: 6

agtcacagtg acttggcaaa atct                                   24


<210> SEQ ID NO 7
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /="Description of Artificial Sequence:
      Synthetic construct"

<400> SEQUENCE: 7

agtcacagtg actcagcaga atct                                   24


<210> SEQ ID NO 8
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /="Description of Artificial Sequence:
      Synthetic construct"

<400> SEQUENCE: 8

gctaatggtg acaaagcaac tttc                                   24


<210> SEQ ID NO 9
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
```

EXHIBIT F
Page 96

US 8,399,514 B2

25    26

-continued

```
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /="Description of Artificial Sequence:
      Synthetic construct"

<400> SEQUENCE: 9

gctaatggtg acaaagcaac tttc                                    24


<210> SEQ ID NO 10
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /="Description of Artificial Sequence:
      Synthetic construct"

<400> SEQUENCE: 10

ctcaggcatg acattgcatt tttc                                    24


<210> SEQ ID NO 11
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /="Description of Artificial Sequence:
      Synthetic construct"

<400> SEQUENCE: 11

agtcactatg attcagcaac aaaa                                    24


<210> SEQ ID NO 12
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /="Description of Artificial Sequence:
      Synthetic construct"

<400> SEQUENCE: 12

cctccccgtg actcagcgct ttgt                                    24


<210> SEQ ID NO 13
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /="Description of Artificial Sequence:
      Synthetic construct"

<400> SEQUENCE: 13

gaagacaatg actaagcaga aatc                                    24


<210> SEQ ID NO 14
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /="Description of Artificial Sequence:
      Synthetic construct"

<400> SEQUENCE: 14

cccaaccatg acacagcata aaag                                    24
```

US 8,399,514 B2

27 | 28

```
-continued

<210> SEQ ID NO 15
<211> LENGTH: 9
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /="Description of Artificial Sequence:
      Synthetic construct"
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (5)..(7)
<223> OTHER INFORMATION: a, c, g, t, unknown or other

<400> SEQUENCE: 15

tgacnnngc                                                          9


<210> SEQ ID NO 16
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /="Description of Artificial Sequence:
      Synthetic construct"
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (4)..(5)
<223> OTHER INFORMATION: a, c, g, t, unknown or other
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (11)..(13)
<223> OTHER INFORMATION: a, c, g, t, unknown or other

<400> SEQUENCE: 16

taannatgac nnngcaaaaa                                             20


<210> SEQ ID NO 17
<211> LENGTH: 21
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /="Description of Artificial Sequence:
      Synthetic oligonucleotide"

<400> SEQUENCE: 17

ucauugaacu gcucuuuggu u                                           21


<210> SEQ ID NO 18
<211> LENGTH: 21
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /="Description of Artificial Sequence:
      Synthetic oligonucleotide"

<400> SEQUENCE: 18

gaauuaaggc gguuuguccu u                                           21
```

The invention claimed is:

1. A method of treating a subject in need of treatment for multiple sclerosis comprising orally administering to the subject in need thereof a pharmaceutical composition consisting essentially of (a) a therapeutically effective amount of dimethyl fumarate, monomethyl fumarate, or a combination thereof, and (b) one or more pharmaceutically acceptable excipients, wherein the therapeutically effective amount of dimethyl fumarate, monomethyl fumarate, or a combination thereof is about 480 mg per day.

2. The method of claim 1, wherein the pharmaceutical composition is administered in the form of a tablet, a suspension, or a capsule.

3. The method of claim 1, wherein the therapeutically effective amount is administered in separate administrations of 2, 3, 4, or 6 equal doses.

4. The method of claim 3, wherein the therapeutically effective amount is administered in separate administrations of 2 equal doses.

EXHIBIT F
Page 98

US 8,399,514 B2

29

5. The method of claim 3, wherein the therapeutically effective amount is administered in separate administrations of 3 equal doses.

6. The method of claim 1, wherein the pharmaceutical composition consists essentially of dimethyl fumarate and one or more pharmaceutically acceptable excipients.

7. The method of claim 1, wherein the pharmaceutical composition consists essentially of monomethyl fumarate and one or more pharmaceutically acceptable excipients.

8. The method of claim 1, wherein the pharmaceutical composition is administered to the subject for at least 12 weeks.

9. The method of claim 6, wherein the therapeutically effective amount is administered to the subject in 2 equal doses.

10. The method of claim 9, wherein the therapeutically effective amount is administered to the subject for at least 12 weeks.

11. A method of treating a subject in need of treatment for multiple sclerosis consisting essentially of orally administering to the subject about 480 mg per day of dimethyl fumarate, monomethyl fumarate, or a combination thereof.

12. The method of claim 11, wherein about 480 mg of dimethyl fumarate per day is administered to the subject.

13. The method of claim 12, wherein the dimethyl fumarate is administered in separate administrations of 2 equal doses.

14. The method of claim 12, wherein the dimethyl fumarate is administered in separate administrations of 3 equal doses.

30

15. A method of treating a subject in need of treatment for multiple sclerosis comprising orally administering to the subject pharmaceutical composition consisting essentially of (a) a therapeutically effective amount of dimethyl fumarate and (b) one or more pharmaceutically acceptable excipients, wherein the therapeutically effective amount of dimethyl fumarate is about 480 mg per day.

16. The method of claim 15, wherein the dimethyl fumarate is administered in separate administrations of 2 equal doses.

17. The method of claim 1, wherein the expression level of NQO1 in the subject is elevated after administering to the subject the therapeutically effective amount of dimethyl fumarate, monomethyl fumarate, or a combination thereof.

18. The method of claim 11, wherein the expression level of NQO1 in the subject is elevated after administering to the subject about 480 mg per day of dimethyl fumarate, monomethyl fumarate, or a combination thereof.

19. The method of claim 15, wherein the expression level of NQO1 in the subject is elevated after administering to the subject the therapeutically effective amount of dimethyl fumarate.

20. A method of treating a subject in need of treatment for multiple sclerosis comprising treating the subject in need thereof with a therapeutically effective amount of dimethyl fumarate, monomethyl fumarate, or a combination thereof, wherein the therapeutically effective amount of dimethyl fumarate, monomethyl fumarate, or a combination thereof is about 480 mg per day.

* * * * *

**EXHIBIT F**
**Page 99**